IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

NO. 16-cv-1266

Supplement to JS 44 Civil Cover Sheet
Cases Removed from State District Court

This form must be filed with the Clerk's Office no later than the **first business day** following the filing of the Notice of Removal. Additional sheets may be used as necessary.

The attorney of record for the removing party **MUST** sign this form.

**STATE COURT INFORMATION:**

1. Please identify the court from which the case is being removed; the case number; and the complete style of the case.

   Cause No. D-1-GN-16-005470; *Maxine White v. Frontier Airlines*; In the 53rd Judicial District Court of Travis County, Texas

2. Was jury demand made in State Court?    Yes [X]    No [ ]

   If yes, by which party and on what date?

   Plaintiff, Maxine White                           11/02/2016
   Party Name                                        Date

**STATE COURT INFORMATION:**

1. List all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

   Maxine White, Plaintiff
   c/o Joel Levine
   LAW OFFICE OF JOEL A. LEVINE, PLLC
   5407 Parkcrest Drive, Suite 300
   Austin, Texas 78731
   Telephone: (512)-982-1510
   Facsimile: (512)-367-5928
   Email: joel@joelalevine.com

   Frontier Airlines, Inc., Defendant
   c/o A. Lee Rigby
   SMITH | ROBERTSON | ELLIOTT
   221 West Sixth Street, Suite 1100
   Austin, Texas 78701
   Telephone: (512) 225-5800
   Facsimile: (512) 225-5838
   Email: lrigby@smith-robertson.com

TXWD - Supplement to JS 44 (Rev. 10/2004)

2. List all parties that have not been served at the time of the removal, and the reason(s) for non-service.

   N/A

3. List all parties that have been non-suited, dismissed, or terminated, and the reason(s) for their removal from the case.

   N/A

**COUNTERCLAIMS, CROSS-CLAIMS, and/or THIRD-PARTY CLAIMS:**

1. List separately each counterclaim, cross-claim, or third-party claim still remaining in the case and designate the nature of each such claim. For each counterclaim, cross-claim, or third-party claim, include all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

   N/A

**VERIFICATION:**

*/s/ A. Lee Rigby* _____      12/02/2016 _____
Attorney for Removing Party                                Date

Defendant, Frontier Airlines, Inc. _____
Party/Parties

TXWD - Supplement to JS 44 (Rev. 10/2004)