IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **MAXINE WHITE,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CASE NO. 16-cv-1266 |
| § | |
| **FRONTIER AIRLINES, INC.** § | |
| § | |
| Defendant. § | |

**DEFENDANT FRONTIER AIRLINES, INC.'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rules of Civil Procedure 7.1, Defendant Frontier Airlines, Inc. ("Frontier"), by and through its attorneys, Smith Robertson & Elliott, LLP states that Frontier is privately owned and no publicly held corporation owns 10% or more of the stock of Frontier or its parent company, Frontier Group Holdings, Inc.

Dated: December 2, 2016

                                                                 Respectfully submitted,

                                                                 **SMITH | ROBERTSON | ELLIOTT, LLP**
                                                                  221 West Sixth Street, Suite 1100
                                                                  Austin, Texas 78701
                                                                  Telephone: (512) 225-5800
                                                                  Telecopier: (512) 225-5838

                                                                  By: */s/ A. Lee Rigby*
                                                                       A. Lee Rigby
                                                                       State Bar No. 24029796
                                                                       lrigby@smith-robertson.com

                                                                **ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

  I hereby certify that on December 2, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following and I further certify that I have served the foregoing by email.

Joel Levine
LAW OFFICE OF JOEL A. LEVINE, PLLC
5407 Parkcrest Drive, Suite 300
Austin, Texas 78731
t: (512)-982-1510
f: (512)-367-5928
*joel@joelalevine.com*
