FILED

16 DEC -2  PM 4:41

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____AD
                        DEPUTY CLERK

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

MAXINE WHITE

V.                                          Civil No.   1:16-CV-1266-LY

FRONTIER AIRLINES, INC.

## O R D E R

The above captioned cause, having been removed to this Court on ___December 2, 2016___

from the _____53rd Judicial District Court of Travis County_____ and the Court being

of the opinion that a copy of the complete record (minus discovery) in this case is necessary;

IT IS HEREBY ORDERED, pursuant to 28 U.S.C. § 1447(b), that the removing party, **if it**

**has not already done so**, shall within ten (10) days from the date of this order supplement the record

with state court pleadings.  The supplement is to be electronically filed and shall include a copy of

the complete file, including the docket sheet, in this cause from the Court from which this case has

been removed.

SIGNED this the 2nd day of December 2016.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE