IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MAXINE WHITE, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CASE NO. 1:16-CV-1266-LY |
| § | |
| FRONTIER AIRLINES, INC. § | |
| § | |
| Defendant. § | |

_____

# SUPPLEMENTAL INDEX OF STATE COURT PLEADINGS

**TO THE HONORABLE JUDGE LEE YEAKEL:**

Pursuant to the Court's Order dated December 2, 2016 [Doc. 4], Frontier Airlines, Inc., Defendant herein, supplements the record with state court pleadings for Cause No. D-1-GN-16-005470; *Maxine White v. Frontier Airlines, Inc.*; In the 53rd Judicial District Court of Travis County, Texas.

| | | |
|---|---|---|
| Exhibit 1 | State Court Docket Sheet | 12/07/16 |
| Exhibit 2 | Original Petition | 11/02/16 |
| Exhibit 3 | Civil Case Information Sheet | 11/02/16 |
| Exhibit 4 | Service Request Form | 11/02/16 |
| Exhibit 5 | Executed Service | 11/04/16 |
| Exhibit 6 | Notice of Removal | 12/02/16 |

Respectfully submitted,

**SMITH | ROBERTSON | ELLIOTT, LLP**
221 West Sixth Street, Suite 1100
Austin, Texas 78701
Telephone:  (512) 225-5800
Telecopier:  (512) 225-5838

By:     */s/ A. Lee Rigby*
A. Lee Rigby
State Bar No. 24029796
lrigby@smith-robertson.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Joel Levine
LAW OFFICE OF JOEL A. LEVINE, PLLC
5407 Parkcrest Drive, Suite 300
Austin, Texas  78731
Phone: (512)-982-1510
Fax: (512)-367-5928
*joel@joelalevine.com*