(https://www.traviscountytx.gov)

**District Clerk - AARO - Attorney Access to Records Online**

## Details

Updated : Wednesday, December 7, 2016 5:10:24 AM

**Cause Number**
D-1-GN-16-005470
**Style**
WHITE V FRONTIER AIRLINES
**Filed Date**
11/2/2016
**Court**
53
**Type**
PERSONAL INJURY OTHER (GEN LIT )
**Case Status**
CLOSED
**Action/Offense**
**Hearing Date**

Request Documents (/aaro/Content/record_search_fillable.pdf)

New Search (/aaro/)

Return to Search Results (/aaro/Default/ReSearch?Cause=D-1---&LastOrBusinessName=white&FirstName=maxine&CourtType=D&CourtLocation=1)

| Attorney | Type | Party - Full/Business | Party - Person |
|---|---|---|---|
| RIGBY ALTON LEE | DEFENDANT | FRONTIER AIRLINES INC | |
| LEVINE JOEL ALAN | PLAINTIFF | | WHITE , MAXINE |

| Date | Court | Party | Description | Category | Pages | |
|---|---|---|---|---|---|---|
| 12/2/2016 | NON | DF | ORD:NTC OF REMOVAL | ORD | 24 | Download (/aaro/Default/GetPdf?barCodeId=4924507) |
| 11/4/2016 | 53 | DF | EXECUTED SERVICE | SRVPROCESS | 2 | Download (/aaro/Default/GetPdf?barCodeId=4887753) |
| 11/3/2016 | 53 | DF | ISS:CITATION | ISSUANCE | 0 | PDF not available |
| 11/2/2016 | 53 | PL | OTHER FILING | OTHER | 2 | Download (/aaro/Default/GetPdf?barCodeId=4877792) |
| 11/2/2016 | 53 | PL | OTHER FILING | OTHER | 1 | Download (/aaro/Default/GetPdf?barCodeId=4877788) |
| 11/2/2016 | 53 | PL | ORIGINAL PETITION/APPLICATION | PET-PL | 7 | Download (/aaro/Default/GetPdf?barCodeId=4877780) |

Request Documents (/aaro/Content/record_search_fillable.pdf)

New Search (/aaro/)

Return to Search Results (/aaro/Default/ReSearch?Cause=D-1---&LastOrBusinessName=white&FirstName=maxine&CourtType=D&CourtLocation=1)

© 2016 Travis County, Texas - All rights reserved.

**EXHIBIT 1**