11/2/2016 5:43:59 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-16-005470
Carrisa Escalante



## SERVICE REQUEST FORM

**VELVA L. PRICE**

District Clerk, Travis County

Civil Division (512) 854-9457

---

**REQUESTED BY:**

| | |
|---|---|
| **ATTORNEY/FILER:** Joel A. Levine | **SUBMITTED BY:** Brian Falligant |
| **PHONE #:** (512) 657-5935 | **TITLE:** Paralegal |
| **EMAIL:** paralegal@joelalevine.com | **SIGNATURE:** |

---

**ISSUE PROCESS FOR:**

**CAUSE #: D-1-GN-16-005470**   **CASE STYLE:** Maxine White v. Frontier Airlines, Inc.

---

**QUICK CITATION REQUEST:** (FOR SERVICE OF CITATION ON ALL DEFENDANTS BY PERSONAL

ISSUE CITATION TO ALL DEFENDANTS LISTED IN THE ORIGINAL PETITION AT THE ADDRESS SPECIFIED IN THE PETITION AND FORWARD THE CITATION(S) TO THE FOLLOWING:

☐ TRAVIS CO. CONSTABLE (specify):        ☐ CERTIFIED MAIL BY CLERK   ☐ ATTORNEY/REQUESTER

☑ PRIVATE PROCESS AGENCY (specify): Tod Pendergras / Direct Results  ☐ I HAVE INCLUDED ATTACHMENTS TO THIS REQUEST (e.g. DISCOVERY) TO INCLUDE

---

**DETAILED SERVICE REQUEST:** (ON PARTICULAR PARTIES, BY VARIOUS DELIVERY METHODS, OR FOR NON-CITATION

**DESRIPTION OF INSTRUMENT(S) TO BE SERVED:** Plaintiff's Original Petition and Request for Disclosure

☐ I HAVE INCLUDED ATTACHMENTS TO THIS REQUEST (e.g. discovery) TO INCLUDE IN THE CITATION

| TYPE OF PROCESS TO ISSUE: | ☐ CITATION  ☐ CERTIFIED NOTICE  ☐ PROTECTIVE ORDER*  ☐ TRO*^  ☐ INJUNCTION*^  ☐ SEQUESTRATION*^ <br> ☐ ATTACHMENT*  ☐ EXECUTION*  ☐ ABSTRACT*  ☐ SUPERSEDEAS^  ☐ SCIRE FACIAS*  ☐ OTHER^ |
|---|---|
| *SPECIFY TITLE AND DATE OF UNDERLYING ORDER IN CASE RECORD: | ^ATTACH A COPY OF BOND AND/OR OTHER SUPPORTING DOCUMENT |

---

**SERVICE TO BE ISSUED:**

| PARTY NAME: Frontier Airlines, Inc. <br><br> PARTY TYPE: Defendant <br><br> ☑ USE ADDRESS IN ORIGINAL PETITION  ☐ SECRETARY OF STATE <br> ☐ OTHER ADDRESS: | EMAIL PROCESS TO: <br> ☐ TRAVIS CO. CONSTABLE <br> ☐ ATTORNEY/REQUESTOR <br> ☑ PRIVATE PROCESS AGENCY: <br> Process Agency Name: <br> Tod Pendergras / Direct Results | SERVE VIA: <br> ☐ PERSONAL SERVICE <br> ☐ CERTIFIED MAIL (BY CONSTABLE) <br> ☐ CERTIFIED MAIL (BY CLERK) <br> ☐ CITATION BY POSTING* <br> ☐ CITATION BY PUBLICATION* |
|---|---|---|
| PARTY NAME: <br><br> PARTY TYPE: <br><br> ☐ USE ADDRESS IN ORIGINAL PETITION  ☐ SECRETARY OF STATE <br> ☐ OTHER ADDRESS: | EMAIL PROCESS TO: <br> ☐ TRAVIS CO. CONSTABLE <br> ☐ ATTORNEY/REQUESTOR <br> ☐ PRIVATE PROCESS AGENCY: <br> Process Agency Name: | SERVE VIA: <br> ☐ PERSONAL SERVICE <br> ☐ CERTIFIED MAIL (BY CONSTABLE) <br> ☐ CERTIFIED MAIL (BY CLERK) <br> ☐ CITATION BY POSTING* <br> ☐ CITATION BY PUBLICATION* |
| PARTY NAME: <br><br> PARTY TYPE: <br><br> ☐ USE ADDRESS IN ORIGINAL PETITION  ☐ SECRETARY OF STATE <br> ☐ OTHER ADDRESS: | EMAIL PROCESS TO: <br> ☐ TRAVIS CO. CONSTABLE <br> ☐ ATTORNEY/REQUESTOR <br> ☐ PRIVATE PROCESS AGENCY: <br> Process Agency Name: | SERVE VIA: <br> ☐ PERSONAL SERVICE <br> ☐ CERTIFIED MAIL (BY CONSTABLE) <br> ☐ CERTIFIED MAIL (BY CLERK) <br> ☐ CITATION BY POSTING* <br> ☐ CITATION BY PUBLICATION* |

*THIS TYPE OF SERVICE MAY REQUIRE A COURT ORDER. ENTER DATE OF SERVICE ORDER IN CASE RECORD:

ADDITIONAL INSTRUCTIONS FOR CLERK OR FOR OFFICER SERVING PROCESS:

---

**FOR ADDITIONAL PARTIES TO BE SERVED, USE e-FILED PROCESS ISSUANCE REQUEST FORM ADDENDUM**

EXHIBIT 4

Velva L. Price
District Clerk, Travis County
Civil Division (512) 854-9457

# SERVICE REQUEST FORM

| Cause #: | Case Style: | |
|---|---|---|

**PARTY NAME:**

**PARTY TYPE:**

☐USE ADDRESS IN ORIGINAL PETITION ☐SECRETARY OF STATE
☐OTHER ADDRESS:

**EMAIL PROCESS TO:**
☐TRAVIS CO. CONSTABLE
☐ATTORNEY/REQUESTOR
☐PRIVATE PROCESS AGENCY:
Process Agency Name:

**SERVE VIA:**
☐PERSONAL SERVICE
☐CERTIFIED MAIL (BY CONSTABLE)
☐CERTIFIED MAIL (BY CLERK)
☐CITATION BY POSTING*
☐CITATION BY PUBLICATION*

*(The above party block repeats 11 times on the form.)*

**\*This Type of Service may require a court order. Enter date of service order in case record:**