# CITATION
## THE STATE OF TEXAS
### CAUSE NO. D-1-GN-16-005470

MAXINE WHITE , Plaintiff

    vs.

FRONTIER AIRLINES, INC. , Defendant

*Filed in The District Court of Travis County, Texas*
*NOV 04 2016*
*At 12:38 P.M.*
*Velva L. Price, District Clerk*

TO: FRONTIER AIRLINES, INC.
    BY DELIVERY TO ITS REGISTERED AGENT,
    THE PRENTICE HALL CORPORATION
    211 E. 7TH STREET, SUITE 620
    AUSTIN, TEXAS 78701-3218

Defendant, in the above styled and numbered cause:

**YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.**

Attached is a copy of the PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE of the PLAINTIFF in the above styled and numbered cause, which was filed on NOVEMBER 2, 2016 in the 53RD JUDICIAL DISTRICT COURT of Travis County, Austin, Texas.

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office, November 03, 2016.

REQUESTED BY:
JOEL A. LEVINE
5407 PARKCREST DRIVE, SUITE 300
AUSTIN, TX 78731
BUSINESS PHONE:(512)982-1510  FAX:(512)367-5928

*[signature]*
Velva L. Price
Travis County District Clerk
Travis County Courthouse
1000 Guadalupe, P.O. Box 679003 (78767)
Austin, TX 78701

PREPARED BY: CARRISA ESCALANTE

---- RETURN ----

Came to hand on the **3** day of **Nov.**, **2016** at **11:03** o'clock **A** M., and executed at _____ within the County of _____ on the _____ day of _____, _____, at _____ o'clock ____M., by delivering to the within named _____, each in person, a true copy of this citation together with the PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE accompanying pleading, having first attached such copy of such citation to such copy of pleading and endorsed on such copy of citation the date of delivery.

Service Fee: $ **71.00**

Sworn to and subscribed before me this the

_____ day of _____, _____.

_____
Notary Public, THE STATE OF TEXAS

_____
Sheriff / Constable / Authorized Person

By:_____
**RETURN ATTACHED**
Printed Name of Server

_____ County, Texas

D-1-GN-16-00547
☐ Original

Case # D-1-GN-16-005470
*[barcode]*
004887753

**DRLS**
P01 - 000046073
516 West Annie St.
Austin, Texas 78704
2495

EXHIBIT 5

ORIGINAL

RETURN                                                            Cause No.   D-1-GN-16-005470

Came to hand on the 3rd day of November, 2016, at 11:03 o'clock a.m.

X   Citation
X   Plaintiff's Original Petition and Request for Disclosure
X   Lawyer Referral Info. Sheet

Executed at   211 E. 7th Street, Ste. 620, Austin, Texas 78701 , within the County of Travis , on the 3rd day of  November, 2016, at  1:20  o'clock  p.  m., by delivering to the within named, FRONTIER AIRLINES, INC., by delivering to its Registered Agent,   Prentice Hall Corporation System, by delivering in person to Kelly Courtney, employee designated to receive process for the registered agent , a true and correct copy of the above specified civil process, having first endorsed thereupon the date of delivery.  I am over eighteen (18) years of age and not a party to or interested in the outcome of the above numbered cause.  I am authorized to serve citations and other notices in this cause by Texas Supreme Court Order #SCH1660, exp. 11/30/2017.  The statements/facts herein contained are within my personal knowledge.  This return is attached to original process or a true copy thereof.  I declare under penalty of perjury that the foregoing is true and correct.

      Tod E. Pendergrass
Printed Name of Process Server                              Signature of Authorized Process Server
                                                            DRLS, 516 W. Annie, Austin, Tx. 78704
                                                            Re:  Levine/2495

VERIFICATION
STATE OF TEXAS, COUNTY OF TRAVIS

Before me, a notary public, on this day personally appeared the above named person, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements/facts therein contained are within his/her personal knowledge to be true and correct.  Given under my hand and seal of office on the 3rd day of November, 2016.

STAR SALAZAR
NOTARY PUBLIC
State of Texas
Comm. Exp. 04-27-2019

                                                            Star Salazar
                                                            Notary Public Signature in and for
                                                            The State of  T E X A S