12/2/2016 12:55:38 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-16-005470
Bari Henson

D-1-GN-16-005470

| | | |
|---|---|---|
| MAXINE WHITE, | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | 53rd JUDICIAL DISTRICT |
| | § | |
| FRONTIER AIRLINES, INC., | § | |
| | § | |
| Defendant | § | TRAVIS COUNTY, TEXAS |

## DEFENDANT'S NOTICE OF FILING NOTICE OF REMOVAL

On December 2, 2016, Defendant Frontier Airlines, Inc. filed the attached Notice of Removal with the office of the District Clerk of the United States District Court for the Western District of Texas – Austin Division.

Respectfully submitted,

**SMITH | ROBERTSON | ELLIOTT, LLP**

221 West Sixth Street, Suite 1100
Austin, Texas 78701
Telephone:  (512) 225-5800
Telecopier:  (512) 225-5838

By: _/s/ A. Lee Rigby_____
       A.  Lee Rigby
       State Bar No. 24029796
       lrigby@smith-robertson.com

**ATTORNEYS FOR DEFENDANT**

EXHIBIT 6

## <u>CERTIFICATE OF SERVICE</u>

By my signature above, I hereby certify that on the 2nd day of December, 2016 the foregoing Defendant's Notice of Filing of Notice of Removal was served on the following counsel of record by E-Service and Email:

<div align="center">

Joel Levine

LAW OFFICE OF JOEL A. LEVINE, PLLC

5407 Parkcrest Drive, Suite 300

Austin, Texas  78731

t: (512)-982-1510

f: (512)-367-5928

*joel@joelalevine.com*

</div>

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| MAXINE WHITE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO.   16-cv-1266 |
| | § | |
| FRONTIER AIRLINES, INC. | § | |
| | § | **JURY DEMAND** |
| Defendant. | § | |

_____

## NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1332(a) (DIVERSITY JURISDICTION)

PLEASE TAKE NOTICE that Defendant Frontier Airlines, Inc. ("Frontier") hereby removes to this Court the state court action described below.

1.  On November 3, 2016, plaintiff, Maxine White ("Plaintiff"), commenced an action in the District Court, 53rd Judicial District, Travis County, State of Texas, Case No. 16-005470.  A copy of the citation and original petition served on Frontier is attached in the Index as Exhibit A.  The Index being contemporaneously filed herewith is incorporated herein by reference for all purposes.

2.  On November 3, 2016, Frontier was served via personal service.

3.  To the best of the undersigned's knowledge, the documents contained in the Index comprise all filings to date in this matter.

4.  This is a personal injury case alleging that Plaintiff was injured while boarding a Frontier flight on June 10, 2015.

5.  Plaintiff is a resident of Travis County, Texas.

6.  Frontier's principal place of business is Denver, Colorado.

7.  Plaintiff alleges in her complaint that she suffered "severe physical injuries as well as mental and physical trauma." (Plaintiff's Petition, Exhibit A, p. 2.)

8.  Plaintiff further alleges in her complaint that she is seeking "monetary relief over $200,000," as well as exemplary damages. (Id., at p. 5.)

9.  This action is a civil action of which this Honorable Court has jurisdiction under 28 U.S.C. § 1332(a) since complete diversity exists between the parties and the amount in controversy exceeds $75,000.

10. This is a matter which may be removed to this Court by Defendant pursuant to 28 U.S.C. § 1441(a) and § 1446.

11. As Frontier was served on November 3, 2016, this removal is timely.

12. Plaintiff requested a jury trial in her state complaint and Frontier requests a jury trial in this matter as well.

13. As required by 28 U.S.C. § 1446, Frontier will give notice of the filing of this notice to the Plaintiff and to the clerk of the state court, where the action is presently pending.

WHEREFORE, Frontier respectfully requests removal of this matter to this Honorable Court.

Respectfully submitted,

**SMITH | ROBERTSON | ELLIOTT, LLP**
221 West Sixth Street, Suite 1100
Austin, Texas 78701
Telephone:  (512) 225-5800
Telecopier:  (512) 225-5838

By: _/s/ A. Lee Rigby_
      A.  Lee Rigby
      State Bar No. 24029796
      lrigby@smith-robertson.com
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following and I further certify that I have served the foregoing by email.

Joel Levine
LAW OFFICE OF JOEL A. LEVINE, PLLC
5407 Parkcrest Drive, Suite 300
Austin, Texas 78731
t: (512)-982-1510
f: (512)-367-5928
*joel@joelalevine.com*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS

### AUSTIN        DIVISION

NO. 16-cv-1266

Supplement to JS 44 Civil Cover Sheet
Cases Removed from State District Court

This form must be filed with the Clerk's Office no later than the **first business day** following the filing of the Notice of Removal. Additional sheets may be used as necessary.

The attorney of record for the removing party **MUST** sign this form.

---

**STATE COURT INFORMATION:**

1. Please identify the court from which the case is being removed; the case number; and the complete style of the case.

       Cause No. D-1-GN-16-005470; *Maxine White v. Frontier Airlines*; In the 53rd Judicial District Court of Travis County, Texas

2. Was jury demand made in State Court?    Yes ☒    No ☐

  If yes, by which party and on what date?

    Plaintiff, Maxine White              11/02/2016
   Party Name                       Date

---

**STATE COURT INFORMATION:**

1. List all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

Maxine White, Plaintiff
c/o Joel Levine
LAW OFFICE OF JOEL A. LEVINE, PLLC
5407 Parkcrest Drive, Suite 300
Austin, Texas 78731
Telephone: (512)-982-1510
Facsimile: (512)-367-5928
Email: joel@joelalevine.com

Frontier Airlines, Inc., Defendant
c/o A. Lee Rigby
SMITH | ROBERTSON | ELLIOTT
221 West Sixth Street, Suite 1100
Austin, Texas 78701
Telephone: (512) 225-5800
Facsimile: (512) 225-5838
Email: lrigby@smith-robertson.com

---

TXWD - Supplement to JS 44 (Rev. 10/2004)

2. List all parties that have not been served at the time of the removal, and the reason(s) for non-service.

    N/A

3. List all parties that have been non-suited, dismissed, or terminated, and the reason(s) for their removal from the case.

