# Incident Detail Report

Data Source: Data Warehouse
Incident Status: Closed
Incident number: 15057338
Case Numbers: AFD -2015-0044246
Incident Date: 6/10/2015 17:55:21
Last Updated: 4/10/2017 14:34:29

**Incident Information**

| | | | |
|---|---|---|---|
| Incident Type: | C - Medical Priority 5 | Alarm Level: | |
| Priority: | 4F | Problem: | LAC1 - Lift Assist Code 1 |
| Determinant: | | Agency: | FIRE |
| Base Response#: | 2015-161-0096527 | Jurisdiction: | AFD |
| Confirmation#: | | Division: | AFD_B05 |
| Taken By: | RANGEL, PHILLIP | Battalion: | AFD_BAT05 |
| Response Area: | 00-4205 | Response Plan: | 00*ABIA-C - Medical Priority 5 |
| Disposition: | SrvOth - Services Other | Command Ch: | |
| Cancel Reason: | | Primary TAC: | AT FCOM S |
| Incident Status: | Closed | Secondary TAC: | AT MCOM-S |
| Certification: | ENG | Delay Reason (if any): | |
| Longitude: | 97664896 | Latitude: | 30202205 |

**Incident Location**

| | | | |
|---|---|---|---|
| Location Name: | GATE 5 ABIA | County: | TRAVIS |
| Address: | 545 Abia Way | Location Type: | Airport Boarding Gate |
| Apartment: | | Cross Street: | APRON WAY/PRESIDENTIAL BLVD |
| Building: | | Map Reference: | 647S |
| City, State, Zip: | AUSTIN TX 78719 | | |

**Call Receipt**

Caller Name:
Method Received:                               Call Back Phone:
Caller Type:                                   Caller Location:

**Time Stamps**

| Description | Date | Time | User | Elapsed Times Description | Time |
|---|---|---|---|---|---|
| Phone Pickup | 6/10/2015 | 17:55:20 | | | |
| 1st Key Stroke | 6/10/2015 | 17:55:21 | | Received to In Queue | 00:00:28 |
| In Waiting Queue | 6/10/2015 | 17:55:50 | | Call Taking | 00:01:37 |
| Call Taking Complete | 6/10/2015 | 17:56:58 | RANGEL, PHILLIP | In Queue to 1st Assign | 00:00:25 |
| 1st Unit Assigned | 6/10/2015 | 17:56:16 | | Call Received to 1st Assign | 00:00:55 |
| 1st Unit Enroute | | | | Assigned to 1st Enroute | |
| 1st Unit Arrived | 6/10/2015 | 17:56:35 | | Enroute to 1st Arrived | |
| Closed | 6/10/2015 | 18:28:02 | VisiNetMobileInterface | Incident Duration | 00:32:42 |

**Resources Assigned**

| Unit | Primary Flag | Assigned | Disposition | Enroute | Staged | Arrived | Delay At Patient Avail | Complete | Odm. Enroute | Odm. Arrived | Cancel Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AFR02 | Y | 17:56:16 | SrvOth - Services Other | | | 17:56:47 | | 18:28:02 | | | |
| AFR05 | N | 17:56:16 | SrvOth - Services Other | | | 17:56:35 | | 18:17:27 | | | |

**Personnel Assigned**

| Unit | Name |
|---|---|
| AFR02 | RUIZ, LORENZO E (FD000682) - AFD - Active |
| AFR05 | CRAIG, STEVEN W (FD001295) - AFD - Active; HINOJOSA, STEVEN M (FD000868) - AFD - Active; TRECKMAN, TIMOTHY J (FD000767) - AFD - Active |

**Pre-Scheduled Information**
No Pre-Scheduled Information

**Transports**
No Transports Information

**Transport Legs**
No Transports Information

**Comments**

| Date | Time | User | Type | Conf. | Comments |
|---|---|---|---|---|---|
| 6/10/2015 | 17:56:16 | TSSIntRMS: ZollFireRMS_Ne | Response | | External Case Number 'AFD -2015-0044246' added for AFD. |
| 6/10/2015 | 17:56:32 | FD001430 | Response | | Updated SOP information is available |
| 6/10/2015 | 17:56:32 | FD001430 | Response | | [Notification] (FIRE)-Problem changed from HOLD to LAC1 - Lift Assist Code 1 by FIRE |
| 6/10/2015 | 17:57:26 | FD001430 | Response | | Lift assist at Gate 05 per Afr02 |

