AO 441 (Rev. 12/09) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas
Austin Division

| | |
|---|---|
| Maxine White <br> *Plaintiff* <br> v. <br> Frontier Airlines <br> *Defendant, Third-party plaintiff* <br> v. <br> The Austin Fire Department, The City of Austin Aviation Department, Austin-Bergstrom International Airport, The City of Austin and Huntleigh USA Corporation, <br> *Third-party defendants* | Civil Action No. 16-CV-1266 LY <br><br> JURY DEMAND |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*

    Austin-Bergstrom International Airport
    c/o City of Austin Clerk Jannette Goodall
    301 West Second Street, Suite 120
    Austin, Texas 78701

    A lawsuit has been filed against defendant  City of Austin , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff  Maxine White  .

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:  Frontier Airlines
    c/o Patrick J. Comerford
    Smith Robertson, LLP
    221 W. 6th Street, Suite 1100
    Austin, Texas 78701

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:  Maxine White
    c/o Joel Levine
    5407 Parkcrest Dr., Ste 300
    Austin, Texas 78731

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

    A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.

Date:  7-21-2017

*Jannette J. Clark*
CLERK OF COURT

*[signature]*
*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 12/09) Summons on Third-Party Complaint (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____         _____
                             *Server's signature*

                             _____
                             *Printed name and title*

                             _____
                             *Server's address*

Additional information regarding attempted service, etc:

AO 441 (Rev. 12/09) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas
Austin Division

| | |
|---|---|
| Maxine White<br>*Plaintiff*<br>v.<br>Frontier Airlines<br>*Defendant, Third-party plaintiff*<br>v.<br>The Austin Fire Department, The City of Austin Aviation Department, Austin-Bergstrom International Airport, The City of Austin and Huntleigh USA Corporation,<br>*Third-party defendants* | Civil Action No. 16-CV-1266 LY<br><br>JURY DEMAND |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*

    Huntleigh USA Corporation
    c/o National Registered Agents, Inc.
    1999 Bryan St., Ste 900
    Dallas, Texas 75201

    A lawsuit has been filed against defendant Huntleigh USA Corporation, who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff Maxine White.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are: Frontier Airlines
    c/o Patrick J. Comerford
    Smith Robertson, LLP
    221 W. 6th Street, Suite 1100
    Austin, Texas 78701

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are: Maxine White
    c/o Joel Levine
    5407 Parkcrest Dr., Ste 300
    Austin, Texas 78731

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

    A copy of the plaintiff's complaint is also attached. You may — but are not required to — respond to it.

Date: 7-21-2017

                                                 Jeannette J-Clack
                                                 *CLERK OF COURT*

                                                 *Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 12/09)  Summons on Third-Party Complaint (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: _____                             _____
                                                                *Server's signature*

                                                      _____
                                                                *Printed name and title*


                                                      _____
                                                                *Server's address*

Additional information regarding attempted service, etc:

AO 441 (Rev. 12/09) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas
Austin Division

| | |
|---|---|
| Maxine White <br> *Plaintiff* <br> v. <br> Frontier Airlines <br> *Defendant, Third-party plaintiff* <br> v. <br> The Austin Fire Department, The City of Austin Aviation Department, Austin-Bergstrom International Airport, The City of Austin and Huntleigh USA Corporation, <br> *Third-party defendants* | ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 16-CV-1266 LY <br><br> JURY DEMAND |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*

    City of Austin
    c/o City Clerk Jannette Goodall
    301 West Second Street, Suite 120
    Austin, Texas 78701

    A lawsuit has been filed against defendant __City of Austin__, who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff __Maxine White__.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are: Frontier Airlines
    c/o Patrick J. Comerford
    Smith Robertson, LLP
    221 W. 6th Street, Suite 1100
    Austin, Texas 78701

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are: Maxine White
    c/o Joel Levine
    5407 Parkcrest Dr., Ste 300
    Austin, Texas 78731

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date: __7-21-2017__

    *Jeannette J-Clerk*
    CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The Austin Fire Department, The City of Austin Aviation Department, Austin-Bergstrom International Airport, The City of Austin and Huntleigh USA Corporation

AO 441 (Rev. 12/09)  Summons on Third-Party Complaint (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                              *Server's signature*

                                        _____
                                              *Printed name and title*


                                        _____
                                              *Server's address*

Additional information regarding attempted service, etc:

AO 441 (Rev. 12/09) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas
Austin Division

| | |
|---|---|
| Maxine White <br> *Plaintiff* <br> v. <br> Frontier Airlines <br> *Defendant, Third-party plaintiff* <br> v. <br> The Austin Fire Department, The City of Austin Aviation Department, Austin-Bergstrom International Airport, The City of Austin and Huntleigh USA Corporation, <br> *Third-party defendants* | Civil Action No. 16-CV-1266 LY <br><br> JURY DEMAND |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*

Austin Fire Department
c/o City of Autin Clerk Jannette Goodall
301 West Second Street, Suite 120
Austin, Texas 78701

A lawsuit has been filed against defendant __City of Austin__, who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff __Maxine White__.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:   Frontier Airlines
c/o Patrick J. Comerford
Smith Robertson, LLP
221 W. 6th Street, Suite 1100
Austin, Texas 78701

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:  Maxine White
c/o Joel Levine
5407 Parkcrest Dr., Ste 300
Austin, Texas 78731

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may -- but are not required to -- respond to it.

Date: 7-21-2017

*Jeannette J-Clack*
CLERK OF COURT

*[signature]*
*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 12/09)  Summons on Third-Party Complaint (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____                              _____
                                                          *Server's signature*

                                                  _____
                                                          *Printed name and title*


                                                  _____
                                                          *Server's address*

Additional information regarding attempted service, etc:

Case 1:16-cv-01266-AWA Document 13 Filed 07/21/17 Page 9 of 10

AO 441 (Rev. 12/09) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas
Austin Division

| | |
|---|---|
| Maxine White <br> *Plaintiff* <br> v. <br> Frontier Airlines <br> *Defendant, Third-party plaintiff* <br> v. <br> The Austin Fire Department, The City of Austin Aviation Department, Austin-Bergstrom International Airport, The City of Austin and Huntleigh USA Corporation, <br> *Third-party defendants* | Civil Action No. 16-CV-1266 LY <br><br> JURY DEMAND |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*

    The City of Austin Aviation Department
    c/o City of Austin Clerk Jannette Goodall
    301 West Second Street, Suite 120
    Austin, Texas 78701

    A lawsuit has been filed against defendant __City of Austin__, who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff __Maxine White__.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:  Frontier Airlines
                                             c/o Patrick J. Comerford
                                             Smith Robertson, LLP
                                             221 W. 6th Street, Suite 1100
                                             Austin, Texas 78701

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:  Maxine White
                                                                                                               c/o Joel Levine
                                                                                                               5407 Parkcrest Dr., Ste 300
                                                                                                               Austin, Texas 78731

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

    A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date: __7-21-2017__

                                                                                        *Jennette J. Clack*
                                                                                         CLERK OF COURT

                                                                                         *[signature]*
                                                                                         *Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 12/09)  Summons on Third-Party Complaint (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: