IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MAXINE WHITE, | § § | |
| Plaintiff, | § | |
| v. | § § | |
| FRONTIER AIRLINES, INC., | § § | |
| Defendant, Third Party Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 1:16-CV-1266(LY) |
| THE AUSTIN FIRE DEPARTMENT, THE CITY OF AUSTIN AVIATION DEPARTMENT, AUSTIN-BERGSTROM INTERNATIONAL AIRPORT, THE CITY OF AUSTIN AND HUNTLEIGH USA CORPORATION, | § § § § § § § § | |
| Third-Party Defendants. | § § | |

### [PROPOSED] ORDER GRANTING MOTION TO LEAVE TO FILE DEFENDANT/THIRD PARTY PLAINTIFF FRONTIER'S THIRD PARTY COMPLAINT

ON THIS DAY, the Court considered Defendant's Motion for Leave to File Third-Party Complaint. Based on the papers filed with this Court, the Motion and the argument of Counsel, the Court finds that Defendant's Motion for Leave to File Third-Party Petition is hereby GRANTED.

IT IS THEREFORE ORDERED that leave is granted and Third Party Defendants Austin Fire Department ("AFD"), the City of Austin Aviation Department ("Aviation Department"), the Austin-Bergstrom International Airport ("ABIA"), the City of Austin ("City") and Huntleigh USA Corporation ("Huntleigh") shall be joined herein to the above-entitled and numbered cause

1

by issuance and service of summons upon them in accordance with Defendant's Original Third Party Complaint.

SIGNED on this day: _____, 2017.

_____
JUDGE PRESIDING