AO 441 (Rev. 12/09) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas
Austin Division

| | | |
|---|---|---|
| Maxine White | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 16-CV-1266 **LY** |
| Frontier Airlines | ) | |
| *Defendant, Third-party plaintiff* | ) | |
| v. | ) | JURY DEMAND |
| The Austin Fire Department, The City of Austin Aviation Department, | ) | |
| Austin-Bergstrom International Airport, The City of Austin and | ) | |
| Huntleigh USA Corporation, | | |
| *Third-party defendants* | | |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*

> Austin-Bergstrom International Airport
> c/o City of Austin Clerk Jannette Goodall
> 301 West Second Street, Suite 120
> Austin, Texas 78701

A lawsuit has been filed against defendant ___City of Austin___ , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff ___Maxine White___ .

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:   Frontier Airlines
c/o Patrick J. Comerford
Smith Robertson, LLP
221 W. 6th Street, Suite 1100
Austin, Texas 78701

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:   Maxine White
c/o Joel Levine
5407 Parkcrest Dr., Ste 300
Austin, Texas 78731

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date:  7-21-2017

*Jennette J. Clark*
CLERK OF COURT

*Uveta Darmar*
_____
*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 07/10) Summons on Third-Party Complaint (Page 2)

Civil Action No.    16-cv-1266-ly

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Austin-Bergstrom International Airport c/o Austin City Clerk

was received by me on *(date)*          07/26/2017              .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*    Jannette Goodall as City of Austin Clerk         , who is

designated by law to accept service of process on behalf of *(name of organization)*    Austin-Bergstrom

International Airport @ 3:05 pm                     on *(date)*    07/27/2017        ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $        0.00        .

I declare under penalty of perjury that this information is true.

Date:    7-28-17

_____
*Server's signature*

Chris Dathe, SCH 6008, Certified Private Process Server
*Printed name and title*

Magic Couriers, Inc.
815-A Brazos, #276, Austin, Texas 78701
(512) 248-8686
*Server's address*

Additional information regarding attempted service, etc:

Address of service is 301 W 2nd Street, Suite 1120, Austin, Texas 78701