AO 441 (Rev. 12/09) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas
Austin Division

| | |
|---|---|
| Maxine White <br> *Plaintiff* <br> v. <br> Frontier Airlines <br> *Defendant, Third-party plaintiff* <br> v. <br> The Austin Fire Department, The City of Austin Aviation Department, Austin-Bergstrom International Airport, The City of Austin and Huntleigh USA Corporation, <br> *Third-party defendants* | Civil Action No. 16-CV-1266 LY <br><br> JURY DEMAND |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*

    City of Austin
    c/o City Clerk Jannette Goodall
    301 West Second Street, Suite 120
    Austin, Texas 78701

    A lawsuit has been filed against defendant __City of Austin__, who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff __Maxine White__.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:   Frontier Airlines
    c/o Patrick J. Comerford
    Smith Robertson, LLP
    221 W. 6th Street, Suite 1100
    Austin, Texas 78701

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:   Maxine White
    c/o Joel Levine
    5407 Parkcrest Dr., Ste 300
    Austin, Texas 78731

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

    A copy of the plaintiff's complaint is also attached. You may — but are not required to — respond to it.

Date: __7-21-2017__

                                                               *Jeannette J-Clerk*
                                                               CLERK OF COURT

                                                                                   *Signature of Clerk or Deputy Clerk*

The Austin Fire Department, The City of Austin Aviation Department, Austin-Bergstrom International Airport, The City of Austin and Huntleigh USA Corporation

AO 441 (Rev. 07/10)  Summons on Third-Party Complaint (Page 2)

Civil Action No.   16-cv-1266-LY

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   The City of Austin c/o Austin City Clerk
was received by me on *(date)*   07/26/2017   .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Jannette Goodall as City of Austin Clerk   , who is designated by law to accept service of process on behalf of *(name of organization)*   The City of Austin @ 3:05 pm   on *(date)*   07/27/2017   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   7-28-17

*Server's signature*

Chris Dathe, SCH 6008, Certified Private Process Server
*Printed name and title*

Magic Couriers, Inc.
815-A Brazos, #276, Austin, Texas 78701
(512) 248-8686
*Server's address*

Additional information regarding attempted service, etc:
Address of service is 301 W 2nd Street, Suite 1120, Austin, Texas 78701