AO 441 (Rev. 12/09) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas
Austin Division

| | |
|---|---|
| Maxine White <br> *Plaintiff* <br> v. <br> Frontier Airlines <br> *Defendant, Third-party plaintiff* <br> v. <br> The Austin Fire Department, The City of Austin Aviation Department, Austin-Bergstrom International Airport, The City of Austin and Huntleigh USA Corporation, <br> *Third-party defendants* | Civil Action No. 16-CV-1266 LY <br><br> JURY DEMAND |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*
  Huntleigh USA Corporation
  c/o National Registered Agents, Inc.
  1999 Bryan St., Ste 900
  Dallas, Texas 75201

   A lawsuit has been filed against defendant Huntleigh USA Corporation, who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff Maxine White.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are: Frontier Airlines
  c/o Patrick J. Comerford
  Smith Robertson, LLP
  221 W. 6th Street, Suite 1100
  Austin, Texas 78701

   It must also be served on the plaintiff or plaintiff's attorney, whose name and address are: Maxine White
  c/o Joel Levine
  5407 Parkcrest Dr., Ste 300
  Austin, Texas 78731

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

   A copy of the plaintiff's complaint is also attached. You may — but are not required to — respond to it.

Date: 7-21-2017

Jeannette J-Clack
*CLERK OF COURT*

*Jereta Damu*
*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 07/10) Summons on Third-Party Complaint (Page 2)

Civil Action No.   16-CV-1266-LY

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Huntleigh USA Corporation by serving Nat. Reg. Agents Inc
was received by me on *(date)*   08/02/17 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Maria Perez , who is designated by law to accept service of process on behalf of *(name of organization)*   National Registered Agents, Inc. who is the registered agent for Huntleigh USA Corp.   on *(date)*   08/04/17 3:52PM ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00 .

I declare under penalty of perjury that this information is true.

Date:  08/04/17

Bryon Welch SCH#5959
*Server's signature*

Bryon Welch
*Printed name and title*

Magic Couriers, Inc.
815-A Brazos, #276, Austin, Texas 78701
(512) 248-8686
*Server's address*

Additional information regarding attempted service, etc: