IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MAXINE WHITE, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Case No. 1:16-CV-1266-LY |
| | : | |
| FRONTIER AIRLINES, INC., | : | |
| | : | |
| Defendant and Third Party | : | Electronically Filed |
| Plaintiff, | : | JURY DEMANDED |
| v. | : | |
| | : | |
| THE AUSTIN FIRE | : | |
| DEPARTMENT, THE CITY OF | : | |
| AUSTIN AVIATION | : | |
| DEPARTMENT, AUSTIN- | : | |
| BERGSTROM INTERNATIONAL | : | |
| AIRPORT, THE CITY OF AUSTIN, | : | |
| AND HUNTLEIGH USA | : | |
| CORPORATION., | : | |
| | : | |
| Third Party Defendants. | | |

**THIRD PARTY DEFENDANT HUNTLEIGH USA CORPORATION'S CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Federal Rule of Civil Procedure 7.1, Third Party Defendant Huntleigh USA Corporation states that its parent corporation is ICTS International N.V. ICTS. International N.V. ICTS is a publically held corporation. No other publicly held corporation owns more than 10% of Huntleigh USA Corporation.

Respectfully submitted,

*/s/ George S. McCall*
GEORGE S. McCALL
State Bar No. 13344800
george.mccall@dbr.com

MATTHEW C. SAPP
State Bar No. 24063563
matt.sapp@dbr.com

**DRINKER BIDDLE & REATH LLP**

1717 MAIN STREET, SUITE 5400
DALLAS, TX 75201-7367
TELEPHONE: (469)-357-2545
FACMISILE: (469)-327-0860

**ATTORNEYS FOR THIRD PARTY DEFENDANT HUNTLEIGH USA CORPORATION**

## CERTIFICATE OF SERVICE

On August 28, 2017, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Western District of Texas, using the electronic case files system of the court. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ George S. McCall*
GEORGE S. McCALL