IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

17 SEP 19  PM 3: 16

CLERK
WESTE
BY

| | | |
|---|---|---|
| MAXINE WHITE, | § | |
|         PLAINTIFF, | § | |
| | § | |
| V. | § | |
| | § | |
| FRONTIER AIRLINES, INC., | § | |
|         DEFENDANT AND | § | |
|         THIRD PARTY | § | |
|         PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. 1:16-CV-1266-LY |
| | § | |
| THE AUSTIN FIRE DEPARTMENT, | § | |
| THE CITY OF AUSTIN AVIATION | § | |
| DEPARTMENT, AUSTIN-BERGSTROM | § | |
| INTERNATIONAL AIRPORT, THE | § | |
| CITY OF AUSTIN, AND HUNTLEIGH | § | |
| USA CORPORATION, | § | |
|         THIRD PARTY | § | |
|         DEFENDANTS. | § | |

## ORDER

Before the court is Defendant and Third Party Plaintiff Frontier's ("Frontier") Third Party

Complaint filed on July 21, 2017 (Dkt. No. 12). Third Party Defendant Huntleigh USA

Corporation ("Huntleigh") was served on August 4, 2017 (Dkt. No. 20). In response, Huntleigh

filed a Motion to Dismiss or in the Alternative, Motion for More Definite Statement on August

25, 2017 (Dkt. No. 22). Frontier's response was due on September 8, 2017. *See* W.D. Tex.

Local R. CV-7(e) (requiring party opposed to motion to respond within 14 days of service of

dispositive motion and allowing district court to grant motion as unopposed if no timely response

is filed). As of the date of this order, Frontier has not responded to Huntleigh's motion to

dismiss. Pursuant to Local Rule CV-7(e)(2), Huntleigh's motion may be granted as unopposed if

review of the pleadings reveals that Frontier has failed to state a claim upon which relief can be

granted. *See Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 555 (2007); *Cf. John v. La. Bd. of Trs. for State Colls. & Univs.*, 757 F.2d 698, 707–10 (5th Cir. 1985). Having reviewed the motions and the pleadings in this cause, the court finds that the motion to dismiss Frontier's claims against Huntleigh should be granted. Accordingly,

**IT IS ORDERED** that Huntleigh's Motion to Dismiss (Dkt. No. 22) is **GRANTED**. Frontier's claims against Huntleigh are **DISMISSED WITH PREJUDICE.**

SIGNED this ⟍⟍⟍ day of September, 2017.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE