IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MAXINE WHITE,<br>    Plaintiff,<br><br>v.<br><br>FRONTIER AIRLINES, INC.,<br>    Defendant/Third Party Plaintiff,<br><br>v.<br><br>THE AUSTIN FIRE DEPARTMENT,<br>THE CITY OF AUSTIN AVIATION<br>DEPARTMENT, AUSTIN-BERGSTROM<br>INTERNATIONAL AIRPORT, THE<br>CITY OF AUSTIN AND HUNTLEIGH<br>USA CORPORATION,<br>    Third Party Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO.  1:16-CV-1266(LY)<br><br>JURY DEMAND |

**AGREED ORDER SETTING ASIDE DISMISSAL
AND EXTENDING TIME TO RESPOND**

Frontier Airlines, Inc., Defendant/Third Party Plaintiff, and Huntleigh USA Corporation, Third Party Defendant, agree to set aside the Order dismissing the action [DOC. 25] dated September 20, 2017, and hereby agree to extend Frontier Airlines, Inc.'s time to respond to Huntleigh USA Corporation's Motion to Dismiss to Friday, October 6, 2017.

Signed on this 20th day of September 2017.

| **SMITH ROBERTSON, LLP** | **DRINKER BIDDLE&REATH LLP** |
|---|---|
| By: */s/ A. Lee Rigby* | By: */s/ George S. McCall* |
| A. Lee Rigby | George S. McCall |
| State Bar No. 24029796 | State Bar No. 13344800 |
| lrigby@smith-robertson.com | george.mccall@dbr.com |
| | |
| Patrick J. Comerford | Matthew C. Sapp |
| State Bar No. 24096724 | State Bar No. 24063563 |
| pcomerford@smith-robertson.com | matt.sapp@dbr.com |
| | |
| 221 W. Sixth Street, Suite 1100 | 1717 Main Street, Suite 5400 |
| Austin, Texas 78701 | Dallas, Texas 75201 |
| Phone: (512) 225-5800 | Phone: (469)-357-2545 |
| Fax: (512) 225-5838 | Fax: (469)-327-0860 |
| | |
| **ATTORNEYS FOR FRONTIER AIRLINES, INC.** | **ATTORNEYS FOR HUNTLEIGH USA CORPORATION** |

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Joel A. Levine
Law Office of Joel A. Levine, PLLC
5407 Parkcrest Drive, Suite 300
Austin, Texas 78731
*joel@joelalevine.com*

George S. McCall
Matthew Clay Sapp
Drinker Biddle & Reath LLP
1717 Main St. - Ste 5400
Dallas, TX 75201
*george.mccall@dbr.com*
*matt.sapp@dbr.com*

Joanna Lippman Salinas
Fletcher, Farley, Shipman & Salinas, L.L.P.
1717 W. 6th Street, Suite 300
Austin, TX 78703
*Joanna.salinas@fletcherfarley.com*