IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MAXINE WHITE,<br>   PLAINTIFF,<br><br>V.<br><br>FRONTIER AIRLINES, INC.,<br>   DEFENDANT AND<br>   THIRD PARTY<br>   PLAINTIFF,<br><br>V.<br><br>THE AUSTIN FIRE DEPARTMENT,<br>THE CITY OF AUSTIN AVIATION<br>DEPARTMENT, AUSTIN-BERGSTROM<br>INTERNATIONAL AIRPORT, THE<br>CITY OF AUSTIN, AND HUNTLEIGH<br>USA CORPORATION,<br>   THIRD PARTY<br>   DEFENDANTS. | §§§§§§§§§§§§§§§§§§§§§    CAUSE NO. 1:16-CV-1266-LY |

## ORDER

Before the court is the above styled and numbered cause. On August 25, 2017, Huntleigh USA Corporation, a Third Party Defendant, filed a Motion to Dismiss, or in the Alternative, Motion for More Definite Statement (Dkt. No. 22). On September 19, 2017, the court rendered an Order granting Huntleigh's motion to dismiss because Frontier Airlines, Inc. did not file a timely response (Dkt. No. 25). On September 20, 2017, Frontier Airlines, Inc. and Huntleigh USA Corporation filed an Agreed Order Setting Aside Dismissal and Extending Time to Respond (Dkt. No. 26), which the court construes as a motion to set aside dismissal and extend time for Frontier Airlines, Inc. to respond. Having considered the motion, the court finds that it should be granted. Therefore,

**IT IS ORDERED** that the Agreed Order Setting Aside Dismissal and Extending Time to Respond (Dkt. No. 26), which the court construes as a motion to set aside dismissal and extend time to respond is **GRANTED**.

**IT IS FURTHER ORDERED** that the court's Order rendered on September 19, 2017 (Dkt. No. 25) is **SET ASIDE**.

**IT IS FINALLY ORDERED** that Frontier Airlines, Inc. shall respond to Huntleigh USA Corporation's Motion to Dismiss **on or before Friday, October 6, 2017**.

SIGNED this _____ day of September, 2017.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE