IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

2017 OCT 12  PM 1: 13

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY _____
DEPUTY

| | | |
|---|---|---|
| MAXINE WHITE, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| FRONTIER AIRLINES, INC., | § | |
| Defendant, Third Party Plaintiff, | § | |
| | § | |
| v. | § | CASE NO.  1:16-CV-1266(LY) |
| | § | |
| THE AUSTIN FIRE DEPARTMENT, | § | JURY DEMAND |
| THE CITY OF AUSTIN AVIATION | § | |
| DEPARTMENT, AUSTIN-BERGSTROM | § | |
| INTERNATIONAL AIRPORT, | § | |
| THE CITY OF AUSTIN AND | § | |
| HUNTLEIGH USA CORPORATION, | § | |
| Third-Party Defendants. | § | |

**ORDER GRANTING UNOPPOSED MOTION
EXTENDING TIME TO RESPOND**

ON THIS DAY, the Court considered Defendant/Third Party Plaintiff Frontier Airlines,

Inc.'s Unopposed Motion Extending Time to Respond.  Based on the papers filed with this Court,

the Motion and the argument of Counsel, the Court finds that the Unopposed Motion Extending

Time to Respond is hereby GRANTED.

IT IS THEREFORE ORDERED that Frontier Airlines, Inc.'s Response to Huntleigh

USA Corporation's Motion to Dismiss shall be filed on or before October 20, 2017.

SIGNED on this day: _October 12_, 2017.


_____
JUDGE PRESIDING