IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MAXINE WHITE, § § **Plaintiff,** § v. § § FRONTIER AIRLINES, INC., § § **Defendant/Third Party Plaintiff,** § § v. § § THE AUSTIN FIRE DEPARTMENT, § THE CITY OF AUSTIN AVIATION § DEPARTMENT, AUSTIN-BERGSTROM § INTERNATIONAL AIRPORT, § THE CITY OF AUSTIN AND § HUNTLEIGH USA CORPORATION § § **Third-Party Defendants.** § | CASE NO. 1:16-CV-1266(LY) JURY DEMAND |

### EXHIBITS TO
### DEFENDANT/THIRD-PARTY PLAINTIFF FRONTIER AIRLINES, INC.'S FIRST AMENDED THIRD-PARTY COMPLAINT AGAINST HUNTLEIGH AND CITY OF AUSTIN