FILED

2017 NOV 13 AM 10: 49

CLERK ... COURT
WESTERN ... TEXAS
BY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MAXINE WHITE,<br>　　　Plaintiff,<br>v.<br>FRONTIER AIRLINES, INC.,<br>　　　Defendant, Third Party Plaintiff,<br>v.<br>THE AUSTIN FIRE DEPARTMENT,<br>THE CITY OF AUSTIN AVIATION<br>DEPARTMENT, AUSTIN-BERGSTROM<br>INTERNATIONAL AIRPORT,<br>THE CITY OF AUSTIN AND<br>HUNTLEIGH USA CORPORATION,<br>　　　Third-Party Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 1:16-CV-1266(LY)<br><br>JURY DEMAND |

## ORDER GRANTING UNOPPOSED MOTION EXTENDING TIME TO RESPOND

ON THIS DAY, the Court considered Defendant/Third Party Plaintiff Frontier Airlines, Inc.'s Unopposed Motion Extending Time to Respond. Based on the papers filed with this Court, the Motion and the argument of Counsel, the Court finds that the Unopposed Motion Extending Time to Respond is hereby GRANTED.

IT IS THEREFORE ORDERED that Frontier Airlines, Inc.'s Response to Huntleigh USA Corporation's Motion to Dismiss shall be filed on or before November 22, 2017.

SIGNED on this day: __November 13__, 2017.

_____
JUDGE PRESIDING