IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MAXINE WHITE,<br>  Plaintiff,<br>v.<br><br>FRONTIER AIRLINES, INC.,<br>  Defendant, Third Party Plaintiff,<br>v.<br><br>THE AUSTIN FIRE DEPARTMENT,<br>THE CITY OF AUSTIN AVIATION<br>DEPARTMENT, AUSTIN-BERGSTROM<br>INTERNATIONAL AIRPORT,<br>THE CITY OF AUSTIN AND<br>HUNTLEIGH USA CORPORATION,<br>  Third-Party Defendants. | CASE NO.  1:16-CV-1266(LY)<br><br>JURY DEMAND |

## UNOPPOSED MOTION EXTENDING TIME TO RESPOND

Defendant/Third Party Plaintiff Frontier Airlines, Inc. ("Frontier"), moves the Court to extend the deadline for responding to Third Party Defendant Huntleigh USA Corporation's Motion to Dismiss [DOC. 33] from November 22, 2017 to November 29, 2017.  Huntleigh USA Corporation does not oppose extending Frontier's time to respond to the Motion to Dismiss until Wednesday, November 29, 2017.

For the reasons stated above, and for good cause shown, Frontier respectfully requests the extension to respond be granted.

| **SMITH ROBERTSON, LLP** | **DRINKER BIDDLE & REATH, LLP** |
|---|---|
| By: */s/ Patrick J. Comerford*<br>Patrick J. Comerford<br>State Bar No. 24096724<br>pcomerford@smith-robertson.com<br><br>A. Lee Rigby<br>State Bar No. 24029796<br>lrigby@smith-robertson.com<br><br>221 W. Sixth Street, Suite 1100<br>Austin, Texas 78701<br>Phone: (512) 225-5800<br>Fax: (512) 225-5838<br><br>**ATTORNEYS FOR FRONTIER AIRLINES, INC.** | By: */s/ George S. McCall*<br>George S. McCall<br>State Bar No. 13344800<br>george.mccall@dbr.com<br><br>Matthew C. Sapp<br>State Bar No. 24063563<br>matt.sapp@dbr.com<br><br>1717 Main Street, Suite 5400<br>Dallas, Texas 75201<br>Phone: (469)-357-2545<br>Fax: (469)-327-0860<br><br>**ATTORNEYS FOR HUNTLEIGH USA CORPORATION** |

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Joel A. Levine
Law Office of Joel A. Levine, PLLC
5407 Parkcrest Drive, Suite 300
Austin, Texas  78731
*joel@joelalevine.com*

George S. McCall
Matthew Clay Sapp
Drinker Biddle & Reath LLP
1717 Main St. - Ste 5400
Dallas, TX 75201
*george.mccall@dbr.com*
*matt.sapp@dbr.com*

Joanna Lippman Salinas
Fletcher, Farley, Shipman & Salinas, L.L.P.
1717 W. 6th Street, Suite 300
Austin, TX 78703
*Joanna.salinas@fletcherfarley.com*