

**HUNTLEIGH**

**Bill To:**
Frontier Airline Inc
Republic Airways Holdings
C/O Frontier Accounts Payable
Indianapolis    IN

8909 Purdue Rd,
46268

**Special Instructions:**
EMAIL: AP@FLYFRONTIER.COM

**Invoice**

| Account: | FRONTIER |
|---|---|
| Inv. Date: | 2/2/2015 |
| Inv. No.: | 0000080690 |
| Job Number: | 0000090012 |
| Master Job: | 0000251101 |
| Contract: | |

AUSTIN, TX
AUS AIRPORT
Austin    TX    78719

Period of service 01/01/15 - 01/31/15

| Description | | Quantity | Rate | Amount |
|---|---|---|---|---|
| 251-0601   AUS - PASSENGER COUNT         FRONTIER AIRLINES | | 1 | $3,115.16 | $3,115.16 |
| Passenger Alloc, Passenger Count = 6161   AUS - WHEELCHAIR/ SUPV (FIXED) (SUBCAR | | | | |

**PASSENGER COUNT SUMMARY**

| SERVICE LOCATION PERIOD | DESCRIPTION | REG RATE | OT RATE | HOL RATE | REG HOURS | OT HOURS | HOL HOURS | REG TOTAL | OT TOTAL | HOL TOTAL | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AUS-AUSTIN 01/01/15 - 01/31/15 | WHEELCHAIR AGT | $10.71 | $16.07 | $16.07 | 3,672.75 | 87.75 | 126.00 | $39,335.15 | $1,410.14 | $2,024.82 | $42,770.11 |
| | MANAGEMENT FEE | $15.56 | $15.56 | $15.56 | 173.34 | | | $2,697.17 | $0.00 | $0.00 | $2,697.17 |
| | SUPERVISOR | $11.40 | $17.10 | $17.10 | 557.25 | 0.75 | 15.25 | $6,352.65 | $12.83 | $260.78 | $6,626.26 |
| Sub-total | | | | | 4,403.34 | 88.50 | 141.25 | $48,384.97 | $1,422.97 | $2,285.60 | $52,093.54 |
| User Fee | | | | | | | | | | | $0.00 |
| Total Admin. Fee | | | | | | | | | | | $0.00 |
| Total Expenses | | | | | | | | | | | $0.00 |
| TOTAL | | | | | | | | | | | $52,093.54 |

| Total Carriers: | 7 | | | | | |
|---|---|---|---|---|---|---|
| | 157,834 | BILLING BASED ON PASSENGER COUNTS AND/OR BASE PERCENTAGE | | | | |
| Base percentage: | 20% | Base Amount: | $10,418.71 | | | |
| | | Amt by Pac: | $41,674.83 | | | |

| CLIENT NAME | Job No | Board count | Board Pct | Board Amt | Shared Svcs | | | | Tax Amount | Invoice Total |
|---|---|---|---|---|---|---|---|---|---|---|
| DELTA | 0000251101 | 47,661 | 30.3236% | $12,637.31 | $1,488.38 | | | | | $14,125.69 |
| CONTINENTAL | 0000090008 | 18,059 | 11.4418% | $4,768.35 | $1,488.38 | | | | | $6,256.73 |
| JETBLUE | 0000090009 | 18,678 | 11.8327% | $4,931.26 | $1,488.38 | | | | | $6,419.64 |
| FRONTIER | 0000090012 | 6,161 | 3.9035% | $1,626.78 | $1,488.38 | | | | | $3,115.16 |
| UNITED | 0000080013 | 49,319 | 31.2474% | $13,022.30 | $1,488.38 | | | | | $14,510.68 |
| MESA/ USAIR | 0000090014 | 10,916 | 6.9161% | $2,882.27 | $1,488.38 | | | | | $4,370.65 |
| USAIR | 0000090017 | 6,842 | 4.3349% | $1,806.56 | $1,488.38 | | | | | $3,294.94 |
| Totals for Pac distribution | | 157,834 | 100.00% | $41,674.83 | $10,418.66 | | | | | $52,093.49 |

---

Period of service 01/01/15 - 01/31/15

| Subtotal: | $3,115.16 |
|---|---|
| Tax and/or User fee: | $0.00 |
| Freight: | $0.00 |
| Total: | $3,115.16 |
| Payments/Credits: | $0.00 |
| Balance: | $3,115.16 |

Huntleigh USA
(972)915-1247

**Remittance Advice:**
**(PLEASE NOTE NEW ADDRESS)**
Remit To:  Huntleigh USA Corp
Dept# 96-0429
Oklahoma City, OK 73196-0429

| Account: | FRONTIER |
|---|---|
| Inv. Date: | 2/11/2015 |
| Inv. No.: | 0000080690 |
| Job Number: | 0000090012 |
| | 02/11 |

**Amount Paid:** _____

EXHIBIT C



| | | |
|---|---|---|
| **Bill To:** Frontier Airline Inc<br>Republic Airways Holdings<br>C/O Frontier Accounts Payable<br>Indianapolis    IN    46268 | **Invoice**<br><br>8909 Purdue Rd,<br><br>**Special Instructions:**<br>EMAIL: AP@FLYFRONTIER.COM | Account: FRONTIER<br>Inv. Date: 2/2/2015<br>Inv. No.: 0000080690<br>Job Number: 0000090012<br>Master Job: 0000251101<br>Contract: |

AUSTIN, TX
AUS AIRPORT

Austin            TX    78719

Period of service 01/01/15 - 01/31/15

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| 251-0601  AUS - PASSENGER COUNT            FRONTIER AIRLINES<br>Passenger Alloc, Passenger Count = 6161    AUS - WHEELCHAIR/ SUPV (FIXED) (SUBCAR | 1 | $3,115.16 | $3,115.16 |

## PASSENGER COUNT SUMMARY

| SERVICE LOCATION PERIOD | DESCRIPTION | REG RATE | OT RATE | HOL RATE | REG HOURS | OT HOURS | HOL HOURS | REG TOTAL | OT TOTAL | HOL TOTAL | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AUS-AUSTIN<br>01/01/15 - 01/31/15 | WHEELCHAIR AGT | $10.71 | $16.07 | $16.07 | 3,672.75 | 87.75 | 126.00 | $39,335.15 | $1,410.14 | $2,024.82 | $42,770.11 |
| | MANAGEMENT FEE | $15.56 | $15.56 | $15.56 | 173.34 | | | $2,697.17 | $0.00 | $0.00 | $2,697.17 |
| | SUPERVISOR | $11.40 | $17.10 | $17.10 | 557.25 | 0.75 | 15.25 | $6,352.65 | $12.83 | $260.78 | $6,626.26 |
| Sub-total | | | | | 4,403.34 | 88.50 | 141.25 | $48,384.97 | $1,422.97 | $2,285.60 | $52,093.54 |
| User Fee | | | | | | | | | | | $0.00 |
| Total Admin. Fee | | | | | | | | | | | $0.00 |
| Total Expenses | | | | | | | | | | | $0.00 |
| TOTAL | | | | | | | | | | | $52,093.54 |

