**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| MAXINE WHITE,  Plaintiff, | § § § | |
| v. | § § | |
| FRONTIER AIRLINES, INC.,  Defendant and Third-Party Plaintiff, | § § § § | |
| v. | § § | CASE NO. 1:16-CV-1266(LY) |
| THE AUSTIN FIRE DEPARTMENT, THE CITY OF AUSTIN AVIATION DEPARTMENT, AUSTIN-BERGSTROM INTERNATIONAL AIRPORT, THE CITY OF AUSTIN AND HUNTLEIGH USA CORPORATION,  Third-Party Defendants. | § § § § § § § § § | |

**FRONTIER'S MOTION FOR LEAVE TO JOIN AN ADDITIONAL PARTY**
_____

**TO THE HONORABLE JUDGE YEAKEL:**

Defendant and Third-Party Plaintiff Frontier Airlines, Inc. ("Frontier") files this Opposed Motion for Leave[1] to Join an Additional Party, Flight Services & Systems, Inc. ("FSS"), in the above-entitled and numbered cause pursuant to Federal Rule of Civil Procedure 14, and in support hereof respectfully states as follows:

**I.**
**BACKGROUND**

1. Plaintiff has brought this action against Frontier as a personal injury claim alleging that Plaintiff was injured while boarding aircraft owned by Frontier. As further described in

---

[1] Frontier conferenced with all sides to bring this Motion on consent, or at least, unopposed. Both Plaintiff and the City consented. Frontier and Huntleigh could not agree to terms for a motion on consent.

Frontier's Third Amended Third-Party Complaint, attached hereto as <u>Exhibit A,</u> on the date of the alleged incident, Frontier's air service operations at the Austin-Bergstrom International Airport ("ABIA") were performed solely by third-party vendors hired by Frontier. During the period of time in which Plaintiff sustained her alleged injuries, FSS was engaged as a third-party vendor pursuant to a written contract whereby FSS was to perform certain "ground-handling" services at ABIA on Frontier's behalf. Accordingly, Frontier initially tendered this lawsuit to FSS when it was served with Plaintiff's original complaint. However, FSS rejected Plaintiff's claim, pointing to third-party defendant Huntleigh USA Corporation ("Huntleigh") as the third-party vendor engaged on the date of alleged incident primarily responsible for Plaintiff's alleged injuries.

2.   Huntleigh has appeared in this action and has filed a motion to dismiss all claims against it. Although there has been no formal discovery to date in this action, during Frontier's investigation and preparation for its opposition to Hunleigh's motion to dismiss, new and additional information was discovered relating to FSS and the incidents which lead to Plaintiff's alleged injury, as further described in Frontier's Third Amended Third-Party Complaint. *See* <u>Exhibit A.</u>

## II.
## FSS NECESSARY PARTY TO ACTION

3.   Frontier has been targeted by Plaintiff for the recovery of damages to compensate for the alleged injuries Plaintiff incurred while boarding Frontier's aircraft. However, because it was FSS's contractual obligation to oversee and perform the ground-handling operations for Frontier at ABIA, FSS is responsible for the conditions of which Plaintiff complains and which may have been the proximate cause of Plaintiff's injuries, if any. As the evidence will show, Frontier has reason to believe that further discovery will allow this Court to determine the acts, omissions,

and proportionate responsibility of the third-party defendants, including FSS. Therefore, Frontier would submit that both principals of law and equity should allow Frontier leave to join FSS in this action and designate it as a responsible third-party defendant pursuant to Federal Rule of Civil Procedure 14.

**WHEREFORE, PREMISES CONSIDERED,** Defendant and Third-Party Plaintiff Frontier Airlines, Inc. prays for leave to join Third-Party Defendant Flight Systems & Services, Inc., to file the Third Amended Third-Party Complaint, attached hereto as <u>Exhibit A</u>, and for such other and further relief, at law or in equity, to which the parties may be justly entitled.

DATED: December 13, 2017

Respectfully submitted,

By: <u>*/s/ Patrick J. Comerford*</u>
    Patrick J. Comerford, Esq.
    State Bar No. 24096724

**SMITH ROBERTSON, LLP**
221 West 6th Street, Suite 1100
Austin, Texas 78701
p: (512)-225-5810
f: (512)-225-5838
pcomerford@smith-robertson.com

**ATTORNEY FOR DEFENDANT/THIRD-PARTY PLAINTIFF FRONTIER AIRLINES, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Joel A. Levine
Law Offices of Joel A. Levine, PLLC
5407 Parkcrest Drive, Suite 300
Austin, Texas  78731
*joel@joelalevine.com*

Mr. George S. McCall
Mr. Matthew Clay Sapp
Drinker Biddle & Reath LLP
1717 Main Street, Suite 5400
Dallas, Texas  75201-7367
george.mccall@dbr.com
*matt.sapp@dbr.com*

Joanna Lippmann Salinas, Esq.
Fletcher, Farley, Shipman & Salinas, L.L.P.
1717 West 6th Street, Suite 300
Austin, Texas  78703
*joanna.salinas@fletcherfarley.com*