IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MAXINE WHITE, § | |
|     Plaintiff, § | |
| v. § | |
| FRONTIER AIRLINES, INC., § | |
|     Defendant, Third Party Plaintiff, § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO.  1:16-CV-1266(LY) |
| THE AUSTIN FIRE DEPARTMENT, § | |
| THE CITY OF AUSTIN AVIATION § | |
| DEPARTMENT, AUSTIN-BERGSTROM § | |
| INTERNATIONAL AIRPORT, § | |
| THE CITY OF AUSTIN AND § | |
| HUNTLEIGH USA CORPORATION, § | |
|     Third-Party Defendants. § | |

**[PROPOSED] ORDER GRANTING MOTION TO LEAVE
TO JOIN AN ADDITIONAL PARTY**

ON THIS DAY, the Court considered Defendant's Motion for Leave to Join an Additional Party. Based on the papers filed with this Court, the Motion and the argument of Counsel, the Court finds that Defendant's Motion for Leave to Join an Additional Party is hereby GRANTED.

IT IS THEREFORE ORDERED that leave is granted and Third Party Defendant Flight Services & Systems, Inc. ("FSS") shall be joined herein to the above-entitled and numbered cause by issuance and service of summons in accordance with Defendant/Third-Party Plaintiff, Frontier Airlines, Inc.'s Third Amended Third-Party Complaint.

1

SIGNED on this day: _____, 2017.

_____
JUDGE PRESIDING