IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2018 JAN -8 PM 4:08

| | |
|---|---|
| MAXINE WHITE,<br>   PLAINTIFF,<br><br>V.<br><br>FRONTIER AIRLINES, INC.,<br>   DEFENDANT AND<br>   THIRD PARTY<br>   PLAINTIFF,<br><br>V.<br><br>THE AUSTIN FIRE DEPARTMENT,<br>THE CITY OF AUSTIN AVIATION<br>DEPARTMENT, AUSTIN-BERGSTROM<br>INTERNATIONAL AIRPORT, THE<br>CITY OF AUSTIN, AND HUNTLEIGH<br>USA CORPORATION,<br>   THIRD PARTY<br>   DEFENDANTS. | § § § § § § § § § § § § § § § § § § § § § § § §   CAUSE NO. 1:16-CV-1266-LY |

## ORDER

**IT IS ORDERED** that Third Party Defendant Huntleigh USA Corporation's Motion to Dismiss Frontier's Amended Third Party Complaint, filed November 1, 2017 (Dkt. No. 33), Frontier's Response in Opposition to Huntleigh's Motion to Dismiss Frontier's First Amended Third-Party Complaint, filed November 29, 2017 (Dkt. No. 40), and Third Party Defendant Huntleigh USA Corporation's Reply in Support of its Motion to Dismiss Frontier's Amended Third Party Complaint, filed December 5, 2017 (Dkt. No. 41) are **REFERRED** to United States Magistrate Judge Andrew Austin for report and recommendation. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72; Loc. R. W.D. Tex. App. C, R. 1(d).

**IT IS FURTHER ORDERED** that Frontier's Motion for Leave to Join an Additional Party, filed on December 13, 2017 (Dkt. No. 42), Third Party Defendant Huntleigh USA

Corporation's Response to Frontier Airline's Motion for Leave to Join an Additional Party, filed on December 20, 2017 (Dkt. No. 43), and Frontier's Reply in Support of its Motion for Leave to Join an Additional Party, filed December 27, 2017 (Dkt. No. 44) are **REFERRED** to United States Magistrate Judge Andrew Austin for resolution. *See* 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72; W.D. Tex. App'x C, R. 1(c).

SIGNED this 8th day of January, 2018.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE