# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| MAXINE WHITE,<br> Plaintiff,<br><br>v.<br><br>FRONTIER AIRLINES, INC.,<br> Defendant and Third-Party Plaintiff,<br><br>v.<br><br>THE AUSTIN FIRE DEPARTMENT,<br>THE CITY OF AUSTIN AVIATION DEPARTMENT, AUSTIN-BERGSTROM INTERNATIONAL AIRPORT, THE CITY OF AUSTIN AND HUNTLEIGH USA CORPORATION,<br> Third-Party Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§   CASE NO.  1:16-CV-1266(LY) |

## ADR STATUS REPORT
___

Plaintiff, Maxine White and Defendant and Third-Party Plaintiff Frontier Airlines, Inc. ("Frontier") submit this status report to inform the Court that Plaintiff and Frontier, as well as Third-Party Defendant City of Austin; and Third-Party Defendant Huntleigh USA Corporation, by their respective counsel, have agreed by stipulation to extend certain deadlines until a decision is issued on pending motions.

Based on the consented to stipulation, Plaintiff and Frontier update the Court that they have agreed on consent to extend the deadlines set forth in the Scheduling Order (Docket #10) 1) to respond to Plaintiff's settlement demand and 2) the deadline for ADR.

DATED: February 2, 2018

By: /s/ *Joel A. Levine*                           By: */s/ Patrick J. Comerford*
    Joel A. Levine, Esq.                                        Patrick J. Comerford, Esq.
    State Bar No. 24065612                                 State Bar No. 24096724

**LAW OFFICES OF JOEL LEVINE**              **SMITH ROBERTSON, LLP**
1515 W. Koenig Lane, Suite 100                     221 West 6th Street, Suite 1100
Austin, Texas  78756                                         Austin, Texas 78701
p: (512)-377-1082                                                p: (512)-225-5810
f: (512)-367-5928                                                 f: (512)-225-5838
*joel@joellevine.com*                                        *pcomerford@smith-robertson.com*

**ATTORNEY FOR PLAINTIFF**                  **ATTORNEY FOR DEFENDANT**
                                                                                   **THIRD-PARTY PLAINTIFF**
                                                                                     **FRONTIER AIRLINES, INC.**

## CERTIFICATE OF SERVICE

      I hereby certify that on February 2, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following and I further certify that I have served the foregoing by electronic mail.

**DRINKER BIDDLE & REATH**                      **FLETCHER FARLEY SHIPMAN SALINAS**
1717 Main Street, Suite 5400                             1717 West 6th Street, Suite 300
Dallas, Texas  75201-7367                                 Austin, Texas  78703
p: (469)-357-2545                                                p: (512)-476-5300
f: (469)-327-0860                                                 f: (512)-476-5771
**ATTORNEY FOR THIRD-PARTY**            **ATTORNEY FOR THIRD-PARTY**
**DEFENDANT, HUNTLEIGH**                      **DEFENDANT, CITY OF AUSTIN**