IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MAXINE WHITE,<br>    PLAINTIFF,<br><br>V.<br><br>FRONTIER AIRLINES, INC.,<br>    DEFENDANT AND THIRD<br>    PARTY PLAINTIFF,<br><br>V.<br><br>THE AUSTIN FIRE DEPARTMENT,<br>THE CITY OF AUSTIN AVIATION<br>DEPARTMENT, AUSTIN-BERGSTROM<br>INTERNATIONAL AIRPORT, THE<br>CITY OF AUSTIN, AND HUNTLEIGH<br>USA CORPORATION,<br>    THIRD PARTY DEFENDANTS. | §§§§§§§§§§§§§§§§§§ | CAUSE NO. 1:16-CV-1266-LY |

## ORDER

The court has before it the above styled and numbered cause. On March 1, 2018, Maxine White, Frontier Airlines, Inc., the City of Austin, and Huntleigh USA Corp. filed a notice, consent, and reference of a civil action to a magistrate judge (Dkt. No. 47). The consent form is attached to this order. Counsel for the City of Austin informed the court on March 7, 2018, that the Austin Fire Department, the City of Austin Aviation Department, and Austin-Bergstrom International also consent to magistrate resolution of the case.

**IT IS ORDERED** that the above-styled and numbered cause is **REFERRED** and **REASSIGNED** to United States Magistrate Judge Andrew Austin to conduct all proceedings and order the entry of judgment in accordance with Section 636(c) of Title 28 of the United States Code and Federal Rule of Civil Procedure 73.

SIGNED this _14th_ day of March, 2018.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE

AO 85 (Rev. 01/09) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| MAXINE WHITE | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:16cv1266 (LY) |
| FRONTIER AIRLINES, ET AL. | ) | |
| *Defendant* | ) | |

**NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Parties' printed names* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| MAXINE WHITE, PLAINTIFF | /s/ Joel A. Levine | 03/01/2018 |
| FRONTIER AIRLINES, DEF/3RD PARTY | /s/ Patrick J. Comerford | 03/01/2018 |
| CITY OF AUSTIN, 3RD PARTY DEF | /s/ Joanna Lippman Salinas | 03/01/2018 |
| HUNTLEIGH CORP., 3RD PARTY DEF | /s/ Matt C. Sapp | 03/01/2018 |

**Reference Order**

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____

_____
*District Judge's signature*

_____
*Printed name and title*

Note: Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.

Print    Save As...    Reset