IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MAXINE WHITE | § | |
| | § | |
| V. | § | A-16-CV-1266-AWA |
| | § | |
| FRONTIER AIRLINES, INC. | § | |
| | § | |
| V. | § | |
| | § | |
| THE AUSTIN FIRE DEPARTMENT, THE CITY OF AUSTIN AVIATION DEPARTMENT, AUSTIN-BERGSTROM INTERNATIONAL AIRPORT, THE CITY OF AUSTIN, AND HUNTLEIGH USA CORPORATION | § § § § § § | |

**ORDER**

Pursuant to the Consent to Trial before this Court, this case has been reassigned to the undersigned Magistrate Judge. In order to acquaint the Court with possible scheduling needs, and to set a trial date, the Parties in the above-styled and numbered cause are **ORDERED** to appear for a status conference and hearing on all pending motions on **Tuesday, April 24, 2018 at 10:00 a.m.** Finally, all future pleadings should be filed with "AWA" after the cause number, as reflected above.

SIGNED this 23rd day of March, 2018.

_____
ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE