IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MAXINE WHITE | § | |
| | § | |
| V. | § | A-16-CV-1266-AWA |
| | § | |
| FRONTIER AIRLINES, INC. | § | |
| | § | |
| V. | § | |
| | § | |
| THE CITY OF AUSTIN AND FLIGHT SERVICES & SYSTEMS, INC. | § § | |

### ORDER

This case was reassigned to the undersigned on March 14, 2018. Dkt. No. 48. On April 24, 2018, this Court held a hearing on two motions, and the Court stated it would like a new scheduling order entered when those motions were resolved. As an order on those motions has been entered, Dkt. No. 51, it is hereby,

**ORDERED** that **on or before July 2, 2018,** the parties shall submit an Agreed Scheduling Order, in accordance with Federal Rule of Civil Procedure 26(f), that follows the undersigned's form scheduling order, available at www.txwd.uscourts.gov.[1] The Proposed Scheduling Order should provide dates consistent with a trial to take place no later than June 2019.

SIGNED this 19th day of June, 2018.

ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE

---

[1] The order can be found under the "Forms" tab, "Civil," "Austin Division," "Proposed Scheduling Order for Magistrate Judge Austin."