AO 441 (Rev. 12/09) Summons on Third-Party Complaint

**ORIGINAL**

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| MAXINE WHITE<br>*Plaintiff*<br>v.<br>FRONTIER AIRLINES, INC.,<br>*Defendant, Third-party plaintiff*<br>v.<br>FLIGHT SERVICES & SYSTEMS, INC.<br>*Third-party defendant* | Civil Action No. A-16-CV-1266-AWA |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*  FLIGHT SERVICES & SYSTEMS, INC.
c/o Registered Agent National Registered Agents, Inc.
4400 Easton Commons Way, Suite 125
Columbus, OH 43219

A lawsuit has been filed against defendant   Frontier Airlines, Inc.  , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff   Maxine White  .

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

Mr. Patrick J. Comerford, SMITH ROBERTSON, LLP, 221 West 6th Street, Suite 1100, Austin, Texas 78701

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mr. Joel A. Levine, Law Offices of Joel A. Levine, PLLC, 5407 Parkcrest Drive, Suite 300, Austin, Texas 78731

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.

Date:   06/20/2018

Jeannette J. Clack
CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 12/09) Summons on Third-Party Complaint (Page 2)

Civil Action No. A-16-CV-1266-AWA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Flight Services + Systems, Inc. c/o CT Corp__
was received by me on *(date)* __6/22/18__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Shelbi Sullenberger__, who is
designated by law to accept service of process on behalf of *(name of organization)* __CT Corp__
_____ on *(date)* __6/22/18 at 2:30pm__ or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __6/22/18__

*Erika Cremeans*
Server's signature

__Erika M. Cremeans - Process Server__
Printed name and title

**2862 Johnstown Rd.
Columbus, OH 43219**

Server's address

Additional information regarding attempted service, etc: