# IN THE UNITED STATES DISTRICT COURT
# OF THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **MAXINE WHITE,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. A-16-CV-1266-AWA |
| | § | |
| **FRONTIER AIRLINES, INC.,** | § | |
| | § | **JURY DEMAND** |
| Defendant/Third-Party Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| **THE AUSTIN FIRE DEPARTMENT THE CITY OF AUSTIN AVIATION DEPT., AUSTIN-BERGSTROM INTERNATIONAL AIRPORT, THE CITY OF AUSTIN, AND FLIGHT SERVICES & SYSTEMS, INC.,** | § § § § § § § § | |
| Third-Party Defendants. | § | |

## THIRD-PARTY DEFENDANT FLIGHT SERVICES & SYSTEMS, INC.'S CORPORATE DISCLOSURE STATEMENT

COMES NOW, Third-Party Defendant Fight Services & Systems, Inc., ("FSS") and files this Corporate Disclosures Statement pursuant Federal Rules of Civil Procedure 7.1. FSS states that it is privately owned and no publicly held corporation owns 10% or more of the stock of FSS. FSS further states that it has no parent corporation.

DATED this 31st day of July, 2018.

Respectfully submitted:

*/s/ Kendall Kelly Hayden*
Kendall Kelly Hayden
khayden@cozen.com
State Bar No. 24046197
COZEN O'CONNOR
1717 Main Street, Suite 3100
Dallas, Texas 75201
Telephone: (214) 462-3000
Facsimile: (214) 462-3299

**ATTORNEYS FOR THIRD-PARTY DEFENDANT FLIGHT SERVICES & SYSTEMS, INC.**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above document has been served on all counsel of record according to the Federal Rules of Civil Procedure and Local Rules of this Court, on July 31, 2018.

Joel A. Levine
Law Office of Joel A. Levine, PLLC
1515 W. Koenig Lane, Suite 100
Austin, Texas 78756
*Counsel for Plaintiff*

Patrick J. Comerford
Smith Robertson, LLP
221 W. Sixth Street, Suite 1100
Austin, Texas 78701
*Counsel for Frontier Airlines*

Joanna Lippman Salinas
Fletcher, Farley, Shipman & Salinas, LLP
1717 W. Sixth Street, Suite 300
Austin, Texas 78703
*Attorneys for City of Austin*

*/s/ Kendall Kelly Hayden*
Kendall Kelly Hayden