IN THE UNITED STATES DISTRICT COURT
OF THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MAXINE WHITE, | § | |
| | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. A-16-CV-1266-AWA |
| | § | |
| FRONTIER AIRLINES, INC., | § | |
| | § | JURY DEMAND |
|    Defendant/Third-Party Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| THE CITY OF AUSTIN, et al. | § | |
| | § | |
|    Third-Party Defendants. | § | |

## JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT

Pursuant to this Court's Order of July 16, 2018 (Doc. 59), Plaintiff Maxine White ("Plaintiff"), Defendant Frontier Airlines, Inc. ("Frontier"), and Third-Party Defendants The City of Austin (the "City") and Flight Services & Systems, Inc. ("FSS") conferred in compliance with Local Court Rule CV-88 and submit the following Joint Alternative Dispute Report for the Court's consideration:

**Status of Settlement Negotiations.**

To date, Plaintiff issued a settlement demand to Frontier, the City, and FSS. Neither Frontier, the City, or FSS have responded to Plaintiff's settlement demand as the parties agreed to extend the deadline for any such responses to January 7, 2019, after Plaintiff's December 19, 2018 deposition.

**Identity of persons responsible for settlement negotiations for each party.**

Joel A. Levine is responsible for negotiating a settlement on behalf of Plaintiff.

Patrick Comerford is responsible for negotiating a settlement on behalf of Frontier.

Joanna Salinas is responsible for negotiating a settlement on behalf of the City.

Kendall K. Hayden is responsible for negotiating a settlement on behalf of FSS.

**Evaluation of whether alternative dispute resolution is appropriate in this case.**

The Parties believe that alternative dispute resolution would be appropriate at such time as the parties mutually agree or as the Court orders.

**Preferable Method of Alternative Dispute Resolution.**

The parties believe that they will be able to come to a mutually acceptable agreement with respect to identification of an appropriate mediator for this case.

Respectfully submitted:

*/s/ Joel A. Levine w/permission*
Joel A. Levine
joel@joelalevine.com
State Bar No. 24065612
Law Office of Joel A. Levine, PLLC
1515 W. Koenig Lane, Suite 100
Austin, Texas 78756
Telephone: (512) 982-1510
Facsimile:  (512) 367-5928

**ATTORNEYS FOR PLAINTIFF
MAXINE WHITE**

*/s/ Patrick J. Comerfor w/permission*
Patrick J. Comerford
pcomerford@smith-robertson.com
State Bar No. 24096724
Smith Robertson, LLP
221 W. Sixth Street, Suite 1100
Austin, Texas 78701
Telephone: (512) 225-5810
Facsimile:  (512) 225-5838

**ATTORNEYS FOR DEFENDANT**

**FRONTIER AIRLINES, INC.**

*/s/ Kendall Kelly Hayden*
Kendall Kelly Hayden
khayden@cozen.com
State Bar No. 24046197
COZEN O'CONNOR
1717 Main Street, Suite 3100
Dallas, Texas 75201
Telephone: (214) 462-3000
Facsimile: (214) 462-3299

**ATTORNEYS FOR THIRD-PARTY DEFENDANT FLIGHT SERVICES & SYSTEMS, INC.**

*/s/ Joanna Lippman Salinas*
Joanna Lippman Salinas
Joanna.salinas@fletcherfarley.com
State Bar No. 00791122
Fletcher, Farley, Shipman & Salinas, LLP
1717 W. Sixth Street, Suite 300
Austin, Texas 78703
Telephone: (512) 476-5300
Facsimile: (512) 476-5771

**ATTORNEYS FOR THIRD-PARTY DEFENDANT THE CITY OF AUSTIN**

## **CERTIFICATE OF SERVICE**

    This is to certify that a true and correct copy of the above document has been served on all counsel of record according to the Federal Rules of Civil Procedure and Local Rules of this Court, on December 17, 2018.

    Joel A. Levine
    Law Office of Joel A. Levine, PLLC
    1515 W. Koenig Lane, Suite 100
    Austin, Texas 78756
    *Counsel for Plaintiff*

    Patrick J. Comerford
    Smith Robertson, LLP
    221 W. Sixth Street, Suite 1100
    Austin, Texas 78701
    *Counsel for Frontier Airlines*

    Joanna Lippman Salinas
    Fletcher, Farley, Shipman & Salinas, LLP
    1717 W. Sixth Street, Suite 300
    Austin, Texas 78703
    *Attorneys for City of Austin*

    */s/ Kendall Kelly Hayden*
    Kendall Kelly Hayden