

March 1, 2019

**Kendall K. Hayden**
Direct Phone  214-462-3072
Direct Fax     972-755-1733
khayden@cozen.com

**VIA ECF**

Clerk of Court
U.S. District Court
Western District of Texas
501 West Fifth Street, Suite 1100
Austin, Texas 78701

**Re:** Civil Action No. 1:16-CV-1266-AWA; *Maxine White v. Frontier Airlines, Inc., et al.;* in the United States District Court for the Western District of Texas - Austin Division (the "Lawsuit")

**Cozen File No. 431942**

# VACATION LETTER

Dear Clerk:

Please be advised that I will be on vacation April 19, 2019; May 1, 2019 through May 3, 2019; May 6, 2019; May 31, 2019; June 20, 2019 through June 21, 2019; June 24, 2019; August 14, 2019 through August 28, 2019; October 3, 2019 through October 4, 2019; November 27, 2019, November 29, 2019; December 23, 2019 through December 24, 2019; December 26, 2019 through December 27, 2019; December 30, 2019 through December 31, 2019. I would appreciate it if you would note your calendar accordingly and not schedule any hearings, court appearances, items requiring a deadline, etc. during these time periods.

By copy of this letter, I am notifying all counsel of record. Thank you for your assistance.

Sincerely,

COZEN O'CONNOR

*Kendall Kelly Hayden*

By:     Kendall K. Hayden

KKH/bh

cc:     All Counsel of Record (*Via ECF*)