IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MAXINE WHITE, | § |
|     Plaintiff, | § |
| | § |
| VS. | § |
| | § |
| FRONTIER AIRLINES, INC., | § |
|     Defendant, Third Party Plaintiff, | § |
| | §   CIVIL ACTION NO. 16-CV-01266-LY |
| VS. | § |
| | § |
| THE AUSTIN FIRE DEPARTMENT, THE CITY IF AUSTIN AVIATION DEPARTMENT, AUSTIN-BERGSTROM INTERNATIONAL AIRPORT, THE CITY OF AUSTIN AND HUNTLEIGH USA CORPORATION | § |
|     Third-Party Defendants. | § |

**THIRD-PARTY DEFENDANT CITY OF AUSTIN'S
DESIGNATION OF EXPERT WITNESSES**

COMES NOW, CITY OF AUSTIN, Third-Party Defendant, and submits this Designation of Expert Witnesses pursuant to Rule 16(a)(2) of the Federal Rules of Civil Procedure.

**I.
NON-RETAINED EXPERT DESIGNATIONS**

The following persons are designated as non-retained expert witnesses:

    Chief Rebecca Ackerman, Battalion Chief, City of Austin
    Scott Madole, Airport Operations Manager
    Francisco "Kiko" Garza, Division Manager, Airport Properties, Advertising and Business Development
    Loren Lintner, Airport Operations Supervisor, II
    City of Austin
    c/o Joanna Lippman Salinas
    Miguel E. Bustilloz
    **FLETCHER, FARLEY SHIPMAN & SALINAS, LLP**

>2530 Walsh Tarlton Lane, Suite 150
>Austin, Texas 78746
>(512) 476-5300
>>*Third-Party Defendant and its representatives*

>Stephanie Tucker
>8208 Talbot Lane
>Austin, Texas 78746
>>*Former Airport Property Manager at the time of this incident*

These witnesses are employees and/or former employees of the City of Austin employees and have training and experience in airport operations. They may be called to testify regarding their knowledge of the incident(s) made the subject matter of this lawsuit, as well as their general knowledge of policies, practices and procedures for airport operations, specifically including in the City of Austin and including those pertaining to calls for assistance of disabled persons at the Austin Bergstrom International Airport. These non-retained experts base their opinions on their education, knowledge, training, skill and experience, the documents produced in this matter, the depositions taken in this matter, and documentation retained by the City of Austin. See also any deposition testimony provided by these individuals.

>Lorenzo Ruiz
>Steven Craig
>Timothy Treckman
>Jay Jennings
>City of Austin Fire Department
>City of Austin
>c/o Joanna Lippman Salinas
>Miguel E. Bustilloz
>**FLETCHER, FARLEY SHIPMAN & SALINAS, LLP**
>2530 Walsh Tarlton Lane, Suite 150
>Austin, Texas 78746
>(512) 476-5300
>>*City of Austin and Airport Operations employees who responded to Defendant/Third-Party Plaintiff Frontier's request for assistance*

>Steven Hinojosa
>7402 Cannon Mtn. Pl.
>Austin, Texas 78749
>(512) 497-3902

*Former City of Austin Firefighter who responded to Defendant Frontier's request for assistance*

These witnesses are employees and/or former employees of the City of Austin employees and have training and experience as licensed firefighters. They may be called to testify regarding their knowledge of the incident(s) made the subject matter of this lawsuit, as well as their general knowledge of policies, practices and procedures for firefighters, specifically including in the City of Austin and including those pertaining to calls for assistance of disabled persons at the Austin Bergstrom International Airport. These non-retained experts base their opinions on their education, knowledge, training, skill and experience, the documents produced in this matter, the depositions taken in this matter, and documentation retained by the City of Austin. See also any deposition testimony provided by these individuals.

>Joanna Lippman Salinas
>FLETCHER, FARLEY, SHIPMAN & SALINAS, L.L.P.
>2530 Walsh Tarlton Lane, Suite 150
>Austin, Texas 78746
>(512) 476-5300

This witness will testify regarding the reasonableness and necessity of attorneys' fees, expert fees, and costs and expenses incurred by the parties in this matter. The witness bases her testimony and opinions on her knowledge, skill and experience as an attorney licensed in the state of Texas, the pleadings on file in this matter, the discovery produced and the work performed by counsel.

>Doctors, Nurses, Staff and/or Custodian of Records
>Inspire Health
>711 W. 38th Street, Suite G2
>Austin, Texas 78705
>(512) 910-3800
>    *Plaintiff's medical provider*

>Doctors, Nurses, Staff and/or Custodian of Records
>Austin Pain Associates/APA Clinical Lab
>P.O. Box 790126

St. Louis, MO 63179
(512) 416-7246
    *Plaintiff's medical provider*

Doctors, Nurses, Staff and/or Custodian of Records
Seton Medical Center
1201 W. 38th Street
Austin, Texas 78705
(512) 324-1000
    *Plaintiff's medical provider*

Doctors, Nurses, Staff and/or Custodian of Records
Longhorn Emergency Medical Association
3585 Ridge Park Drive
Akron, Ohio 44333
(888) 952-6772
    *Plaintiff's medical provider*

Doctors, Nurses, Staff and/or Custodian of Records
Cedar Park Surgery Center
351 Cypress Creek Road, Suite 102
Cedar Park, Texas 78613
(512) 498-9006
    *Plaintiff's medical provider*

Doctors, Nurses, Staff and/or Custodian of Records
Austin Radiological Association
6818 Austin Center Boulevard, Suite 101
Austin, Texas 78731
(512) 795-8505
    *Plaintiff's medical provider*