    N/A

**COUNTERCLAIMS, CROSS-CLAIMS, and/or THIRD-PARTY CLAIMS:**

1. List separately each counterclaim, cross-claim, or third-party claim still remaining in the case and designate the nature of each such claim. For each counterclaim, cross-claim, or third-party claim, include all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

    N/A

**VERIFICATION:**

/s/ A. Lee Rigby
_____
Attorney for Removing Party

12/02/2016
_____
Date

Defendant, Frontier Airlines, Inc.
_____
Party/Parties

TXWD - Supplement to JS 44 (Rev. 10/2004)

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **MAXINE WHITE,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CASE NO.**   16-cv-1266 |
| | § | |
| **FRONTIER AIRLINES, INC.** | § | |
| | § | |
| **Defendant.** | § | |

_____

## STATE COURT PLEADINGS INDEX

| | | |
|---|---|---|
| Exhibit A | Original Petition | 11/02/16 |
| Exhibit B | Civil Case Information Sheet | 11/02/16 |
| Exhibit C | Service Request Form | 11/02/16 |
| Exhibit D | Executed Service | 11/04/16 |
| Exhibit E | District Clerk's Case Index | 12/02/16 |



**CORPORATION SERVICE COMPANY**

## Notice of Service of Process

null / ALL
Transmittal Number: 15830969
Date Processed: 11/04/2016

| | |
|---|---|
| Primary Contact: | Jacalyn Peter<br>Frontier Airlines, Inc.<br>Frontier Center One<br>7001 Tower Road<br>Denver, CO 80249-7312 |
| Electronic copy provided to: | Howard Diamond<br>Shannon Muir |

| | |
|---|---|
| Entity: | Frontier Airlines, Inc.<br>Entity ID Number 0485700 |
| Entity Served: | Frontier Airlines, Inc. |
| Title of Action: | Maxine White vs. Frontier Airlines, Inc. |
| Document(s) Type: | Citation/Petition |
| Nature of Action: | Personal Injury |
| Court/Agency: | Travis County District Court, Texas |
| Case/Reference No: | D-I-GN-16-005470 |
| Jurisdiction Served: | Texas |
| Date Served on CSC: | 11/03/2016 |
| Answer or Appearance Due: | 10:00 am Monday next following the expiration of 20 days after service |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Sender Information: | Joel A. Levine<br>512-982-1510 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
2711 Centerville Road Wilmington, DE 19808 (888) 690-2882 | sop@cscglobal.com

EXHIBIT A

C I T A T I O N

T H E   S T A T E   O F   T E X A S

## CAUSE NO. D-1-GN-16-005470

MAXINE WHITE

, Plaintiff

vs.

FRONTIER AIRLINES, INC.

, Defendant

TO:  FRONTIER AIRLINES, INC.
     BY DELIVERY TO ITS REGISTERED AGENT,
     THE PRENTICE HALL CORPORATION
     211 E. 7TH STREET, SUITE 620
     AUSTIN, TEXAS 78701-3218

Defendant, in the above styled and numbered cause:

**YOU HAVE BEEN SUED.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.**

Attached is a copy of the <u>PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE</u> of the <u>PLAINTIFF</u> in the above styled and numbered cause, which was filed on <u>NOVEMBER 2, 2016</u> in the <u>53RD JUDICIAL DISTRICT COURT</u> of Travis County, Austin, Texas.

**ISSUED AND GIVEN UNDER MY HAND AND SEAL** of said Court at office, <u>November 03, 2016</u>.

REQUESTED BY:
JOEL A. LEVINE
5407 PARKCREST DRIVE, SUITE 300
AUSTIN, TX 78731
BUSINESS PHONE:(512)982-1510   FAX:(512)367-5928

Velva L. Price
Travis County District Clerk
Travis County Courthouse
1000 Guadalupe, P.O. Box 679003 (78767)
Austin, TX 78701
PREPARED BY: CARRISA ESCALANTE

- - - - - - - - - - - - - R E T U R N - - - - - - - - - - - - -

Came to hand on the __3__ day of __NOV.__ , __2016__ at __11:03__ o'clock __A__ M., and

executed at _____ within the County of

_____ on the __3__ day of __NOV.__ , __2016__, at _____ o'clock ____ M.,

by delivering to the within named _____, each

in person, a true copy of this citation together with the <u>PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE</u> accompanying pleading, having first attached such copy of such citation to such copy of pleading and endorsed on such copy of citation the date of delivery.

Service Fee: $ _____

Sworn to and subscribed before me this the

_____ day of _____, _____.

_____
Notary Public, THE STATE OF TEXAS

Sheriff / Constable / Authorized Person

By:_____

_____
Printed Name of Server

_____ County, Texas

D-1-GN-16-005470                    SERVICE FEE NOT PAID              P01 - 000046073
☑ Original      ☐ Service Copy

11/2/2016 5:43:59 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-16-005470
Carrisa Escalante

CAUSE NO. D-1-GN-16-005470

| | | |
|---|---|---|
| MAXINE WHITE | § | IN THE DISTRICT COURT OF |
| *Plaintiff,* | § | |
| | § | |
| V. | § | 53RD JUDICIAL DISTRICT |
| | § | |
| FRONTIER AIRLINES, INC. | § | |
| | § | |
| *Defendants.* | § | TRAVIS COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION
## AND REQUEST FOR DISCLOSURE

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, Plaintiff, MAXINE WHITE, in the above styled cause and files this, her

Plaintiff's Original Petition and Request for Disclosure complaining of FRONTIER AIRLINES

("Frontier") and shows the following:

### I. DISCOVERY CONTROL PLAN

1.    Pursuant to Texas Rules of Civil Procedure Rule 190.4, Plaintiff requests that

discovery be conducted in accordance with Discovery Control Plan Level 3.