**Address Changes**
No Address Changes

**Priority Changes**

| Date | Time | Changed from Priority | Reason | User |
|---|---|---|---|---|
| 6/10/2015 | 17:56:32 | 6H | ADDL - Additional Information | PR |

**Alarm Level Changes**
No Alarm Level Changes

**Activity Log**

EXHIBIT C

Case 1:16-cv-01266-AWA   Document 12-3   Filed 07/21/17   Page 2 of 6

VisiNet Browser : 5.619.42.1 : 5.619.42.1 : 5.734.38.0 - Reports - Incident Report        Page 2 of 3

| Date | Time | Radio | Activity | Location | Log Entry | User |
|---|---|---|---|---|---|---|
| 6/10/2015 | 17:55:50 | | Incident in Waiting Queue | | HOLD | FD001430 |
| 6/10/2015 | 17:55:50 | | SOP Displayed | | | |
| 6/10/2015 | 17:55:50 | | CN:AlertSent (ID=1) | | [IN QUEUE] Inc# (15057338) 545 Abia Way : 6H | CN:AS |
| 6/10/2015 | 17:55:50 | | CN:AlertACK (ID=1) | | Alert ACK via [Auto-ACK (Sound Only)] by [NOFFSINGER, DOYLE G] (PerID=6252) | CN:AL |
| 6/10/2015 | 17:55:50 | | CN:AlertACK (ID=1) | | Alert ACK via [Auto-ACK (Sound Only)] by [STEPHENSON, LAURA L] (PerID=6314) | CN:AL |
| 6/10/2015 | 17:55:50 | | CN:AlertACK (ID=1) | | Alert ACK via [Auto-ACK (Sound Only)] by [PETTIT, MICHAEL J] (PerID=6503) | CN:AL |
| 6/10/2015 | 17:55:50 | | CN:AlertACK (ID=1) | | Alert ACK via [Auto-ACK (Sound Only)] by [CRUM, ROBERT E] (PerID=6939) | CN:AL |
| 6/10/2015 | 17:55:51 | | Incident in Waiting Queue Timer Clear | | | |
| 6/10/2015 | 17:56:16 | AFR02 | DISP | 545 Abia Way [GATE 5 ABIA] | Response Number (2015-161-0096527) | FD001430 |
| 6/10/2015 | 17:56:16 | AFR05 | DISP | 545 Abia Way [GATE 5 ABIA] | Response Number (2015-161-0096528) | FD001430 |
| 6/10/2015 | 17:56:16 | | Read Incident | | Incident 864 was Marked as Read. | FD001430 |
| 6/10/2015 | 17:56:28 | | MultiAgencyResponse | | A Change in the Problem from HOLD to LAC1 - Lift Assist Code 1 has resulted in the recommendation of the following additional agencies AUSTIN-TRAVIS COUNTY EMS | FD001430 |
| 6/10/2015 | 17:56:32 | | MultiAgencyResponse | | The following additional Agencies have been sent because of a Problem/Nature change:AUSTIN-TRAVIS COUNTY EMS | FD001430 |
| 6/10/2015 | 17:56:32 | | SOP Updated | | Updated SOP Information is available | FD001430 |
| 6/10/2015 | 17:56:32 | | CN:AlertSent (ID=2) | | [PROBLEM CHANGE] Units (AFR02,AFR05) 545 Abia Way : To (LAC1 - Lift Assist Code 1) | CN:AS |
| 6/10/2015 | 17:56:32 | | SOP Displayed | | LAC1 | FD001430 |
| 6/10/2015 | 17:56:32 | AFR02 | Change Unit Priority | | Change Unit Priority from 6H to 4F | FD001430 |
| 6/10/2015 | 17:56:32 | AFR05 | Change Unit Priority | | Change Unit Priority from 6H to 4F | FD001430 |
| 6/10/2015 | 17:56:35 | AFR05 | ONSC | 545 Abia Way | | VisiNet |
| 6/10/2015 | 17:56:47 | AFR02 | ONSC | 545 Abia Way | | FD001430 |
| 6/10/2015 | 17:56:58 | | UserAction | | User clicked Exit/Save | FD001430 |
| 6/10/2015 | 17:57:09 | | CN:AlertACK (ID=2) | | Alert ACK via [Checkbox Click] by [RANGEL, PHILLIP] (PerID=6665) | CN:AL |
| 6/10/2015 | 17:57:28 | | UserAction | | User clicked Exit/Save | FD001430 |
| 6/10/2015 | 17:58:20 | | CN:AlertACK (ID=2) | | Alert ACK via [Checkbox Click] by [PETTIT, MICHAEL J] (PerID=6503) | CN:AL |
| 6/10/2015 | 17:58:59 | | CN:AlertACK (ID=2) | | Alert ACK via [Checkbox Click] by [STEPHENSON, LAURA L] (PerID=6314) | CN:AL |
| 6/10/2015 | 18:17:27 | AFR05 | AVCL | 545 Abia Way [GATE 5 ABIA] | | VisiNet |
| 6/10/2015 | 18:28:02 | AFR02 | AVCL | 545 Abia Way [GATE 5 ABIA] | | VisiNet |
| 6/10/2015 | 18:28:02 | | Response Closed | GATE 5 ABIA | | VisiNet |
| 6/10/2015 | 19:41:02 | | CN:AlertACK (ID=2) | | Alert ACK via [Checkbox Click] by [CRUM, ROBERT E] (PerID=6939) | CN:AL |
| 6/10/2015 | 20:32:07 | | CN:AlertACK (ID=2) | | Alert ACK via [Checkbox Click] by [NOFFSINGER, DOYLE G] (PerID=6252) | CN:AL |