Total Carriers:    7
                   157,634        BILLING BASED ON PASSENGER COUNTS AND / OR BASE PERCENTAGE
Base percentage:   20%            Base Amount:     $10,418.71
                                  Amt by Pac:      $41,674.83

| CLIENT NAME | Job No | Board count | Board Pct | Board Amt | Shared Scvs | | | | | Tax Amount | Invoice Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DELTA | 0000251101 | 47,861 | 30.3236% | $12,637.31 | $1,488.38 | | | | | | $14,125.69 |
| CONTINENTAL | 0000090008 | 18,059 | 11.4418% | $4,768.35 | $1,488.38 | | | | | | $6,256.73 |
| JETBLUE | 0000090009 | 18,676 | 11.8327% | $4,931.26 | $1,488.38 | | | | | | $6,419.64 |
| FRONTIER | 0000090012 | 6,161 | 3.9035% | $1,626.78 | $1,488.38 | | | | | | $3,115.16 |
| UNITED | 0000090013 | 49,319 | 31.2474% | $13,022.30 | $1,488.38 | | | | | | $14,510.68 |
| MESA/USAIR | 0000090014 | 10,916 | 6.9161% | $2,882.27 | $1,488.38 | | | | | | $4,370.65 |
| USAIR | 0000090017 | 6,842 | 4.3349% | $1,806.56 | $1,488.38 | | | | | | $3,294.94 |
| Totals for Pac distribution | | 157,634 | 100.00% | $41,674.83 | $10,418.66 | | | | | | $52,093.49 |

**Period of service 01/01/15 - 01/31/15**

| | |
|---|---|
| Subtotal: | $3,115.16 |
| Tax and/or User fee: | $0.00 |
| Freight: | $0.00 |
| **Total:** | $3,115.16 |
| Payments/Credits: | $0.00 |
| Balance: | $3,115.16 |

Huntleigh USA
(972)915-1247

**Remittance Advice:**
**(PLEASE NOTE NEW ADDRESS)**
Remit To:   Huntleigh USA Corp
            Dept# 96-0429
            Oklahoma City, OK 73196-0429

| | |
|---|---|
| Account: | FRONTIER |
| Inv. Date: | 2/11/2015 |
| Inv. No.: | 0000080690 |
| Job Number: | 0000090012 |
| | 02/11 |

**Amount Paid:** _____



| | | | | |
|---|---|---|---|---|
| | Bill To: | Invoice | Account: | FRONTIER |
| | Frontier Airline Inc | | Inv. Date: | 3/5/2015 |
| | Republic Airways Holdings | | Inv. No.: | 0000081594 |
| | C/O Frontier Accounts Payable | 8909 Purdue Rd, | Job Number: | 0000090012 |
| | Indianapolis  IN  46268 | | Master Job: | 0000251101 |
| | | Special Instructions: | Contract: | |
| AUSTIN, TX | | | | |
| AUS AIRPORT | | EMAIL: AP@FLYFRONTIER.COM | | |
| Austin  TX  78719 | | | Period of service 02/01/15 - 02/28/15 | |

| Description | | Quantity | Rate | Amount |
|---|---|---|---|---|
| 251-0601  AUS - PASSENGER COUNT | FRONTIER AIRLINES | 1 | $2,733.94 | $2,733.94 |
| Passenger Alloc, Passenger Count = 5576 | AUS - WHEELCHAIR/ SUPV (FIXED) (SUBCAR | | | |

**PASSENGER COUNT SUMMARY**

| SERVICE LOCATION PERIOD | DESCRIPTION | REG RATE | OT RATE | HOL RATE | REG HOURS | OT HOURS | HOL HOURS | REG TOTAL | OT TOTAL | HOL TOTAL | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AUS-AUSTIN 02/01/15 - 02/28/15 | WHEELCHAIR AGT | $10.71 | $16.07 | $16.07 | 3,355.75 | 146.00 | 0.00 | $35,940.08 | $2,346.22 | $0.00 | $38,286.30 |
| | MANAGEMENT FEE | $15.56 | $15.56 | $15.56 | 173.34 | | | $2,697.17 | $0.00 | $0.00 | $2,697.17 |
| | SUPERVISOR | $11.40 | $17.10 | $17.10 | 506.50 | 0.00 | 0.00 | $5,774.10 | $0.00 | $0.00 | $5,774.10 |
| Sub-total | | | | | 4,035.69 | 146.00 | 0.00 | $44,411.35 | $2,346.22 | $0.00 | $46,757.57 |
| User Fee | | | | | | | | | | | $0.00 |
| Total Admin. Fee | | | | | | | | | | | $0.00 |
| Total Expenses | | | | | | | | | | | $0.00 |
| TOTAL | | | | | | | | | | | $46,757.57 |

| Total Carriers: | 7 |
|---|---|
| | 149,196 | BILLING BASED ON PASSENGER COUNTS AND/ OR BASE PERCENTAGE |
| Base percentage: | 20% | Base Amount: $9,351.51 |
| | | Amt by Pac: $37,406.06 |

| CLIENT NAME | Job No | Board count | Board Pct | Board Amt | Shared Svc | | | | | Tax Amount | Invoice Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DELTA | 0000251101 | 45,692 | 30.6255% | $11,455.79 | $1,335.93 | | | | | | $12,791.72 |
| CONTINENTAL | 0000090008 | 17,301 | 11.5962% | $4,337.68 | $1,335.93 | | | | | | $5,673.61 |
| JETBLUE | 0000090009 | 17,767 | 11.9085% | $4,454.50 | $1,335.93 | | | | | | $5,790.43 |
| FRONTIER | 0000090012 | 5,576 | 3.7374% | $1,398.01 | $1,335.93 | | | | | | $2,733.94 |
| UNITED | 0000090013 | 45,159 | 30.2682% | $11,322.14 | $1,335.93 | | | | | | $12,658.07 |
| MESA/ USAIR | 0000090014 | 11,047 | 7.4044% | $2,769.69 | $1,335.93 | | | | | | $4,105.62 |
| USAIR | 0000090017 | 6,654 | 4.4599% | $1,668.27 | $1,335.93 | | | | | | $3,004.20 |
| Totals for Pac distribution | | 149,196 | 100.00% | $37,406.06 | $9,351.51 | | | | | | $46,757.59 |

| | | |
|---|---|---|
| Period of service 02/01/15 - 02/28/15 | Subtotal: | $2,733.94 |
| | Tax and/or User fee: | $0.00 |
| | Freight: | $0.00 |
| | Total: | $2,733.94 |
| | Payments/Credits: | $0.00 |
| | Balance: | $2,733.94 |

| | | | |
|---|---|---|---|
| Huntleigh USA | **Remittance Advice:** | Account: | FRONTIER |
| (972)915-1247 | **(PLEASE NOTE NEW ADDRESS)** | Inv. Date: | 3/13/2015 |
| | Remit To: Huntleigh USA Corp | Inv. No.: | 0000081594 |
| | Dept# 96-0429 | Job Number: | 0000090012 |
| | Oklahoma City, OK 73196-0429 | | 03/13 |
| | **Amount Paid:** _____ | | |



# Invoice

**Bill To:**
Frontier Airline Inc
Republic Airways Holdings
C/O Frontier Accounts Payable
Indianapolis   IN   46268

8909 Purdue Rd, Ste 300

**Special Instructions:**
EMAIL: AP@FLYFRONTIER.COM

| Account: | FRONTIER |
|---|---|
| Inv. Date: | 4/2/2015 |
| Inv. No.: | 0000082323 |
| Job Number: | 0000090012 |
| Master Job: | 0000251101 |
| Contract: | |

AUSTIN, TX
AUS AIRPORT
Austin   TX   78719

Period of service 03/01/15 - 03/31/15

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| 251-0601  AUS - PASSENGER COUNT          FRONTIER AIRLINES<br>Passenger Alloc, Passenger Count = 9097    AUS - WHEELCHAIR/ SUPV (FIXED) (SUBCAR | 1 | $2,888.66 | $2,888.66 |