Doctors, Nurses, Staff and/or Custodian of Records
Austin Brain & Spine, P.A.
801 W. 38th Street, Suite 400
Austin, Texas 78705
(512) 306-1323
    *Plaintiff's medical provider*

Doctors, Nurses, Staff and/or Custodian of Records
Clinical Pathology Laboratories, Inc.
9200 Wall Street
Austin, Texas 78754
(512) 339-1275
    *Plaintiff's medical provider*

Doctors, Nurses, Staff and/or Custodian of Records
University Medical Center at Brackenridge
601 E. 15th Street
Austin, Texas 78701
(512) 324-7000
    *Plaintiff's medical provider*

Doctors, Nurses, Staff and/or Custodian of Records
Austin Diagnostic Center
2400 Cedar Bend
Austin, Texas 78758
(512) 901-1111
    *Plaintiff's medical provider*

Doctors, Nurses, Staff and/or Custodian of Records
Cedar Park Regional Hospital
1401 Medical Parkway
Cedar Park, Texas 78613
(512) 528-7000
    *Plaintiff's medical provider*

Doctors, Nurses, Staff and/or Custodian of Records
Emergency Physicians of Central Texas, P.A.
P.O. Box 2283
Mansfield, Texas 76063
(800) 677-5112
    *Plaintiff's medical provider*

Doctors, Nurses, Staff and/or Custodian of Records
Capital Anesthesiology Association
3705 Medical Parkway, Suite 570
Austin, Texas 78705
(512) 454-2554
    *Plaintiff's medical provider*

Doctors, Nurses, Staff and/or Custodian of Records
Hill Country Monitoring
P.O. Box 59001, Suite 4010
Tulsa, OK 74159
(512) 687-3119
    *Plaintiff's medical provider*

Doctors, Nurses, Staff and/or Custodian of Records
Carus Dental
16000 Park Valley Drive, Suite 100
Round Rock, Texas 78681
(512) 244-7995

    *Plaintiff's medical provider*

  Doctors, Nurses, Staff and/or Custodian of Records
  Tri-County Practice Association
  P.O. Box 13689
  Belfast, Main 04915
  (512) 324-8617
    *Plaintiff's medical provider*

  Doctors, Nurses, Staff and/or Custodian of Records
  St. David's North Austin Medical Center
  12221 N. MoPac Expressway
  Austin, Texas 78758
  (512) 901-1000
    *Plaintiff's medical provider*

  Doctors, Nurses, Staff and/or Custodian of Records
  Texas Retina Institute
  3807 Spicewood Springs Road, Suite 101
  Austin, Texas 78759
  (512) 651-2201
    *Plaintiff's medical provider*

  Doctors, Nurses, Staff and/or Custodian of Records
  Westlake Anesthesia Group
  P.O. Box 153105
  Lufkin, Texas 75915
  (936) 639-3036
    *Plaintiff's medical provider*

  Doctors, Nurses, Staff and/or Custodian of Records
  Cedar Park Modern Dentistry and Orthodontics
  1455 E. Whitestone Blvd., Suite 127
  Cedar Park, Texas 78613
  (512) 259-7171
    *Plaintiff's medical provider*

  Doctors, Nurses, Staff and/or Custodian of Records
  The Apothecary Shop Pharmacy
  6303 Forest Park Road, Suite BLA126
  Dallas, Texas 75235
  (877) 241-0264
    *Plaintiff's medical provider*

  These representatives, employees, healthcare providers and custodians of records of these entities and/or individuals who provided medical treatment and/or services to Plaintiff.

## II.
## SUPPLEMENTATION AND CROSS DESIGNATION

Third-Party Defendant hereby cross designates and may call any expert witness identified and designated by Plaintiff and/or Defendant/Third-Party Plaintiff or any employee or representative of any party, subject to any objections that Third-Party Defendant may make concerning the designation or qualifications of those witnesses.

Third-Party Defendant reserves the right to elicit by way of cross examination, opinion testimony from expert or representatives or other witnesses who may be qualified to render expert testimony designated and/or called by other parties to this lawsuit.

Third-Party Defendant reserves the right to elicit by way of direct/cross examination, opinion testimony from fact witnesses who may be qualified to render testimony, but are not retained or designated experts at this time and who have expertise in certain areas regarding the facts of this case.  Such witnesses may include employees and/or officers of the City of Austin.

Third-Party Defendant reserves the right to elicit by way of direct/cross examination, opinion testimony for experts designated and/or called by other parties to this lawsuit.

Third-Party Defendant reserves the right to call any expert witness of any party who may be added to this lawsuit.

Respectfully submitted,

**FLETCHER, FARLEY,
SHIPMAN & SALINAS, L.L.P.**
2530 Walsh Tarlton Lane, Suite 150
Austin, Texas 78746
(512) 476-5300
FAX (512) 476-5771

By: */s/Joanna Lippman Salinas*
Joanna Lippman Salinas
joanna.salinas@fletcherfarley.com

Attorneys for Third-Party Defendant,
*City of Austin*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Third-Party Defendant City of Austin's Designation of Expert Witnesses** has been provided to:

Patrick J. Comerford
A. Lee Rigby
**SMITH ROBERTSON, LLP**
221 W. 6th Street, Suite 1100
Austin, Texas 78701

Joel A. Levine
**LAW OFFICE OF JOEL A. LEVINE, PLLC**
1515 W. Koenig Lane, Suite 100
Austin, Texas 78756

Kendall Kelly Hayden
**COZEN O'CONNOR**
1717 Main Street, Suite 3100
Dallas, Texas 75201

in accordance with the Federal Rules of Civil Procedure, by electronic service on March 4, 2019.

*/s/Joanna Lippman Salinas*
Joanna Lippman Salinas