### II. PARTIES

2.    Plaintiff is a resident of Travis County, Texas.

3.    Defendant Frontier Airlines is a business who may be served with citation by

serving its registered agent The Prentice Hall Corporation, 211 E. 7th Street, Suite 620, Austin,

Texas 78701-3218.

### III. VENUE AND JURISDICTION

4.    This Court has subject matter jurisdiction because the amount in controversy

exceeds the minimum jurisdictional limits of the court. This Court has personal jurisdiction over

Defendant because Defendant conducts business in this state. Venue is proper in Travis County,

Texas because all of the events giving rise to Plaintiff's claims occurred in Travis County, Texas.

## IV.    FACTS

5.    On June 10, 2015, Plaintiff arrived at Austin-Bergstrom International Airport for a

flight to Denver, Colorado on a plane owned and operated by Frontier Airlines.

6.    Upon arrival at the check-in counter, Plaintiff advised Defendant's staff of her

disability, a pre-existing back injury, nerve damage, and other health issues which require the use

of a wheel chair.

7.    During the boarding process, Defendant's staff advised passengers that a gate was

unavailable for boarding and transported passengers by bus to the tarmac for boarding.

8.    When Plaintiff arrived at the plane on the tarmac, there was no handicap ramp as

required by the Americans with Disabilities Act ("ADA").

9.    Defendant's staff members instructed Plaintiff to climb a narrow stairway

comprised of a set of sixteen stairs to board the plane.  Plaintiff was physically unable to climb the

stairs to board the plane.

10.    After several failed attempts to figure out a way for Plaintiff to board the plane,

Plaintiff was loaded into a "rescue chair" and carried up the stairs despite expressing concern for

her safety.

11.    Due to the haphazard and uneven nature used to carry Plaintiff and lift her up the

stairs for boarding, Plaintiff suffered severe physical injuries as well as mental and physical trauma

resulting in damages to Plaintiff.

12.     Following the incident, Plaintiff submitted a complaint to Defendant to address the unsafe boarding procedure employed by Frontier staff. Defendant responded to Plaintiff, and by their own admission, had violated state and federal law having failed in their duty to Plaintiff, a passenger with a disability, to provide proper assistance with boarding and ensure compliance with the law and their own procedures to safeguard the safety and dignity of passengers.

13.     Had Defendant, by and through its agents, representatives, employees and staff, complied with the law and followed proper procedures to assist passengers with disabilities, Plaintiff would not have sustained the injuries and damages described above.

## V.     CAUSES OF ACTION

### A.     NEGLIGENCE

14.     Plaintiff incorporates, by reference, the allegations set out above into each cause of action below:

15.     On the occasion in question, Defendant had a duty to exercise the degree of care and caution which would have been exercised by a person using ordinary care and would use to avoid harm to others under circumstances similar those described herein.

16.     Defendants breached the duty of care they owed to Plaintiff by failing to provide or ensure a safe boarding process.

17.     Defendant breached the duty of care they owed to Plaintiff by failing to provide or ensure the provision of assistance requested by or on behalf of passengers with a disability.

18.     Defendant breached the duty of care they owed to Plaintiff by failing to provide a safe boarding process and by negligently using a "rescue chair" to carry Plaintiff up a narrow set of stairs. A reasonable person could foresee that the method of boarding Plaintiff was unsafe, and

undignified, and carried the potential to cause greater harm to someone with a back injury and nerve damage.

19. Each and all of the foregoing acts of negligence were a proximate cause of the occurrence made the basis of this suit, and all of the damages and injuries sustained by Plaintiff.

20. Plaintiff specifically pleads that nothing she did contributed to her injuries

**B. NEGLIGENT TRAINING & SUPERVISION**

21. Defendant Frontier was negligent in failing to properly train and supervise its agents, representatives, employees, staff, and other personnel working and present at the time incident occurred.

22. Defendant did not use ordinary care in training and supervising its employees to follow procedures in compliance with the law which safeguard Defendant's health, specifically, passengers with disabilities, creating a risk of harm to the public.

23. Such negligence was the proximate cause of the incident described in this petition and caused personal injury and damages to Plaintiff.

**C. VICARIOUS LIABILITY – RESPONDEAT SUPERIOR**

24. At the time of the incident, agents, representatives, employees, staff, and other personnel were acting on behalf of Defendant Frontier in furtherance of Frontier's business interests. Accordingly, Defendant Frontier is liable to Plaintiff for all of the damages herein under the principals of *respondeat superior*.

**D. INFLICTION OF BODILIY INJURY**

25. Defendant Frontier boarded Plaintiff in an unsafe manner despite Plaintiff expressing concern for her safety when they strapped her in a chair, failed to safeguard her health, and unsteadily and recklessly carried her up the stairs causing trauma and bodily injury.

26.  Defendant Frontier's breach of duty proximately caused personal injury and damages to Plaintiff.

## VI.  DAMAGES

27.  Plaintiff incorporates the preceding paragraphs as if set forth herein.

28.  The negligent conduct of the Defendant proximately caused injuries and damages to Plaintiff in excess of the minimum jurisdictional limits of this Honorable Court.

29.  Pursuant to Texas Rules of Civil Procedure 47(c), Plaintiff seeks monetary relief of over $200,000 but not more than $1,000,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and post-judgment interest if applicable.