Edit Log

| Date | Time | Field | Changed From | Changed To | Reason | Table | Workstation | User |
|---|---|---|---|---|---|---|---|---|
| 6/10/2015 | 17:55:24 | Address | (Blank) | abia | New Entry | Response_Master_Incident | AFD04 | FD001430 |
| 6/10/2015 | 17:55:43 | Jurisdiction | | AFD | (Response Viewer) | Response_Master_Incident | AFD04 | FD001430 |
| 6/10/2015 | 17:55:43 | Division | | AFD_B05 | (Response Viewer) | Response_Master_Incident | AFD04 | FD001430 |
| 6/10/2015 | 17:55:43 | Battalion | | AFD_BAT05 | (Response Viewer) | Response_Master_Incident | AFD04 | FD001430 |
| 6/10/2015 | 17:55:43 | Response_Area | | 00-4205 | (Response Viewer) | Response_Master_Incident | AFD04 | FD001430 |
| 6/10/2015 | 17:55:43 | ResponsePlanType 0 | | 0 | (Response Viewer) | Response_Master_Incident | AFD04 | FD001430 |
| 6/10/2015 | 17:55:43 | Primary_TAC_Channel | | AT FCOM S | (Response Viewer) | Response_Master_Incident | AFD04 | FD001430 |
| 6/10/2015 | 17:55:43 | Alternate_TAC_Channel | | AT MCOM-S | (Response Viewer) | Response_Master_Incident | AFD04 | FD001430 |
| 6/10/2015 | 17:55:43 | Address | abia | 545 ABIA WAY | Premise Verified | Response_Master_Incident | AFD04 | FD001430 |
| 6/10/2015 | 17:55:43 | City | | AUSTIN | Updated City | Response_Master_Incident | AFD04 | FD001430 |
| 6/10/2015 | 17:55:43 | Latitude | 0 | 30202205 | Premise Verified | Response_Master_Incident | AFD04 | FD001430 |
| 6/10/2015 | 17:55:43 | Longitude | 0 | 97664896 | Premise Verified | Response_Master_Incident | AFD04 | FD001430 |
| 6/10/2015 | 17:55:49 | Problem | | HOLD | (Response Viewer) | Response_Master_Incident | AFD04 | FD001430 |
| 6/10/2015 | 17:55:50 | Pickup_Map_Info | | 647S | | Response_Transports | AFD04 | FD001430 |
| 6/10/2015 | 17:55:50 | Map_Info | | 647S | | Response_Master_Incident | AFD04 | FD001430 |
| 6/10/2015 | 17:55:50 | Caller_Building | | 2 | Polygon Lookup | Response_Master_Incident | AFD04 | FD001430 |
| 6/10/2015 | 17:56:16 | Read Call | False | True | (Response Viewer) | Response_Master_Incident | AFD04 | FD001430 |
| 6/10/2015 | 17:56:32 | Current_UnitRespPrAFR02: 6H iorityDesc | | 4F | ADDL - Additional Information | Response_Vehicles_Assigned | AFD04 | FD001430 |
| 6/10/2015 | 17:56:32 | Current_UnitRespPrAFR05: 6H iorityDesc | | 4F | ADDL - Additional Information | Response_Vehicles_Assigned | AFD04 | FD001430 |
| 6/10/2015 | 17:56:32 | Problem | HOLD | LAC1 - Lift Assist Code 1 | (Response Viewer) | Response_Master_Incident | AFD04 | FD001430 |
| 6/10/2015 | 17:56:32 | Response_Plan | 00*ABIA-X - No Response | 00*ABIA-C - Medical Priority 5 | (Response Viewer) | Response_Master_Incident | AFD04 | FD001430 |
| 6/10/2015 | 17:56:32 | Priority_Description | 6H | 4F | ADDL - Additional Information | Response_Master_Incident | AFD04 | FD001430 |
| 6/10/2015 | 17:56:32 | Priority_Number | 13 | 10 | ADDL - | Response_Master_Incident | AFD04 | FD001430 |