## PASSENGER COUNT SUMMARY

| SERVICE LOCATION PERIOD | DESCRIPTION | REG RATE | OT RATE | HOL RATE | REG HOURS | OT HOURS | HOL HOURS | REG TOTAL | OT TOTAL | HOL TOTAL | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AUS-AUSTIN 03/01/15 - 03/31/15 | WHEELCHAIR AGT | $10.71 | $16.07 | $16.07 | 3,351.75 | 23.00 | 0.00 | $35,897.24 | $369.61 | $0.00 | $36,266.85 |
| | MANAGEMENT FEE | $15.56 | $15.56 | $15.56 | 173.34 | | | $2,697.17 | $0.00 | $0.00 | $2,697.17 |
| | SUPERVISOR | $11.40 | $17.10 | $17.10 | 570.25 | 0.00 | 0.00 | $6,500.85 | $0.00 | $0.00 | $6,500.85 |
| Sub-total | | | | | 4,095.34 | 23.00 | 0.00 | $45,095.26 | $369.61 | $0.00 | $45,464.87 |
| User Fee | | | | | | | | | | | $0.00 |
| Total Admin. Fee | | | | | | | | | | | $0.00 |
| Total Expenses | | | | | | | | | | | $0.00 |
| TOTAL | | | | | | | | | | | $45,464.87 |

Total Carriers: 7
208,143
Base percentage: 20%
Base Amount: $9,092.97
Amt by Pac: $36,371.90

BILLING BASED ON PASSENGER COUNTS AND/ OR BASE PERCENTAGE

| CLIENT NAME | Job No | Board count | Board Pct | Board Amt | Shared Svcs | | | | | Tax Amount | Invoice Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DELTA | 0000251101 | 61,363 | 29.4812% | $10,722.87 | $1,298.99 | | | | | | $12,021.86 |
| CONTINENTAL | 0000090008 | 21,304 | 10.2353% | $3,722.77 | $1,298.99 | | | | | | $5,021.76 |
| JETBLUE | 0000090009 | 29,215 | 14.0360% | $5,105.16 | $1,298.99 | | | | | | $6,404.15 |
| FRONTIER | 0000090012 | 9,097 | 4.3706% | $1,589.67 | $1,298.99 | | | | | | $2,888.66 |
| UNITED | 0000090013 | 64,498 | 30.9874% | $11,270.71 | $1,298.99 | | | | | | $12,569.70 |
| MESA/ USAIR | 0000090014 | 13,846 | 6.6522% | $2,419.53 | $1,298.99 | | | | | | $3,718.52 |
| USAIR | 0000090017 | 8,820 | 4.2376% | $1,541.26 | $1,298.99 | | | | | | $2,840.25 |
| Totals for Pac distribution | | 208,143 | 100.00% | $36,371.97 | $9,092.93 | | | | | | $45,464.90 |

Period of service 03/01/15 - 03/31/15

| | |
|---|---|
| Subtotal: | $2,888.66 |
| Tax and/or User fee: | $0.00 |
| Freight: | $0.00 |
| Total: | $2,888.66 |
| Payments/Credits: | $0.00 |
| Balance: | $2,888.66 |

---

Huntleigh USA
(972)915-1247

## Remittance Advice:

Remit To:  Huntleigh USA Corp
           Dept# 96-0429
           Oklahoma City, OK 73196-0429

| Account: | FRONTIER |
|---|---|
| Inv. Date: | 4/13/2015 |
| Inv. No.: | 0000082323 |
| Job Number: | 0000090012 |
| | 04/13 |

**Amount Paid:** _____



| | | | |
|---|---|---|---|
| | **Bill To:** | **Invoice** | Account: FRONTIER |
| | Frontier Airline Inc | | Inv. Date: 5/3/2015 |
| | Republic Airways Holdings | | Inv. No.: 0000083079 |
| | C/O Frontier Accounts Payable | 8909 Purdue Rd, Ste 300 | Job Number: 0000090012 |
| | Indianapolis   IN   46268 | | Master Job: 0000251101 |
| | | **Special Instructions:** | Contract: |
| AUSTIN, TX | | | |
| AUS AIRPORT | | EMAIL: AP@FLYFRONTIER.COM | |
| Austin   TX   78719 | | | Period of service 04/01/15 - 04/30/15 |

| Description | | Quantity | Rate | Amount |
|---|---|---|---|---|
| 251-0601   AUS - PASSENGER COUNT   FRONTIER AIRLINES | | 1 | $3,712.63 | $3,712.63 |
| Passenger Alloc, Passenger Count = 13859   AUS - WHEELCHAIR/ SUPV (FIXED) (SUBCAR | | | | |

### PASSENGER COUNT SUMMARY

| SERVICE LOCATION PERIOD | DESCRIPTION | REG RATE | OT RATE | HOL RATE | REG HOURS | OT HOURS | HOL HOURS | REG TOTAL | OT TOTAL | HOL TOTAL | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AUS-AUSTIN 04/01/15 - 04/30/15 | WHEELCHAIR AGT | $10.71 | $16.07 | $16.07 | 3,186.75 | 35.25 | 0.00 | $34,130.09 | $566.47 | $0.00 | $34,696.56 |
| | MANAGEMENT FEE | $15.56 | $15.56 | $15.56 | 173.34 | | | $2,697.17 | $0.00 | $0.00 | $2,697.17 |
| | SUPERVISOR | $11.40 | $17.10 | $17.10 | 563.50 | 0.00 | 0.00 | $6,423.90 | $0.00 | $0.00 | $6,423.90 |
| Sub-total | | | | | 3,923.59 | 35.25 | 0.00 | $43,251.16 | $566.47 | $0.00 | $43,817.63 |
| User Fee | | | | | | | | | | | $0.00 |
| Total Admin. Fee | | | | | | | | | | | $0.00 |
| Total Expenses | | | | | | | | | | | $0.00 |
| TOTAL | | | | | | | | | | | $43,817.63 |

Total Carriers: 7
197,430   BILLING BASED ON PASSENGER COUNTS AND / OR BASE PERCENTAGE
Base percentage: 20%   Base Amount: $8,763.53
Amt by Pac: $35,054.10

| CLIENT NAME | Job No | Board count | Board Pct | Board Amt | Shared Scvs | | | | | | Tax Amount | Invoice Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DELTA | 0000251101 | 60,905 | 30.8489% | $10,813.81 | $1,251.93 | | | | | | | $12,065.74 |
| CONTINENTAL | 0000090008 | 23,051 | 11.6755% | $4,092.75 | $1,251.93 | | | | | | | $5,344.68 |
| JETBLUE | 0000090009 | 21,675 | 10.9786% | $3,848.44 | $1,251.93 | | | | | | | $5,100.37 |
| FRONTIER | 0000090012 | 13,859 | 7.0197% | $2,460.69 | $1,251.93 | | | | | | | $3,712.63 |
| UNITED | 0000090013 | 56,533 | 28.6345% | $10,037.55 | $1,251.93 | | | | | | | $11,289.48 |
| MESA/ USAIR | 0000090014 | 12,069 | 6.1131% | $2,142.87 | $1,251.93 | | | | | | | $3,394.81 |
| USAIR | 0000090017 | 9,338 | 4.7296% | $1,657.98 | $1,251.93 | | | | | | | $2,909.91 |
| Totals for Pac distribution | | 197,430 | 100.00% | $35,054.10 | $8,763.53 | | | | | | | $43,817.63 |

**Period of service 04/01/15 - 04/30/15**

| | |
|---|---|
| Subtotal: | $3,712.63 |
| Tax and/or User fee: | $0.00 |
| Freight: | $0.00 |
| Total: | $3,712.63 |
| Payments/Credits: | $0.00 |
| Balance: | $3,712.63 |