30.  These damages include, but are not limited to:

   a.  Medical, hospital, rehabilitative and pharmaceutical charges and expenses in the past and in reasonable medical probability, will be incurred in the future;

   b.  Pain and suffering in the past and in reasonable probability, will be suffered in the future;

   c.  Mental anguish suffered in the past and in reasonable probability, will be suffered in the future;

   d.  Disability and impairment in the past and in reasonable probability, will occur in the future;

   e.  Disfigurement in the past and in reasonable probability, will be suffered in the future; and

   f.  Lower quality of life in the past and in reasonable probability, will be suffered in the future.

31.  <u>Exemplary Damages.</u> Plaintiff's injuries resulted from Defendant Frontier's gross negligence, which entitled Plaintiff to exemplary damages under Texas Civil Practice & Remedies Code § 41.003(a)

32.  Plaintiff respectfully reserves the right to amend this pleading and plead for damages as may be appropriate at the time of the trial.

## VII.    CONDITIONS PRECEDENT

33.    Plaintiff would show that all conditions precedent to their recovery have occurred and been fulfilled.

## VIII.    DISCOVERY

34.    Pursuant to the Texas Rules of Civil Procedure, Plaintiff requests that the Defendant disclose, within fifty (50) days of the service of this request, the information and material described in Rule 194.2 (a) – (l)

## IX. REQUEST FOR JURY TRIAL

35.    Plaintiff demands a jury trial and tenders the appropriate fee with this petition.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Maxine White prays that Defendant Frontier Airlines, Inc. be cited to appear herein and answer this Petition and that on final hearing, Plaintiff has judgment against Defendants for all damages to which she is justly entitled and the jury may deem to be proper, together with prejudgment and post-judgment interest at the legal rate, costs of court, and for such other and further relief to which Plaintiff may be or become justly entitled.

Respectfully submitted,

**LAW OFFICE OF JOEL A. LEVINE, PLLC**

By:  /s/  Joel A. Levine
      JOEL A. LEVINE
      State Bar No. 24065612
      5407 Parkcrest Drive, Suite 300
      Austin, Texas 78731
      Telephone: (512) 982-1510
      Facsimile: (512) 367-5928
      Email: joel@joelalevine.com

**ATTORNEY FOR PLAINTIFF**
**MAXINE WHITE**

THE LAWYER REFERRAL SERVICE OF CENTRAL TEXAS
A Non-Profit Corporation

---

## IF YOU NEED A LAWYER
## AND DON'T KNOW ONE,
## THE LAWYER REFERRAL SERVICE
## CAN HELP

### 512-472-8303
**866-303-8303 (toll free)**
**www.AustinLRS.com**

Weekdays 8:00 am to 4:30 pm
$20.00 for first half hour attorney consultation
(free consultations for personal injury, malpractice, worker's compensation,
bankruptcy, and social security disability)

This service is certified as a lawyer referral service as required by the State of Texas
under Chapter 952, Occupations Code. Certificate No. 0303

---

## SI USTED NECESITA EL CONSEJO DE UN
## ABOGADO Y NO CONOCE A NINGUNO
## PUEDE LLAMAR
## A LA REFERENCIA DE ABOGADOS

### 512-472-8303
**866-303-8303 (llame gratis)**
**www.AustinLRS.com**

Abierto de lunes a viernes de 8:00 am-4:30 pm
$20.00 por la primera media hora de consulta con un abogado
(la consulta es gratis si se trata de daño personal, negligencia,
indemnización al trabajador, bancarrota o por incapacidad del Seguro Social)

This service is certified as a lawyer referral service as required by the State of Texas
under Chapter 952, Occupations Code. Certificate No. 0303

# CIVIL CASE INFORMATION SHEET

11/2/2016 5:43:59 PM

Velva L. Price
District Clerk
Travis County
D-1-GN-16-005470
Carrisa Escalante

CAUSE NUMBER *(FOR CLERK USE ONLY)*: **D-1-GN-16-005470**   COURT *(FOR CLERK USE ONLY)*: _____

STYLED **MAXINE WHITE V. FRONTIER AIRLINES, INC.**
(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact information for person completing case information sheet: | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|
| Name: Joel A. Levine | Email: joel@joelalevine.com | Plaintiff(s)/Petitioner(s): Maxine White | ☒ Attorney for Plaintiff/Petitioner <br> ☐ *Pro Se* Plaintiff/Petitioner <br> ☐ Title IV-D Agency <br> ☐ Other: |
| Address: 5407 Parkcrest Drive, Suite 300 | Telephone: (512) 982-1510 | | Additional Parties in Child Support Case: |
| City/State/Zip: Austin / TX / 78731 | Fax: (512) 367-5928 | Defendant(s)/Respondent(s): Frontier Airlines, Inc. | Custodial Parent: |
| Signature: /s/ Joel A. Levine | State Bar No: 24065612 | | Non-Custodial Parent: <br> Presumed Father: |
| | | [Attach additional page as necessary to list all parties] | |