| Date | Time | Field | Value | | Additional Information | | |
|---|---|---|---|---|---|---|---|
| 6/10/2015 | 17:56:32 | Incident_Type | X - No Response | C - Medical Priority 5 | (Response Viewer) | Response_Master_Incident AFD04 | FD001430 |
| 6/10/2015 | 17:56:32 | Certification_Level | HOLD | ENG | (Response Viewer) | Response_Master_Incident AFD04 | FD001430 |

**Custom Time Stamps**
No Custom Time Stamps

**Custom Data Fields**
No Custom Data Fields

**Attachments**
No Attachment



# Incident Detail Report
## No PCR
Data Source: **RMS**
Incident #: **15057338**

Data Source: **RMS**   Incident Date: **06/10/2015 17:55:20**   http://172.20.68.129/freepub/

## INCIDENT INFORMATION

| | | | |
|---|---|---|---|
| IncidentType | C - Medical Priority 5 | Alarm Level | |
| Priority | 4F | Problem | LAC1 - Lift Assist Code 1 |
| Base Response # | 2015-161-0096527 | Agency | FIRE |
| Taken By | RANGEL, PHILLIP | jurisdiction | AFD |
| Response Area | 00-4205 | Division | AFD_B05 |
| Disposition | SrvOth - Services Other | Battalion | AFD_BAT05 |
| Cancel Reason | | Response Plan | 00*ABIA-C - Medical Priority 5 |
| | | Command Ch | |
| Certification | ENG | Primary TAC | AT FCOM S |
| | | Secondary TAC | AT MCOM-S |

## INCIDENT LOCATION

| | | | |
|---|---|---|---|
| Location name | GATE 5 ABIA | County | Travis |
| Address | 545 Abia Way | Location Type | Airport Boarding Gate |
| Apartment | | Cross Street | APRON WAY/PRESIDENTIAL BLVD |
| Building | | | |
| City, State, Zip | AUSTIN, TX 78719 | Map Reference | 647S |
| | | Fire Box | |

## CALL RECEIPT

| | | | |
|---|---|---|---|
| Method Rcvd. | | Call Back Phone | |
| Caller Type | | Caller Location | |

## TIME STAMPS | ELAPSED TIMES

| Description | Date | Time | Description | Time |
|---|---|---|---|---|
| Phone Pickup | 06/10/2015 | 17:55:20 | Received to In Queue | 00:00:00 |
| 1st Key Stroke | 06/10/2015 | 17:55:21 | Call Taking | 00:01:38 |
| In Waiting Queue | 06/10/2015 | 17:55:50 | In Queue to 1st Assign | 00:00:00 |
| Call Taking Complete | 06/10/2015 | 17:56:58 | Call Received to 1st Assign | 00:00:00 |
| First Unit Assigned | 06/10/2015 | 17:56:16 | Assigned to 1st Enroute | 00:00:00 |
| First Unit Enroute | | | Enroute to 1st Arrived | 00:00:00 |
| First Unit Arrived | 06/10/2015 | 17:56:35 | Incident Duration | 00:32:42 |
| Closed | 06/10/2015 | 18:28:02 | | |

## RESOURCES ASSIGNED

| Unit | Assigned | Enroute | Staged | Arrived | At Patient | Delay Avail | Complete | Cancel Reason |
|---|---|---|---|---|---|---|---|---|
| AFR 05 | 17:56:16 | | | 17:56:35 | | | 18:17:27 | |
| AFR 02/Ramp | 17:56:16 | | | 17:56:47 | | | 18:28:02 | |