Huntleigh USA
(972)915-1247

**Remittance Advice:**

Remit To:  Huntleigh USA Corp
Dept# 96-0429
Oklahoma City, OK 73196-0429

| | |
|---|---|
| Account: | FRONTIER |
| Inv. Date: | 5/19/2015 |
| Inv. No.: | 0000083079 |
| Job Number: | 0000090012 |
| | 05/19 |

**Amount Paid:** _____



**Invoice**

Bill To:
Frontier Airline Inc
Republic Airways Holdings
C/O Frontier Accounts Payable
Indianapolis  IN  46268

8909 Purdue Rd, Ste 300

**Special Instructions:**

EMAIL: AP@FLYFRONTIER.COM

| | |
|---|---|
| Account: | FRONTIER |
| Inv. Date: | 6/2/2015 |
| Inv. No.: | 0000083791 |
| Job Number: | 0000090012 |
| Master Job: | 0000251101 |
| Contract: | |

AUSTIN, TX
AUS AIRPORT

Austin  TX  78719

Period of service 05/01/15 - 05/31/15

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| 251-0601 AUS - PASSENGER COUNT    FRONTIER AIRLINES | 1 | $5,270.93 | $5,270.93 |
| Passenger Alloc, Passenger Count = 20189    AUS - WHEELCHAIR/ SUPV (FIXED) (SUBCAR | | | |

## PASSENGER COUNT SUMMARY

| SERVICE LOCATION PERIOD | DESCRIPTION | REG RATE | OT RATE | HOL RATE | REG HOURS | OT HOURS | HOL HOURS | REG TOTAL | OT TOTAL | HOL TOTAL | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AUS-AUSTIN 05/01/15 - 05/31/15 | WHEELCHAIR AGT | $10.71 | $16.07 | $16.07 | 3,678.25 | 53.00 | 153.25 | $39,394.06 | $851.71 | $2,462.73 | $42,708.50 |
| | MANAGEMENT FEE | $15.56 | $15.56 | $15.56 | 173.34 | | | $2,697.17 | $0.00 | $0.00 | $2,697.17 |
| | SUPERVISOR | $11.40 | $17.10 | $17.10 | 454.00 | 0.00 | 17.50 | $5,175.60 | $0.00 | $299.25 | $5,474.85 |
| Sub-total | | | | | 4,305.59 | 53.00 | 170.75 | $47,266.83 | $851.71 | $2,761.98 | $50,880.52 |
| User Fee | | | | | | | | | | | $0.00 |
| Total Admin. Fee | | | | | | | | | | | $0.00 |
| Total Expenses | | | | | | | | | | | $0.00 |
| TOTAL | | | | | | | | | | | $50,880.52 |

| Total Carriers: | 7 |
| Base percentage: | 215,284 / 20% |

BILLING BASED ON PASSENGER COUNTS AND / OR BASE PERCENTAGE
Base Amount: $10,176.10
Amt by Pac: $40,704.42

| CLIENT NAME | Job No | Board count | Board Pct | Board Amt | Shared Svcs | | | | | Tax Amount | Invoice Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DELTA | 0000251101 | 62,642 | 29.0974% | $11,843.92 | $1,453.73 | | | | | | $13,297.65 |
| CONTINENTAL | 0000090008 | 12,454 | 5.7896% | $2,356.61 | $1,453.73 | | | | | | $3,810.34 |
| JETBLUE | 0000090009 | 27,423 | 12.7381% | $5,184.95 | $1,453.73 | | | | | | $6,638.68 |
| FRONTIER | 0000090012 | 20,189 | 9.3779% | $3,817.20 | $1,453.73 | | | | | | $5,270.93 |
| UNITED | 0000090013 | 71,643 | 33.2784% | $13,545.77 | $1,453.73 | | | | | | $14,999.50 |
| MESA/USAIR | 0000090014 | 11,953 | 5.5522% | $2,259.99 | $1,453.73 | | | | | | $3,713.72 |
| USAIR | 0000090017 | 8,970 | 4.1666% | $1,695.99 | $1,453.73 | | | | | | $3,149.71 |
| Totals for Pac distribution | | 215,284 | 100.00% | $40,704.42 | $10,176.10 | | | | | | $50,880.52 |

---

**Period of service 05/01/15 - 05/31/15**

| | |
|---|---|
| Subtotal: | $5,270.93 |
| Tax and/or User fee: | $0.00 |
| Freight: | $0.00 |
| Total: | $5,270.93 |
| Payments/Credits: | $0.00 |
| Balance: | $5,270.93 |

Huntleigh USA
(972)915-1247

**Remittance Advice:**

Remit To: Huntleigh USA Corp
Dept# 96-0429
Oklahoma City, OK 73196-0429

| | |
|---|---|
| Account: | FRONTIER |
| Inv. Date: | 6/22/2015 |
| Inv. No.: | 0000083791 |
| Job Number: | 0000090012 06/22 |

**Amount Paid:** _____

Case 1:16-cv-01266-AWA   Document 39-3   Filed 11/29/17   Page 7 of 13



**Huntleigh**

**Bill To:**
Frontier Airline Inc
Republic Airways Holdings
C/O Frontier Accounts Payable
Indianapolis   IN   46268

8909 Purdue Rd, Ste 300

**Invoice**

| Account: | FRONTIER |
|---|---|
| Inv. Date: | 7/28/2015 |
| Inv. No.: | 0000084398 |
| Job Number: | 0000090012 |
| Master Job: | 0000251101 |
| Contract: | |

**Special Instructions:**
EMAIL: AP@FLYFRONTIER.COM

AUSTIN, TX
AUS AIRPORT
Austin   TX   78719

Period of service 06/01/15 to 06/30/15

| Description | | Quantity | Rate | Amount |
|---|---|---|---|---|
| 251-0601   AUS - PASSENGER COUNT   FRONTIER AIRLINES | | 1 | $5,811.86 | $5,811.86 |
| Passenger Alloc, Passenger Count = 21346   AUS - WHEELCHAIR/ SUPV (FIXED) (SUBCAR | | | | |

**PASSENGER COUNT SUMMARY**

| SERVICE LOCATION PERIOD | DESCRIPTION | REG RATE | OT RATE | HOL RATE | REG HOURS | OT HOURS | HOL HOURS | REG TOTAL | OT TOTAL | HOL TOTAL | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AUS-AUSTIN 06/01/15 - 06/30/15 | WHEELCHAIR AGT | $10.71 | $16.07 | $16.07 | 4,532.75 | 0.00 | 0.00 | $48,545.75 | $0.00 | $0.00 | $48,545.75 |
| | MANAGEMENT FEE | $15.56 | $15.56 | $15.56 | 173.34 | | | $2,697.17 | $0.00 | $0.00 | $2,697.17 |
| | SUPERVISOR | $11.40 | $17.10 | $17.10 | 574.75 | 0.00 | 0.00 | $6,552.15 | $0.00 | $0.00 | $6,552.15 |
| Sub-total | | | | | 5,280.84 | 0.00 | 0.00 | $57,795.07 | $0.00 | $0.00 | $57,795.07 |
| User Fee | | | | | | | | | | | $0.00 |
| Total Admin. Fee | | | | | | | | | | | $0.00 |
| Total Expenses | | | | | | | | | | | $0.00 |
| TOTAL | | | | | | | | | | | $57,795.07 |

Total Carriers: 8
226,004
Base percentage: 20%
Base Amount: $11,559.01
Amt by Pac: $46,236.06