## 2. Indicate case type, or identify the most important issue in the case *(select only 1)*:

| Civil | | | Family Law | |
|---|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | **Post-judgment Actions (non-Title IV-D)** |
| *Debt/Contract* <br> ☐ Consumer/DTPA <br> ☐ Debt/Contract <br> ☐ Fraud/Misrepresentation <br> ☐ Other Debt/Contract: <br><br> *Foreclosure* <br> ☐ Home Equity—Expedited <br> ☐ Other Foreclosure <br> ☐ Franchise <br> ☐ Insurance <br> ☐ Landlord/Tenant <br> ☐ Non-Competition <br> ☐ Partnership <br> ☐ Other Contract: | ☐ Assault/Battery <br> ☐ Construction <br> ☐ Defamation <br> *Malpractice* <br> ☐ Accounting <br> ☐ Legal <br> ☐ Medical <br> ☐ Other Professional Liability: <br> ☐ Motor Vehicle Accident <br> ☐ Premises <br> *Product Liability* <br> ☐ Asbestos/Silica <br> ☐ Other Product Liability List Product: <br> ☒ Other Injury or Damage: Negligence | ☐ Eminent Domain/Condemnation <br> ☐ Partition <br> ☐ Quiet Title <br> ☐ Trespass to Try Title <br> ☐ Other Property: | ☐ Annulment <br> ☐ Declare Marriage Void <br> *Divorce* <br> ☐ With Children <br> ☐ No Children | ☐ Enforcement <br> ☐ Modification—Custody <br> ☐ Modification—Other |
| | | | | **Title IV-D** <br> ☐ Enforcement/Modification <br> ☐ Paternity <br> ☐ Reciprocals (UIFSA) <br> ☐ Support Order |
| | | **Related to Criminal Matters** | **Other Family Law** | **Parent-Child Relationship** |
| | | ☐ Expunction <br> ☐ Judgment Nisi <br> ☐ Non-Disclosure <br> ☐ Seizure/Forfeiture <br> ☐ Writ of Habeas Corpus—Pre-indictment <br> ☐ Other: | ☐ Enforce Foreign Judgment <br> ☐ Habeas Corpus <br> ☐ Name Change <br> ☐ Protective Order <br> ☐ Removal of Disabilities of Minority <br> ☐ Other: | ☐ Adoption/Adoption with Termination <br> ☐ Child Protection <br> ☐ Child Support <br> ☐ Custody or Visitation <br> ☐ Gestational Parenting <br> ☐ Grandparent Access <br> ☐ Paternity/Parentage <br> ☐ Termination of Parental Rights <br> ☐ Other Parent-Child: |
| **Employment** | **Other Civil** | | | |
| ☐ Discrimination <br> ☐ Retaliation <br> ☐ Termination <br> ☐ Workers' Compensation <br> ☐ Other Employment: | ☐ Administrative Appeal <br> ☐ Antitrust/Unfair Competition <br> ☐ Code Violations <br> ☐ Foreign Judgment <br> ☐ Intellectual Property | ☐ Lawyer Discipline <br> ☐ Perpetuate Testimony <br> ☐ Securities/Stock <br> ☐ Tortious Interference <br> ☐ Other: | | |
| **Tax** | *Probate & Mental Health* | | | |
| ☐ Tax Appraisal <br> ☐ Tax Delinquency <br> ☐ Other Tax | *Probate/Wills/Intestate Administration* <br> ☐ Dependent Administration <br> ☐ Independent Administration <br> ☐ Other Estate Proceedings | ☐ Guardianship—Adult <br> ☐ Guardianship—Minor <br> ☐ Mental Health <br> ☐ Other: | | |

## 3. Indicate procedure or remedy, if applicable *(may select more than 1)*:

| | | |
|---|---|---|
| ☐ Appeal from Municipal or Justice Court <br> ☐ Arbitration-related <br> ☐ Attachment <br> ☐ Bill of Review <br> ☐ Certiorari <br> ☐ Class Action | ☐ Declaratory Judgment <br> ☐ Garnishment <br> ☐ Interpleader <br> ☐ License <br> ☐ Mandamus <br> ☐ Post-judgment | ☐ Prejudgment Remedy <br> ☐ Protective Order <br> ☐ Receiver <br> ☐ Sequestration <br> ☐ Temporary Restraining Order/Injunction <br> ☐ Turnover |

## 4. Indicate damages sought *(do not select if it is a family law case)*:

☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐ Less than $100,000 and non-monetary relief
☐ Over $100, 000 but not more than $200,000
☒ Over $200,000 but not more than $1,000,000
☐ Over $1,000,000

EXHIBIT B

Rev 2/13

11/2/2016 5:43:59 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-16-005470
Carrisa Escalante

## SERVICE REQUEST FORM

**VELVA L. PRICE**

District Clerk, Travis County
Civil Division (512) 854-9457

---

**REQUESTED BY:**

**ATTORNEY/FILER:** Joel A. Levine          **SUBMITTED BY:** Brian Falligant

**PHONE #:** (512) 657-5935          **TITLE:** Paralegal

**EMAIL:** paralegal@joelalevine.com          **SIGNATURE:**

---

**ISSUE PROCESS FOR:**

**CAUSE #: D-1-GN-16-005470**          **CASE STYLE:** Maxine White v. Frontier Airlines, Inc.

---

**QUICK CITATION REQUEST: (FOR SERVICE OF CITATION ON ALL DEFENDANTS BY PERSONAL**

ISSUE CITATION TO ALL DEFENDANTS LISTED IN THE ORIGINAL PETITION AT THE ADDRESS SPECIFIED IN THE PETITION AND FORWARD THE CITATION(S) TO THE FOLLOWING:

☐ TRAVIS CO. CONSTABLE (specify):          ☐ CERTIFIED MAIL BY CLERK          ☐ ATTORNEY/REQUESTER

☑ PRIVATE PROCESS AGENCY (specify): Tod Pendergras / Direct Results   ☑ I HAVE INCLUDED ATTACHMENTS TO THIS REQUEST (e.g. DISCOVERY) TO INCLUDE

---

**DETAILED SERVICE REQUEST: (ON PARTICULAR PARTIES, BY VARIOUS DELIVERY METHODS, OR FOR NON-CITATION**

**DESRIPTION OF INSTRUMENT(S) TO BE SERVED:** Plaintiff's Original Petition and Request for Disclosure

☐ I HAVE INCLUDED ATTACHMENTS TO THIS REQUEST (e.g. discovery) TO INCLUDE IN THE CITATION

| TYPE OF PROCESS TO ISSUE: | ☐ CITATION ☐ CERTIFIED NOTICE ☐ PROTECTIVE ORDER* ☐ TRO*^ ☐ INJUNCTION*^ ☐ SEQUESTRATION*^ ☐ ATTACHMENT* ☐ EXECUTION* ☐ ABSTRACT* ☐ SUPERSEDEAS^ ☐ SCIRE FACIAS* ☐ OTHER^ |
|---|---|
| *SPECIFY TITLE AND DATE OF UNDERLYING ORDER IN CASE RECORD: | ^ATTACH A COPY OF BOND AND/OR OTHER SUPPORTING DOCUMENT |