## ADDRESS DESCRIPTION

| Incident Type | Dates / Times | Special Studies |
|---|---|---|
| 500 Service Call, other | Incident Begin Time 06/10/2015 17:55:20 | |

| N None | Controlled | |
|---|---|---|
| AidType | Incident End Time   06/10/2015 18:28:02 | |

| Actions Taken | Resources | Suppression | EMS | Other |
|---|---|---|---|---|
| (1) 71 Assist physically disabled | Apparatus | 2 | 0 | 0 |
| (2) | Personnel | 4 | 0 | 0 |
| (3) | (Includes Aid Totals) | | | |



# Incident Detail Report
## No PCR
Data Source: **RMS**
Incident #: **15057338**

Data Source: **RMS**   Incident Date: **06/10/2015 17:55:20**   http://172.20.68.129/freepub/

| Casualties | | | Estimated Dollar Losses/Values | | Hazmat Released |
|---|---|---|---|---|---|
| | Deaths | Injuries | Losses | | |
| FireService | 0 | 0 | Property | | **Mixed Use Property** |
| Civilian | 0 | 0 | Contents | | |
| **Detector Alerted Occupant** | | | Pre-Incident Value | | |
| | | | Property | | **Property Use** |
| | | | Contents | | 974 Aircraft loading area |

**Remarks**

| Officer In Charge | Position or Rank | Assignment | Report Date |
|---|---|---|---|
| JENNINGS, JAY | | | 06/11/2015 |
| **Officer Reporting** | **Reporting Officer Rank** | **Assignment** | **Report Date** |
| [None selected], [None selected] | | | 06/11/2015 |

**Incident Narrative**
AFR2 and AFR5 responded to Gate 1 as requested by a phone call from Frontier Airlines for assistance helping a disabled passenger board the 737. The aircraft was parked on the Ron out from Gate 2 and with an air-stair atached. We used an aisle chair to take the patient up the stairs.

## APPARATUS INFORMATION

| Unit AFR 05 | Dispatch | Responding | Onscene | Clear |
|---|---|---|---|---|
| Not Cancelled | 06/10/2015 17:56:16 | | 06/10/2015 17:56:35 | 06/10/2015 18:17:27 |

**Apparatus Narrative**
AFR 05 provided manpower for a lift assist onto Frontier Airlines aircraft located at the hardstand using an aisle chair provided by AirOps.

| ATTENDEES | Last Name | First Name | (TXFR) | Rank / Title | Unit |
|---|---|---|---|---|---|
| | | TIM | | | AFR 05 |
| | | STEVEN | | | AFR 05 |
| | | STEVEN | | | AFR 05 |

## APPARATUS INFORMATION

| Unit AFR 02/Ramp | Dispatch | Responding | Onscene | Clear |
|---|---|---|---|---|
| Not Cancelled | 06/10/2015 17:56:16 | | 06/10/2015 17:56:47 | 06/10/2015 18:28:02 |

**Apparatus Narrative**
See NFIRS.

**Citizen Assistance Form**
**CAF #8592 – Email Response**
July 20, 2015

Citizen: Maxine White
Maxwhite50@yahoo.com

Dear Ms. White,

Thank you for contacting us to communicate your concerns with regards to your recent flight into Austin-Bergstrom International Airport (ABIA). We strive to provide all customers with excellent service and value feedback to assist us in further improving our operations.

With regards to your specific incident with flying with Frontier Airlines, we have followed up with the airline to ensure they are aware of their requirements to provide sufficient equipment to support their operations.

In addition to meeting with the airline, the Aviation Department has purchased an air stair with a wheelchair lift. The air stair is designed to accommodate various aircraft classes that operate at the airport. The lift will be used in anomalies and emergencies to ensure the safe loading and disembarkation of passengers from planes.

The Aviation Department is committed to providing excellent customer service to all users at ABIA. Our staff is dedicated to working to ensure that everyone that comes through the airport is treated with respect and dignity.

Sincerely,


Stephanie Tucker
Airport Property Manager

cc:  Steve Adler, Mayor, City of Austin
     Marc A. Ott, City Manager
     Jim Smith, Executive Director, Department of Aviation
     Patti Edwards, Chief Operations Officer, Department of Aviation
     Susana Carbajal, Assistant Director, Department of Aviation
     Robert Mercado, Project Manager, Department of Aviation
     Judy Wallace, Assistant Director, Human Resources Department