BILLING BASED ON PASSENGER COUNTS AND / OR BASE PERCENTAGE

| CLIENT NAME | Job No | Board count | Board Pct | Board Amt | Shared Scvs | | | | | Tax Amount | Invoice Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DELTA | 0000251101 | 68,230 | 30.1933% | $13,960.18 | $1,444.88 | | | | | | $15,405.05 |
| CONTINENTAL | 0000090008 | 26,138 | 11.5653% | $5,347.33 | $1,444.88 | | | | | | $6,792.21 |
| JETBLUE | 0000090009 | 26,412 | 11.6865% | $5,403.39 | $1,444.88 | | | | | | $6,848.26 |
| FRONTIER | 0000090012 | 21,346 | 9.4450% | $4,366.98 | $1,444.88 | | | | | | $5,811.86 |
| UNITED | 0000090013 | 62,030 | 27.4464% | $12,690.14 | $1,444.88 | | | | | | $14,135.02 |
| MESA/ USAIR | 0000090014 | 11,255 | 4.9800% | $2,302.56 | $1,444.88 | | | | | | $3,747.43 |
| USAIR | 0000090017 | 8,635 | 3.8207% | $1,766.56 | $1,444.88 | | | | | | $3,211.43 |
| PSA/ USAIR | 0000091387 | 1,950 | 0.8628% | $398.93 | $1,444.88 | | | | | | $1,843.81 |
| Totals for Pac distribution | | 226,004 | 100.00% | $46,236.06 | $11,559.01 | | | | | | $57,795.07 |

---

**Period of service 06/01/15 to 06/30/15**

| | |
|---|---|
| Subtotal: | $5,811.86 |
| Tax and/or User fee: | $0.00 |
| Freight: | $0.00 |
| Total: | $5,811.86 |
| Payments/Credits: | $0.00 |
| Balance: | $5,811.86 |

Huntleigh USA
(972)915-1247

**Remittance Advice:**

Remit To:   Huntleigh USA Corp
Dept# 96-0429
Oklahoma City, OK 73196-0429

| Account: | FRONTIER |
|---|---|
| Inv. Date: | 7/28/2015 |
| Inv. No.: | 0000084398 |
| Job Number: | 0000090012 07/28 |

**Amount Paid:** _____



**HUNTLEIGH**

| | | | |
|---|---|---|---|
| | **Bill To:** Frontier Airline Inc | **Invoice** | **Account:** FRONTIER |
| | Republic Airways Holdings | | **Inv. Date:** 8/2/2015 |
| | C/O Frontier Accounts Payable | 8909 Purdue Rd, Ste 300 | **Inv. No.:** 0000084983 |
| | Indianapolis  IN  46268 | | **Job Number:** 0000090012 |
| | | **Special Instructions:** | **Master Job:** 0000251101 |
| AUSTIN, TX | | | **Contract:** |
| AUS AIRPORT | | EMAIL: AP@FLYFRONTIER.COM | |
| Austin  TX  78719 | | | Period of service 07/01/15 - 07/31/15 |

| Description | | Quantity | Rate | Amount |
|---|---|---|---|---|
| 251-0601 AUS - PASSENGER COUNT | FRONTIER AIRLINES | 1 | $5,386.51 | $5,386.51 |
| Passenger Alloc, Passenger Count = 22263 | AUS - WHEELCHAIR/ SUPV (FIXED) (SUBCAR | | | |

## PASSENGER COUNT SUMMARY

| SERVICE LOCATION PERIOD | DESCRIPTION | REG RATE | OT RATE | HOL RATE | REG HOURS | OT HOURS | HOL HOURS | REG TOTAL | OT TOTAL | HOL TOTAL | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AUS-AUSTIN 07/01/15 - 07/31/15 | WHEELCHAIR AGT | $10.71 | $16.07 | $16.07 | 5,451.75 | 0.00 | 152.75 | $58,388.24 | $0.00 | $2,454.69 | $60,842.93 |
| | MANAGEMENT FEE | $15.56 | $15.56 | $15.56 | 173.34 | | | $2,697.17 | $0.00 | $0.00 | $2,697.17 |
| | SUPERVISOR | $11.40 | $17.10 | $17.10 | 570.75 | 0.00 | 18.25 | $6,506.55 | $0.00 | $312.08 | $6,818.63 |
| Sub-total | | | | | 6,195.84 | 0.00 | 171.00 | $67,591.96 | $0.00 | $2,766.77 | $70,358.73 |
| User Fee | | | | | | | | | | | $0.00 |
| Total Admin. Fee | | | | | | | | | | | $0.00 |
| Total Expenses | | | | | | | | | | | $0.00 |
| TOTAL | | | | | | | | | | | $70,358.73 |

| Total Carriers: | 9 | | | | | |
|---|---|---|---|---|---|---|
| | 327,785 | | BILLING BASED ON PASSENGER COUNTS AND/OR BASE PERCENTAGE | | | |
| Base percentage: | 20% | Base Amount: | $14,071.75 | | | |
| | | Amt by Pac: | $56,286.98 | | | |

| CLIENT NAME | Job No | Board count | Board Pct | Board Amt | Shared Svcs | | | | | Tax Amount | Invoice Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DELTA | 0000251101 | 67,257 | 20.5186% | $11,549.32 | $1,563.53 | | | | | | $13,112.84 |
| CONTINENTAL | 0000090008 | 22,850 | 6.9710% | $3,923.78 | $1,563.53 | | | | | | $5,487.31 |
| JETBLUE | 0000090009 | 24,537 | 7.4857% | $4,213.47 | $1,563.53 | | | | | | $5,777.00 |
| FRONTIER | 0000090012 | 22,263 | 6.7920% | $3,822.98 | $1,563.53 | | | | | | $5,386.51 |
| UNITED | 0000090013 | 70,105 | 21.3875% | $12,038.37 | $1,563.53 | | | | | | $13,601.90 |
| MESA/USAIR | 0000090014 | 8,673 | 2.6459% | $1,489.32 | $1,563.53 | | | | | | $3,052.85 |
| USAIR | 0000090017 | 11,024 | 3.3632% | $1,893.03 | $1,563.53 | | | | | | $3,456.56 |
| PSA/USAIR | 0000091387 | 5,630 | 1.7176% | $966.76 | $1,563.53 | | | | | | $2,530.31 |
| AMERICAN | 0000091395 | 95,446 | 29.1185% | $16,389.91 | $1,563.53 | | | | | | $17,953.44 |
| Totals for Pac distribution | | 327,785 | 100.00% | $56,286.97 | $14,071.75 | | | | | | $70,358.72 |

---

| | | |
|---|---|---|
| **Period of service 07/01/15 - 07/31/15** | Subtotal: | $5,386.51 |
| | Tax and/or User fee: | $0.00 |
| | Freight: | $0.00 |
| | Total: | $5,386.51 |
| | Payments/Credits: | $0.00 |
| | Balance: | $5,386.51 |

| | **Remittance Advice:** | Account: | FRONTIER |
|---|---|---|---|
| Huntleigh USA | | Inv. Date: | 8/21/2015 |
| (972)915-1247 | | Inv. No.: | 0000084983 |
| | Remit To: Huntleigh USA Corp | Job Number: | 0000090012 |
| | Dept# 96-0429 | | 08/21 |
| | Oklahoma City, OK 73196-0429 | | |
| | | **Amount Paid:** _____ | |



| | | | |
|---|---|---|---|
| **Bill To:**<br>Frontier Airline Inc<br>Republic Airways Holdings<br>C/O Frontier Accounts Payable<br>Indianapolis    IN    46268 | **Invoice**<br><br>8909 Purdue Rd, Ste 300<br><br>**Special Instructions:**<br><br>EMAIL: AP@FLYFRONTIER.COM | Account: | FRONTIER |
| | | Inv. Date: | 9/2/2015 |
| | | Inv. No.: | 0000085517 |
| | | Job Number: | 0000090012 |
| | | Master Job: | 0000251101 |
| | | Contract: | |