---

**SERVICE TO BE ISSUED:**

| PARTY NAME: Frontier Airlines, Inc. | EMAIL PROCESS TO: | SERVE VIA: |
|---|---|---|
| PARTY TYPE: Defendant | ☐ TRAVIS CO. CONSTABLE<br>☐ ATTORNEY/REQUESTOR<br>☑ PRIVATE PROCESS AGENCY:<br>Process Agency Name:<br>Tod Pendergras / Direct Results | ☐ PERSONAL SERVICE<br>☐ CERTIFIED MAIL (BY CONSTABLE)<br>☐ CERTIFIED MAIL (BY CLERK)<br>☐ CITATION BY POSTING*<br>☐ CITATION BY PUBLICATION* |
| ☑ USE ADDRESS IN ORIGINAL PETITION ☐ SECRETARY OF STATE<br>☐ OTHER ADDRESS: | | |
| PARTY NAME: | EMAIL PROCESS TO: | SERVE VIA: |
| PARTY TYPE: | ☐ TRAVIS CO. CONSTABLE<br>☐ ATTORNEY/REQUESTOR<br>☐ PRIVATE PROCESS AGENCY:<br>Process Agency Name: | ☐ PERSONAL SERVICE<br>☐ CERTIFIED MAIL (BY CONSTABLE)<br>☐ CERTIFIED MAIL (BY CLERK)<br>☐ CITATION BY POSTING*<br>☐ CITATION BY PUBLICATION* |
| ☐ USE ADDRESS IN ORIGINAL PETITION ☐ SECRETARY OF STATE<br>☐ OTHER ADDRESS: | | |
| PARTY NAME: | EMAIL PROCESS TO: | SERVE VIA: |
| PARTY TYPE: | ☐ TRAVIS CO. CONSTABLE<br>☐ ATTORNEY/REQUESTOR<br>☐ PRIVATE PROCESS AGENCY:<br>Process Agency Name: | ☐ PERSONAL SERVICE<br>☐ CERTIFIED MAIL (BY CONSTABLE)<br>☐ CERTIFIED MAIL (BY CLERK)<br>☐ CITATION BY POSTING*<br>☐ CITATION BY PUBLICATION* |
| ☐ USE ADDRESS IN ORIGINAL PETITION ☐ SECRETARY OF STATE<br>☐ OTHER ADDRESS: | | |

*THIS TYPE OF SERVICE MAY REQUIRE A COURT ORDER. ENTER DATE OF SERVICE ORDER IN CASE RECORD:

ADDITIONAL INSTRUCTIONS FOR CLERK OR FOR OFFICER SERVING PROCESS:

---

**FOR ADDITIONAL PARTIES TO BE SERVED, USE e-FILED PROCESS ISSUANCE REQUEST FORM ADDENDUM**

EXHIBIT C

Velva L. Price
District Clerk, Travis County
Civil Division (512) 854-9457

**SERVICE REQUEST FORM**

| Cause #: | Case Style: | |
|---|---|---|

| PARTY NAME: | EMAIL PROCESS TO: | SERVE VIA: |
|---|---|---|
| PARTY TYPE: | ☐ TRAVIS CO. CONSTABLE ☐ ATTORNEY/REQUESTOR ☐ PRIVATE PROCESS AGENCY: | ☐ PERSONAL SERVICE ☐ CERTIFIED MAIL (BY CONSTABLE) ☐ CERTIFIED MAIL (BY CLERK) |
| ☐ USE ADDRESS IN ORIGINAL PETITION ☐ SECRETARY OF STATE ☐ OTHER ADDRESS: | Process Agency Name: | ☐ CITATION BY POSTING* ☐ CITATION BY PUBLICATION* |

| PARTY NAME: | EMAIL PROCESS TO: | SERVE VIA: |
|---|---|---|
| PARTY TYPE: | ☐ TRAVIS CO. CONSTABLE ☐ ATTORNEY/REQUESTOR ☐ PRIVATE PROCESS AGENCY: | ☐ PERSONAL SERVICE ☐ CERTIFIED MAIL (BY CONSTABLE) ☐ CERTIFIED MAIL (BY CLERK) |
| ☐ USE ADDRESS IN ORIGINAL PETITION ☐ SECRETARY OF STATE ☐ OTHER ADDRESS: | Process Agency Name: | ☐ CITATION BY POSTING* ☐ CITATION BY PUBLICATION* |

| PARTY NAME: | EMAIL PROCESS TO: | SERVE VIA: |
|---|---|---|
| PARTY TYPE: | ☐ TRAVIS CO. CONSTABLE ☐ ATTORNEY/REQUESTOR ☐ PRIVATE PROCESS AGENCY: | ☐ PERSONAL SERVICE ☐ CERTIFIED MAIL (BY CONSTABLE) ☐ CERTIFIED MAIL (BY CLERK) |
| ☐ USE ADDRESS IN ORIGINAL PETITION ☐ SECRETARY OF STATE ☐ OTHER ADDRESS: | Process Agency Name: | ☐ CITATION BY POSTING* ☐ CITATION BY PUBLICATION* |

| PARTY NAME: | EMAIL PROCESS TO: | SERVE VIA: |
|---|---|---|
| PARTY TYPE: | ☐ TRAVIS CO. CONSTABLE ☐ ATTORNEY/REQUESTOR ☐ PRIVATE PROCESS AGENCY: | ☐ PERSONAL SERVICE ☐ CERTIFIED MAIL (BY CONSTABLE) ☐ CERTIFIED MAIL (BY CLERK) |
| ☐ USE ADDRESS IN ORIGINAL PETITION ☐ SECRETARY OF STATE ☐ OTHER ADDRESS: | Process Agency Name: | ☐ CITATION BY POSTING* ☐ CITATION BY PUBLICATION* |