AUSTIN, TX
AUS AIRPORT

Austin          TX     78719

Period of service 08/01/15 - 08/31/15

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| 251-0601  AUS - PASSENGER COUNT         FRONTIER AIRLINES<br>Passenger Alloc, Passenger Count = 19570    AUS - WHEELCHAIR/ SUPV (FIXED) (SUBCAR | 1 | $5,770.83 | $5,770.83 |

## PASSENGER COUNT SUMMARY

| SERVICE LOCATION PERIOD | DESCRIPTION | REG RATE | OT RATE | HOL RATE | REG HOURS | OT HOURS | HOL HOURS | REG TOTAL | OT TOTAL | HOL TOTAL | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AUS-AUSTIN<br>08/01/15 - 08/31/15 | WHEELCHAIR AGT | $10.71 | $16.07 | $16.07 | 6,062.00 | 0.00 | 0.00 | $64,924.02 | $0.00 | $0.00 | $64,924.02 |
| | MANAGEMENT FEE | $15.56 | $15.56 | $15.56 | 173.34 | | | $2,697.17 | $0.00 | $0.00 | $2,697.17 |
| | SUPERVISOR | $11.40 | $17.10 | $17.10 | 817.50 | 0.00 | 0.00 | $9,319.50 | $0.00 | $0.00 | $9,319.50 |
| Sub-total | | | | | 7,052.84 | 0.00 | 0.00 | $76,940.69 | $0.00 | $0.00 | $76,940.69 |
| User Fee | | | | | | | | | | | $0.00 |
| Total Admin. Fee | | | | | | | | | | | $0.00 |
| Total Expenses | | | | | | | | | | | $0.00 |
| TOTAL | | | | | | | | | | | $76,940.69 |

| Total Carriers: | 9 |
|---|---|
| | 296,620 |
| Base percentage: | 20% |

BILLING BASED ON PASSENGER COUNTS AND / OR BASE PERCENTAGE

Base Amount:  $15,388.14
Amt by Pac:   $61,552.55

| CLIENT NAME | Job No | Board count | Board Pct | Board Amt | Shared Svcs | | | | | Tax Amount | Invoice Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DELTA | 0000251101 | 61,485 | 20.7285% | $12,758.94 | $1,709.79 | | | | | | $14,468.74 |
| CONTINENTAL | 0000090008 | 24,862 | 8.3818% | $5,159.19 | $1,709.79 | | | | | | $6,868.99 |
| JETBLUE | 0000090009 | 22,965 | 7.7490% | $4,769.69 | $1,709.79 | | | | | | $6,479.48 |
| FRONTIER | 0000090012 | 19,570 | 6.5977% | $4,061.03 | $1,709.79 | | | | | | $5,770.83 |
| UNITED | 0000090013 | 61,401 | 20.7002% | $12,741.51 | $1,709.79 | | | | | | $14,451.31 |
| MESA/ USAIR | 0000090014 | 5,279 | 1.7797% | $1,095.46 | $1,709.79 | | | | | | $2,805.25 |
| USAIR | 0000090017 | 10,412 | 3.5102% | $2,160.63 | $1,709.79 | | | | | | $3,870.42 |
| PSA/ USAIR | 0000091387 | 5,397 | 1.8195% | $1,119.95 | $1,709.79 | | | | | | $2,829.74 |
| AMERICAN | 0000091395 | 85,229 | 28.7334% | $17,686.14 | $1,709.79 | | | | | | $19,395.93 |
| Totals for Pac distribution | | 296,620 | 100.00% | $61,552.55 | $15,388.14 | | | | | | $76,940.70 |

---

| | | | |
|---|---|---|---|
| **Period of service 08/01/15 - 08/31/15** | | Subtotal: | $5,770.83 |
| | | Tax and/or User fee: | $0.00 |
| | | Freight: | $0.00 |
| | | Total: | $5,770.83 |
| | | Payments/Credits: | $0.00 |
| | | Balance: | $5,770.83 |

---

| | **Remittance Advice:** | | |
|---|---|---|---|
| | | Account: | FRONTIER |
| Huntleigh USA | | Inv. Date: | 9/17/2015 |
| (972)915-1247 | | Inv. No.: | 0000085517 |
| | Remit To:  Huntleigh USA Corp | Job Number: | 0000090012 |
| | Dept# 96-0429 | | 09/17 |
| | Oklahoma City, OK 73196-0429 | | |
| | | **Amount Paid:** _____ | |



**Bill To:**
Frontier Airline Inc
Republic Airways Holdings
C/O Frontier Accounts Payable
Indianapolis   IN   46268

8909 Purdue Rd, Ste 300

**Invoice**

**Special Instructions:**
EMAIL: AP@FLYFRONTIER.COM

| Account: | FRONTIER |
|---|---|
| Inv. Date: | 10/3/2015 |
| Inv. No.: | 0000086134 |
| Job Number: | 0000090012 |
| Master Job: | 0000251101 |
| Contract: | |

AUSTIN, TX
AUS AIRPORT

Austin   TX   78719

Period of service 09/01/15 - 09/30/15

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| 251-0601  AUS - PASSENGER COUNT   FRONTIER AIRLINES | 1 | $5,593.64 | $5,593.64 |
| Passenger Alloc, Passenger Count = 18382   AUS - WHEELCHAIR/ SUPV (FIXED) (SUBCAR | | | |

## PASSENGER COUNT SUMMARY

| SERVICE LOCATION PERIOD | DESCRIPTION | REG RATE | OT RATE | HOL RATE | REG HOURS | OT HOURS | HOL HOURS | REG TOTAL | OT TOTAL | HOL TOTAL | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AUS-AUSTIN 09/01/15 - 09/30/15 | WHEELCHAIR AGT | $10.71 | $16.07 | $16.07 | 5,434.50 | 0.00 | 195.75 | $58,203.50 | $0.00 | $3,145.70 | $61,349.20 |
| | MANAGEMENT FEE | $15.56 | $15.56 | $15.56 | 173.34 | | | $2,697.17 | $0.00 | $0.00 | $2,697.17 |
| | SUPERVISOR | $11.40 | $17.10 | $17.10 | 834.00 | 0.00 | 43.25 | $9,507.60 | $0.00 | $739.58 | $10,247.18 |
| Sub-total | | | | | 6,441.84 | 0.00 | 239.00 | $70,408.27 | $0.00 | $3,885.28 | $74,293.55 |
| User Fee | | | | | | | | | | | $0.00 |
| Total Admin. Fee | | | | | | | | | | | $0.00 |
| Total Expenses | | | | | | | | | | | $0.00 |
| TOTAL | | | | | | | | | | | $74,293.55 |

Total Carriers: 9
277,104   BILLING BASED ON PASSENGER COUNTS AND / OR BASE PERCENTAGE
Base percentage: 20%   Base Amount: $14,858.71
Amt by Pac: $59,434.84

| CLIENT NAME | Job No | Board count | Board Pct | Board Amt | Shared Svcs | | | | | Tax Amount | Invoice Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DELTA | 0000251101 | 53,597 | 19.3776% | $11,517.24 | $1,650.97 | | | | | | $13,168.20 |
| CONTINENTAL | 0000090008 | 26,293 | 9.4885% | $5,639.47 | $1,650.97 | | | | | | $7,290.44 |
| JETBLUE | 0000090009 | 20,092 | 7.2507% | $4,309.45 | $1,650.97 | | | | | | $5,960.42 |
| FRONTIER | 0000090012 | 18,382 | 6.6336% | $3,942.68 | $1,650.97 | | | | | | $5,593.64 |
| UNITED | 0000090013 | 53,595 | 19.3411% | $11,495.36 | $1,650.97 | | | | | | $13,146.33 |
| MESA/ USAIR | 0000090014 | 6,342 | 2.2887% | $1,360.27 | $1,650.97 | | | | | | $3,011.24 |
| USAIR | 0000090017 | 12,606 | 4.5492% | $2,703.80 | $1,650.97 | | | | | | $4,354.77 |
| PSA/ USAIR | 0000091387 | 3,242 | 1.1700% | $695.36 | $1,650.97 | | | | | | $2,346.33 |
| AMERICAN | 0000091395 | 82,655 | 29.9003% | $17,771.21 | $1,650.97 | | | | | | $19,422.18 |
| Totals for Pac distribution | | 277,104 | 100.00% | $59,434.84 | $14,858.71 | | | | | | $74,293.55 |