| PARTY NAME: | EMAIL PROCESS TO: | SERVE VIA: |
|---|---|---|
| PARTY TYPE: | ☐ TRAVIS CO. CONSTABLE ☐ ATTORNEY/REQUESTOR ☐ PRIVATE PROCESS AGENCY: | ☐ PERSONAL SERVICE ☐ CERTIFIED MAIL (BY CONSTABLE) ☐ CERTIFIED MAIL (BY CLERK) |
| ☐ USE ADDRESS IN ORIGINAL PETITION ☐ SECRETARY OF STATE ☐ OTHER ADDRESS: | Process Agency Name: | ☐ CITATION BY POSTING* ☐ CITATION BY PUBLICATION* |

| PARTY NAME: | EMAIL PROCESS TO: | SERVE VIA: |
|---|---|---|
| PARTY TYPE: | ☐ TRAVIS CO. CONSTABLE ☐ ATTORNEY/REQUESTOR ☐ PRIVATE PROCESS AGENCY: | ☐ PERSONAL SERVICE ☐ CERTIFIED MAIL (BY CONSTABLE) ☐ CERTIFIED MAIL (BY CLERK) |
| ☐ USE ADDRESS IN ORIGINAL PETITION ☐ SECRETARY OF STATE ☐ OTHER ADDRESS: | Process Agency Name: | ☐ CITATION BY POSTING* ☐ CITATION BY PUBLICATION* |

| PARTY NAME: | EMAIL PROCESS TO: | SERVE VIA: |
|---|---|---|
| PARTY TYPE: | ☐ TRAVIS CO. CONSTABLE ☐ ATTORNEY/REQUESTOR ☐ PRIVATE PROCESS AGENCY: | ☐ PERSONAL SERVICE ☐ CERTIFIED MAIL (BY CONSTABLE) ☐ CERTIFIED MAIL (BY CLERK) |
| ☐ USE ADDRESS IN ORIGINAL PETITION ☐ SECRETARY OF STATE ☐ OTHER ADDRESS: | Process Agency Name: | ☐ CITATION BY POSTING* ☐ CITATION BY PUBLICATION* |

| PARTY NAME: | EMAIL PROCESS TO: | SERVE VIA: |
|---|---|---|
| PARTY TYPE: | ☐ TRAVIS CO. CONSTABLE ☐ ATTORNEY/REQUESTOR ☐ PRIVATE PROCESS AGENCY: | ☐ PERSONAL SERVICE ☐ CERTIFIED MAIL (BY CONSTABLE) ☐ CERTIFIED MAIL (BY CLERK) |
| ☐ USE ADDRESS IN ORIGINAL PETITION ☐ SECRETARY OF STATE ☐ OTHER ADDRESS: | Process Agency Name: | ☐ CITATION BY POSTING* ☐ CITATION BY PUBLICATION* |

| PARTY NAME: | EMAIL PROCESS TO: | SERVE VIA: |
|---|---|---|
| PARTY TYPE: | ☐ TRAVIS CO. CONSTABLE ☐ ATTORNEY/REQUESTOR ☐ PRIVATE PROCESS AGENCY: | ☐ PERSONAL SERVICE ☐ CERTIFIED MAIL (BY CONSTABLE) ☐ CERTIFIED MAIL (BY CLERK) |
| ☐ USE ADDRESS IN ORIGINAL PETITION ☐ SECRETARY OF STATE ☐ OTHER ADDRESS: | Process Agency Name: | ☐ CITATION BY POSTING* ☐ CITATION BY PUBLICATION* |

| PARTY NAME: | EMAIL PROCESS TO: | SERVE VIA: |
|---|---|---|
| PARTY TYPE: | ☐ TRAVIS CO. CONSTABLE ☐ ATTORNEY/REQUESTOR ☐ PRIVATE PROCESS AGENCY: | ☐ PERSONAL SERVICE ☐ CERTIFIED MAIL (BY CONSTABLE) ☐ CERTIFIED MAIL (BY CLERK) |
| ☐ USE ADDRESS IN ORIGINAL PETITION ☐ SECRETARY OF STATE ☐ OTHER ADDRESS: | Process Agency Name: | ☐ CITATION BY POSTING* ☐ CITATION BY PUBLICATION* |

| PARTY NAME: | EMAIL PROCESS TO: | SERVE VIA: |
|---|---|---|
| PARTY TYPE: | ☐ TRAVIS CO. CONSTABLE ☐ ATTORNEY/REQUESTOR ☐ PRIVATE PROCESS AGENCY: | ☐ PERSONAL SERVICE ☐ CERTIFIED MAIL (BY CONSTABLE) ☐ CERTIFIED MAIL (BY CLERK) |
| ☐ USE ADDRESS IN ORIGINAL PETITION ☐ SECRETARY OF STATE ☐ OTHER ADDRESS: | Process Agency Name: | ☐ CITATION BY POSTING* ☐ CITATION BY PUBLICATION* |

**\*This Type of Service may require a court order. Enter date of service order in case record:**

C I T A T I O N

# T H E   S T A T E   O F   T E X A S

## CAUSE NO. D-1-GN-16-005470

MAXINE WHITE

vs.

FRONTIER AIRLINES, INC.