**Period of service 09/01/15 - 09/30/15**

| | |
|---|---|
| Subtotal: | $5,593.64 |
| Tax and/or User fee: | $0.00 |
| Freight: | $0.00 |
| Total: | $5,593.64 |
| Payments/Credits: | $0.00 |
| $USD Balance: | $5,593.64 |

Huntleigh USA
(972)915-1247

**Remittance Advice:**

Remit To:   Huntleigh USA Corp
Dept# 96-0429
Oklahoma City, OK 73196-0429

| Account: | FRONTIER |
|---|---|
| Inv. Date: | 10/13/2015 |
| Inv. No.: | 0000086134 |
| Job Number: | 0000090012 |
| | 10/13 |

**Amount Paid:** _____



**Bill To:**
Frontier Airline Inc
Republic Airways Holdings
C/O Frontier Accounts Payable
Indianapolis    IN    46268

8909 Purdue Rd, Ste 300

**Invoice**

**Special Instructions:**
EMAIL: AP@FLYFRONTIER.COM

Account: FRONTIER
Inv. Date: 11/2/2015
Inv. No.: 0000086692
Job Number: 0000090012
Master Job: 0000251101
Contract:

AUSTIN, TX
AUS AIRPORT
Austin    TX    78719

Period of service 10/01/15 - 10/31/15

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| 251-0601  AUS - PASSENGER COUNT    FRONTIER AIRLINES | 1 | $6,203.24 | $6,203.24 |
| Passenger Alloc, Passenger Count = 17786    AUS - WHEELCHAIR/ SUPV (FIXED) (SUBCAR | | | |

## PASSENGER COUNT SUMMARY

| SERVICE LOCATION PERIOD | DESCRIPTION | REG RATE | OT RATE | HOL RATE | REG HOURS | OT HOURS | HOL HOURS | REG TOTAL | OT TOTAL | HOL TOTAL | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AUS-AUSTIN 10/01/15 - 10/31/15 | WHEELCHAIR AGT | $10.71 | $16.07 | $16.07 | 6,712.25 | 15.42 | 0.00 | $71,888.20 | $247.80 | $0.00 | $72,136.00 |
| | MANAGEMENT FEE | $15.56 | $15.56 | $15.56 | 173.34 | | | $2,697.17 | $0.00 | $0.00 | $2,697.17 |
| | SUPERVISOR | $11.40 | $17.10 | $17.10 | 896.50 | 0.00 | 0.00 | $10,220.10 | $0.00 | $0.00 | $10,220.10 |
| Sub-total | | | | | 7,782.09 | 15.42 | 0.00 | $84,805.47 | $247.80 | $0.00 | $85,053.27 |
| User Fee | | | | | | | | | | | $0.00 |
| Total Admin. Fee | | | | | | | | | | | $0.00 |
| Total Expenses | | | | | | | | | | | $0.00 |
| TOTAL | | | | | | | | | | | $85,053.27 |

Total Carriers: 8
296,644
Base percentage: 20%    Base Amount: $17,010.65
Amt by Pac: $68,042.62
BILLING BASED ON PASSENGER COUNTS AND/OR BASE PERCENTAGE

| CLIENT NAME | Job No | Board count | Board Pct | Board Amt | Shared Svcs | | | | | Tax Amount | Invoice Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DELTA | 0000251101 | 62,829 | 21.1657% | $14,401.67 | $2,126.33 | | | | | | $16,528.00 |
| CONTINENTAL | 0000090008 | 32,756 | 11.0348% | $7,508.33 | $2,126.33 | | | | | | $9,634.66 |
| JETBLUE | 0000090009 | 20,732 | 6.9841% | $4,752.19 | $2,126.33 | | | | | | $6,878.52 |
| FRONTIER | 0000090012 | 17,786 | 5.9917% | $4,076.91 | $2,126.33 | | | | | | $6,203.24 |
| UNITED | 0000090013 | 55,034 | 18.6766% | $12,844.12 | $2,126.33 | | | | | | $14,970.45 |
| MESA/AMERICAN | 0000090014 | 3,449 | 1.1619% | $790.58 | $2,126.33 | | | | | | $2,916.91 |
| PSA/AMERICAN | 0000091387 | 2,259 | 0.7610% | $517.81 | $2,126.33 | | | | | | $2,644.14 |
| AMERICAN | 0000091395 | 100,999 | 34.0243% | $23,151.00 | $2,126.33 | | | | | | $25,277.34 |
| Totals for Pac distribution | | 295,644 | 100.00% | $68,042.62 | $17,010.65 | | | | | | $85,053.27 |

---

**Period of service 10/01/15 - 10/31/15**

| | |
|---|---|
| Subtotal: | $6,203.24 |
| Tax and/or User fee: | $0.00 |
| Freight: | $0.00 |
| Total: | $6,203.24 |
| Payments/Credits: | $0.00 |
| $USD Balance: | $6,203.24 |

Huntleigh USA
(972)915-1247

**Remittance Advice:**

Remit To: Huntleigh USA Corp
Dept# 96-0429
Oklahoma City, OK 73196-0429

| | |
|---|---|
| Account: | FRONTIER |
| Inv. Date: | 11/11/2015 |
| Inv. No.: | 0000086692 |
| Job Number: | 0000090012 |
| | 11/11 |

**Amount Paid:** _____



**Bill To:**
Frontier Airline Inc
Republic Airways Holdings
C/O Frontier Accounts Payable
Indianapolis    IN    46268

8909 Purdue Rd, Ste 300

**Invoice**

**Special Instructions:**
EMAIL: AP@FLYFRONTIER.COM

| Account: | FRONTIER |
|---|---|
| Inv. Date: | 12/3/2015 |
| Inv. No.: | 0000087712 |
| Job Number: | 0000090012 |
| Master Job: | 0000251101 |
| Contract: | |

AUSTIN, TX
AUS AIRPORT

Austin    TX    78719

Period of service 11/01/15 - 11/30/15

| Description | | Quantity | Rate | Amount |
|---|---|---|---|---|
| 251-0601  AUS - PASSENGER COUNT    FRONTIER AIRLINES | | 1 | $5,402.85 | $5,402.85 |
| Passenger Alloc, Passenger Count = 11493    AUS - WHEELCHAIR/ SUPV (FIXED) (SUBCAR | | | | |