Filed in The District Court
of Travis County, Texas          , Plaintiff

NOV 04 2016   ☒

At _____12:38_____ P. M.          , Defendant
Velva L. Price, District Clerk

TO: FRONTIER AIRLINES, INC.
    BY DELIVERY TO ITS REGISTERED AGENT,
    THE PRENTICE HALL CORPORATION
    211 E. 7TH STREET, SUITE 620
    AUSTIN, TEXAS 78701-3218

Defendant, in the above styled and numbered cause:

**YOU HAVE BEEN SUED.   You may employ an attorney.   If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.**

Attached is a copy of the PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE of the PLAINTIFF in the above styled and numbered cause, which was filed on NOVEMBER 2, 2016 in the 53RD JUDICIAL DISTRICT COURT of Travis County, Austin, Texas.

**ISSUED AND GIVEN UNDER MY HAND AND SEAL** of said Court at office, November 03, 2016.

REQUESTED BY:
JOEL A. LEVINE
5407 PARKCREST DRIVE, SUITE 300
AUSTIN, TX 78731
BUSINESS PHONE:(512)982-1510   FAX:(512)367-5928

**Velva L. Price**
**Travis County District Clerk**
**Travis County Courthouse**
**1000 Guadalupe, P.O. Box 679003 (78767)**
**Austin, TX 78701**
PREPARED BY: CARRISA ESCALANTE

-- - -- - -- - -- - - -- **R E T U R N** -- - -- - -- - -- - -- - -- -

Came to hand on the ___3___ day of ___NOV.___ , ___2016___ at ___11:03___ o'clock ___A___ M., and

executed at _____ within the County of

_____ on the _____ day of _____, _____, at _____ o'clock _____M.,

by delivering to the within named _____ , each

in person, a true copy of this citation together with the PLAINTIFF'S ORIGINAL PETITION AND REQUEST

FOR DISCLOSURE accompanying pleading, having first attached such copy of such citation to such copy

of pleading and endorsed on such copy of citation the date of delivery.

Service Fee: $ ___71.00___

_____
Sheriff / Constable / Authorized Person

Sworn to and subscribed before me this the

_____ day of _____, _____.

By: _____

# RETURN ATTACHED

Printed Name of Server

_____
Notary Public, THE STATE OF TEXAS

_____ County, Texas

D-1-GN-16-005470      Case # D-1-GN-16-005470

☐ Original

004887753

F PAID _____ P01 - 000046073

# DRLS
516 West Annie St.
Austin, Texas 78704
2495

EXHIBIT D

ORIGINAL

RETURN

Cause No.   D-1-GN-16-005470

Came to hand on the 3rd day of November, 2016, at 11:03 o'clock a.m.

X    Citation
X    Plaintiff's Original Petition and Request for Disclosure
X    Lawyer Referral Info. Sheet

Executed at   211 E. 7th Street, Ste. 620, Austin, Texas 78701 , within the County of Travis , on the 3rd day of  November, 2016, at  1:20  o'clock  p.  m., by delivering to the within named,  FRONTIER AIRLINES, INC., by delivering to its Registered Agent,   Prentice Hall Corporation System, by delivering in person to Kelly Courtney, employee designated to receive process for the registered agent , a true and correct copy of the above specified civil process, having first endorsed thereupon the date of delivery. I am over eighteen (18) years of age and not a party to or interested in the outcome of the above numbered cause. I am authorized to serve citations and other notices in this cause by Texas Supreme Court Order #SCH1660, exp. 11/30/2017. The statements/facts herein contained are within my personal knowledge. This return is attached to original process or a true copy thereof. I declare under penalty of perjury that the foregoing is true and correct.

    Tod E. Pendergrass
Printed Name of Process Server                       Signature of Authorized Process Server
                                              DRLS, 516 W. Annie, Austin, Tx. 78704
                                              Re: Levine/2495

VERIFICATION
STATE OF TEXAS, COUNTY OF TRAVIS

Before me, a notary public, on this day personally appeared the above named person, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements/facts therein contained are within his/her personal knowledge to be true and correct. Given under my hand and seal of office on the 3rd day of November, 2016.

STAR SALAZAR
NOTARY PUBLIC
State of Texas
Comm. Exp. 04-27-2019

Notary Public Signature in and for
The State of  T E X A S

(https://www.traviscountytx.gov)

## District Clerk - AARO - Attorney Access to Records Online

# Details

**Updated : Friday, December 2, 2016 5:08:56 AM**

Request Documents (/aaro/Content/record_search_fillable.pdf)

New Search (/aaro/)

**Cause Number**
D-1-GN-16-005470
**Style**
WHITE V FRONTIER AIRLINES
**Filed Date**
11/2/2016
**Court**
53
**Type**
PERSONAL INJURY OTHER (GEN LIT )
**Case Status**
PENDING
**Action/Offense**
**Hearing Date**

| Attorney | Type | Party - Full/Business | Party - Person |
|---|---|---|---|
| | DEFENDANT | FRONTIER AIRLINES INC | |
| LEVINE JOEL ALAN | PLAINTIFF | | WHITE , MAXINE |

| Date | Court | Party | Description | Category | Pages | |
|---|---|---|---|---|---|---|
| 11/4/2016 | 53 | DF | EXECUTED SERVICE | SRVPROCESS | 2 | Download (/aaro/Default/GetPdf?barCodeId=4887753) |
| 11/3/2016 | 53 | DF | ISS:CITATION | ISSUANCE | 0 | PDF not available |
| 11/2/2016 | 53 | PL | OTHER FILING | OTHER | 2 | Download (/aaro/Default/GetPdf?barCodeId=4877792) |
| 11/2/2016 | 53 | PL | OTHER FILING | OTHER | 1 | Download (/aaro/Default/GetPdf?barCodeId=4877788) |
| 11/2/2016 | 53 | PL | ORIGINAL PETITION/APPLICATION | PET-PL | 7 | Download (/aaro/Default/GetPdf?barCodeId=4877780) |

Request Documents (/aaro/Content/record_search_fillable.pdf)

New Search (/aaro/)

© 2016 Travis County, Texas - All rights reserved.

EXHIBIT E