### PASSENGER COUNT SUMMARY

| SERVICE LOCATION PERIOD | DESCRIPTION | REG RATE | OT RATE | HOL RATE | REG HOURS | OT HOURS | HOL HOURS | REG TOTAL | OT TOTAL | HOL TOTAL | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AUS-AUSTIN 11/01/15 - 11/30/15 | WHEELCHAIR AGT | $10.71 | $16.07 | $16.07 | 6,823.71 | 100.00 | 207.50 | $73,081.93 | $1,607.00 | $3,334.53 | $78,023.46 |
| | MANAGEMENT FEE | $15.56 | $15.56 | $15.56 | 173.34 | | | $2,697.17 | $0.00 | $0.00 | $2,697.17 |
| | SUPERVISOR | $11.40 | $17.10 | $17.10 | 766.50 | 0.00 | 23.75 | $8,738.10 | $0.00 | $406.13 | $9,144.23 |
| Sub-total | | | | | 7,763.55 | 100.00 | 231.25 | $84,517.20 | $1,607.00 | $3,740.66 | $89,864.86 |
| User Fee | | | | | | | | | | | $0.00 |
| Total Admin. Fee | | | | | | | | | | | $0.00 |
| Total Expenses | | | | | | | | | | | $0.00 |
| TOTAL | | | | | | | | | | | $89,864.86 |

| Total Carriers: | 7 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 291,418 | BILLING BASED ON PASSENGER COUNTS AND/OR BASE PERCENTAGE | | | | | | | | | |
| Base percentage: | 20% | Base Amount: | | $17,972.97 | | | | | | | |
| | | Amt by Pac: | | $71,891.89 | | | | | | | |

| CLIENT NAME | Job No | Board count | Board Pct | Board Amt | Shared Scvs | | | | | Tax Amount | Invoice Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DELTA | 0000251101 | 57,638 | 19.8471% | $14,268.45 | $2,567.57 | | | | | | $16,836.02 |
| CONTINENTAL | 0000090008 | 29,973 | 10.2852% | $7,394.25 | $2,567.57 | | | | | | $9,961.81 |
| JETBLUE | 0000090009 | 20,126 | 6.9062% | $4,965.02 | $2,567.57 | | | | | | $7,532.59 |
| FRONTIER | 0000090012 | 11,493 | 3.9436% | $2,835.29 | $2,567.57 | | | | | | $5,402.85 |
| UNITED | 0000090013 | 52,007 | 17.8462% | $12,829.96 | $2,567.57 | | | | | | $15,397.53 |
| PSA/AMERICAN | 0000091397 | 2,052 | 0.7041% | $506.22 | $2,567.57 | | | | | | $3,073.79 |
| AMERICAN | 0000091395 | 117,929 | 40.4673% | $29,092.71 | $2,567.57 | | | | | | $31,660.27 |
| Totals for Pac distribution | | 291,418 | 100.00% | $71,891.89 | $17,972.97 | | | | | | $89,864.86 |

---

**Period of service 11/01/15 - 11/30/15**

| | |
|---|---|
| Subtotal: | $5,402.85 |
| Tax and/or User fee: | $0.00 |
| Freight: | $0.00 |
| Total: | $5,402.85 |
| Payments/Credits: | $0.00 |
| $USD Balance: | $5,402.85 |

Huntleigh USA
(972)915-1247

**Remittance Advice:**

Remit To:  Huntleigh USA Corp
Dept# 96-0429
Oklahoma City, OK 73196-0429

| Account: | FRONTIER |
|---|---|
| Inv. Date: | 12/11/2015 |
| Inv. No.: | 0000087712 |
| Job Number: | 0000090012 12/11 |

**Amount Paid:** _____



**HUNTLEIGH**

AUSTIN, TX
AUS AIRPORT

Austin          TX     78719

**Bill To:**
Frontier Airline Inc
Republic Airways Holdings
C/O Frontier Accounts Payable
Indianapolis         IN
8909 Purdue Rd, Ste 300
46268

**Special Instructions:**
EMAIL: AP@FLYFRONTIER.COM

**Invoice**

| Account: | FRONTIER |
|---|---|
| Inv. Date: | 1/2/2016 |
| Inv. No.: | 0000088348 |
| Job Number: | 0000090012 |
| Master Job: | 0000251101 |
| Contract: | |

Period of service 12/01/15 - 12/31/15

| Description | | Quantity | Rate | Amount |
|---|---|---|---|---|
| 251-0601  AUS - PASSENGER COUNT    FRONTIER AIRLINES | | 1 | $5,537.50 | $5,537.50 |
| Passenger Alloc, Passenger Count = 12471   AUS - WHEELCHAIR/ SUPV (FIXED) (SUBCAR | | | | |

### PASSENGER COUNT SUMMARY

| SERVICE LOCATION PERIOD | DESCRIPTION | REG RATE | OT RATE | HOL RATE | REG HOURS | OT HOURS | HOL HOURS | REG TOTAL | OT TOTAL | HOL TOTAL | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AUS-AUSTIN 12/01/15 - 12/31/15 | WHEELCHAIR AGT | $10.71 | $16.07 | $16.07 | 6,444.40 | 101.67 | 227.00 | $69,019.52 | $1,633.84 | $3,647.89 | $74,301.25 |
| | MANAGEMENT FEE | $15.56 | $15.56 | $15.56 | 173.34 | | | $2,697.17 | $0.00 | $0.00 | $2,697.17 |
| | SUPERVISOR | $11.40 | $17.10 | $17.10 | 857.50 | 1.25 | 34.50 | $9,775.50 | $21.38 | $589.95 | $10,386.83 |
| Sub-total | | | | | 7,475.24 | 102.92 | 261.50 | $81,492.19 | $1,655.22 | $4,237.84 | $87,385.25 |
| User Fee | | | | | | | | | | | $0.00 |
| Total Admin. Fee | | | | | | | | | | | $0.00 |
| Total Expenses | | | | | | | | | | | $0.00 |
| TOTAL | | | | | | | | | | | $87,385.25 |

Total Carriers: 7
286,711    BILLING BASED ON PASSENGER COUNTS AND/ OR BASE PERCENTAGE
Base percentage: 20%    Base Amount: $17,477.05
Amt by Pac: $69,908.20

| CLIENT NAME | Job No | Board count | Board Pct | Board Amt | Shared Svcs | | | | | Tax Amount | Invoice Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DELTA | 0000251101 | 58,065 | 20.2521% | $14,157.88 | $2,496.72 | | | | | | $16,654.60 |
| CONTINENTAL | 0000090008 | 28,555 | 9.9595% | $6,962.51 | $2,496.72 | | | | | | $9,459.24 |
| JETBLUE | 0000090009 | 21,891 | 7.6317% | $5,335.21 | $2,496.72 | | | | | | $7,831.93 |
| FRONTIER | 0000090012 | 12,471 | 4.3497% | $3,040.78 | $2,496.72 | | | | | | $5,537.50 |
| UNITED | 0000090013 | 55,229 | 19.2630% | $13,466.38 | $2,496.72 | | | | | | $15,963.10 |
| PSA/ USAIR | 0000091387 | 3,840 | 1.3393% | $936.30 | $2,496.72 | | | | | | $3,433.02 |
| AMERICAN | 0000091395 | 106,570 | 37.2047% | $26,009.14 | $2,496.72 | | | | | | $28,505.86 |
| Totals for Pac distribution | | 286,711 | 100.00% | $69,908.21 | $17,477.05 | | | | | | $87,385.25 |

---

**Period of service 12/01/15 - 12/31/15**

| | |
|---|---|
| Subtotal: | $5,537.50 |
| Tax and/or User fee: | $0.00 |
| Freight: | $0.00 |
| Total: | $5,537.50 |
| Payments/Credits: | $0.00 |
| $USD Balance: | $5,537.50 |

Huntleigh USA
(972)915-1247

**Remittance Advice:**

Remit To: Huntleigh USA Corp
Dept# 96-0429
Oklahoma City, OK 73196-0429

| Account: | FRONTIER |
|---|---|
| Inv. Date: | 1/12/2016 |
| Inv. No.: | 0000088348 |
| Job Number: | 0000090012 |
| | 01/12 |

**Amount Paid:** _____