MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.
Maxine White on 12/19/2018

```
 1              IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF TEXAS
 2                      AUSTIN DIVISION

 3

 4    MAXINE WHITE,                    *
                Plaintiff             *
 5                                     * A-16-CV-1266-AWA
      V.                               *
 6                                     * JURY DEMAND
      FRONTIER AIRLINES, INC.,        *
 7            Defendant                *
                                       *
 8    THE AUSTIN FIRE DEPARTMENT,     *
      THE CITY OF AUSTIN AVIATION     *
 9    DEPARTMENT, AUSTIN-BERGSTROM    *
      INTERNATIONAL AIRPORT, THE      *
10    CITY OF AUSTIN, AND FLIGHT      *
      SERVICES & SYSTEMS, INC.,       *
11        Third-Party Defendants.     *

12

13

14

15

16              *  *  *  *  *  *  *  *  *  *  *  *
                    ORAL/VIDEO DEPOSITION
17                          OF
                       MAXINE WHITE
18                  DECEMBER 19, 2018
                *  *  *  *  *  *  *  *  *  *  *  *
19

20

21

22

23

24

25
```

**MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.**
**Maxine White on 12/19/2018**                    Pages 2..5

Page 2

```
1
2        ORAL/VIDEO DEPOSITION OF MAXINE WHITE, produced
3   as a witness at the instance of the Defendant, and
4   duly sworn, was taken in the above-styled and
5   numbered cause on the 19th of December, 2018, from
6   8:52 a.m. to 1:24 p.m., before RHONDA HOWARD, CSR in
7   and for the State of Texas, reported by machine
8   shorthand, at the offices of Smith Robertson, LLP,
9   221 W. Sixth Street, Suite 1100, Austin, Texas,
10  pursuant to the Federal Rules of Civil Procedure and
11  the provisions stated on the record or attached
12  hereto.
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
1                  APPEARANCES
2
3   FOR THE PLAINTIFF:
4   Mr. Joel A. Levine
    THE LAW OFFICE OF JOEL A. LEVINE, PLLC
5   1515 W. Koenig Lane
    Austin, Texas  78756
6   (512) 982-1510
    joel@joelalevine.com
7
8   FOR THE DEFENDANT, FRONTIER AIRLINES, INC.:
9   Mr. Patrick J. Comerford
    SMITH ROBERTSON, LLP
10  221 West Sixth Street, Suite 1100
    Austin, Texas  78701
11  (512) 225-5810
    pcomerford@smith-robertson.com
12
13  FOR THE DEFENDANT, FSS:
14  Mr. Andrew T. Hepworth
    COZEN O'CONNOR
15  1717 Main Street, Suite 3100
    Dallas, Texas  75201
16  (214) 462-3039
    ahepworth@cozen.com
17
18  FOR THE DEFENDANT:
19  Ms. Joanna Lippman Salinas
    FLETCHER FARLEY
20  2530 Walsh Tarlton Lane, Suite 150
    Austin, Texas  78746
21  (512) 476-5300
    joanna.salinas@fletcherfarley.com
22
23  THE VIDEOGRAPHER:
24  Ms. Nicole Owen
25
```

Page 4

```
1                      INDEX
2   Appearances                                    3
    Change Page                                  202
3
4   EXAMINATION
5   Examination by Mr. Comerford                   7
    Examination by Ms. Lippman Salinas           176
6   Examination by Mr. Hepworth                  188
7   SIGNATURE SHEET                              203
    REPORTER'S CERTIFICATION                     204
8
9                     EXHIBITS
10  NUMBER       DESCRIPTION                     PAGE
11  EXHIBIT A    PLF'S OBJECTIONS AND              7
                 ANSWERS TO FIRST SET OF
12               INTERROGATORIES
13  EXHIBIT B    PLF'S OBJECTIONS AND              7
                 RESPONSES TO DFT, FA,
14               FIRST SET OF INTERROGATORIES
15  EXHIBIT C    9/12/08 MED. HISTORY PAGE         7
16  EXHIBIT D    4/17/09 HIM MED. RECORD           7
17  EXHIBIT E    3/22/10 LETTER FROM ADC           7
18  EXHIBIT F    7/7/10 ADC HISTORY                7
19  EXHIBIT G    7/7/10 ARA RECORD                 7
20  EXHIBIT H    7/7/10 HIM MED. RECORD            7
21  EXHIBIT I    NOT MARKED OR ADMITTED
22  EXHIBIT J    7/9/10 HIM RECORD                 7
23  EXHIBIT K    7/9/10 HIM RECORD                 7
24  EXHIBIT L    7/13/10 ADC RECORD                7
25  EXHIBIT M    2010 HIM RECORD                   7
```

Page 5

```
1              EXHIBITS, CONTINUED
2   NUMBER       DESCRIPTION                     PAGE
3   EXHIBIT N    7/29/10 ADC RECORD                7
4   EXHIBIT O    NAMC RECORD                       7
5   EXHIBIT P    TXDOT WORKLIFE BALANCE FORM       7
6   EXHIBIT Q    9/19/11 HIM RECORD                7
7   EXHIBIT R    2/25/13 PATIENT QUESTIONNAIRE     7
8   EXHIBIT S    4/16/14 INSPIRE RECORD            7
9   EXHIBIT T    7/14/14 ARA RECORD                7
10  EXHIBIT U    7/14/14 ARA RECORD                7
11  EXHIBIT V    7/14/14 INSPIRE RECORD            7
12  EXHIBIT W    7/18/14 ARA RECORD                7
13  EXHIBIT X    7/18/14 ARA RECORD                7
14  EXHIBIT Y    7/18/14 ARA RECORD                7
15  EXHIBIT Z    7/24/14 ARA RECORD                7
16  EXHIBIT AA   7/31/14 APA OPERATIVE REPORT      7
17  EXHIBIT BB   8/6/14 INSPIRE RECORD             7
18  EXHIBIT CC   9/5/14 HIM RECORD                 7
19  EXHIBIT DD   11/6/14 ARA RECORD                7
20  EXHIBIT EE   12/19/14 INSPIRE RECORD           7
21  EXHIBIT FF   4/30/15 APA OPERATIVE REPORT      7
22  EXHIBIT GG   AAAHC PATIENT PROCEDURE           7
23  EXHIBIT HH   4/22/15 INSPIRE RECORD            7
24  EXHIBIT II   4/24/15 CPRMC RECORD              7
25  EXHIBIT JJ   PAUL LE VOIDED RECORD             7
```

**MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.**
**Maxine White on 12/19/2018**                    Pages 6..9

Page 6

| 1 |  | EXHIBITS, CONTINUED |  |
|---|---|---|---|
| 2 | NUMBER | DESCRIPTION | PAGE |
| 3 | EXHIBIT KK | 5/11/15 INSPIRE RECORD | 7 |
| 4 | EXHIBIT LL | 8/28/15 INSPIRE RECORD | 7 |
| 5 | EXHIBIT MM | 9/29/15 SMC IMAGING REPORT | 7 |
| 6 | EXHIBIT NN | 8/24/15 AB&S LETTER TO DR. LE | 7 |
| 7 | EXHIBIT OO | 4/20/16 AB&S LETTER TO DR. LE | 7 |
| 8 | EXHIBIT PP | 12/7/16 AB&S LETTER TO | 7 |
|  |  | DR. GUERRA |  |
| 9 |  |  |  |
|  | EXHIBIT QQ | 4/3/17 MCCORMICK VISION | 7 |
| 10 |  | SOURCE RECORD |  |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 7

1                  (8:52 a.m.)
2    (Deposition Exhibit Nos. A-H and J-QQ marked)
3                THE VIDEOGRAPHER:  The time is 8:52,
4    Wednesday December 19th, 2018.  This is the
5    beginning of the video deposition of Maxine White,
6    Media 1.  We are now on the record.  Will the court
7    reporter please swear in the witness.
8                MAXINE WHITE,
9       having been duly sworn, testified as follows:
10               THE REPORTER:  Thank you.  We're on
11   the record.
12                    EXAMINATION
13   BY MR. COMERFORD:
14       Q    Morning, Ms. White.
15       A    Good morning.
16       Q    My name is Pat Comerford.  I represent
17   Frontier Airlines in a lawsuit that you've brought.
18   We're here to take -- take your testimony.  Have you
19   ever given a deposition before?
20       A    No.
21       Q    Okay.  So I just want to go over some
22   ground rules.  You've heard them from the court
23   reporter.  I'm going to repeat them.  What we're
24   doing is I'm going to ask you a series of questions.
25   Other people might have questions for you.  A lot of

Page 8

1    times you're going to know where we're going with
2    the question, but for the sake of the court reporter
3    and for the video just wait until we're finished.
4    It'll also give your lawyer an opportunity, Joel, to
5    object if he needs to.
6        A    Okay.
7        Q    So even if you know where I'm going before
8    I get to the end of the question it's very different
9    than a regular discussion where you know where I'm
10   going.
11       A    Okay.
12       Q    And you just answer it.  Because, oh, I
13   know what you want to know; here, let me tell you.
14   Wait until I'm finished and then you can answer.
15               I'd also say hand motions, nodding the
16   head.  The video will pick that up, but for the
17   clarity on the record, we need a verbal response for
18   every question.  Understood?
19       A    Understood.  I was not --
20       Q    That was a test.
21       A    -- only because I was letting you finish
22   your sentence.
23       Q    Yeah.  Right.
24               And I'll say that if you don't understand
25   anything I ask or you have any questions or need me

Page 9

1    to clarify, please tell me.  If you answer any of my
2    questions, I'm going to assume you understood what I
3    said.
4        A    Okay.
5        Q    If you tell me, "I don't know what you're
6    talking about.  I need more clarification," that's
7    fine.  Okay?
8        A    Okay.
9        Q    Any time you need a break, anything I can
10   fix or make more comfortable, let me know.  It's not
11   a marathon.  You need to take breaks, tell us.
12   About every hour I want to take a break anyway.
13       A    Okay.
14       Q    And let's see if there's anything else.
15   We did the swearing in.
16               Any meds you're on today or any reasons
17   you cannot testify here today truthfully or
18   accurately?
19       A    No.
20       Q    Okay.  We got some of your medical records
21   in, and I had a list of the -- the drugs that they
22   listed from last April.  I just wanted to go through
23   them and see if these are drugs that you're still
24   taking daily now.  Okay?
25       A    Okay.

MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.
Maxine White on 12/19/2018                                    Pages 10..13

**Page 10**

1    Q    Hydromorphone?
2    A    That is occasional.
3    Q    Okay.  And what is that for?
4    A    That's for pain.
5    Q    Pain.  All right.
6         And who -- who prescribes that?
7    A    Dr. Le, my pain doctor.
8    Q    Le.
9         And Cyclobenzaprine?
10   A    I think that's for nerves, the nerves --
11   not -- the nerves in my body from my back to down my
12   legs.  It -- it helps that.
13   Q    Is that also Le?
14   A    Yes.
15   Q    Voltaren?
16   A    Voltaren.  That's a cream, and I only use
17   it when I'm taking the Hydromorphone.
18   Q    Is there some sort of reaction to the
19   Hydromorphone that the Voltaren --
20   A    Well, it just helps the back faster, you
21   know --
22   Q    I see.
23   A    -- it kind of numbs it and gives the pill
24   a chance to have the pain at a point that I can
25   tolerate it.

**Page 11**

1    Q    Is it like Icy Hot or something?
2    A    Kind of, but a lot stronger.
3    Q    Okay.  Farxiga?
4    A    Farxiga?  Oh, no.  I don't take that any
5    longer.
6    Q    What was that for?
7    A    That was diabetes.
8    Q    Diabetes.
9         Okay.  Why don't you take it any longer?
10   A    Because now I take Trulicity, and it's an
11   injection, because I still make insulin.  This just
12   helps me make it better.
13   Q    Okay.
14   A    It's a -- an injection you give yourself
15   once a week.
16   Q    Okay.  I'm sorry.  Go ahead.
17   A    So it versus a pill every day, I chose the
18   once a week.
19   Q    Once a week.
20   A    Yeah.  I notice on your hands you have a
21   number of marks --
22   A    Yeah.  That's from all the medicine.  It's
23   made my skin horrible.  This one (indicating)
24   actually likes to keep bleeding.  I did something
25   this summer that made me have two blood clots.  I

**Page 12**

1    shut the closet door on the top of my foot, and the
2    shock of it apparently gave me two blood clots in my
3    leg.  So now I have to take blood thinners, and that
4    won't be on there.  This is all like since
5    September.
6    Q    Uh-huh.
7    A    And it just makes this worse.  If you
8    press just too hard on my hand, one of these would
9    come up.
10   Q    So that's not from any injections --
11   A    No.
12   Q    -- those just appear on their own?
13   A    They appear because I bump something.
14   Usually I bump something.
15        This one was I bumped my hand on the front
16   door, so...
17   Q    Okay.  The next one I had was Benicar?
18   A    Benicar is blood pressure medicine.
19   Q    Okay.  Are you still taking that?
20   A    Oh, yes.
21   Q    Okay.  And I should ask, are the -- the
22   drugs that I'm listing, are they drugs that you took
23   today?
24        Did you take Hydromorphone today?
25   A    No.

**Page 13**

1    Q    Cyclobenzaprine?
2    A    Yes.
3    Q    Voltaren you do not take --
4    A    No, I didn't do it.  I didn't do any of
5    that.
6    Q    And you're not taking Farxiga.
7         Benicar?
8    A    Yes.
9    Q    Okay.  Glipizide?
10   A    Yes.
11   Q    And what's that for?
12   A    Glipizide is diabetes.
13   Q    And how is it different than --
14   A    It's a pill that I take once a day with
15   Metformin.
16   Q    Okay.  You said Metformin?
17   A    Metformin.
18   Q    Okay.
19   A    M-O -- M-E-N -- M-E-T-F-O-R-M-I-N, I
20   believe.
21   Q    Okay.  Metoprolol Tartrate?
22   A    That's a blood pressure, also.  And I did
23   take it today.
24   Q    Okay.  Metformin.  Is that what you were
25   saying before?

MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.
Maxine White on 12/19/2018                    Pages 14..17

**Page 14**

1      A    Metformin.
2      Q    Okay.  Did you take that today?
3      A    Yes.
4      Q    And that's a thinner?
5      A    That -- no.  That's a diabetes medicine.
6      Q    Okay.  Lovastatin?
7      A    Yes.  Cholesterol.
8      Q    Gabapentin?
9      A    Yes.
10     Q    That's a painkiller?
11     A    Uh-huh.  I think so.  It's either pain or
12   nerve.
13     Q    Okay.  And Meloxicam?
14     A    Yes.  That is definitely a nerve, and I
15   take it once a day.
16     Q    Okay.  All right.  So any other
17   medications you have taken today?
18     A    The blood thinner.
19     Q    That's the Trulicity?
20     A    No.  No.  That Trulicity is diabetes.
21   I've just gotten it recently.  I'm sorry.  I'm going
22   to have to -- I took a picture of the bottle --
23     Q    Okay.
24     A    -- that way I -- if I go somewhere and
25   they need to know what the name of it is --

**Page 15**

1      Q    That's helpful.
2      A    -- I have it.  So I'll -- it'll take me a
3   second to get my phone --
4      Q    Sure.
5      A    -- back on.
6           And this pill I started taking the --
7   maybe the third week of September.
8      Q    And is this Dr. Le, as well?
9      A    No, no.  This is from Dr. Foteh.  He's a
10   vascular surgeon.  He's the one that removed the two
11   blood clots in my leg.  (Tenders).
12     Q    Okay.
13     A    That's why --
14     Q    Clopidogrel?
15     A    I don't know.
16     Q    Clopidogrel, C-L-O-P-I-D-O-G-R-E-L.
17   Clopidogrel.  Does that sound right?
18     A    I never --
19     Q    Oh, Foteh.  I see.  The doctor's name is
20   F-O-T-E-H.
21     A    Right.
22     Q    Clopidogrel.  And this is a pain killer?
23     A    No, it's a blood thinner.
24     Q    Oh, blood thinner.  Sorry.  Clopidogrel
25   and that -- that's from Dr. Foteh.  And you took

**Page 16**

1   that today.  Correct?
2      A    (Witness nods head.)
3      Q    Okay.  Any other medications?
4      A    No.
5      Q    Any medications you were supposed to take
6   and did not?
7      A    No.
8      Q    And just to quickly go through,
9   Hydromorphone is Le?
10     A    Uh-huh.
11     Q    Cyclobenzaprine is Le?
12     A    Yes.
13     Q    Voltaren?
14     A    Voltaren is Dr. Guerra.
15     Q    Geren?
16     A    Guerra.
17     Q    Oh.
18     A    It's just my primary care doctor.
19     Q    G-U-E-R-R-A?
20     A    Correct.
21     Q    Farxiga, you don't take any more.
22   Benicar?
23     A    Yes, I took that today.
24     Q    I mean, is that Dr. Guerra?
25     A    Dr. Guerra, primary.

**Page 17**

1      Q    Glipizide?
2      A    Dr. Guerra.
3      Q    Metoprolol?
4      A    Dr. Guerra.
5      Q    Metformin?
6      A    Dr. Guerra.
7      Q    Lovastatin?
8      A    Dr. Guerra.
9      Q    Gabapentin?
10     A    Dr. Guerra, I believe.  It's either
11   Dr. Guerra or Dr. Le.
12     Q    Okay.  Meloxicam?
13     A    Same situation.  Dr. Guerra or Dr. Le.
14   I -- I don't remember offhand which one.
15     Q    And then Dr. Foteh is the --
16     A    Blood thinner.
17     Q    Blood thinner.  Okay.  All right.
18          What did you do to prepare for today's
19   deposition?  Did you research anything?  Did you
20   review any documents?  Did you speak to anyone other
21   than your attorney?
22     A    No.  Just my attorney I've spoken with.
23     Q    Did you look at any documents?
24     A    Yes, we did.
25     Q    What -- what did you look at?

MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.
Maxine White on 12/19/2018                    Pages 18..21

**Page 18**

1    A    A document that I had just recently
2  answered that was due back to someone -- I think
3  you.
4    Q    I'll show you what's been marked as
5  Exhibit A.
6         MR. COMERFORD:  I'll let you take a
7  look at it first, Joel.
8    Q    Take a look at that.  Was that the
9  document you reviewed?
10        MR. COMERFORD:  And Joel, off the
11 record --
12        (Off the record 9:04 to 9:04)
13   A    Uh-huh.  Yes, it is.
14   Q    Okay.  And did you review -- besides what
15 I'm going to call pleadings, these type of formal
16 documents, did you review any other kind of
17 documents?
18   A    No.
19   Q    Did you keep any journals, daily journals
20 or any kind of notes about travel or treatment or
21 the history of what's happened since the accident?
22   A    I have some that I did in the beginning,
23 but then it -- it just got to a point that I was at
24 the doctors a lot and I just quit doing it.
25   Q    And what was it?  How would you keep it?

**Page 19**

1  Like a timeline or something else?
2    A    Well, I had it -- I had doctors'
3  appointments I would keep up with and what happened
4  to me, how it created the situation to be where I
5  was at.
6    Q    Is this like a -- a journal or some sort
7  of like notes that you took?
8    A    Yeah.
9    Q    Okay.  Do you still have them?
10   A    Oh, I believe I do.
11   Q    Was it in a calendar or was it --
12   A    No.  It was in a notebook.
13   Q    In a notebook.
14        If you could find that notebook, I'll ask
15 your attorney; I'll make a request for that,
16 whatever that notebook was.
17   A    Okay.
18   Q    How long did you keep it for?
19   A    Maybe a couple of months.
20   Q    This is from the date of the accident
21 forward?
22   A    Yes.
23   Q    Okay.  How about photographs, did you
24 review any photographs?
25   A    No.

**Page 20**

1    Q    Do you know of any photographs of anything
2  that happened that day?
3    A    Not to my knowledge, unless one of the
4  passengers sitting at a window took pictures of it.
5    Q    But nothing you've seen?
6    A    No.
7    Q    You didn't take any pictures?
8    A    No.
9    Q    How about of your injuries, any
10 photographs of your injuries that you -- you've
11 looked at?
12   A    No.
13   Q    Okay.  Phone records, social media, any
14 sort of correspondence, E-mails, anything else you
15 might have reviewed?
16   A    I don't remember.
17   Q    Okay.  But not -- for preparation for
18 today, do you remember looking through anything like
19 that?
20   A    No, not really.
21   Q    Okay.  Prior lawsuits, have you ever --
22   A    No.
23   Q    -- been sued before?
24   A    No.
25   Q    Have you ever sued anyone before?

**Page 21**

1    A    No.
2    Q    Okay.  Workers' Compensation, do you have
3  any prior Workers' Compensation claims?
4    A    I do have one.
5    Q    Okay.  And when was that?
6    A    From TxDOT when I -- I had billing that I
7  performed monthly.  And I would often need the mail
8  trays out of my area, my work space, because they
9  took up a lot of space.
10   Q    Mail, M-A-I-L?
11   A    Mail trays.  You know the big trays, mail,
12 M-A-I-L.
13   Q    Yeah.
14   A    And I would occasionally take them down to
15 the basement to our mailroom.  And one time my back
16 just started bothering me.  So after many months I
17 finally went to a doctor.  He said there was nothing
18 wrong with me.  It was probably a strained muscle.
19 And that was the end of that.
20   Q    What doctor did you go to?
21   A    I think it's called People's Clinic.  I
22 think.  It's on Anderson Lane a few blocks before
23 Burnet Road.
24   Q    A male doctor?
25   A    Yes.

**MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.**
Maxine White on 12/19/2018                    Pages 22..25

**Page 22**

1  Q  Do you remember the name?
2  A  Oh, no.
3  Q  How long ago was this?
4  A  Probably -- okay.
5      THE REPORTER:  Okay.  You have to
6  speak up.
7      THE WITNESS:  I'm thinking to myself.
8  A  Six -- maybe 10 or 11 years ago.
9  Q  (By Mr. Comerford)  '08, '09?
10 A  Somewhere around there.
11 Q  Okay.  Besides that one doctor you went
12 to, anyone else that you saw at that time?
13 A  No.
14 Q  Did you miss any time from work?
15 A  No.  I took sick time.
16 Q  Sick time.
17    Did you file a claim?
18 A  No, not really.
19 Q  Okay.  Besides that occasion, any other
20 times where you filed Workers' Comp. or missed time
21 from work?
22 A  No.
23 Q  No.  Okay.
24    How much would those mail trays weigh,
25 the -- the one that you were trying to move or that

**Page 23**

1  you did move?
2  A  Probably about 15 to 17 pounds maybe.
3  Q  And dimensions of it?
4  A  (Indicating).
5  Q  3 feet by --
6  A  And then size -- just a little bit more
7  room than a legal-sized envelope --
8  Q  Okay.
9  A  -- so they weren't real wide across.  I'm
10 sure you've seen them.  The Post Office has a ton of
11 them --
12 Q  Yeah.
13 A  -- they're white with the opening for a
14 handle.
15 Q  Okay.  So it's -- it's probably about
16 2 feet tall --
17 A  Oh, no.
18 Q  -- one of those or the low ones?
19 A  The low ones.
20 Q  Okay.  So it's about 3 feet by 1 foot?
21 A  Something, maybe.
22 Q  Okay.  All right.  Date of birth?
23 A  5-20-53.
24    MR. COMERFORD:  Off the record.
25    (Off the record 9:10 to 9:10)

**Page 24**

1  Q  Back on the record.  You have an Email
2  address maxwhite50@yahoo.com?
3  A  Correct.
4  Q  Home phone number (512) 573-4909?
5  A  Yes.
6  Q  And home address 9606 Gambels,
7  G-A-M-B-E-L-S, Quail Drive, Austin, 78758?
8  A  Yes.
9  Q  Okay.  How long have you lived at that
10 address?
11 A  Since 1989.
12 Q  And who do you live there with now?
13 A  Now?  My youngest son and his wife and
14 their three children.
15 Q  Well, you must have a lot going on for
16 Christmas.
17 A  It's hard to hide the stuff for Christmas.
18 Q  So let's step back.
19    How many children do you have?
20 A  Four.
21 Q  And their names and ages?
22 A  Chris is 46.  Michelle is 44.  Jenny is --
23 let -- I think she's 41 -- no, that can't be right.
24 She must be -- goodness.  I'm not used to giving out
25 my children's ages anymore.  They're grown.

**Page 25**

1  Q  And that -- and rough estimate is fine.
2  A  Okay.  We'll go with her with 41.  That's
3  not right, though.  And then Daniel's 37.
4  Q  And then how many grandchildren?
5  A  Seven.
6  Q  So Daniel has three?
7  A  Chris has two, and Michelle has two.
8  Q  Got you.
9    And Chris was the son who lived in
10 Colorado?
11 A  Right.
12 Q  Okay.  And now he lives in Idaho?
13 A  Right.
14 Q  Okay.  From 1989 to present, who have you
15 lived at that address with?
16 A  Daniel, his family.  Jenny was there for a
17 short time and Michelle were -- was there for a
18 short time.
19 Q  And your marital status?
20 A  Widow.
21 Q  When did your husband die?
22 A  1986.
23 Q  And you did not remarry?
24 A  No.
25 Q  In the records I saw a person named

**MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.**
**Maxine White on 12/19/2018**                    **Pages 26..29**

Page 26

1  Roger -- is it Stacy?
2      A   Uh-huh.
3      Q   Okay.  And who is Roger Stacy?
4      A   Roger is a friend of mine.  We were going
5  to get married, but all this happened with my back,
6  and I just didn't feel it would be fair to put this
7  burden on him of extra care and whatever I might
8  need.
9      Q   Are you still in a relationship with him?
10     A   We're in a friendly relationship now.
11     Q   Okay.  Has he ever lived at that address
12  with you?
13     A   No.
14     Q   Okay.  All right.  How did you get here
15  today?
16     A   I drove.
17     Q   And do you have a handicap placard?
18     A   Plate.
19     Q   Plate.
20         How long have you had that handicap plate?
21     A   I don't even remember.
22     Q   Was it before this incident?
23     A   Yes.
24     Q   Could you estimate?
25         Well, did you have it while you were still

Page 27

1  working?
2      A   Yes.
3      Q   Okay.  So sometime -- you retired in 2012?
4      A   Correct.
5      Q   So sometime prior to 2012 you had the
6  handicap plate?
7      A   Right.  I had it maybe 2008 -- '08,
8  somewhere around there.
9      Q   About ten years --
10     A   About --
11     Q   -- you've had it?
12     A   I've had it now about ten years.
13     Q   Okay.  Why did you get it?
14     A   Because I had fallen and hurt my ankles,
15  and I had been diagnosed with a condition called
16  reflux sympathetic dystrophy.
17     Q   And who diagnosed you with that?
18     A   My prior primary care doctor, Hough.
19     Q   H-O-F-F?
20     A   H-O-U-G-H.
21     Q   H-U --
22     A   H-O-U-G-H.
23     Q   Okay.  First name?
24     A   Travers.  He is deceased now.  He retired
25  and has retired for a while and then he passed away.

Page 28

1      Q   And he was a primary care?
2      A   He was my primary for years.
3      Q   And was he part of a group or was he --
4      A   No.  He had his own practice.
5      Q   Okay.  And does he have to give you -- did
6  he have to give you some sort of record for you to
7  go to the --
8      A   To the next doctor?
9      Q   Well, no.  I'm sorry.
10         How do you get the plate?
11     A   From Dr. Hough because of my ankles.
12     Q   And then you take something from him and
13  take it to the DOT or --
14     A   Right.  You get a -- paper that you have
15  to fill out, and you take it to DOT and they'll --
16  they'll give you their two hangers or a plate and a
17  hanger.
18     Q   Okay.  And then do you have to renew that
19  every so often?
20     A   No, because you have -- your doctor says
21  it's a permanent disability.
22     Q   And when you got that prior to retiring,
23  at that point had you brought up this condition with
24  your employer?
25     A   My ankles?

Page 29

1      Q   Yeah.
2      A   Yes.  They were aware that I had a
3  handicap plate and I had a problem with my ankles;
4  more my right than my left, but my right really
5  pretty bad.
6      Q   Did they have to make any accommodation
7  for your work?
8      A   Just my chair.  That's all.
9      Q   What is reflex sympathetic dystrophy?
10     A   It's something to do with the nerves in
11  the feet.
12     Q   Okay.  And what would it cause -- how did
13  you see it manifest?  How did you see it physically
14  in your life?
15     A   Oh, I -- when I fell down.  Both of my
16  ankles swole [sic] up extremely bad.  My doctor said
17  that I would have been better off if I'd have broken
18  them, because it took a long time for them to heal.
19     Q   Now, how did you fall?  What happened?
20     A   I was walking through a parking lot and
21  you know how cars sometime drop oil on the pavement?
22  I'm sure everybody's seen it.  I was talking to a
23  friend of mine, and we walked across that and I
24  slipped and fell.
25     Q   And what did you land on?

## MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.
### Maxine White on 12/19/2018
**Pages 30..33**

**Page 30**

1    A    The parking lot pavement.
2    Q    Sorry.
3         I meant what parts of your body.
4    A    Oh.
5    Q    Like -- yeah.  No.  That was confusing.
6    A    I don't remember.  I know my ankles -- one
7    turned one way and one turned the other way.
8    Q    Did you come down on your knees, your
9    hands, something else?
10   A    I must have landed on my bottom.
11   Q    Okay.  Besides Dr. Hough, anyone else you
12   treated with over that fall?
13   A    No, just him.
14   Q    Did you go to the ER that day or --
15   A    Yes, I did.
16   Q    Okay.  Which ER?
17   A    At that time it was Brackenridge Hospital
18   ER.
19   Q    Any back pain from that fall?
20   A    No.
21   Q    So the reflux sympathetic dystrophy was
22   something that happened because of the fall.  It
23   didn't cause the fall.  Is that right?
24   A    Right.  It happened because of the fall.
25   Q    Got you.

**Page 31**

1         Okay.  And from that fall, you then ended
2    up getting a handicapped plate.  Is that right?
3    A    Correct.
4    Q    Okay.  Okay.  What kind of car do you
5    have?
6    A    A 2012 Honda Accord.
7    Q    And have you had that since 2012?
8    A    Uh-huh.  Bought it new.
9    Q    Have you had to make any accommodations to
10   the car since the incident we're here to talk about
11   today?
12   A    No.  It was already perfect for me.
13   Q    Yeah.  Okay.  Do you drive yourself to
14   your own appointments?
15   A    Most of the time, yes.
16   Q    Does anyone go with you to your
17   appointments?
18   A    Sometimes my son has gone with me -- well,
19   when I've gone to emergency rooms.  Most of the time
20   I go by myself or Roger will go with me.  If I'm in
21   a lot of pain, Roger will take me.
22   Q    And when you say your son you mean Daniel?
23   A    Yes.
24   Q    All right.  The house at Gambels Quail --
25   A    Huh-uh.

**Page 32**

1    Q    -- can you describe it for me?
2    A    It's a four-bedroom brick home.  It's on a
3    corner lot; lots of trees.
4    Q    Levels?
5    A    One level.
6    Q    So is it a ranch?
7    A    I'm not sure what you call my house.
8    It -- it's in Quail Creek --
9    Q    Quail Creek?
10   A    Quail like the bird.
11   Q    Quail.
12   A    And some of them are ranch and some of
13   them -- like, mine has a lot of openings that curve.
14   Kind of hacienda style maybe --
15   Q    Okay.
16   A    -- but not really.
17   Q    What I was driving at is everything's on
18   one level?
19   A    Yes, it is.
20   Q    Okay.  Any modifications you've had to
21   make to your home because of the accident?
22   A    No.
23   Q    Okay.  There was another address.  Where
24   is it here?  19601 Pecos Drive, Lago Vista, Texas?
25   A    My youngest daughter, Jenny, lived there.

**Page 33**

1    Q    Used to live there?
2    A    Right.  She doesn't live there any longer.
3    Q    Did you ever live there?
4         THE REPORTER:  I can't under --
5         THE WITNESS:  No.
6         THE REPORTER:  It's the gum.  I can't
7    understand you.
8         THE WITNESS:  I'm so sorry.  I get
9    really bad cottonmouth.
10        THE REPORTER:  No, it's okay.  You
11   can keep it.  Just -- just repeat what you said for
12   me.  Your youngest daughter Jenny --
13        THE WITNESS:  Lives on Pecos Drive.
14   Q    (By Mr. Comerford)  And I thought it was
15   Junie?
16   A    Jenny.
17   Q    Jenny.  Okay.  J-E-N-N-Y?
18   A    Right.
19   Q    And does she live there anymore?
20   A    No.  But I -- I had stayed out there,
21   because they have a walk-in shower --
22   Q    Okay.
23   A    -- and I was out there with my back
24   surgery and my neck surgery.
25   Q    Any other times that you lived at that

**MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.**
**Maxine White on 12/19/2018**                    **Pages 34..37**

Page 34

1  address?
2      A    Well, no, but I was there like weeks.
3      Q    Yeah.  I shouldn't say lived.  Any time
4  where you -- you spent more than a couple nights
5  there other than the back and the neck surgery?
6      A    No.
7      Q    Okay.  And you have a -- a current
8  driver's license?
9      A    Yes.
10     Q    Any restrictions?
11     A    Glasses.
12     Q    Glasses.
13          Oh.  And this is not personal.  It's just
14 we ask -- I ask every single person I depose.
15          Have you ever been convicted of a felony?
16     A    No.
17     Q    Okay.  And your husband's name?
18     A    Charles White.
19     Q    And please don't take any offense.  All
20 four children are Mr. White's?
21     A    Yes.
22     Q    Okay.  Any other children?  Again, don't
23 take any offense.
24     A    No.
25     Q    Okay.  Is there anyone dependent on you

Page 35

1  now?
2      A    No.
3      Q    Okay.  Your son Daniel lives with you?
4      A    (Witness nods head).
5      Q    Does he pay rent to you?  How does that
6  work?
7      A    Yes, he does.  He pays the mortgage --
8      Q    Okay.
9      A    -- and all the utilities.
10     Q    And he's employed?
11     A    Oh, yes.
12     Q    Okay.  And any of the grandchildren
13 dependent on you?
14     A    No.
15     Q    Okay.  Your current sources of income?
16     A    I receive retirement check from the State.
17     Q    That's your pension?
18     A    My -- yes, my retirement check.
19     Q    Okay.  What is that a month?
20     A    945.
21     Q    945?
22     A    I think -- or 975.  945 or 975.
23     Q    A month?
24     A    A month.
25     Q    Okay.

Page 36

1      A    And then I receive a Social Security check
2  that is 1255, I think.
3      Q    Okay.  Any other sources of income?
4      A    No.
5      Q    Any employment or temporary employment
6  that you do?
7      A    No.
8      Q    Okay.  Your current health insurance?
9      A    My current health insurance is Medicare
10 first.  And my secondary insurance is Blue Cross.
11     Q    And is that your own purchase or through
12 retirement plan or something else?
13     A    Right.  Through my retirement.
14     Q    And is it TDOT or is it --
15     A    TxDOT.
16     Q    TxDOT.
17     A    Texas Department of Transportation.
18     Q    Okay.  Are you right or left-handed?
19     A    Right.
20     Q    And we talked about your eyesight.  What
21 do you wear glasses for?
22     A    For distance.  I'm like -- sitting here, I
23 can see fine.  But if I get in the car, I need to
24 look down the street, I need my glasses on.
25     Q    Okay.  Do you know what your prescription

Page 37

1  is?
2      A    I think it's 30, but I'm not -- 20/30,
3  maybe, or something like that.  It's not real bad.
4      Q    Yeah.
5      A    It's been that for years.
6      Q    Okay.  And who do you see for your eyes?
7      A    I cannot think of their name.  They're on
8  North 183.  I can't think of their name right now.
9  Can I -- if I remember --
10     Q    Sure.
11     A    -- I'll just tell you later on.
12     Q    Absolutely.  It's probably in the records.
13          So beside -- do your -- do your glasses
14 have bifocals?
15     A    No.
16     Q    Okay.  So you don't need glasses for
17 reading up close?
18     A    No.
19     Q    Okay.  Education.
20          Where did you go to high school?
21     A    Austin High.
22     Q    And what year did you graduate?
23     A    1978, I think.
24     Q    And college?
25     A    Austin Community College.  And I only took

MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.
Maxine White on 12/19/2018                          Pages 38..41

Page 38

1   one class.  It was too difficult to take care of the
2   children and go to college after my husband passed
3   away.
4        Q    All right.  When was your first child
5   born, 19 --
6        A    1971.
7        Q    Okay.  All right.  Your first job?
8        A    Is Chris.
9        Q    Sorry.  Job?
10       A    Oh.  I have no idea.  It's been so long
11  ago.
12       Q    Let me do it this way, when did you start
13  working at TxDOT?
14       A    1998, I believe.
15       Q    1998?
16       A    I think so.
17       Q    Where did you work before TxDOT?
18       A    I worked for City of Austin, and I was
19  there for nine years, I believe.
20       Q    That was -- so that would have been --
21       A    I -- it was in the '80s when I worked for
22  the City.  My husband also worked for the City.
23       Q    Okay.
24       A    And he passed away, so I left the City
25  after that.  I -- I just don't remember what year I

Page 39

1   left.  '95, '96, maybe.
2        Q    And you worked there nine years?
3        A    Yeah.
4        Q    What did you do for the City?
5        A    I was an Administrative Assistant to our
6   Division Manager.
7        Q    Division of what?
8        A    A Taps (phonetic) Department for Water and
9   Wastewater.
10       Q    Office job?
11       A    Office job.
12       Q    And then you started at TxDOT in 1998?
13       A    I think so.
14       Q    Approximate is fine.
15       A    I think that was '98.
16       Q    All right.  And then you retired from
17  there in 2012?
18       A    Correct.
19       Q    Walk me through that 1998 to 2012, what
20  you did.
21       A    From '98 to '97, I was in Finance
22  Division.
23       Q    Sorry.  You went backwards on me.
24       A    Oh.
25       Q    You said '98 to '97 or did I miss that?

Page 40

1             THE REPORTER:  She did.
2             MR. COMERFORD:  You did.  Okay.
3        A    Okay.  Wait.  From '98 when I started
4   until 2007 --
5        Q    (By Mr. Comerford)  Oh, okay.
6        A    -- I was in Accounting.  And then in
7   2007 -- August of 2007, I took another position
8   within TxDOT and was there -- I was Special Projects
9   Coordinator.  And I retired from them -- from all of
10  TxDOT in 2012.
11       Q    Okay.  So when you were in the Accounting
12  Department --
13       A    Right.
14       Q    -- what work were you doing?
15       A    I was doing -- with 2600 at that time
16  accounts, and I did -- most of it was computer.
17  Customers might call me.  I did billing.  I did
18  research, whatever was necessary to keep an account
19  current and correct.
20       Q    Vendors for the TxDOT?
21       A    No.  They bought -- TxDOT sells a service
22  to banks, car insurance, wreckers, car dealerships.
23  They can run a license plate and find out who's on
24  it and how many -- if there's been more than one
25  owner, has it ever been wrecked.

Page 41

1             Wrecker companies use it because they --
2   cars will get tagged, and they need to know who owns
3   it to contact that person to inform them their
4   vehicle's impounded.
5        Q    And so it was office work?
6        A    It was all office work.
7        Q    And then you became a Special Projects
8   Coordinator?
9        A    Uh-huh.
10       Q    Would that be inside of tax or something
11  else?
12       A    I'm sorry.  What --
13       Q    Inside of accounting or something else?
14       A    Well, I did everything.  I did HR.  I did
15  some accounting.  I supervised our temporaries.  I
16  verified the Administrative Assistants would perform
17  travel for their Division Managers, and I would
18  verify the information was correct so that I could
19  send it to the Accounting section within TxDOT for
20  payment.
21            I did a lot of special projects, putting
22  together events.  And TxDOT-- that division has
23  employees in San Antonio, Dallas, Fort Worth,
24  Houston, El Paso -- I'm not sure where else.  Up
25  north, Tyler.  And usually once a year we had a

Page 42

1  meeting that required them all to come.  And so I
2  had to prepare their travel, get their hotel lined
3  up; anything that required them -- they needed to be
4  here for this particular meeting.
5      Q    Got you.
6           And you did that for the last five years
7  of your employment?
8      A    I think closer to three years.
9      Q    Three years.
10     A    '12, '11, '10.  So I must have started in
11  August of 2010.
12     Q    '10.  Okay.
13     A    I thought it was '09, though.
14     Q    Well, do you have any other positions
15  besides the two we discussed?
16     A    No.
17     Q    And it was all office work?
18     A    All office work.
19     Q    Okay.  Thank you.
20          All right.  Okay.  Okay.  I want to go
21  over your medical history prior to the incident.
22     A    Okay.
23     Q    Okay.  So let's take it ten years back
24  from the accident.
25     A    Okay.

Page 43

1      Q    So from 2005 forward to 2015.
2           Your primary was Dr. Hough?
3      A    Yes.  And then he retired and Dr. Evans
4  became my primary.
5      Q    What year would that have been, do you
6  think?
7      A    Maybe '99, 2000, somewhere around there.
8      Q    And then Dr. Evans took over pretty much
9  immediately?
10     A    Yes, I -- well, not immediately.  I had to
11  find a doctor that I wanted within an area.  Then
12  once I did, I notified the insurance carrier and
13  that became my new primary care doctor.
14     Q    So --
15     A    And then he retired.
16     Q    He's the one who moved to Hawaii?
17     A    Yes.  He's gone to Hawaii.
18          And then Dr. Guerra was at the EasyCare
19  Clinic (phonetic) where he -- he closed up his
20  practice and went to EasyCare.  And if he was
21  booked, I could see one of the other two doctors
22  there, and that's how I met Dr. Guerra.
23          Well, Dr. Evans retired right as she was
24  opening her practice.  So I just followed her along.
25  She already knew me.

Page 44

1      Q    Right.
2           And what year would that have been
3  roughly?
4      A    Maybe 2014, '13.
5      Q    Okay.
6      A    Somewhere around there.
7      Q    Okay.  '03, roughly, 19 -- in 2003, you
8  fractured your left shoulder?
9      A    Yes.
10     Q    How did that happen?
11     A    We had these round cement flat stones, and
12  they were pathway that would go around the house.
13  My driveway's on one street, and my front door's on
14  another, because I'm on a corner lot.  And it was
15  just starting to sprinkle.  And Daniel and Nicole
16  are coming, but not that -- they were in the back of
17  the house.  And I said, "I'm going to the car.  Come
18  on."  Why I didn't go through the garage, I often
19  ask myself this.  So I started running because of
20  the rain, and about the fifth step in, I slipped on
21  the stone.  And when I fell, I hit my shoulder on
22  the edge of the stone --
23     Q    Uh-huh.
24     A    -- and it broke a quarter inch of my
25  rotator cuff, I believe, off.  And so I had to have

Page 45

1  a surgical repair where they put an anchor.  They
2  put three things.  An anchor, a bolt and a screw.
3      Q    Any back pain from that injury?
4      A    No.  I fell forward.
5      Q    Yeah.
6      A    My pride.  I had to tell everybody what I
7  did.
8      Q    When were you first diagnosed with
9  diabetes?
10     A    July of 1998.
11     Q    What was happening that made you go in for
12  treatment or did it just come up on --
13     A    It came up --
14     Q    -- a regular exam?
15     A    -- on a regular exam.
16     Q    And who was the exam with?
17     A    Dr. Hough.
18     Q    Did he send you to a specialist?
19     A    No.
20     Q    And what did they do for your diabetes
21  initially?
22     A    Initially, gave me Glucoside, one tablet
23  once a day.
24     Q    Any instructions or --
25     A    Check my sugar levels.

## MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.
### Maxine White on 12/19/2018

Pages 46..49

**Page 46**

1  Q    How?

2  A    With a glucose monitor.  It has a little

3  piece that you stick yourself and then touch your

4  blood to the strip, and then it rates it.

5  Q    And how often do you have to do that?

6  A    Well, I should probably do it every day,

7  but I don't.  I'm not a very good patient.  I get

8  tired of my fingertips being sore.

9  Q    What else did they tell you besides

10  checking your glucose?

11  A    Monitor my diet.

12  Q    Anything else?

13  A    No.

14  Q    Going through the records, I wanted to go

15  through levels for your weight over the years and

16  just see if this sounds right to you.

17       Let's start with today.  Do you have a

18  rough idea of what you weigh -- weigh -- what you

19  weigh today?

20  A    192.

21  Q    Okay.  And the highest you ever weighed?

22  A    I want to say 213.

23  Q    And when would that have been?

24  A    Goodness.  Probably around the time I

25  became diabetic.

**Page 47**

1  Q    So the highest you ever weighed you think

2  is about 213 and you --

3  A    I know.

4  Q    Is that right?

5  A    That is right.

6  Q    Okay.  And then the least you ever

7  weighed?

8  A    Oh, gosh.

9  Q    And I don't -- as an adult.

10  A    Yeah.  How far back do I have to go?

11  Q    Not -- let's say the last ten years.

12  A    Oh, okay.  Probably around 195.

13  Q    Okay.  And if your weight was recorded in

14  the medical records, you would say that's more

15  accurate than your memory?

16  A    Oh, definitely.

17  Q    Okay.

18  A    Because during the time from June to

19  October, when I had the sur -- first surgery on my

20  back, I dropped down to 183.  I was -- I wouldn't --

21  I didn't eat a lot and I was in -- I was just in too

22  much pain to care about food.

23  Q    Okay.  Now, I want to talk about your

24  back.  When was the first time you remember having

25  significant -- significant back pain?

**Page 48**

1  A    Probably 2013 or '14 -- two years after I

2  retired.  So 2014.

3  Q    And was there something that happened?

4  Was there an incident or did it just come out on its

5  own?

6  A    It pretty much came on on its own.

7  Nothing happened.

8  Q    And this is before the accident.  Correct?

9  A    Yes.

10  Q    Okay.  And -- and what did you do?  Where

11  did you feel the pain?

12  A    My back.

13  Q    Where in your back?

14  A    Lower part of my back.

15  Q    Did you go and see anyone?

16  A    Yes, I did.  Dr. Guerra.

17  Q    And what did she do?

18  A    She gave me some -- I want to say she gave

19  me the Tramadol and the Meloxicam and the Gabapentin

20  and that -- that cream, Voltaren cream.

21  Q    And what did she think was the problem?

22  A    You know, getting older.  You know, she

23  just thought initially that it was something maybe I

24  had done.  So she put me on those.  And then after a

25  few weeks I let her know that it was still bothering

**Page 49**

1  me really bad.  And I think that's when she sent me

2  for my MRI.

3  Q    And what did the MRI show?

4  A    That I had a little bit of lower -- in the

5  lower spine, arthritis.  And I don't remember

6  anything about discs being messed up or anything.

7  I -- I think it was just -- it showed up that I had

8  a little bit of arthritis.

9  Q    And nothing about your discs?

10  A    No, not that I recall.

11  Q    Okay.  So after you got that MRI, what

12  happened next?

13  A    Then I stayed on that medication, and

14  things improved.  My oldest granddaughter graduated

15  in Idaho, I'd say about 2015 or '16 -- 2016.  I

16  think it was 2016.  But May of 2016.  And I went to

17  her graduation.  I flew.  And my back was bothering

18  me at that time, not to the point that I was going

19  to miss her graduation.

20       And that's when we planned the trip to

21  Estes Park.

22  Q    At that graduation you planned a trip to

23  Estes Park?

24  A    Correct.

25  Q    What is Estes Park?

MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.
Maxine White on 12/19/2018 — Pages 50..53

**Page 50**

1    A    Estes Park is near the Rocky Mountain
2  National Park.  Estes Park is a city.  It's Estes
3  Park, Colorado.  And we rented a -- we reserved
4  cabins there.  We had one and Chris had one.  Daniel
5  and Nicole weren't able to come to Samantha's
6  graduation, so we planned the trip around her 18th
7  birthday.
8    Q    And that was close in time to her
9  graduation?
10   A    June the 9th.
11        MR. COMERFORD:  Off the record.
12        (Off the record 9:44 to 9:44)
13   Q    (By Mr. Comerford)  So her graduation was
14 how close in time to this trip?
15   A    Two to three weeks.
16   Q    Okay.  How do you fly to Idaho from
17 Austin?  How do you do that?
18   A    You get on a plane in Austin, you go to
19 Salt Lake.  And you transfer to another plane, and
20 you -- it flies you into Pocatello.
21   Q    So is it Salt Lake to Pocatello?
22   A    Right.
23   Q    And then how --
24   A    And Delta's the only carrier that I know
25 that normally goes to Pocatello.

**Page 51**

1        But for that particular trip when I flew
2  Frontier, I was only going to Denver, because Chris
3  lived in Fort Collins.  And it's like an hour from
4  the airport.  So he picked me up that day I flew.
5  And I think we stayed at the house an extra day
6  because of my back had gotten worse.  And --
7    Q    So let's back up a second.
8        How long is the -- when you get to
9  Pocatello --
10   A    Uh-huh.
11   Q    -- where does your -- let me back up
12 again.
13       Who lives in Pocatello?
14   A    My son Chris.
15   Q    Okay.  Okay.  So I'm confused.
16   A    Okay.
17   Q    So --
18   A    Maybe I can help you.  I -- at the time I
19 flew on Frontier, Chris was living in Fort Collins.
20 He moved there when Samantha, my oldest
21 granddaughter, started college at University of
22 Colorado.
23       Then last year -- or this year -- I think
24 this March, he went back to work for the company he
25 used to work for prior to Fort Collins.  And

**Page 52**

1  Samantha is now her senior year in high school
2  [sic] -- I mean, college.
3    Q    Got you.  Okay.
4        So you go out to Pocatello a few weeks
5  before the incident?
6    A    Right.  For her birth -- graduation.
7    Q    Graduation.
8    A    And that's when we planned the trip to
9  Estes Park.
10   Q    But this is where I'm confused, because if
11 Chris is living in Fort Collins to pick you up when
12 you land --
13   A    Why did I go to Pocatello?  Because his
14 wife, who's also an engineer, stayed there.  They
15 didn't want to take their children out of the school
16 they were in.  And Chris only moved because his
17 little girl was going to college.  And being an
18 engineer, it's easy for him to find new employment
19 wherever.
20   Q    So they kept their residence in Idaho?
21   A    Oh, yes.  His wife lived there still.
22   Q    That's what I wasn't getting.
23       Okay.  So when you land in Pocatello, how
24 long is the drive to where they live?
25   A    Maybe 20 minutes.

**Page 53**

1    Q    Okay.  And you were experiencing back pain
2  on that trip for the graduation?
3    A    Yes.  But -- but not as bad as it got.  It
4  got worse on the trip to Denver.
5    Q    Okay.  Okay.  I just want to go through --
6  we can get through some of these, and then we can
7  take a break.
8        All right.  I'm going to show you what's
9  been marked as Exhibit D.  Okay.  Why don't you take
10 a look at this.  You can look at as much of it as
11 you want.  You can look at as much of it as
12 things --
13   A    Okay.
14   Q    -- but you don't have to memorize it.
15   A    Oh, good.
16   Q    I'll show you where I'm looking.
17        MR. HEPWORTH:  Can we get a Bates
18 number?
19        MR. COMERFORD:  Oh, sure.  Yeah.
20 Sorry.  148.
21        MR. HEPWORTH:  Thank you.
22   Q    (By Mr. Comerford)  And maybe I can help
23 you out.  What I want you to look at is this is a
24 document from William Evans dated April 17th, 2009.
25 And it says here, "Chief complaint:  Reports pain in

**MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.**
**Maxine White on 12/19/2018**                    **Pages 54..57**

---

Page 54

1  lower back.  Present illness: Reports lifting paper
2  seven days ago with now right paraspinous spasm."
3  And it goes on, and it lists as vital signs
4  62 inches, 240 for weight.
5      A   My weight?  That has to be wrong.
6      Q   Well --
7      A   I've never been that heavy.  That --
8  that's an error, I assure you.  I've never been that
9  heavy.
10     Q   Okay.  You can wait for my question --
11     A   Okay.
12     Q   -- I'm just reading it.
13     A   Okay.
14     Q   So the question I had on that, is that the
15 incident you're talking about with the mail tray?
16     A   No, I don't believe so.
17     Q   2009?
18     A   In 2009, I was -- in 2009, that would have
19 been when they asked me to go to the doctor that I
20 can't remember his name on Anderson Lane.  And he
21 did X-rays and said, "You have spinal arthritis."
22     Q   Do you recall what this was about,
23 what's -- what's being described here?
24     A   And this was 2009?  I think that's when I
25 had to go to that doctor or they were going to close

---

Page 55

1  the case.  So I went to my doctor, and then after
2  that is when I had to go to the doctor H.R. wanted
3  me to go see.
4      Q   So this is not the mail tray incident?
5      A   No, I don't think so.  I think this is the
6  boxes of paper.
7      Q   Okay.  And would this have been with the
8  City or with --
9      A   2009?  No, that's the State -- TxDOT
10 Accounting.
11     Q   That's TxDOT.
12         Okay.  And you said close the case.  What
13 do you mean?
14     A   Well, when that happened, my Division
15 Manager was right nearby, and she wanted me to go
16 see the doctor.  I said, "Well, I'll go to my own
17 doctor."  And then I went to my own doctor.  And
18 then I guess she told H.R. or whoever that I kind of
19 had hurt myself.  And so that's when they called and
20 said they'd like me to go see that doctor on
21 Anderson Lane.  It was some kind of like an
22 emergency clinic or -- I don't know, something
23 weird --
24     Q   Okay.
25     A   -- not somewhere I went to go back to,

---

Page 56

1  though.
2      Q   Right.
3          Okay.  So this is a separate incident when
4  you were lifting paper?
5      A   Right.  Because my billing required 2600
6  sheets of every month to perform billing.  So I
7  always ordered my paper in for three billing cycles
8  at a time, as well as the envelopes, and there were
9  two of those, inner and out.
10     Q   And how many boxes of paper is that?
11     A   I want to say three or four.
12     Q   So three or four every month?
13     A   No.  I'd order three or four months at a
14 time.
15     Q   Oh.  So it's nine or 12 every --
16     A   Right.  Every other -- every third or
17 fourth month.
18     Q   And you'd move it yourself?
19     A   Well, yeah, because some of the boxes
20 sometime were only like this big and this wide
21 (indicating).  So they -- they didn't -- I don't
22 know.  Maybe two packs -- four -- probably four
23 packs of paper would fit in there.  And each pack
24 was about that tall -- about 4 inches or so.
25     Q   Okay.  And you dispute vital signs there?

---

Page 57

1      A   Well, I know I've never in my life weighed
2  that much.
3      Q   Okay.  Okay.  I'm going to show you
4  Exhibit F.  It's 20 --
5          MR. COMERFORD:  Is that 26, Joel?
6          MR. LEVINE:  26, yeah.
7          MR. COMERFORD:  26 Bates stamp.
8      Q   (By Mr. Comerford)  Take a look at that.
9      A   Austin Diagnostic.
10         THE REPORTER:  I'm sorry.  I can't
11 understand.  You have to say --
12         THE WITNESS:  I'm sorry.  I was just
13 reading Austin Diagnostic, who it was from.
14         THE REPORTER:  Whatever you say I
15 have to write, so...
16         THE WITNESS:  Okay.
17         MS. SALINAS:  And what Bates number
18 did you say it was?  I'm sorry.
19         MR. COMERFORD:  26.
20         MS. SALINAS:  Thank you.
21     A   And this was 2010.
22     Q   (By Mr. Comerford)  And while you're
23 looking at that I'll show you Exhibit G, because
24 they kind of go together.
25         MR. COMERFORD:  492.

---

MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.
Maxine White on 12/19/2018                                    Pages 58..61

Page 58

1      Q   I guess they go side by side.
2      A   Okay.  And this was July of 2010.  I could
3  have sworn all that started after I retired.  Boy,
4  these things are hard to read, aren't they, the --
5          THE REPORTER:  Remember, I have to
6  hear you.
7      A   I was trying to find the date.  I said,
8  "When was this one?"
9          MS. SALINAS:  I would recommend you
10  try to just do it in your head, because you either
11  have to speak really loud or not at all.
12          THE WITNESS:  Or not at all.
13          MS. SALINAS:  Right.  It's hard, I
14  know.
15          MR. COMERFORD:  Yeah.  Thank you.
16  That's helpful.
17          THE WITNESS:  Right there.
18          MR. COMERFORD:  Thank you.  Yeah,
19  there's the date for you.
20      A   Is that the same?
21      Q   (By Mr. Comerford)  7-7.
22      A   And that one's 7-7 and this one is 7-7,
23  too.
24      Q   Yeah.  And I'll tell you what I'm driving
25  at.

Page 59

1      A   They must have done an MRI then.
2      Q   That's right.
3          So I'll -- I'll get to the question.
4          This is a document from July 7th, 2010
5  from Austin Diagnostic Clinic.  It's been marked
6  Exhibit 5 [sic].  It's Bates stamp 26.  It says,
7  "Clinical history:  Acute chronic low back pain.
8  Evaluated for fracture and dislocation."  At the
9  bottom it says the findings, "Severe
10  degenerative facet disease on the right at L4-5 and
11  L5 S1 levels and on the left at L5 S1 levels."  And
12  for an impression it says, "Mild degenerative disc
13  disease at L2-3, degenerative facet disease at the
14  lower lumbar spine or on the right."
15          And Exhibit G, Bates 492, is from the
16  Austin Radiological Association, and it is basically
17  a carbon copy.  It's just from ARA and not ADC.
18      A   Right.
19      Q   So does that refresh your memory of when
20  the back pain began?
21      A   Maybe so.  Maybe that was during the time.
22  I -- I guess I've had it so long I just don't
23  remember any longer.
24      Q   Uh-huh.
25          Do you recall any physician saying to you

Page 60

1  you have degenerative disc disease?
2      A   Honestly, no, I do not.  I -- I don't
3  remember them saying that.
4      Q   Okay.  All right.  Next.  I'm going to
5  show you Deposition Exhibit H, Bates stamp 217.
6          And, again, you can look through the whole
7  thing if you want.  I'll tell you what I'm driving
8  at is just the section that says, "Reason For
9  Visit."
10          But take a look at it.  It's a three-page
11  document.
12          Oh, so sorry.  I should say it's Bates
13  stamp 217, 219 and 222.
14      A   I think this might be the one with the --
15  the mail trays.
16      Q   Well, wait for a question.
17          So here's my question.  "Reason For
18  Visit."  Again, this is Deposition Exhibit H, Bates
19  stamp 217.  It's dated July 7th, 2010.  "Reason for
20  visit:  Injured back in April of 2009.  Chronic
21  discomfort since then.  Now severe pain in the
22  morning on lower right side of back radiating down
23  right leg for two days."
24          Okay.  My question is does that refresh
25  your recollection of when you first started to feel

Page 61

1  back pain?
2      A   Not really, no.
3      Q   Okay.  In there it mentions injured back
4  in April of 2009.  Do you know what that's referring
5  to?
6      A   I would have been in Finance still in the
7  Accounting section.  That's probably when I hurt my
8  back with the mail trays.
9      Q   Okay.  And then that says -- that's dated
10  a full year and three months after that incident,
11  and it says, "Chronic discomfort since then."
12          Do you remember that chronic discomfort
13  with your back for that period of time --
14      A   Before the --
15      Q   -- 15 months -- from '09 -- from April of
16  '09 until the date of this record, July of 2010?
17          Is that an accurate statement?
18      A   Yes, I would say so.
19      Q   Would you have given that statement?  Is
20  that where that information would have come from?
21      A   I was already -- this is -- I'm getting
22  all confused on the dates.  I wish I had written
23  them down.
24      Q   Take your time.
25      A   I would say yes, that would be.

## MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.
### Maxine White on 12/19/2018
**Pages 62..65**

**Page 62**

1  Q   Okay. And I want to show you Exhibit K,
2  Bates stamp 224. And this is a one-page document
3  dated July 9th of 2010. And it's about a phone call
4  with doctor -- I believe Dr. Guerra; at one point it
5  was Dr. Le. Are they married? I'm not sure.
6  A   They were.
7  Q   They were. Okay.
8      So now she's Dr. Guerra again.
9      So here, the call details, that's what I
10  want you to read, not out loud, but to yourself and
11  then I have a question about that.
12  A   Okay.
13  Q   So in here it says on the phone notes, "I
14  discussed with patient on the phone her X-ray
15  findings. I suspect her degenerative changes are
16  likely chronic... over the past several years and
17  not likely from an acute injury. She suspected
18  this, as well." And then it goes on.
19      So do you remember that conversation?
20  A   Not really, no.
21  Q   No. Okay.
22      Do you recall anybody ever telling you
23  that you had a -- a degenerative change that is
24  chronic and not caused from an acute injury?
25  A   No.

**Page 63**

1  Q   No? Okay.
2      All right. This might be the treater that
3  you were trying to remember before. This is
4  Exhibit M, Bates stamp 232. And it's a one-page
5  document dated July -- July 13th, 2010. And it's
6  under, "Assessment No. 5 -- No. 4 and 5," "Early
7  degenerative change --" sorry. Sorry. Let me start
8  over.
9      It says, "Assessment: One, low back pain.
10  Two, lumbar mechanical dysfunction. Three, probable
11  facet arthritis. Four, early degenerative changes."
12  And then it says, "I do think she has changes in her
13  low back consistent with lumbar facet arthritis and
14  early degeneration. A good stabilization treatment
15  program should allow her to have improved function
16  in her low back with decreased symptoms." And then
17  it goes on.
18      So I just wanted you to read that. That's
19  from a Dr. Joe Volpe.
20  A   Oh, wow, I don't know him. Who was he
21  with?
22  Q   Well, take a look at it. And then I'll
23  have a question for you.
24  A   Okay.
25  Q   Okay. Do you remember seeing a Dr. Volpe?

**Page 64**

1  A   No, not at all.
2  Q   Okay.
3  A   But it references my -- Dr. Evans, as well
4  as Dr. Guerra. So that must be during the time
5  Dr. Evans was in EasyCare Clinic. He could have
6  been the X-ray technician or whoever that performs
7  the tests.
8  Q   Sure.
9      Do you ever remember talking about a
10  stabilization treatment program?
11  A   No.
12  Q   Do you know what that is?
13  A   I have no clue.
14  Q   Okay. I want to show you Exhibit O, which
15  is Bates stamp 33.
16  A   We're going to have to take a break soon.
17  Q   Yeah. Whenever you want. Once we get
18  through all these things a little -- a little long,
19  but let's do one more.
20  A   Okay.
21  Q   Okay. Here's Exhibit O. And this is a
22  document from February 9th of 2011 from a
23  Dr. Kimberly Schneider, North Austin Medical Center.
24  And it says -- it's actually for abdominal pain, but
25  you'll see at the bottom it says, "There are changes

**Page 65**

1  of degenerative disc disease in the lumbar spine."
2  A   Okay.
3  Q   Do you see that?
4  A   Uh-huh.
5  Q   Do you recall going to the North Austin
6  spine treater in 2011?
7  A   This sounds more like an incident when
8  they -- Dr. Guerra thought I had kidney stones. And
9  I must have gone for a test, because I don't, again,
10  recognize -- North Austin Medical Center.
11      (Reading to herself.)
12      THE REPORTER: Louder or not at all.
13      THE WITNESS: Okay. I was just --
14  I'm sorry. I was reading her name.
15  A   Has to be maybe they sent me over to the
16  ER and they did the test there.
17  Q   (By Mr. Comerford) Do you recall anyone
18  telling you you had degenerative disc disease of the
19  lumbar spine?
20  A   Not really. But we know I've had back
21  issues for years. I don't think that's an issue.
22  It -- we already know that.
23  Q   Okay.
24  A   Okay.
25  Q   All right. So you want to take a break?

MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.
Maxine White on 12/19/2018                    Pages 66..69

**Page 66**

1    A    Yes, please.
2    Q    You got it.
3         THE VIDEOGRAPHER:  The time is 10:08.
4  This is the end of Media 1.  We are off the record.
5         (Off the record 10:08 to 10:19)
6         THE VIDEOGRAPHER:  The time is 10:19.
7  This is the beginning of Media 2.  We are back on
8  the record.
9    Q    (By Mr. Comerford)  Okay.  I want to show
10 you Deposition Exhibit P.  It's got a Bates stamp of
11 556.  You recognize that document?
12   A    Not really.  I'm trying to see who is this
13 from.  This must be something from H.R.
14   Q    Do you see your handwriting on it?
15   A    Uh-huh.  That is my handwriting.  I -- oh,
16 that's Dr. Le.  2010.
17        11 -- 9-14 -- oh, okay.  2011.
18   Q    2011, yeah.
19        It's a one, two, three, four, five-page
20 document.
21   A    Okay.
22   Q    It runs Bates stamp 556 to 560.  And
23 during the break we determined that these Bates
24 stamp numbers are actually from the providers and
25 not from any other counsel.  So when I produce them,

**Page 67**

1  if we haven't already produced them, they are --
2  they are tied to that provider specifically.
3         So this is Bates stamp 556 to 560.  It's
4  been marked as Exhibit P.  It's dated
5  September 14th, 2011.  And what I was interested in
6  was on Page 557 and then 560.  So on 557 where it
7  says, "What is your main complaint?"
8    A    All right.
9    Q    "Pain in lower back."  Do you see that?
10   A    Uh-huh.
11   Q    Is that your handwriting?
12   A    It looks like my handwriting.  "Pain in
13 lower back."
14   Q    If you go to the last page, there's a
15 diagram of a person's body.
16   A    Okay.  This was ADC, so it would have been
17 Dr. Adriana Le.
18   Q    Okay.
19   A    It wouldn't have been Dr. Paul Le.
20   Q    I understand.
21        Okay.  Thank you.
22        Do you see that diagram of a body on
23 Page 560 -- Bates stamp 560?
24   A    Yes.
25   Q    You'll see that there's like a squiggle

**Page 68**

1  line that runs down the entire length from the neck
2  to the bottom of the spine?
3    A    Yes.
4    Q    Did you make that mark?
5    A    I'm not certain if I did or not.  I don't
6  recall making it.
7    Q    Okay.  Next to it where it says --
8    A    Pinch.
9    Q    -- "Pain level," is that --
10   A    A ten.
11   Q    Is that a ten?
12   A    Yes.
13   Q    Did you write that, a ten?
14   A    It possibly is my handwriting.
15   Q    Okay.
16   A    I'm not absolutely certain about that
17 part.
18   Q    Okay.  Do you remember having pain in your
19 back?
20   A    Oh, yes.
21   Q    At a level ten?
22   A    Oh, yes.
23   Q    In 2011?
24   A    Yes.  But it got worse, much worse after
25 those years.

**Page 69**

1    Q    Okay.  Next one I want to show you is
2  marked Exhibit S, 60, 61, 62.
3    A    Oh.
4    Q    I need this.
5         And this is dated 4-16, 2014.  And the
6  part I want to talk about was under the "History of
7  Present Illness," it says, "Last October, I pulled
8  my hamstring and I pinched my sciatic nerve --
9    A    Uh-huh.
10   Q    -- it is still messed up.  I still have a
11 knot in my hamstring.  Add to that my lower back is
12 killing me.  I live on Aleve and whatever pain
13 medication I have at home or muscle relaxer.  She
14 reminds me she has arthritis in her lower spine.
15 Now, the new symptom is that the pain radiates into
16 the right leg down to her foot."
17   A    Right.
18   Q    Just take a look at that and -- and when
19 you're ready, let me know.  You can review any part
20 of it you want.
21   A    Okay.
22        THE REPORTER:  Out loud or to
23 yourself.
24        THE WITNESS:  I'm sorry.
25   A    Okay.

MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.
Maxine White on 12/19/2018                    Pages 70..73

Page 70

1    Q    (By Mr. Comerford)  Okay.  So this is
2  about a year before the flight incident.  Correct?
3    A    Right.
4    Q    Do you recall stating that to your doctor?
5    A    No, I don't recall.  But I do remember
6  having issues with that sciatic nerve and that
7  hamstring.
8    Q    And do you remember -- it says in there,
9  "Living on Aleve and pain medication"?
10   A    Probably so.
11   Q    Okay.  I want to show you Exhibit T.  It's
12 from ARA Diagnostic, Bates stamp 2021.  And the only
13 thing I wanted to hit on there is it says something
14 about history of an injury from a year ago.
15   A    Uh-huh.
16   Q    Do you see that?
17   A    Yes, I do.
18   Q    Do you know what it's referring to?
19   A    Yes, I do.
20   Q    What is it referring to?
21   A    I had gone to a wedding in Waco.  And when
22 we were leaving, the sidewalk was uneven, but I was
23 talking, of course.  And I stumped into it and
24 almost fell forward.  Had one of the gentleman who
25 was walking with our -- the group of us not caught

Page 71

1  me, I would have fallen on my face.  And that's when
2  I pulled that hamstring.  And oh, my god, it was
3  horrible.  And I drove back home alone from Waco --
4  I'm sorry, not Waco; Temple.
5    Q    And did you feel pain in your back when
6  that happened, as well?
7    A    No.  I just felt that pinched nerve, that
8  sciatic nerve and then the pain going down the leg.
9    Q    Okay.  And you're indicating your right
10 leg?
11   A    I think it was my left leg.  I just --
12 well, it does say right.  Yeah.  It must be.  I
13 thought it was the left, but it must have been the
14 right.
15   Q    Right, right.  Okay.  Okay.  All right.
16 This is Exhibit V.  It's from Inspire Family Health,
17 Dr. Guerra.
18        THE REPORTER:  V like Victor?
19        MR. COMERFORD:  Oh, yeah, V.  Sorry.
20 54, 55, 56.
21   Q    (By Mr. Comerford)  Okay.  So what I
22 wanted to point out on here, this is from
23 Dr. Guerra.  It's July 14th, 2014.  And it says
24 here, "Chronic right low back or buttocks pain with
25 radiation in your right leg that is getting worse.

Page 72

1  She takes three to four Naprosyn tabs most days plus
2  prescription Cyclobenzaprine up to two a day and
3  topical Voltaren gel.  When she uses all three of
4  these she gets some brief relief.  Overall, feels
5  the pain is more intense and now more likely to get
6  up to 9/10.  She also has a soreness in her right
7  upper back near the shoulder blade.  Sometimes she
8  wakes up feeling this right arm is numb and weak
9  even when she lays on her side."
10           And you can take a look at any portion of
11 that.  But that's the part I want to ask you a
12 question about.  Let me know when you're ready.
13   A    Okay.  Okay.
14   Q    Okay.  Do you remember making those
15 statements of that description about a year before
16 the accident?
17   A    No, not really.  But like I stated
18 earlier, I've had back problems for a long time.
19 It's -- certain things have made them better and
20 then they come back.
21   Q    Naprosyn --
22   A    I --
23   Q    -- do you know what that is?
24   A    I don't recall that medicine at all.
25   Q    Is it -- do you know if it's

Page 73

1  over-the-counter or prescription?
2    A    No.  No, I don't.  It sounds almost like
3  Naproxen instead of -- show me where it's at so I
4  won't have to spend --
5    Q    I'm just going to -- just so the record
6  knows, I'm going to mark it --
7    A    Okay.
8    Q    -- just so we know that's not plaintiff
9  who marked it, I'm just underlining it.
10   A    Because I did used to take a lot of
11 Naproxen.
12   Q    What is that?
13   A    Maybe that's another name for it.
14        Naproxen is not as strong as Tramadol, but
15 it's way stronger than Aleve or Advil, you know, one
16 of those.  It -- it will help pain, headaches -- any
17 pain, it will help.  I would take two and three of
18 those things.  My blood became so thin that I had to
19 have a blood test and covered the poor guy in blood
20 when he stuck me.
21        So I think that's about the time they put
22 me on Tramadol.
23   Q    And Naproxen, N-A-P-R-O-X-I-N [sic]?
24   A    N-A-P-R-O-X-I-N, close enough.  It's
25 Naproxen sodium.

**MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.**
Maxine White on 12/19/2018                    **Pages 74..77**

Page 74

```
1        Q    Okay.
2        A    I know you can get it at Sam's.  I don't
3   know if you can get it at CostCo.
4        Q    So it's over-the-counter?
5        A    Yes.
6        Q    Okay.  And you would take that for back
7   pain?
8        A    Yes.
9        Q    Okay.  I'm going to show you Exhibit AA.
10  This is a pretty lengthy exhibit.  I'm only really
11  interested in the first page, but you can look at
12  whatever part you want.
13       A    Okay.
14       Q    Exhibit AA.  Starts with 19.
15            MR. LEVINE:  They're two --
16            MR. COMERFORD:  Oh, it's two
17  different -- oh, let me see.
18            MR. LEVINE:  It might be the --
19            MR. COMERFORD:  Yeah.
20       Q    (By Mr. Comerford)  Okay.  So in AA
21  there's two -- in Exhibit AA there's two different
22  records for the same treatment.  Yeah.
23            Okay.  So Exhibit AA is a medical record
24  that starts at Bates stamp 1920 from Austin Pain
25  Associates and then continues on, one through 12
```

Page 75

```
1   from Cedar Park Surgery Center.  So it's two
2   different medical records.
3            The reason they're together in one exhibit
4   is they're for the same procedure.  It's for a
5   steroid injection on July 31st of 2014.  So I'm
6   going to show you really what I'm interested in is
7   the first two pages --
8        A    Okay.
9        Q    -- but you can look at whatever you want.
10       A    Okay.
11       Q    It's an operative report from Dr. Paul Le.
12       A    Okay.  This document seems like it might
13  have been my first steroid injections to help with
14  the pain.
15       Q    What pain?
16       A    My back.
17       Q    Okay.  And when did you first start seeing
18  Dr. Paul Le?
19       A    I honestly don't remember.
20            Dr. Guerra referred me over to him.  I
21  don't -- I don't know how long I've been seeing him.
22       Q    Were they married at that time?
23       A    Yes.
24       Q    Was it -- would it be about this time when
25  you --
```

Page 76

```
1        A    It sounds like it, because it sounds like
2   my very first session -- time that I had to go to
3   day surgery and have the steroid injections.
4        Q    Okay.  And who suggested you get a steroid
5   injection?
6        A    Dr. Le.
7        Q    Did he give you any warnings or risk
8   related to the steroid injections?
9        A    I'm sure he did.  I don't remember what
10  they were.  I've had a number of them since that
11  time.
12       Q    Okay.  And this is about a year before the
13  flight incident?
14       A    It sounds about right.
15       Q    Okay.  How many steroid injections have
16  you had total?
17       A    Oh, Lord.  Let's see.  Over four years or
18  three-and-a-half, I --
19            THE REPORTER:  Move your hands.
20  Thank you.
21       A    Over three-and-a-half years, probably.  I
22  probably did three a year, maybe four sometime
23  [sic].  It just depends on what is going on with my
24  back.
25       Q    Okay.  So three or four a year for four
```

Page 77

```
1   years is what you think?
2        A    Right.
3        Q    Okay.  All right.  I'm going to show you
4   what's marked as Exhibit BB.  It's from August 6th,
5   2014 from Dr. Guerra, Bates stamp 322, 323, 324.
6            And in there it says -- again, review
7   whatever parts you want.  But what I'm looking at is
8   the part that says -- and I can mark it for you if
9   you want --
10       A    All right.
11       Q    -- this section right in here is the level
12  of pain.  It says that you were in pain nine out of
13  ten before the injection.
14       A    Uh-huh.
15       Q    Is that what you recall?
16       A    Yeah, I do.  I recall the pain being
17  extremely high.
18       Q    Okay.  Okay.  I'm going to show you
19  Exhibit DD.  And, again, this is a mix of two
20  different providers from Dr. Paul Le, Bates
21  stamp 40, 41, and then from Cedar Park 24, 26 and
22  28.  It's dated November 8th of 2014.  And it's an
23  operative report for a steroid injection.
24            So, again, take your time --
25       A    My --
```

**MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.**
Maxine White on 12/19/2018                    **Pages 78..81**

Page 78

1    Q    -- look at whatever parts you want to.
2 Oh, sorry.  Yeah.  Sorry.  I skipped a step.
3    A    Okay.  Which part?
4    Q    I want to just nail down -- so, then, the
5 date on that, again, is November -- November 8th, I
6 believe.
7    A    I don't see it.  Those copies are
8 terrible.
9    Q    Yeah.  They're very small.
10        Yeah.  November 8th of 2014.
11   A    Okay.
12   Q    Do you recall getting another steroid
13 injection?
14   A    I've had a number of them.
15   Q    Okay.  And that was about eight months
16 before the flight incident?
17   A    That's correct.
18   Q    And what was the purpose of that steroid
19 injection?
20   A    For the back pain.
21   Q    Okay.  I'm going show you Exhibit EE.  And
22 this is dated December 19th of 2014.  This is for
23 Dr. Guerra.  And I'm going to mark it -- just so
24 it's clear for the record these are my markings.
25 This quote, "Her back pain is so bad," quote, "that

Page 79

1 I am extremely unstable.  I have a walker that I use
2 sometimes," end quote.  "She takes her Tramadol and
3 Cyclobenzaprine regularly.  This helps.  She uses
4 the pain patch for break-through pain."  "I can't
5 stand in line.  It doesn't take much to irritate my
6 back."
7        Look at -- sorry, I did it again.  If you
8 can take a look at whatever parts you want, but
9 that's the section I want to ask about.
10   A    (Tenders).
11   Q    Okay.  Do you recall making this
12 statement?
13   A    I probably did.  My back during that time
14 period was -- it was really bothering me.  I was
15 falling down, and I had to start using a walker.  If
16 we had to go somewhere that I might have to stand in
17 line, I had to use a wheelchair.  So I acquired a
18 walker and a wheelchair so that way I had what I
19 needed and, of course, the cane.
20   Q    Okay.  So let's get into that.
21        When did you first start using a cane?
22   A    Oh, wow.  After retirement in -- not in
23 2012.  I probably started with that cane five or six
24 years ago.
25   Q    Before the flight?

Page 80

1    A    Uh-huh.
2    Q    Sometime 2013?
3    A    That -- that -- that might be about the
4 right time period.
5    Q    Was there a physician or a treater who
6 suggested you start using a cane, or was it your
7 decision?
8    A    No.  I think either Dr. Le or Dr. Guerra
9 suggested it, because I was unstable.
10   Q    Uh-huh.
11   A    And the cane helps me be stable.
12   Q    Okay.  And a walker, when did you first
13 start using a walker?
14   A    Let's see.  I had my first surgery
15 October 26th, '15.  So August of 2015, I would say.
16 Maybe even July.
17   Q    Of 2015?
18   A    Well, it -- right, it was in July -- no,
19 it -- I started using it in June, because when we
20 went to Estes Park, my -- Chris, the one from Idaho,
21 got a wheelchair.  And that's how we would go out to
22 eat and whatever.  I did very little, though,
23 with -- most of the time I just stayed at the cabin.
24   Q    Okay.  So let me step back.  I was asking
25 about a walker.

Page 81

1    A    Right.
2        Around that same time period as of this.
3    Q    When you say, "as of this," do you mean
4 the flight incident or this record?
5    A    The -- I'm sorry.  The flight incident.
6    Q    Okay.
7    A    Right after that.
8        I didn't have a walker or a wheelchair
9 during that time, but I did have the cane.
10   Q    Okay.  This record is from December 19th
11 of 2014, six months before the accident.  And this
12 says, "I have a walker that I use sometimes."
13   A    Uh-huh.
14   Q    So did you have a walker six months before
15 the incident, or is this mistaken?
16   A    No, it's probably right.
17   Q    Okay.  Okay.  How often would you use the
18 walker prior to the flight incident?
19   A    Probably every day at home.
20   Q    And wheelchair, when did you first start
21 using the wheelchair?
22   A    In June.
23   Q    Was that before the incident?
24   A    After the incident.
25   Q    But on the day of the -- let's take it the

**MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.**
**Maxine White on 12/19/2018**                                    **Pages 82..85**

Page 82

1   year before the incident.
2       A   Okay.
3       Q   How many times did you fly in that year
4   before the incident?
5       A   Maybe once.
6       Q   Did you use a wheelchair that time?
7       A   Oh, I always have a request for a
8   wheelchair and that I cannot climb more than one or
9   two stairs.  That's always on every flight, every
10  carrier that I go with.
11      Q   And how long have you been doing that?
12      A   Probably since 2013 maybe --
13      Q   Okay.
14      A   -- '14, somewhere in that time period.
15      Q   Okay.  And that would only be used when
16  you're at the airport for a flight.  Otherwise, you
17  were not using a wheelchair prior to the incident?
18      A   No.
19      Q   Okay.  Is that correct?
20      A   That -- that is correct.
21      Q   All right.  All right.  I'm going to show
22  you Exhibit FF.  It's dated April 30th, 2015 from
23  Dr. Paul Le in Cedar Park Surgery Center, Bates
24  stamp 59 -- 59, 60, 45, 47, 48.  Once again, half
25  Dr. Le, half Cedar Park Surgery.  I said it's dated

Page 83

1   4-30-15.  And, again, it's an operative report for a
2   steroid injection.  Thank you.  You're now catching
3   on.
4       A   I do remember this.  This is right before
5   my granddaughter graduated.  That was to get ready
6   for the flight.
7       Q   The injection?
8       A   Yes.
9       Q   If you were going to fly anywhere, did you
10  let your doctors know beforehand?
11      A   Well, yeah.  I would let them know.  I
12  would call Dr. Guerra or Dr. Le sometimes, but
13  usually Dr. Guerra.  And I would talk to Jessica,
14  her -- her assistant, the one that wherever she
15  goes, Jessica went.  And I'd let her know I was
16  going to Idaho, because there's been a couple of
17  times that I've needed something medication-wise
18  while I was in Idaho.  And so they've called it in
19  to Costco.
20      Q   Okay.  So when I said prior to the flight
21  day, the flight of the -- sorry, the date of the
22  incident --
23      A   Right.
24      Q   -- you had maybe flown one other time in
25  the year prior, or would it be --

Page 84

1       A   Maybe so.
2       Q   -- would it be the flight to Idaho?
3       A   More than likely, yes.
4       Q   Okay.  So --
5       A   Or Denver, because at that time Chris was
6   living in Denver.  So I might have flown just to
7   Denver.  I -- I just don't -- I know I went to see
8   him more than once while he was in that apartment --
9       Q   Okay.
10      A   -- before he bought his house.
11      Q   So this is about six weeks before the
12  incident.  Is that right?
13      A   Right.  Because it takes two or three
14  weeks some time for these shots to really -- you can
15  really see what they're going to -- how they're
16  going to help you.
17      Q   Well, hold on.  When was your daughter's
18  graduation -- I mean -- sorry --
19      A   Granddaughter.
20      Q   -- granddaughter's graduation?
21      A   It was right -- I think it was the day
22  after my birthday, so that would have been May 21st.
23      Q   Okay.  The day that you flew on Frontier,
24  the day of the incident --
25      A   This --

Page 85

1       Q   -- that was for Estes Park.  Correct?
2       A   That is correct.
3       Q   Different than this graduation in Idaho?
4       A   Exactly.
5       Q   Okay.
6       A   Yeah.
7       Q   Okay.  I'm going to show you Exhibit HH,
8   Bates stamp 509, 510, Dr. Guerra.  It's dated
9   April 22nd of 2015.
10          I'm going to, again, mark in blue pen the
11  section, "History of Present Illness."
12          "Her granddaughter graduates May 21."  "I
13  am in the worst pain.  I don't sleep.  This started
14  up Thursday night."
15          "She is trying to schedule a back
16  injection with her pain physician."
17          I skipped some lines, but of course you
18  can read whatever -- the part you want.
19          "The worst pain is stabbing on the left
20  side.  Earlier this year she developed a burning
21  sensation in the upper back.  She is taking her
22  Tramadol, Cyclobenzaprine - this is not helping.
23  Also tried Naproxen and Ibuprofen."
24          I'm just going to have you take a look --
25  oh, yeah.  Never going to get that right.

MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.
**Maxine White on 12/19/2018**                    **Pages 86..89**

Page 86

1          MR. COMERFORD:  Off the record.
2          (Off the record 10:48 to 10:48)
3     A    I remember this.
4     Q    Okay.  Do you recall that visit?
5     A    Yes.  I was in a lot of pain.
6     Q    Okay.  What was the rating of the pain at
7  that time before you went to your granddaughter's
8  graduation?
9     A    It was up there.  If they did me a one to
10 ten, I'd say 14.
11    Q    Okay.  And this is six weeks before the
12 flight incident?
13    A    Yes.  And Dr. Le -- you should have a
14 document that -- right around that date -- that day
15 or the next day, Dr. Le took me into surgery and
16 gave me the steroid injections.
17    Q    All right.  I'm going to show you
18 Exhibit JJ, Bates stamp 320.  And it's a
19 prescription -- a script from Paul Le dated
20 April 30th, 2015.
21         MR. COMERFORD:  I got it right.
22    A    This is for Hydromorphone?
23    Q    I think it's --
24    A    Yeah.  That's -- Dilaudid something -- is
25 actually Hydromorphine.

Page 87

1     Q    Okay.
2     A    Morphone not morphine, Hydromorphone.
3     Q    Okay.  And this was a prescription prior
4  to the date of the incident.  Correct?
5     A    Correct.  I think I had already had some,
6  though.  I don't think that was when I first got
7  them.
8     Q    Okay.  Next I'm going to show you
9  Deposition Exhibit KK, Bates stamp -- this is from
10 Dr. Guerra, Bates stamp 512 through 514.  I marked
11 it, "History of Present Illness:  The back ain't
12 happy.  I had the injections a week ago.  The next
13 day she felt wonderful.  Later in the weekend she
14 sat in the car for three-and-a-half hours --
15    A    Oh, yes.
16    Q    -- and then the back pain came back.  She
17 took all of her medications and felt overly
18 sedated."
19         Yeah.  I just want you to take a look at
20 that.
21         MR. COMERFORD:  Oh, sorry.
22    A    I -- I remember that.
23         My other granddaughter had a soccer meet,
24 I think, in -- near Elgin.  And for some reason, her
25 mom and dad couldn't take her.  I didn't know I was

Page 88

1  going to be sitting in the car all that time or I'd
2  had a chair with me, and I could have just sat down.
3  I couldn't even see her to find out how much longer.
4  But I knew when we got there, and I know when she
5  came back.  I was in so much pain.  It just ruined
6  that shot, because the shot had made me feel so good
7  back-wise.  But I don't even need to look at it.  I
8  remember that incident.
9     Q    Okay.  So the shot was on four --
10    A    April 10th, wasn't it, or somewhere around
11 there --
12    Q    Sometime --
13    A    -- 21st.
14    Q    -- sometime in late April?
15    A    Right.
16    Q    And then this soccer meet where you drove
17 out was sometime in early May?
18    A    Uh-huh.
19         MS. SALINAS:  Was that a yes?
20         THE WITNESS:  Yes.  I'm sorry.
21    Q    (By Mr. Comerford)  Okay.  So that -- this
22 is less than a month before the flight incident?
23    A    Yes.
24    Q    Okay.  Between the soccer meet and the
25 flight incident, can you tell me what was done for

Page 89

1  the pain in your back?
2     A    Oh, I don't recall if they gave me another
3  injection or not or it just slowly -- with the
4  medications that I take slowly helped it.
5         But I remember when I went to her
6  graduation, I was still having pain maybe five or
7  six level, but they had that wheelchair in Idaho.
8  So I -- my daughter-in-law pushed me up into Idaho
9  Stadium.  They have an indoor stadium, and that's
10 where the graduation was.
11    Q    When you went to that graduation, did you
12 fly to Denver or did you fly to Salt Lake and
13 Pocatello?
14    A    I think I flew into Pocatello.
15    Q    Okay.  And how long a flight would it be
16 from Austin to Salt Lake and then Pocatello?
17    A    It's not very long.  I try and get the
18 nonstop flight from Austin to Salt Lake, and that's
19 usually two hours.  And we usually have 45 to 55
20 minutes in between.  There's a flight that gets me
21 into Pocatello at lunchtime, 11:30.  Then I
22 usually -- I think I leave at 8:00 -- 8:20, and I'm
23 in Pocatello at 11:20.
24    Q    So what's your best estimate that you said
25 it was May 21, maybe or May 22?

**MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.**
**Maxine White on 12/19/2018**                                    **Pages 90..93**

Page 90

1     A    Well, it was May 21, because you -- I had
2  stated it.
3          So the grandson graduated the 19th.  One
4  the day before and one day after.
5     Q    So when would you have gone out there?
6     A    Oh.  To her graduation?  Probably -- okay.
7  She graduated on a Friday.  I probably went out on
8  that Tuesday or that Wednesday.
9     Q    All right.  So let's walk through that
10 experience.  Okay?
11    A    Uh-huh.
12    Q    When you -- you flew out of Austin --
13    A    Uh-huh.
14    Q    -- how did you get to the airport?  This
15 is -- and all these questions are going to be for
16 the graduation --
17    A    Right.
18    Q    -- the month before.
19    A    Someone drove me.  I don't remember who,
20 though.
21    Q    Somebody dropped you at the airport?
22    A    No.  They didn't drop me.  It might have
23 been Roger, because I waited out front, and he came
24 and took my luggage in.  I think my daughter, Jenny,
25 was already out there.  I'm almost positive that she

Page 91

1  was.
2          But he came in and took my luggage.  At
3  one flight they gave him a pass, and he actually got
4  to go sit at the gate with me until it was boarding
5  time, but I don't remember if it was at that time or
6  not.
7     Q    Okay.  Who did you fly to Salt Lake?
8     A    I'm sorry?
9     Q    Who did you fly, Delta to Salt Lake?
10    A    Probably so, because it would be the only
11 one that went straight into Pocatello.
12    Q    Okay.  So when you got to the airport, do
13 you go wheelchair from the car to the gate or
14 something else?
15    A    No.  I walk with my cane from the car to
16 the check-in.  And they send me over to wait for
17 someone to bring the wheelchair, because all of my
18 flights say wheelchair required and assistance; no
19 stairs.
20    Q    So related to the flight you took for the
21 graduation, you got to the airport, you used your
22 cane to go to check in --
23    A    To walk in, yeah.
24    Q    -- and then you were taken by wheelchair
25 to the gate?

Page 92

1     A    Uh-huh.
2     Q    Through Security?
3     A    Yes, through Security.
4     Q    And you walked through for Security?
5     A    No.  What they normally do with me is when
6  we get to Security, they give me another cane.  And
7  I'm like -- the wheelchair stops just right before
8  you get in that thing that -- (indicating) -- to
9  go --
10    Q    Right.
11    A    And they do that.  And then when I get to
12 the other side, they hand me back my cane.  And then
13 my wheelchair is checked and there's a -- like a
14 bench not far from where you walk through.  And I
15 just sit there and wait until the girl comes with my
16 wheelchair or the guy, whichever one it was.
17    Q    Is it your personal wheelchair?
18    A    No.
19    Q    It's the airport's wheelchair?
20    A    It's the airport's chair.
21    Q    Or -- I'm sorry.  It's -- it's from the
22 airport?
23    A    It's from the airport.  Right.  I don't
24 take my -- my wheelchair with me on flights.
25    Q    Okay.  When you boarded the plane for the

Page 93

1  graduation was there a boarding ramp?
2     A    Yeah.  You walk -- you just walk down --
3  well, I didn't.  I rolled down with my wheelchair.
4  Someone took me down, and then they stopped right
5  before that one little piece where it's attached to
6  the plane and the chute.  And I use my cane and
7  walk across.  And then when I get to the other side,
8  usually the stewardesses assist me to my seat.
9     Q    So I'm going to call that a jet bridge.
10    A    Okay.  That's fine.
11    Q    Okay.  It connects the gate directly to
12 the plane?
13    A    Right.
14    Q    You never leave the airport itself --
15    A    Right.
16    Q    -- it's just a ramp?
17    A    That's correct.
18    Q    Do you understand what I'm talking about?
19    A    Yes, it is.
20    Q    So from the gate where you hand them your
21 ticket, you were rolled down to the end.  And then
22 you walk from the end with your cane onboard the
23 plane?
24    A    Right.  It's like four or five steps at
25 most.

**MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.**
**Maxine White on 12/19/2018**                    **Pages 94..97**

Page 94

1    Q    That's what you did for that trip?
2    A    Yes.
3    Q    Okay.  Do you remember what gate you flew
4  out of?
5    A    No.
6    Q    Did you buy those tickets?
7    A    I'm sure I did.
8    Q    Okay.  Would you have --
9    A    Either -- well -- well, maybe -- sometime
10  I buy my tickets, but sometime my son will buy them.
11  Sometime Chris will buy them.
12   Q    Okay.
13   A    I can look back in my travels and see if I
14  have them.
15   Q    Do you think you'd have record of what the
16  flight number was?
17   A    That could be a possibility.  I'm just not
18  a 100 percent certain --
19   Q    Sure.
20   A    -- if I have it or not.
21   Q    But it would have been the Friday, 5-21
22  flight?
23   A    (Witness shakes head).
24        No, I wouldn't have left --
25   Q    May 21 --

Page 95

1             THE REPORTER:  Guys, guys, you can't
2  do this.
3             MR. COMERFORD:  Sorry.
4             THE WITNESS:  Okay.  I'm sorry.
5             MR. COMERFORD:  Sorry about that.
6             THE REPORTER:  Yeah, it's getting out
7  of control.  It would have been the what?
8    Q    (By Mr. Comerford)  It would have been the
9  May 21st flight, no?
10   A    That was graduation day.
11   Q    Right.
12   A    It would have been probably Tuesday or
13  Wednesday before graduation.
14   Q    So the Tuesday of that week or the
15  Wednesday of that week --
16   A    Uh-huh.
17   Q    -- what time was the flight?
18   A    I believe it was like 8:20 or so in the
19  morning.
20   Q    Okay.
21   A    And then I arrive in Pocatello, like I
22  said, 11:30.  That's my choice of flight.
23   Q    Okay.  And the person that -- well,
24  let's -- let's do this first.
25        The wheelchair that you used, did it have

Page 96

1  any markings on it that you recall?
2    A    The wheelchair at the airport?
3    Q    Right.
4    A    I don't recall.
5    Q    Okay.  The person that wheeled you, did
6  they have a uniform on?
7    A    I don't recall.
8    Q    Okay.  When did you get back from
9  graduation -- the trip for graduation?
10   A    I think the next week.
11   Q    Do you usually fly Tuesday, Wednesdays?
12   A    Usually.
13   Q    So sometime the last week of May?
14   A    Yes.  I think I was back home for Memorial
15  Day.
16   Q    Okay.  Between Memorial Day weekend and
17  June 10, any incidents or memories about your back
18  pain?
19   A    I know that I was still in some back pain.
20   Q    Did you alert your treaters, mister --
21  Dr. Le, Dr. Guerra, that you were planning a trip on
22  June 10th?
23   A    Oh, I'm sure I did.  But because I'd had
24  an injection in April -- I think that's when it was,
25  April; usually they want three months in between

Page 97

1  injections.  So I just had to take more Tramadol.
2    Q    All right.  You want to take a quick break
3  or you good to go?
4    A    I -- we can keep going --
5    Q    Okay.
6    A    -- unless anybody else needs a break.
7             MR. LEVINE:  I'm okay?  Are you?
8    Q    All right.  Okay.  Let's go to the morning
9  of June 10 --
10   A    Okay.
11   Q    -- 2015.  What time was your flight that
12  day?
13   A    Oh, Lord, I don't -- I don't remember.
14   Q    Morning or afternoon?
15   A    I'm sure it was morning.
16   Q    And where were you going?
17   A    Denver.
18   Q    And what was the purpose of the trip?
19   A    I was going to my son Chris' house, and
20  his wife and my grandchildren were -- well, my
21  granddaughter was already there at the university.
22  My grandson and his wife were going to fly down -- I
23  mean, drive down and then we were going to drive to
24  Estes Park.  We had rented those couple of cabins
25  there.

MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.
Maxine White on 12/19/2018                                Pages 98..101

**Page 98**

1    Q    How long were you going to go for?
2    A    How long was I going on that particular
3    trip?  Usually a week is when I would travel.
4    Q    And Estes Park, how long had you rented
5    the cabins for?
6    A    We -- three or four nights.  When I got to
7    Denver, our plane was late, because of the way we
8    boarded and because of them trying to figure out how
9    to get me into the plane.  And we got there late.
10   And so the next day, because my back was bothering
11   me more than when I left, after the incident, we
12   stayed another day at my son's apartment.  And then
13   the following day we drove to Estes Park.  And I
14   just stayed at the cabin.  The only time I would go
15   out is if we were going out to dinner.
16   Q    How long is the drive from Fort Collins --
17   well --
18   A    45 minutes.
19   Q    Denver to Fort Collins?
20   A    Denver, probably 20.
21   Q    20 minutes?
22   A    Uh-huh.  It's not far.
23   Q    And then Fort Collins to Estes Park you
24   said 45 --
25   A    45 minutes.

**Page 99**

1    Q    Okay.  What time did you leave your house
2    for the flight?
3    A    Well, if it was a morning flight it just
4    depends on what time of day that flight was.  I just
5    don't remember, offhand, what time I flew out.
6    Q    Well, how --
7    A    I know -- well, you know what, it was
8    afternoon or evening, because we didn't get there
9    until 9:30, I think, that night.
10   Q    Okay.  When you say get there, got to
11   Denver or got to Fort Collins --
12   A    Got to Denver.
13   Q    Okay.  And just to remind you, wait until
14   I -- you know where I'm going --
15   A    I'm sorry.
16   Q    -- so just wait for me.  Yeah.  I'll try
17   and catch up.
18        So how did -- for this trip -- for -- I'm
19   going to call it the Estes Park trip --
20   A    Okay.
21   Q    -- to distinguish it from the graduation
22   trip --
23   A    Okay.
24   Q    -- who took you to Austin airport for the
25   Estes trip?

**Page 100**

1    A    It could -- well, Daniel was gone.  It had
2    to have been Roger.
3    Q    And Roger was not going on the trip?
4    A    No.
5    Q    Okay.  So when he got you to the airport
6    what happened?
7    A    I --
8    Q    And I just mean immediately when he
9    dropped you off, what happened?
10   A    Okay.  Well, he takes me in the -- I get
11   out, and he puts my luggage on one of those -- by
12   one of those round things.  And then he goes and
13   parks the car.  That way I don't have to walk from
14   wherever to the entrance.
15        And then when he comes back, he gets the
16   luggage, and we go inside and I check in.  He gives
17   them my luggage, and they instruct me where to go to
18   wait for a wheelchair.
19   Q    Okay.  On this particular trip how much
20   time was there from when you got there to when the
21   flight was leaving?
22   A    At least an hour and a half.
23   Q    And what day of the week was it?
24   A    I don't remember.
25   Q    Middle of the week?

**Page 101**

1    A    Probably so.
2    Q    Weather?
3    A    Weather was nice.
4    Q    Had you flown Frontier before?
5    A    Yes.
6    Q    How many times?
7    A    I don't recall, but I do know I've flown
8    with them before.
9    Q    To Denver?
10   A    Possibly.  Maybe even to Salt Lake at one
11   time.
12   Q    Had you flown Frontier from Austin?
13   A    I've flown -- we flew Frontier when we
14   went to Alaska.  We flew from Austin to Seattle.
15   Q    How long ago was that?
16   A    It was August, I believe, the 3rd of 2012.
17   It was retirement celebration trip.
18   Q    When you checked in at Frontier, what
19   happened next?
20   A    The lady told me to go out to a section
21   that was a -- in between the door and the area that
22   you check in and have a seat there and she would
23   call for a wheelchair.
24   Q    The lady behind the counter at Frontier,
25   can you describe her?

MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.
Maxine White on 12/19/2018                                    Pages 102..105

**Page 102**

1      A    I believe she was a Hispanic lady.  She
2   was a little short, not just with me, but with
3   everybody that she was checking in.
4      Q    And you're not talking about height;
5   you're talking about her tone?
6      A    I'm talking about her tone.
7      Q    Okay.
8      A    She was not a professional at all.
9           And then I found out that right before
10  that trip Frontier had laid off all of their workers
11  except for their pilots and I believe their
12  stewardess [sic].  And the rest of the people, like
13  the lady at -- that checked me in was from a
14  temporary agency or somewhere.  And any of the
15  people who work for Frontier that brought
16  wheelchairs and took the people to their gates also
17  had been laid off.
18     Q    And how did you find that out?
19     A    I found that out from one of them
20  employees there at the Denver airport, actually.
21  But the lady that was checking you in also checked
22  us -- took our ticket and scanned it before we got
23  on the bus to go out on the tarmac to board the
24  plane.
25     Q    So the individual that you were dealing

**Page 103**

1   with at the ticket counter was also the individual
2   who was on the shuttle bus later?
3      A    She wasn't on the shuttle bus.  When we
4   went out the door to get on the shuttle bus, she
5   took our ticket and scanned it.  And I -- when I
6   went and sat down at the waiting area for the
7   wheelchair, there was a gentleman there from
8   Frontier, and all I remember about him was his name
9   was Derek (phonetic).  And he told me that they were
10  doing something different that day.  It was like a
11  trial run.  And he was there to observe how long it
12  took to get all the passengers from the gate waiting
13  area down the tarmac to the stairs of the plane.
14  And the next day he said he was going to somewhere
15  in Florida, and they were doing the same thing.
16     Q    And you said his name was Derek?
17     A    That's all I remember.  His name was
18  Derek.
19     Q    And this -- he was talking to you
20  personally?
21     A    Yes, he was.
22     Q    Where were you --
23     A    I was sitting there waiting on my
24  wheelchair.  And then -- I mean, we talked for a
25  while.  And he said, "I'm going to go and look and

**Page 104**

1   see what's causing the holdup on your wheelchair."
2           And so he went.  And right before -- I saw
3   him walking back to me, but right in front of him
4   was a young lady pushing a wheelchair, and she was
5   there to get me.
6      Q    So you spoke to him at check in?
7      A    Well, not -- he wasn't behind the counter.
8   I spoke to him when I was waiting.  There's some
9   seats there; a bench of, I don't know, five seats
10  maybe.  And he was sitting there, I guess, observing
11  the customers going up and getting their tickets and
12  then going through the Security -- down to Security.
13     Q    Can you describe him for me?
14     A    Oh --
15     Q    Male?
16     A    Male.  I would say in his 40s, dark hair.
17  He was probably around -- he wasn't real tall; I
18  would say 5'10", 5'11", medium-sized frame, build.
19  He wasn't overweight.  He wasn't really underweight,
20  either.
21     Q    What was he wearing?
22     A    I think just regular sports shirt and
23  slacks.  I don't -- I don't really recall.  I just
24  remember about that part of him, because when he
25  walked off and that he said he worked for Frontier.

**Page 105**

1   And I had no reason to disbelieve him.  He had a
2   badge on with his picture that said Frontier.
3      Q    That's what I was going to ask you, did he
4   have some kind of --
5      A    Yes, he did.  He had a badge that said --
6   it said his name and it showed a picture of him.
7   Above it, I think -- I think it was above it --
8   above his picture, it said Frontier.  But it was on
9   there.
10     Q    Any of his clothes have any kind of
11  signature that say Frontier signage?
12     A    I don't -- I don't recall them --
13     Q    Okay.
14     A    -- to have any.
15     Q    White, black, Hispanic, something else?
16     A    I'm sorry?
17     Q    White, black --
18     A    He was a Caucasian.
19     Q    Long hair, mustache, any other -- glasses?
20     A    I don't believe he had a mustache or
21  glasses.
22     Q    How long did you talk to him for?
23     A    20, 25 minutes.  Then he went and looked
24  for my wheelchair.
25     Q    And then once he comes back?

MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.
Maxine White on 12/19/2018                              Pages 106..109

**Page 106**

1    A    He said, "Oh, well, she's here now."  He
2    said, "She's going to take you downstairs."  And I
3    thought downstairs?  I haven't been downstairs since
4    years and years ago when they first moved to Idaho
5    and I had to walk one time across the tarmac from
6    the plane into the building.  And he went down there
7    and said that -- well, upstairs he told me about us
8    going downstairs.  And I said, "Oh, are they going
9    to be able to get me on?"  And he said, "Oh, don't
10   worry about it.  We'll get you on the plane."  And
11   then when I was downstairs, they took out all the
12   passengers except for myself and a family that had,
13   I think, a small baby and a little boy and then an
14   older gentleman and probably his daughter.  And then
15   I was the very last person to go out.  And he had
16   told me -- he had told me I was going to be last,
17   which was unusual, because any time someone with a
18   disability or small children, they're usually loaded
19   into the plane first and then the passengers --
20   however -- you know, first part, second part,
21   whatever ticket time they have.
22   Q    Was Roger still around or did he --
23   A    Oh, no.  He -- once I got seated in the
24   bench area, he'd left at that time.
25   Q    Okay.  How did they get you from check-in

**Page 107**

1    to this downstairs area?
2    A    By -- by a wheelchair.  The girl who came.
3    And then we took the elevator and went downstairs.
4    And then there was a section -- sorry, I'm getting
5    cottonmouth.
6         Then there was a section that was kind of
7    not roped off, but you know those silver sticks and
8    then it's got some kind of a chain or something --
9    Q    Okay.
10   A    -- it was a small section and there were a
11   few chairs in there.  That's where the lady with --
12   and man with the small children, and the man and his
13   daughter were at.  They were seated in there.  And
14   she drove me into that area.  And that's when he
15   came and he was telling me that I would -- we would
16   all probably be last loading on the bus.
17   Q    Okay.  What was the -- the description for
18   the girl who was pushing you in the wheelchair?
19   A    It was her first day.  She was very
20   polite.  She was also friendly and nice.  She might
21   have even -- no, I don't think she would have known
22   about the layoffs.  But she might have.  I don't
23   remember, though.
24   Q    What was she dressed in?
25   A    I want to say some dark slacks and a white

**Page 108**

1    shirt.
2    Q    Any signage or name or any letters on --
3    A    Her clothing?
4    Q    -- any of her clothing?
5    A    I don't recall any.  I'm sure she had a
6    badge.  I just don't recall what it looked like or
7    anything.
8    Q    And the -- the wheelchair itself, anything
9    that you can describe about the wheelchair itself?
10   A    It was just a normal wheelchair.
11   Q    Any letters or signs on it?
12   A    I do not recall any.
13   Q    The woman working at the counter, age?
14   A    I would say in her 50s.
15   Q    Height?
16   A    Let's see.  I'm 5'3", and she was taller
17   than me.  She was probably about 5'6".
18   Q    Did you ever get her name?
19   A    No -- oh, maybe I did.  For some reason I
20   keep thinking -- when I think about her, I think of
21   Dolores, but that may or may not be.
22   Q    And length of hair, color of hair?
23   A    She had black hair.  I don't remember if
24   she wore glasses or not.
25   Q    And you say she was short with people.

**Page 109**

1    What do you mean?
2    A    She was just kind of snappy, you know,
3    when she'd check you in.  If you asked her a
4    question, her tone of voice, there was nothing
5    friendly at all about it.  It was like that was the
6    last place in the world she wanted to be.
7    Q    Was there any sign or letters on her
8    clothing?
9    A    No.  But that guy Derek --
10   Q    Uh-huh.
11   A    -- when they took me out, he was still
12   down there waiting for me to go out to the bus.
13   Q    Downstairs?
14   A    Downstairs.  And he was still there.  And
15   I had the girl ask how much longer was it before we
16   started boarding, because we were already late at
17   that point.  And she snapped off something.  I don't
18   recall what.  And the girl -- I told the girl, "Just
19   take me back.  I'm not going to sit over here."
20        And Derek was standing nearby and he came
21   over.  And I said, "Do you see what I had told you
22   earlier about her when we were upstairs," because
23   she was real short, not just with me, but with all
24   the people.  And he said, "Yes, I did.  That will be
25   handled."  So...

**MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.**
Maxine White on 12/19/2018                    Pages 110..113

**Page 110**

1    Q    Okay.  So how long were you up in the
2  check-in area?
3    A    At least half an hour.
4    Q    Waiting for the wheelchair?
5    A    About 20 minutes.
6    Q    And then downstairs -- when you were taken
7  downstairs how long did you wait down there?
8    A    Probably 15, 20 minutes before they got
9  everyone, because he's the one who told them to
10 start moving out and go board on the bus that was
11 right nearby on the tarmac.  They -- they drove them
12 around to the plane.
13   Q    Okay.  So is this an area that was near
14 like luggage pickup or a different area?
15   A    Where we were sat -- sitting --
16   Q    Before you went out?
17   A    -- no.  It was -- it wasn't luggage pickup
18 at all.  It was like another area passengers could
19 wait if they were boarding a small plane.
20   Q    And were you there with everyone who was
21 going to be on the plane?
22   A    At that time, yes.
23   Q    And then they started boarding them --
24   A    They boarded them on the shuttle.  And
25 then they came back after they emptied the shuttle

**Page 111**

1  bus and picked up myself, the elderly gentleman and
2  his daughter and the family with the small baby and
3  little boy.
4    Q    Did they explain how far away the plane
5  was or could you see the plane?
6    A    No.  You couldn't see the plane.  You had
7  no idea where it was at other than out there.
8    Q    So when the first shuttle left how long
9  was it before it came back?
10   A    Maybe ten or 12 minutes.  It wasn't that
11 long.
12   Q    Okay.  Was there any discussion about how
13 you were going to get on the plane?
14   A    Not at that time.
15   Q    Okay.
16   A    Only upstairs when he told me we were
17 going downstairs and boarding from there, I made the
18 comment to him, "I hope you can get me on the
19 plane."  And he said, "Don't worry.  We will get you
20 on the plane."
21        And when I fly into Pocatello, it's a
22 smaller aircraft that I fly in on, and they have a
23 ramp.  So I'm there -- I -- I had no reason to worry
24 about boarding that plane, because I assumed they
25 were going to have a ramp or wheelchair lift.

**Page 112**

1    Q    Okay.  When did you first realize they did
2  not?
3    A    When I got out there and I saw the stairs
4  and then we got off the plane, the firemen were
5  there to greet me.  And I asked them, "Did they not
6  have a lift or ramp?"  And he said, "No."  And I was
7  like, oh, my god.  And I started counting the steps.
8  There were 16 steps from the tarmac to the plane --
9  top of the plane.
10   Q    So let me back up.
11        You board the plane -- you board the
12 shuttle with the individuals you had named before,
13 the family --
14   A    Right.
15   Q    -- and the older gentleman?
16   A    Right.
17   Q    So there's maybe seven of you?
18   A    Maybe so.  There was a man and his wife,
19 their little boy and she was holding the baby.  And
20 then there was the elderly gentleman and his
21 daughter, myself and the young lady who was pushing
22 my wheelchair.
23   Q    And -- okay.  And then the shuttle driver?
24   A    And the shuttle driver, yes.
25   Q    Do you know the names of any of those

**Page 113**

1  people?
2    A    No.
3    Q    Did you ever have a -- a -- opportunity to
4  talk to them about what happened?
5    A    No.
6    Q    Okay.  When the shuttle pulls up to the
7  plane, how long was the trip from the airport to the
8  plane itself on the shuttle?
9    A    Three, four minutes.  It wasn't very long
10 at all.
11   Q    And then once you pull up to the plane,
12 what happened then?
13   A    The other people got out, and then the
14 young lady pushed me out.  And that's when I met the
15 firemen.
16   Q    So now you're on the airport tarmac?
17   A    I'm on the tarmac, yes.
18   Q    And the woman that you had spoken to
19 before that -- who you thoughts name might be
20 Dolores --
21   A    She wasn't out there.
22   Q    Was she downstairs at any point?
23   A    Yeah.  She's the one who scanned our
24 tickets as we went out the door.
25   Q    So immediately before you got on the

MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.
Maxine White on 12/19/2018                           Pages 114..117

**Page 114**

1   shuttle she scanned your --
2        A    She scans our tick -- my ticket, correct.
3             THE REPORTER:  Guys.
4             MR. COMERFORD:  Sorry.
5        Q    (By Mr. Comerford)  She would be the one
6   who scanned your ticket?
7        A    Correct.
8        Q    And did you have any further discussion
9   with her?
10       A    No.
11       Q    Did she tell you that you would be meeting
12  firefighters when you got there?
13       A    No.
14       Q    Did anyone give you an idea of how you
15  were going to be brought up onto the plane?
16       A    No.
17       Q    Okay.  When you get up there how many
18  firefighters were there?
19       A    Initially, there were the two, the Captain
20  and a Lieutenant.  And then they asked me about
21  carrying me up in the wheelchair, and I was like,
22  "Oh, my god, that don't look safe."  And so he said,
23  "Well, let's let you get out, and I'll take it up a
24  few steps and we'll see."  And so he went backwards
25  maybe four steps, and the other fireman was standing

**Page 115**

1   right there at the foot of the step.  And they were
2   talking and saying -- I could hear them.  They were
3   saying, "No.  This is really not going to work."
4   And so they came back down and brought the
5   wheelchair back to me.  He said, "Well, just sit
6   back down.  We have another chair that we can use to
7   get you in the plane."  And I said, "You all don't
8   have a ramp or a lift?"  And he said, "No.  The
9   airport doesn't have one."  And I was like, "Okay."
10  I -- I didn't know what else to say or do at that
11  point other than wait to see what the next option
12  was.
13       Q    Okay.  And that was a discussion with the
14  Captain?
15       A    The Captain, yes, and --
16       Q    Okay.  Can you describe the Captain for
17  me?
18       A    Oh, goodness.  He was probably about
19  6-foot tall, dark hair -- one of them was either
20  Captain Brown or Lieutenant Brown.
21       Q    Male?
22       A    Male, Caucasian.
23       Q    Dark hair, white, 6-foot.
24            Any -- what were they wearing?
25       A    I think a T-shirt with that round circle

**Page 116**

1   that said AFD or some emblem like that.  I think
2   both of them had that on.
3        Q    And then for pants, like the bunker gear,
4   the heavy -- heavy --
5        A    They -- right.  They had like cargo-type
6   pants.
7        Q    Okay.  Any other tattoos, glasses,
8   anything --
9        A    No.
10       Q    -- distinguishing?
11       A    No.  The other gentleman was a little bit
12  taller.  He was -- he had blonde-color hair, fairly
13  light blonde-colored hair.  Same dress type that the
14  other gentleman had.  One was the Captain and one
15  was the Lieutenant.
16       Q    Ages?
17       A    Oh, I would say they both were probably in
18  their early 40s.
19       Q    So they asked you to stand up?
20       A    If I could stand up.
21       Q    And then they took --
22       A    That -- to check the wheelchair without me
23  being in it.
24       Q    Okay.
25       A    And they said that it was too dangerous.

**Page 117**

1   But they had another chair that they were -- they
2   were calling for.
3        Q    Okay.  So then they gave you back your
4   wheelchair?
5        A    Uh-huh.  And I stayed in it until these
6   other two firemen came.  And they brought -- I think
7   it's a fire rescue chair.
8        Q    How long did you wait for that?
9        A    Maybe five or ten minutes.  I don't --
10       Q    The shuttle -- shuttle drive away by this
11  point?
12       A    Yes.  And the young lady -- well, no, it
13  did not.  It did not leave until I was in this
14  rescue chair and they had started to take me up the
15  steps, because she had my backpack, which had my
16  purse in it and all my medicines in it.
17       Q    The attendant for the wheelchair?
18       A    The attendant for the wheelchair.  And she
19  gave it to one of those workers with the vest on --
20  reflective vests.  And after they got me in the
21  plane he walked up the steps and handed it to one of
22  the stewardesses, and then she -- after I got out of
23  the -- unstrapped out of that chair, she told me --
24  my seat was real near the front, like second, third
25  aisle; I don't remember, but it was very close to

## MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.
### Maxine White on 12/19/2018      Pages 118..121

**Page 118**

1  the front.
2       Q  Okay.
3       A  And she said, "Are you okay?" Because
4  that was terrifying. And I said, "Well, I'm in a
5  little pain, and I need to take some medicine." I
6  knew my blood pressure was up. That was -- I don't
7  like rollercoasters. This was like being on one
8  side of a rollercoaster with the wheels underneath
9  you. It was horrible. It was a horrible
10  experience. And one of the things that the firemen
11  and I both said to each other was, I -- that was a
12  very risky venture to bring me up the way I had been
13  brought up. And it was terrifying. I closed my
14  eyes until the one in front of me said, "I'm losing
15  my grip -- we need to stop. I'm losing my grip."
16       Q  Okay. Well, let me step back.
17       How long did it take before the rescue
18  chair came out?
19       A  Five or ten minutes, I would think.
20       Q  Okay.
21       A  I don't think it was really that long.
22       Q  Okay.
23       A  I think it might have been three or four
24  minutes. It wasn't long.
25       Q  What did that chair look like?

**Page 119**

1       A  It was a straight back and it was metal
2  and a straight part that was probably, I would say,
3  maybe 18 inches long. And the back was probably the
4  same width and length.
5       Q  Color?
6       A  They were silver.
7       Q  Silver.
8       Any writing on it?
9       A  I don't recall any.
10       Q  Okay.
11       A  There were hooks, though, for the straps.
12       Q  The flight attendant, you said female?
13       A  Yes.
14       Q  How old?
15       A  I don't know, maybe in her 30s.
16       Q  Race? Race?
17       A  Caucasian.
18       Q  Any distinguishing eyeglasses, earrings,
19  hair color?
20       A  Dark hair. That's about all I -- I'm
21  sorry. I don't remember a lot about her.
22       Q  That's fine. I'm just trying to get the
23  players that were there.
24       A  Right.
25       Q  The two firefighters that show up with the

**Page 120**

1  rescue chair, can you describe them for me?
2       A  One was probably right about 6-foot tall,
3  and I think he was Captain Brown. And then the
4  other gentleman was probably 6'2", 6'3". He was
5  fairly tall with blonde hair.
6       Q  I'm sorry. Those are the -- you said two
7  other firefighters came?
8       A  Oh, I don't -- I don't recall them. All I
9  know is the -- one of the gentleman that -- the
10  Captain or the Lieutenant went and got that chair
11  and came over with it.
12       Q  Okay. So they just came and left?
13       A  They came and left, correct.
14       Q  All right. So once the other rescue chair
15  came, what happened?
16       A  Well, the firemen told me they would carry
17  me up to the -- into the plane.
18       Q  What did you tell them?
19       A  "That don't look too safe." They said,
20  "Oh, no. It's fine."
21       Q  And what did you say?
22       A  "Okay. We'll give it a try." I -- I
23  wanted to go on -- on my trip and have -- be with my
24  two sons and their wives and my grandchildren.
25       Q  Did you ever tell them, no, stop?

**Page 121**

1       A  No. I think I just told them, "This is
2  terrifying," and I closed my eyes until the one in
3  front of me said, "We need to stop. I'm losing my
4  grip."
5       Q  Okay.
6       A  And then I opened my eyes.
7       Q  Okay. So describe for me where they set
8  up the chair for you to transfer from the wheelchair
9  to the straight back chair.
10       A  Fairly close to the steps --
11       Q  With the back towards the plane?
12       A  Yes. The back toward the plane.
13       Q  Were you carried up backwards?
14       A  Yes.
15       Q  Okay. Who went first, which officer?
16       A  The Captain.
17       Q  The Captain went first and then the other
18  firefighter was in front of you?
19       A  Right.
20       Q  Okay. You said you closed your eyes?
21       A  Oh, yes. It --
22       Q  Was that as soon as they lifted you?
23       A  Yes, pretty much, because like I said, I
24  don't like heights, I don't like rollercoasters.
25  And there was nothing to protect us if they started

**MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.**
**Maxine White on 12/19/2018**                     Pages 122..125

**Page 122**

1  losing their grip on me, on -- on my chair, rather,
2  because I would just fall onto the tarmac.  And I
3  told them, "Hey, if you all start losing me, just
4  don't try to rescue me then.  Run down the steps and
5  see if you all can save me then."
6      Q    Were they wearing gloves?
7      A    I don't believe so.
8      Q    How wide is the stairs?
9      A    Oh.  Well, if -- if someone even -- which
10 there were men on the flight bigger than me, they
11 still had room on both sides, because I -- I think
12 it was just like some kind of a cable rope maybe on
13 them.  I -- I just -- I don't remember.  There was
14 something on them, but it didn't appear to be very
15 safe or strong.
16     Q    So part of a vehicle -- like was it
17 something that they drove up to the plane or was it
18 standalone or something else?
19     A    It was standalone.  It didn't have wheels
20 or anything like that.
21     Q    Did it have sides to it?  Was it enclosed?
22     A    No, no.  It was straps on it; straps that
23 they strapped my legs.  They strapped my -- across
24 my chest.
25     Q    Let me stop you.  Sorry.

**Page 123**

1          I'm talking about the stairs.
2      A    Oh, I'm sorry.  I thought you were talking
3  about --
4      Q    The sides to the stairs, was it enclosed?
5      A    No.
6      Q    Okay.  Were there sides to it where they
7  had the handrails?
8      A    There was those rope things.
9      Q    Okay.  What I mean is did it have walls on
10 the sides of it?
11     A    No.
12     Q    Okay.  From the time that you closed your
13 eyes, was that when they first picked you up?
14     A    Well, I didn't close them right then.
15 Probably started up a few steps and I realized it
16 was going to make me extremely dizzy if I watched
17 this --
18     Q    Okay.
19     A    -- not to mention more terrifying than it
20 was.
21     Q    Right.
22          At any point during that time from the
23 time that they picked you up to when you were
24 finally in your seat did you tell them, "Please
25 stop.  Please put me down"?

**Page 124**

1      A    No.
2      Q    Okay.  When you closed your eyes to the
3  point when you opened your eyes, did any part of
4  your body come in contact with anything?
5      A    Just that chair I was sitting on.
6      Q    Okay.  But did you feel an impact to any
7  part of your body while you were being carried?
8      A    I don't believe so.
9      Q    Okay.  When you opened your eyes how many
10 steps were left?
11     A    We were about halfway up.
12     Q    Okay.  Who said, "I'm losing my grip"?
13     A    The gentleman in front of me.
14     Q    Okay.
15     A    And just as -- he said, "We've got to
16 stop.  I'm losing my grip."  And as soon as he said
17 it, the other gentleman stopped and the gentleman
18 that was in front started -- you could tell when he
19 kind of lost it, because the front of the chair kind
20 of hit.
21     Q    Did they move you up step by step, or were
22 they carrying you in a fluid motion or something
23 else, if you understand what I mean?
24     A    I understand what you mean.
25          I want to say it was a fluid motion until

**Page 125**

1  the gentleman started losing his grip.
2      Q    Meaning they weren't trying to go up step
3  by step by step is what I mean?
4      A    No.  One was behind me and one was in
5  front and they just started carrying me.
6      Q    Did the chair have wheels?
7      A    No.
8      Q    What was on the bottom of it, just metal?
9      A    Metal.  It was a -- it was -- it seemed
10 like there were two rods -- getting cottonmouth.
11 There were two rods and somewhere I could put my
12 feet.
13     Q    When they took a break and placed the
14 chair down, could you feel the chair rest against
15 something?
16     A    When -- when he --
17     Q    When they put it down?
18     A    Oh, when they put it down once they were
19 in the plane?
20     Q    No.
21          My understanding is you heard --
22     A    Oh.
23     Q    -- the man in front of you say -- hold on.
24 You heard the man in front of you say, "I'm losing
25 my grip."  After that, did you feel the chair come

MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.
Maxine White on 12/19/2018                          Pages 126..129

**Page 126**

1  to the rest -- come to a rest on something?
2       A    Yes.  It kind of fell to the step.
3       Q    Okay.  How, on a scale to one to ten,
4  would you describe that coming to a rest, one being
5  light, ten being the worst?
6       A    I would say around a four.  It was -- I
7  mean, it was very frightening.  And it was like a
8  jolt when -- when it fell.  It all happened really
9  quickly.  He lost his grip.  He got it right back.
10 But the front of the chair had enough time to hit, I
11 guess, the step in front of us.
12      Q    And you say the front of the chair.
13           Where your feet were --
14      A    Yes.
15      Q    -- or something else?
16      A    Where my feet were.
17      Q    Okay.  And how long would you say that
18 took before he got his grip back?
19      A    Just seconds, but it -- he lost it right
20 as he was fixing to set it down.  And so that's why
21 it hit, I guess, the step.
22      Q    Okay.  And what happened to your body when
23 you felt it come to a rest?
24      A    Well, when it stop -- when we stopped from
25 the jolt, I felt, you know, like something going

**Page 127**

1  through my legs and to my back, of course.  My back
2  was not happy.  And into my shoulders.  And I
3  thought, oh, I hope we get the rest of the way up
4  here, because I've got to get out of this chair
5  before I pass out on them.
6       Q    Were you getting carried at 90 degrees or
7  45 degrees or something else?
8       A    I think I was tilted back a little bit
9  toward the Captain.  I mean, I wasn't back so much
10 that I could see his face, but --
11      Q    Okay.
12      A    -- I could see the one in front of me,
13 because he was in front.  He was the blonde-haired
14 gentleman.
15      Q    Okay.  No part of your body came in touch
16 with anything on the stairs.  Correct?
17      A    I don't believe so.
18      Q    A piece of the chair you think came in
19 touch with one step?
20      A    Yes.  Now, I know that it had to have --
21 it had to have been the steps.  There was nothing
22 else there for it to land on.
23      Q    Did you hear anything?
24      A    Yeah.  I heard thunk.
25      Q    And then how much longer -- once

**Page 128**

1  they picked it up again, how much longer did it take
2  to get you on the plane?
3       A    Nothing -- no time.  Just within 30, 40,
4  50 seconds, something.  We were about halfway up
5  when it happened.
6       Q    From -- as best you can tell, from where
7  you were being carried to where you felt his grip --
8       A    Okay.
9       Q    -- drop, how far did the chair itself drop
10 in inches, however you could describe it?
11      A    I -- I would say inches.  Probably maybe
12 8 inches or so --
13      Q    An 8 inch drop --
14      A    Right, because he was --
15      Q    -- is what you felt?
16      A    -- that's -- because just as he said it he
17 lost his grip.  And then -- but, I guess, because he
18 said, "We've got to stop.  I'm losing my grip," the
19 other firemen really took a stronger hold on the
20 back part so they didn't lose me in that chair.
21      Q    And was it the left front, right front,
22 middle front, something else?
23      A    It was like the middle.
24      Q    Did anything behind you come in touch with
25 any of the stairs or just down near your feet?

**Page 129**

1       A    Down to my feet.
2       Q    Down -- no.  What I was asking was down at
3  your feet or any other part of your body or did you
4  just feel it down at your feet?
5       A    No.  I felt it through my body.  It was
6  like a justle -- you know, like you shook something.
7  I don't know.
8       Q    What I'm trying to figure out is what part
9  of the chair came in touch with --
10      A    With me?
11      Q    -- the stairs -- no, with the stairs?
12      A    Had to been the front part.
13      Q    Near your feet.
14           And what I'm saying is that's down near
15 your feet?
16      A    Yes.
17      Q    Okay.  From the time you were put in the
18 rescue chair to the time you were done on the stairs
19 and at the top, how much time went by?
20      A    Just a couple of minutes.
21      Q    Okay.  And the rest of the time after they
22 picked you up and carried you to the top, was there
23 any other incident?
24      A    No.  Once he got his grip, then they just
25 took me on up to the top.  And I was like, "I

MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.
Maxine White on 12/19/2018                    Pages 130..133

**Page 130**

1  appreciate you all getting me on the plane, but I
2  don't think you all better use that no more.  That's
3  a bad experience."  And he said, "I think you're
4  right.  I'm going to E-mail them and tell them we
5  can't use it."
6      Q    That was Captain -- that was the Captain?
7      A    Uh-huh.
8      Q    Okay.  All right.  So let's take a break
9  there.
10          THE VIDEOGRAPHER:  The time is 11:40.
11  This is the end of Media 2.  We are off the record.
12          (Off the record 11:40 to 11:55)
13          THE VIDEOGRAPHER:  The time is 11:55.
14  This is the beginning of Media 3.  We are back on
15  the record.
16      Q    (By Mr. Comerford)  Okay.  I'll remind you
17  you're still under oath, Ms. White.
18          And we've been talking about diabetes
19  throughout this morning, and I just want to clarify.
20  It's Type II diabetes.  Correct?
21      A    Correct.
22      Q    Okay.  And I also wanted to go through, we
23  were talking about the straight back chair that they
24  were using --
25      A    Uh-huh.

**Page 131**

1      Q    -- the firefighters, and you said that you
2  were strapped into the chair.  Is that correct?
3      A    Correct.
4      Q    Okay.  Where did the straps come in
5  contact with your body and how many were there?
6      A    Three straps.  My legs, across my chest
7  and across my forehead.
8      Q    Okay.  So you were supported from your
9  head to your toes?
10     A    Uh-huh.
11     Q    Did it curve with your body or was it
12  straight?
13     A    It made an -- like an L and then went down
14  like stairs -- you know, it was like that, and then
15  that, and then that (indicating).  So my back was
16  here, my bottom thighs were here, and then it went
17  down.  And it was like a little metal tubing foot
18  rest.
19     Q    Okay.
20     A    And so the legs were strapped, the chest
21  was strapped and the head was strapped.
22     Q    Indicating your forehead?
23     A    Uh-huh, plus my forehead.
24     Q    And across your shoulder --
25     A    My chest so that I couldn't -- if we had

**Page 132**

1  fallen, I wouldn't have been able to put my hands up
2  to protect my face.  I would have just probably been
3  crushed --
4      Q    Okay.
5      A    -- on the -- the thing.
6      Q    So across your biceps?
7      A    Uh-huh.  Across though here (indicating).
8      Q    Okay.  Indicating your biceps?
9      A    Uh-huh, across my chest.  And then across
10  my legs between my thighs and my knees, and if I
11  remember right.  And there were -- there were three.
12  There was one on my legs, one through here
13  (indicating) and one on my head.
14     Q    How thick were the straps?
15     A    I don't remember.
16     Q    And were they like seat belt material?
17     A    Kind of.
18     Q    Okay.  And were they tightened?
19     A    Yeah.  They tighten it.  There was hooks
20  on both sides of the chair, I believe.  And they ran
21  it through and then pulled it and it had some kind
22  of a lock, if I remember right.  I think that's how
23  it was.
24     Q    Okay.  Could you move?
25     A    Huh-uh.

**Page 133**

1      Q    No?
2      A    No.
3      Q    What color were the straps?
4      A    Tan or off-white or something --
5      Q    Was there a cushion on the seat?
6      A    No.
7      Q    Just metal?
8      A    Just metal.
9      Q    Okay.  After you got to the top of the
10  stairs, what did they do next?
11     A    When we got to the top of the stairs, they
12  sat me down and began unhooking me.  And that's when
13  the stewardess -- I must have been real flushed or
14  something, because the stewardess asked me was I
15  okay.  And I said, "I've got medicine that will help
16  me feel better.  When I get to my seat, would you
17  bring me a glass of water," which she did before we
18  ever took off.  And I took a blood pressure pill and
19  I want to say I took a pain pill, as well, because
20  my back was hurting me more at that point.
21     Q    And that's what I wanted to ask.  When you
22  woke up that morning, did you feel pain in your
23  back?
24     A    Very minimal.
25     Q    Between the time you woke up in the

**Page 134**

1  morning and the time you drove to the airport, did
2  you feel pain in your back?
3      A    Same level, very minimal.
4      Q    Where from one to ten?
5      A    Two maybe.
6      Q    Once you got to the airport and you were
7  in the waiting area --
8      A    Uh-huh.
9      Q    -- were you still feeling pain?
10     A    (Indicating).
11     Q    A two?
12     A    A two.
13     Q    By the time you were aboard the plane,
14  what was the pain level?
15     A    When I got in the plane --
16     Q    Right.
17     A    -- and got to my seat?  I would say
18  probably a six.
19     Q    Okay.  The crew member that you saw aboard
20  the plane, can you -- was it a her?
21     A    Yes.
22     Q    Can you describe her for me?
23     A    I would say she was in her 30s.  I don't
24  remember what color hair she had.  She was probably
25  about 5'5"; very friendly and nice.  Her interest

**Page 135**

1  was to get me in my seat, though, as quick as she
2  could, because by that time we were now an hour
3  late.  And I was trying to apologize to the people
4  right near the front that could see me.  And
5  nobody -- normally people will say, "Oh, that's
6  okay, you know.  We understand."  Huh-uh.  They were
7  mad.  We were 30 minutes late getting on the plane;
8  then I made us another 30 minutes late.  So our
9  plane was late getting into Denver.
10     Q    The race of the crew member, white, black,
11  Hispanic --
12     A    She was Caucasian.  I think then on that
13  flight there might have been another lady that was
14  either Hispanic or very light-skin black.
15     Q    Another crew member?
16     A    Uh-huh, another crew member.  It seems
17  like there were, because when they passed out
18  drinks, they both were going through the aisle.
19     Q    What seat were you placed in?
20     A    I don't remember.  It would have been
21  either an aisle seat or -- no, it was a window seat.
22  And there were two men sitting in the seat with me.
23     Q    So it was -- when you get on the plane, is
24  it two and three, three and three, something else?
25     A    I think it was three and three on that

**Page 136**

1  plane.
2      Q    And was your seat as you're looking back
3  on the right or the left?
4      A    On the right.
5      Q    And you had the window seat?
6      A    And I had a window seat.
7      Q    And there were two men sitting next to
8  you?
9      A    Yes.
10     Q    One in the middle seat and one in the
11  aisle seat?
12     A    Right.
13     Q    Who was in the middle seat?
14     A    One of the two men.  I don't -- all I
15  remember about them was I tried to apologize to them
16  for delaying us more.  And the one next to me got
17  headphones out and put them -- he was letting me
18  know I have nothing to say to you, lady.
19     Q    That was the man in the middle seat?
20     A    That's correct.  The other one just kind
21  of tried to like -- ignored me.  And I thought, you
22  know what, don't worry about them.  I couldn't do
23  nothing to change the situation.
24     Q    So there was no -- there was no discussion
25  with you and those two --

**Page 137**

1      A    No.
2      Q    -- individuals?
3      A    Not at all.
4      Q    How far back -- what row were you in?
5      A    I don't remember.  But we were not very
6  far back.
7      Q    First five?
8      A    Probably so.  I -- I'm sure I could look
9  it up if you need to know exactly, because I have a
10  copy of my flight.
11     Q    That would be helpful.
12     A    Okay.
13     Q    You were in your ticketed seat?
14     A    Yes.
15          Can I ask Joel a question?
16     Q    If you want to -- I don't need anything
17  right now --
18     A    Okay.
19     Q    -- but if you want to ask him a question,
20  of course you can.  You can guys might want to leave
21  the room --
22     A    No.  It was --
23          MR. LEVINE:  Just keep it in your
24  head and at the next break we'll --talk about it.
25          THE WITNESS:  Okay.

**MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.**
**Maxine White on 12/19/2018**                    Pages 138..141

1        MR. LEVINE:  -- we'll talk about it.
2        THE WITNESS:  Okay.
3   Q   (By Mr. Comerford) Okay.  Did you make
4   any complaints to the crew members about any pain?
5   A   Yes, I did.  I told the lady who brought
6   me the water that I was in a lot more pain than I
7   had been in.  And she said, "I'm sorry.  Do you have
8   medicine to help you?"  And I said, "Yes, I do."
9   And so I took -- I want to say I took two Tramadol.
10  Q   Besides the two firefighters, did anyone
11  else -- well, when you were getting carried up the
12  stairs, was the shuttle bus still there?
13  A   It started leaving right as -- as we
14  started up.  That's when my -- the young lady handed
15  my backpack to the gentleman with the reflective
16  shirt.  I -- I think he was the one that does the
17  stuff with the lights or whatever they call it --
18  Q   Uh-huh.
19  A   -- and helps the plane get out.
20  Q   Ground crew?
21  A   Uh-huh.
22  Q   The woman who was your wheelchair
23  attendant --
24  A   Uh-huh.
25  Q   -- she got back on the shuttle bus when it

1   left?
2   A   Excuse me.  Yes, with the wheelchair.
3   Q   Okay.  Besides the two firefighters do you
4   know of anyone else who would have seen you getting
5   carried up the stairs?
6   A   Every passenger that was on that window
7   side.
8   Q   Okay.  Possibly.
9        Do you -- do you know if they did?
10  A   Oh, I would think most of them would be
11  looking to see what was delaying us even further,
12  because there was a 30-minute delay before we
13  started trying to get me up into the airplane.
14  Q   Right.
15  A   So by that point -- by the time they got
16  me in there, I was in my seat and we started backing
17  out, we were an hour late.
18  Q   Did the crew member that you first spoke
19  to, did she -- do you have any reason to know if she
20  saw you -- this happen or not?
21  A   I don't know.  I mean, if she was standing
22  at the door she would have seen what was going on.
23  Q   Did you first see her when you were in
24  your seat or when you were at the door?
25  A   I first saw her when I got stood up -- no,

1   when I still sitting, they were unbuckling my
2   straps, because she asked me, "Ma'am, are you okay?"
3   And I said, "I'll be fine.  I'm going to need a cup
4   of water, though, to take some medicine."
5   Q   Did they do that on the stand or inside
6   the plane or somewhere else, the firefighters?
7   A   Do what?
8   Q   Unstrap you?
9   A   They unstrapped me inside the plane.  You
10  know that area that the passengers walk in and if
11  you walk straight across that's normally --
12  Q   Yeah.
13  A   -- where they have their drinks and
14  whatever?  I was in front of the passengers, but
15  sidewards.
16  Q   Got you.
17       Okay.  Did anything change in the way you
18  felt during the flight?
19  A   Well, it did after a bit.  The medicine
20  started helping relieve some of the back pain.
21  Q   Did you say anything to the firefighters
22  about wanting to file a report, that you thought --
23  A   No.
24  Q   -- you might have been injured?
25       Did you say anything to the crew members

1   that you think you might have been injured?
2   A   I -- I just told that stewardess that my
3   back was hurting more than when I got on the plane.
4   Q   Okay.  How long was the flight?
5   A   The flight's usually two hours to Denver.
6   Q   And that's what --
7   A   I --
8   Q   -- you remember it?
9   A   Uh-huh.  I think we were supposed to
10  arrive at 8:30 or 8:35 and we didn't get there until
11  9:30 or 9:35.  And the lady -- the attendant that
12  pushed my wheelchair in the Denver airport, she was
13  really a nice lady.  She told me that Frontier had
14  just let all of their employees go.  They were
15  trying to cut costs so they could be really cheap
16  airfares and that she had worked for them for
17  14 or 15 years.  And she was one -- I mean, she was
18  laid off with the rest of them.  And I was like,
19  "Oh, no."  And she said, "Well, it's okay.  The
20  airport hired most of us, because it was a service
21  that's needed.  We now work for the airport."  And
22  she said -- because I said, "Well, that's strange,
23  because the lady in Austin was through a temporary
24  agency or something."  She said, "Yeah, that's where
25  some of them come from or the airport takes on and

MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.
Maxine White on 12/19/2018                    Pages 142..145

**Page 142**

1  hires them."
2      Q     And this is who took you off the plane or
3  met you at the plane?
4      A     That met -- she met me at the plane in
5  Denver, and we were talking about -- because I was
6  really unsteady when I got off that plane.  My back
7  was hurting a lot more, of course, than it was when
8  I -- when I started.  And she was just really kind
9  and trying to offer any suggestions she could think
10 of to make me feel better.  And I said, "Well,
11 it'll -- it'll stop in a while."  But it was still
12 hurting when my son picked me up.
13     Q     When you took the flight for the
14 graduation to Pocatello, how long is that flight to
15 Salt Lake City and then Pocatello?
16     A     Actually, it's two hours and five minutes.
17 And then you go -- you have about 45 to 55-minute
18 delay.  You're taken downstairs, and they board you
19 from the -- the tarmac.  They're smaller planes, but
20 they have a ramp.
21     Q     Okay.  Have you ever been carried upstairs
22 like that --
23     A     No.
24     Q     -- to board a plane?
25     A     No.  And I would never do it again.

**Page 143**

1      Q     After a flight to Pocatello when you went
2  to graduation, did you feel that instability when
3  you were getting off the plane?
4      A     From -- I'm sorry?
5      Q     When you took the flight the month
6  before --
7      A     Okay.
8      Q     -- out for the graduation --
9      A     Okay.
10     Q     -- after a two hour and so flight --
11     A     Right.
12     Q     -- would you feel --
13           THE REPORTER:  Guys, huh-uh.
14     Q     Once you would take a flight for two-plus
15 hours like that would you feel instability as you
16 were getting off the plane?
17     A     Any time I first stand up, I'm unstable.
18 My -- my back's got to, I guess, get back into a
19 position that it's comfortable.  And I'm sure I felt
20 some unstableness, but nothing like it was when I
21 got off the flight of Frontier that day I was going
22 to Estes Park -- or to Denver.
23     Q     Okay.  But when you took the flight for
24 the graduation you would have felt instability when
25 you got up --

**Page 144**

1      A     When I first got up, right.
2      Q     Okay.  All right.  Once you landed, who
3  picked you up?
4      A     Chris and Samantha, my granddaughter.
5      Q     And how did you get from the plane to
6  Chris?
7      A     Wheelchair.
8      Q     And that was the agent you were talking
9  about?
10     A     Right.  The lady who had worked for them
11 for 14 or 15 years.
12     Q     Can you describe her for me?
13     A     She was an older woman.  Her hair color
14 was about the color of the lady sitting next to' you,
15 about her hair color.
16     Q     Okay.
17     A     And it was kind of long and -- and wavy
18 and she had it pulled back with a -- some kind of a
19 clasp or some ponytail holder.
20     Q     And race?
21     A     She was Caucasian.
22     Q     Did she have any signage or writing on her
23 clothes?
24     A     I don't honestly remember.
25     Q     Was she wearing a badge?

**Page 145**

1      A     She had some kind of a badge holder, yeah.
2      Q     Did she take you all the way to the car?
3      A     Yes, she did.
4      Q     Okay.  Once you got outside and saw Chris,
5  what was your conversation with him?
6      A     He -- he knew right away when he looked at
7  me that something was wrong with -- and he said,
8  "Mom, what's the matter?"  And I said, "Oh, my back
9  is hurting a lot more than it was."  He said, "Well,
10 I thought you are feeling pretty good for the
11 flight."  And I said, "Well, I was, but I'm not
12 now."  And as we were going to his house in Fort
13 Collins, I started telling him what happened.  And
14 he asked me if I wanted to stop and eat something
15 and walk around, and I said that sounded good.  But
16 it was so late, there wasn't that much open.  They
17 close early up there.  And we stopped at a Popeye's
18 Chicken right next to the interstate.  And while was
19 ordering the food and waiting on it and they got it
20 set up, the table, I was out front just walking
21 around.
22     Q     Okay.  Well, when was the first time you
23 sought treatment after the incident?
24     A     Think it was a couple of weeks, because
25 the medicine would start helping and then as it

**MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.**
**Maxine White on 12/19/2018**                    **Pages 146..149**

Page 146

1  would wear off it would start being more painful
2  again.  And Dr. Le is sometime [sic] very hard to
3  get an appointment.  It has to be a real emergency,
4  or I see Dr. Guerra and she tells him that it's an
5  emergency and then he will see me immediately.
6        I think it was a couple of weeks, though,
7  because I already had -- the only thing I didn't
8  have was an injection.  And so May, June, July,
9  would be the earliest -- end of July that I could
10 have it.  It has to be three months.
11     Q   Did any treater -- any of your medical
12 treaters tell you that you had a different injury as
13 related to that day?
14     A   Dr. Le ordered MRIs of my back.  And at
15 that point I was starting to complain about my neck,
16 and he said, "I'll order some of your -- of -- of
17 your shoulder."  And I said, "No, Dr. Le.  It's my
18 neck, not my shoulder."  And he said, "It's your --
19 it's your neck."  And I said, "No."  And he said,
20 "Okay.  I'll order your shoulders, too, but it's
21 going to be your neck."  And he was right about it.
22     My disc No. 5 was pushing into my spinal
23 cord and it had made a C.  And so Dr. Le called me
24 and said, "I'm referring you to a surgeon."  That's
25 the first time anyone had ever discussed me going to

Page 147

1  see a surgeon.  But my back was just steadily
2  increasing.
3        So I went to see Dr. Madera maybe the end
4  of July or first of August.  And she started -- I
5  had to get clear -- medical clearance from
6  Dr. Guerra and then they wanted -- I had a dentist
7  appointment right around that time, and so they
8  wanted clearance from the dentist.  Well, then
9  this -- Dr. Le's ultrasound -- EKG was not working.
10 They had sent it off to the shop or something, so
11 they sent me to Austin Heart Hospital.  And the girl
12 came in and said that my -- my heart -- I'd had a
13 silent heart attack.  That's what she said, and I
14 said, "I don't think so."  And she said, "Well, the
15 doctor wants to see you."  And I said, "I have my
16 own heart doctor," because Dr. Guerra had sent me to
17 Dr. Madera -- I mean, doctor -- oh, what's his name?
18 It's like Madera.  I'll think of it in a minute, but
19 my heart doctor.  And I said, "I'll go see him."
20     Well, the next -- by the time I got out of
21 there, it was after 5:00.  So the next day when I
22 called, he had just left for vacation that day.  And
23 I wasn't going to go see anybody else, because I
24 knew I had not had any kind of a heart attack.  So I
25 had to wait until he came back.  And he did a

Page 148

1  heart -- ultrasound of my heart or something that
2  would show all four sides.  And he said, "If one of
3  them isn't beating, you've had that heart attack."
4  I said -- he said, "But I don't believe you have."
5  And I said, "I don't believe I have, either."  And
6  so he got to clear me, because I did not have a
7  heart attack.  I've had a heart murmur since birth,
8  and as I'm getting older, it's getting a little bit
9  louder.  And so I guess these heart doctors at that
10 hospital assumed that I've had a silent heart
11 attack.
12     Q   Okay.  I understand you say that you had
13 not been recommended for surgery before --
14     A   No.
15     Q   -- my question was a little different.
16     And even if you know where I'm going, just
17 let me finish.
18     A   Okay.
19     Q   My question was has any treater told you
20 that your injury was caused by you being carried up
21 the stairs that day?  That a specific injury was
22 caused by you being carried up the stairs that day?
23     A   No.  The order of events just irritated an
24 already problem that I had.  I -- you know, I've
25 said all along, I've had this for a long time.  And

Page 149

1  I think it just irritated it and made it worse.  And
2  I don't know if it was specifically the carrying up
3  the stairs or get into my seat or getting off the
4  plane or get onto the plane.  I don't -- I don't
5  know which.  I just know that when I got off the
6  plane -- I mean, off the seat to get into the -- off
7  the rescue seat to get into my regular seat to be
8  able -- for us to leave I was in a lot more pain
9  than I had been when I was sitting in a wheelchair
10 on the tarmac.
11     So no doctor had ever pinpointed that that
12 was it.  It just made it -- it irritated it.  The
13 whole situation did.
14     That's why I always -- when I buy a
15 ticket, I normally -- I get -- I normally always get
16 a handicap that I can't climb stairs.  And this one
17 was no exception.  The -- for whatever reason,
18 whether it was a test run or they really were out of
19 chutes, but I saw empty chutes there that day, they
20 didn't follow what they normally do.  I normally
21 just get wheeled right to that little bridge walk
22 and go across it, get into the plane, get on my seat
23 and sit down.
24     Q   Okay.  Besides the injuries to your back,
25 what other -- injuries to your back and to your

MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.
Maxine White on 12/19/2018                                Pages 150..153

**Page 150**

1  neck, what other injuries are you claiming as a
2  result of being carried up the stairs?
3      A    Well, none.  I'm saying that it irritated
4  them to the point that after I got back and I
5  started seeing the doctors, I had to go see a back
6  surgeon.  And the back surgeon -- because I was in
7  so much pain it just -- it was like daily, the pain
8  just got worse and worse.  They did -- they chose to
9  do the back first.  And they were going to do the
10 neck five weeks later, but I caught a cold and so
11 they had to reschedule it to the 22nd of December.
12     Q    Okay.  But besides your neck and your
13 back, are there any other injuries you're claiming
14 as a result --
15     A    No.
16     Q    -- of the incident?
17          So you don't have any claims about your
18 eyes or cataracts.  Is that correct?
19     A    Oh, I forgot about that.
20     Q    Okay.
21     A    Supposedly the steroid injections cause
22 cataracts, and the way I know this is I went for my
23 annual eye appointment, and the doctor told me I had
24 a small cataract.  And so I needed to go to this
25 specialist.  And -- sorry.  I'm going to have to

**Page 151**

1  take a drink.
2          So I had to see a specialist, and they got
3  me set up with an appointment.  I can't remember his
4  name.  And he did all these tests on my eyes and
5  said not only did I have one, I had two, and they're
6  caused from the steroid injections.  And they were
7  real small, and he didn't recommend surgery at that
8  time.  But I had something else going on that
9  required me to have a shot in my eye, and I had that
10 done at that doctor's office.  He didn't bother to
11 inform me up front that I would be seeing black --
12 black spots or little dots the size of a pen just
13 all over that right eye.  It was so bad.  I was
14 having -- I was having better luck just covering my
15 right eye and just using my left eye to see with.
16 So I changed doctors.  I figured if you couldn't be
17 up front to tell me I was going to have this -- and
18 he said, "Oh, it's normal.  Everybody gets them."
19          Well, I still had them a year later.
20 That, to me, wasn't normal.
21     Q    You were getting steroid injections before
22 the date of the incident.  Correct?
23     A    Yes.  They're the only thing that helps
24 relieve the pain when it becomes extremely intense.
25     Q    Did any of your treaters for your

**Page 152**

1  cataracts explain a correlation between your
2  diabetes and the issues with your eyes?
3      A    They said that that can happen, but
4  because I've been having so many steroid injections
5  they would say that's what was causing it.  And I
6  didn't have a choice about the injections.  The pain
7  was horrible before they finally got me to surgery.
8  It -- my surgery was canceled five different times.
9      Q    Okay.  And this is from The Texas
10 Retina --
11     A    Uh-huh.
12     Q    -- Clinic?
13     A    Was it Dr. Nowlin, I think, might have
14 been his name.
15     Q    Okay.  Besides your neck, your back and
16 your eyes, any other injuries that you claim are
17 related to the day of the incident?
18     A    No.
19     Q    All right.  Okay.  Stephanie Tucker,
20 Department of Aviation, do you know who that is?
21     A    I think she's the lady who E-mailed me
22 mid-July and said that the City of Austin had now
23 acquired a chair lift to use on handicapped
24 passengers to get them onto the plane.
25     Q    How had you originally gotten in touch

**Page 153**

1  with her?
2      A    I wrote an E-mail before I flew back to
3  the City Manager's Office, somebody in Aviation - it
4  might have been her - and to Frontier that I did not
5  want -- I would not be carried off the plane on that
6  rescue chair.  That was not going to happen; that
7  they need to make sure that the flight I was coming
8  in on - and I gave them the information - was going
9  to a chute.  I just couldn't handle that again.
10     Q    Did you go for any treatment while you
11 were in Colorado?
12     A    No.  I just did nothing other than I went
13 out to eat with them once.
14     Q    Okay.  From your time with the City of
15 Austin and from TxDOT, did you know any individuals
16 that you reached out to about what had happened?
17     A    I might have told my friend Sheila.  She's
18 a supervisor in Accounting.  Oh, I did tell my
19 friend John Carney (phonetic).  He was -- TxDOT
20 split the -- in 2009, they had the vehicle section
21 where they get your -- you can -- they -- they
22 run -- they make the license -- they don't make the
23 license plates.  They're made and then they send
24 them out to whoever needs a license plate.  And then
25 we had the administrative section publication, H.R.

## MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.
### Maxine White on 12/19/2018     Pages 154..157

**Page 154**

1  So they split in 2009.  I worked very closely with a
2  man named John Carney for years there.  And he -- I
3  told him what happened.  Now, he has since retired
4  the last year or two.  But I still -- I still talk
5  to him.  We still keep in touch, because he talks to
6  the people that are still working there where he was
7  at and the people I know.  And, you know, he kind of
8  updates me on what's going on.
9      Q    C-A-R-N-E-Y?
10      A    Uh-huh.  C-A-R-N-E-Y.
11      Q    And is he -- what I meant was basically
12  for them to do something about it?
13      A    Oh, no.
14      Q    Okay.  Jim Smith, Executive Director of
15  Aviation?
16      A    I've never heard of him.
17      Q    Okay.  These are people that are listed as
18  witnesses with some sort of evidence or some sort of
19  knowledge about what happened.  So that's why I'm
20  running them by you --
21      A    Okay.
22      Q    -- if the names mean anything to you.
23      Patty Edwards --
24      A    No.
25      Q    -- from Aviation?

**Page 155**

1      A    No.
2      Q    Susanna Carbajal?
3      A    No.
4      Q    Robert Mercado?
5      A    Now, when I wrote to the Mayor's Office --
6  I thought his last name was Cortez.  Is he listed at
7  Aviation or at the Mayor's Office?
8      Q    I think there's a different individual
9  named Cortez.
10      A    Okay.  No, I don't know that person then.
11      Q    Judy Wallace?
12      A    No.
13      Q    Okay.  For treaters I just kind of what
14  to --
15      A    So they're saying that they witnessed this
16  situation?
17      Q    No.  You're saying that they're
18  individuals that might have knowledge about --
19      A    Oh, okay.  Right.  Because after I wrote
20  to Frontier about putting me -- or having our plane
21  pull up to the chute since they didn't apparently
22  have equipment to handle a wheelchair, they let me
23  know at that point in time that they had -- Frontier
24  had broken two of the Federal DOT Rules and
25  Regulations.  And it also might include an ADA

**Page 156**

1  Regulation.  One was I should have been boarded
2  before anybody else or other than the people who
3  were in that area with me.  I -- let's see.  What
4  else was it?  I should have been boarded.
5      And I don't remember what the other two
6  were.  But there's two of them.  I'm sure you've got
7  that information, because I've given it to Joel.
8  And it's been in one of those packs that I just did
9  this week --
10      Q    You're --
11      A    -- stating the things that Frontier had
12  violated.
13      MR. HEPWORTH:  Objection;
14  nonresponsive.
15      Q    You're referring to an E-mail that was
16  from Frontier to you.  Is that what you're saying?
17      A    That's correct.
18      Q    Okay.  As far as your treaters I'm just
19  going to list them, and tell me if these are people
20  you treated with.
21      Paul Le?
22      A    Yes.
23      Q    Inspire Health?
24      A    Yes.
25      Q    That's Dr. Guerra?

**Page 157**

1      A    That's her offices.
2      Q    Austin Pain Associates?
3      A    Right.
4      Q    Is that doctor --
5      A    That's Dr. Le --
6      THE REPORTER:  Guys, guys.
7      THE WITNESS:  I'm sorry.
8      THE REPORTER:  That's okay.  Austin
9  Pain Associates, you said.  Right?
10      THE WITNESS:  Yes.
11      MR. COMERFORD:  Yeah.
12      Q    (By Mr. Comerford)  Seton Medical Center
13  of Austin?
14      A    Yes.
15      Q    Longhorn Emergency Medical?
16      A    I don't know who those are.
17      Q    Okay.  Cedar Park Surgery?
18      A    Yes.
19      Q    Austin Radiological Associates?
20      A    Yes.
21      Q    Austin Brain And Spine?
22      A    Yes.
23      Q    University Medical Center Brackenridge?
24      A    Yes.
25      Q    Austin Diagnostic Clinic?

**MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.**
**Maxine White on 12/19/2018**                     **Pages 158..161**

Page 158

1      A    Yes.
2      Q    Had Dr. Le given you a TENS machine?
3      A    Yes, he did.
4      Q    What is a TENS machine?
5      A    Oh, you can set it and it sends various
6  like electronic signals to your back.  But it never
7  helped me.  I never felt nothing at all.
8      Q    That was before the incident.  Correct?
9      A    Yes.
10     Q    Okay.  All right.  Carus Dental?
11     A    Oh, that's where I had -- I had broken a
12 tooth and I didn't -- I -- I chewed a hard candy,
13 and I should have known about this.  I had it happen
14 to me years ago.  It split my tooth in half.  They
15 can't fix that.
16     Q    Let me stop you.
17          You don't have any claims about your teeth
18 related to this incident.  Right?
19     A    No.
20     Q    Okay.
21     A    But it was on your list.
22     Q    Yeah.
23          Cedar Park Regional Hospital?
24     A    Yes.
25     Q    Emergency Physicians of Central Texas?

Page 159

1      A    I don't know who they are.
2      Q    St. David's North Austin Medical Center?
3      A    Yes.
4      Q    Texas Retina Institute?
5      A    Yes.
6      Q    Okay.  Let's see here.
7          All right.  How often would you say you've
8  seen Dr. Guerra for these injuries since the
9  incident?
10     A    Oh, my goodness.  How often?  I would say
11 once every three or four months or I'd call her
12 office and tell them what's going on.  And either
13 they tell me to come in or they'll send me something
14 out.
15     Q    And what does she do for your injuries?
16     A    She -- she's the one who has prescribed
17 the Tramadol, the Cyclobenzaprine, the cream, the
18 patches that she ordered from a special place out of
19 Dallas, Meloxicam.  The only thing that Dr. Le gives
20 me is the Hydromorphone, but sometime those things
21 make me sick at my stomach, so the pain has to be
22 really bad for me to -- and I only take -- I take a
23 quarter of a piece at a time.  I'm like, okay, let
24 me try this quarter and if it helps, then I'm good.
25 If not, I'll take another quarter of the pill.  And

Page 160

1  these are 4-milligram pills, so when I cut them in
2  fourth, I'm hoping that I'm getting 1-milligram of
3  each.
4      Q    All of those medications you just named
5  from Dr. Guerra are medications you were on prior to
6  the day of the incident.  Correct?
7      A    Yes.
8      Q    And Hydromorphone was a medication you
9  were on prior to the day of the incident.  Correct?
10     A    Right.  He gave me that that April.
11     Q    How often do you see Dr. Le?
12     A    Usually every couple of months or every
13 three or four months.
14          Yesterday I was going to see him, but I
15 had to reschedule.  My allergies -- I thought I was
16 catching a cold.  And he wouldn't have given me
17 anything anyway with a cold.  So I just rescheduled
18 it to January.
19     Q    Who referred you to Dr. Madera?
20     A    Dr. Le did.
21     Q    Why?
22     A    Because my back was so bad at that point
23 he knew I needed surgery.
24     Q    And when was the surgery completed?
25     A    The first one was October the 20th --

Page 161

1      Q    Of --
2      A    -- that was on my back.
3      Q    -- 2016?
4      A    Yes -- no -- yeah.  Was it '16?  No.  It
5  was '15.
6      Q    So four months after the incident?
7      A    (Witness nods head.)
8          And the reason it was so long was I had to
9  get that clearance from the dentist, the heart
10 doctor.  And it just never seemed to stop.
11          Then once her office canceled.  But all
12 the other three times they canceled, because I had
13 to go to different doctors.
14     Q    Were any of those delays related to your
15 diabetes?
16     A    No.
17     Q    Were you ever told by any of the treaters
18 that you weren't controlling your diabetes?
19     A    No.
20     Q    Your neck, was that also Dr. Madera?
21     A    Yes.
22     Q    And when was that surgery?
23     A    December the -- okay.  October the 20th
24 was the back.  December 22nd was the neck.
25     Q    And that's six months after?

MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.
Maxine White on 12/19/2018                    Pages 162..165

**Page 162**

1      A    No.  October the 20th to December 22nd is
2    November -- two months.
3      Q    Six months after the incident?
4      A    Oh, I didn't hear you say the incident.
5      Q    I didn't say it.
6      A    Oh, okay.
7      Q    Six months after the incident.  Correct?
8      A    Correct.
9      Q    Since those surgeries, have you seen a
10   change in your pain levels?
11     A    Yes.  They greatly improved.  They're
12   slowly starting back up.  And Dr. Madera did tell me
13   that I need an additional surgery on my back for
14   disc fusion on Discs 3, 4 and 5, and then I need
15   disc fusion on Disc 3 in my neck.
16     Q    And when did Madera tell you that?
17     A    Oh.  The last few times I've seen her.
18   She tried to send me to a therapy place.  And after
19   going there five times, I was just -- it was hurting
20   me.  The therapist E-mailed Dr. Madera and said that
21   the therapy wasn't helping me; it was just hurting
22   me.  And so Dr. Madera's office called me, and I
23   said, "Well, I'm just not quite ready to go through
24   all that surgery again.  I'll let you all know when
25   the pain is to the level I can't take it."

**Page 163**

1      Q    So what year did Madera say you needed
2    that additional surgery?
3      A    In 2017.
4      Q    Okay.  And there's no set date to do it
5    right now.  Is that correct?
6      A    That's correct.
7      Q    Did Dr. Madera ever say that the injuries
8    to your back or your neck were caused by you getting
9    carried up the stairs that day?
10     A    No.  She never said that.  She just said
11   that that situation made my back worse.  And it --
12   it went down really fast, because by August I was
13   almost ready to beg them to take me to surgery.
14   They just couldn't until she got the clearance.
15     Q    Okay.  Since the incident how many steroid
16   injections have you received?
17     A    Oh, well, Lord.  Well, I would have had a
18   small one yesterday had I gone.  And I had one two
19   months ago.  Since I started on these blood
20   thinners, Dr. Le has said that it's going to affect
21   me going to surgery for the injections, and that
22   we'll just have to do the small injection with a
23   little bit of something on the side -- whatever else
24   they give me in that injection beside the steroid,
25   there's something else.  There's two things in the

**Page 164**

1    thing that he does when I go to surgery.  He --
2    he'll do that in his office.  It's just a much
3    smaller amount.  And it makes a difference.  It
4    helps considerably.
5      Q    Have you had any falls or incidents where
6    you've injured your back or neck since the day of
7    the flight?
8      A    No.  I've fallen, but I -- I injured my
9    knees once.  And every time I fall, I have to go to
10   the hospital, and they have to perform MRIs there.
11     Q    So how many times have you fallen --
12     A    Oh.
13     Q    -- since the incident?
14     A    Let's see.  I fell twice in the fall, like
15   late August or September.
16     Q    Of this year?
17     A    Yeah.  And that's when Dr. Le started
18   giving me those injections in the office.
19          I -- I -- I don't know.  I would say, oh,
20   I fell twice at -- going to open the front door.
21   That one hurt my head.  I fell backwards.  We're
22   taking the carpet out, because we're going to put
23   wooden floors in.  And I fell straight back.  And
24   they could see -- Dr. Le could see in my head how
25   close it was to actually cracking the top of my head

**Page 165**

1    open, because all the blood had come there.  He said
2    it was extremely close the -- this last time and
3    then --
4      Q    When was that?
5      A    Not long ago.  Last -- this -- this last
6    year some time.  He gave me steroid injections at
7    surgery for that one.
8      Q    Where in your body, I mean?
9      A    In my back.
10     Q    Did he say you had injured your back in
11   that fall?
12     A    In the one recently?  No.
13     Q    Well, no.  The one where he was giving you
14   steroid injections in your back --
15     A    Right.
16     Q    -- was that due to the fall?
17     A    No.  He was giving me that because of the
18   pain.  But the back is already injured.  It's been
19   injured for a long time.  It's just certain
20   situations increase it, the injury.
21     Q    Okay.  Let's see.  Do you have any
22   outstanding medical bills, or have they all been
23   covered one way or another?
24     A    No.  I have outstanding medical all over
25   town.

**MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.**
**Maxine White on 12/19/2018**                     **Pages 166..169**

**Page 166**

1  Q  Do you have an idea what the total is?
2  A  Right now?  Three or $4,000 maybe.  The
3  only two places I don't have outstanding medical is
4  with Dr. Le's office or Dr. Guerra's office.
5  Q  Has your insurance covered the rest?
6  A  They've covered some of it.  Like even now
7  some of my sit -- my payments are covered by the
8  Medicare with the Blue Cross secondary.  They're
9  still sending me a bill.  It might be for $10.  It
10 might be 20.  It might be $70.  It's like it doesn't
11 make sense, these bills -- they don't make sense to
12 me.
13       Now I've got two insurances and I'm still
14 getting bills, you know.  That doesn't make sense.
15 Q  Do you have any out-of-pocket expenses
16 meaning --
17 A  Oh, yeah.
18 Q  -- money you had to expend because of --
19 A  Oh, gosh, yeah.  I --
20 Q  Hold on a second.  Because of the
21 incident?  Go ahead.
22 A  I'm sorry.  Yes, I do.  I -- every time
23 I'd go to surgery it was two or $300 or almost 400.
24 Every MRI I take, it's a 100-dollar deductible.  And
25 then once they get the PET scan with the MRI to look

**Page 167**

1  at my neck to see how bad that disc was in the
2  spinal cord, and that was $100, as well.  So it was
3  $200 that day.  I -- I've paid out of pocket a lot.
4  I know one year with my income tax -- not last year,
5  but year before last -- I had over $2,000 in medical
6  after I got to that point of, you know, you have to
7  pay so much of it.  And then after that then they
8  start letting you -- well, I got back $2,000 of it,
9  because it was so high.
10 Q  Do you have a rough idea of what your
11 total out of pocket would be?
12 A  Oh, my.  I would just say four or 5,000,
13 maybe.
14 Q  As you sit here today, do you have any
15 physical complaints?
16 A  My back is bothering me.  When I stand up,
17 I have to stand for just a moment until I start
18 moving it.
19 Q  Where is the pain?
20 A  My lower back.
21 Q  And can you describe it for me?
22 A  It's -- it's not a burning pain.  It's
23 like a dull pain that just doesn't go away.  And I
24 guess it's irritating my neck, as well, because I'm
25 feeling the same type pain about midway up my neck.

**Page 168**

1  Q  And is that different than the pain you
2  would feel before the incident on the flight stairs?
3  A  Yes.  It is different.
4  Q  How?
5  A  Before that happened, I'd have just this
6  burning pain that we could control a lot better.
7  Now with this other pain, it's maybe it will control
8  it and maybe it won't with the medications.
9       The steroids help it immensely.  The only
10 place that Dr. Le has not given me steroids in is my
11 neck, and I don't think he would be willing to do
12 that.  I think he'd send me to Dr. Madera for her to
13 do the surgery.
14 Q  Okay.  Since June 10 of 2015, have you
15 taken any flights, gone on any vacations, traveled
16 anywhere?
17 A  I've been -- okay.  Since then?
18 Q  Right.
19 A  Maybe the -- oh, yeah.  I did go on -- on
20 a flight.  I want to say the end of August of 2016,
21 the end of August again - and both of these were
22 two weeks to Pocatello - for 2017.  And then I took
23 a flight in May of 2017 to Pocatello.  My grandson
24 up there graduated.
25 Q  Okay.  So those are three trips.  Is that

**Page 169**

1  right?
2  A  Right.  I took one this year just to go
3  and visit -- well, my son had foot surgery.  And I
4  couldn't really do nothing for him other than keep
5  him company, but it gave us a lot of visit time,
6  which we don't get to do so much, because he lives
7  so far away.
8  Q  What month was that?
9  A  That was in September -- the end of
10 September to the first of October, I believe.
11 Q  Of -- of this year?
12 A  Of this year.  I just went up there,
13 because he just had had that surgery.
14 Q  How about driving trips locally?
15 A  Oh, I don't do too many driving.  I used
16 to love the highway, but it's -- it's hard on my
17 back.  I haven't been anywhere in a while.
18 Q  How about family vacations with Daniel
19 and -- and his family?
20 A  No.  They go and I take care of the dog.
21 Q  Any changes from prior to the incident to
22 now in your lifestyle?
23 A  I'm not as busy as I used to be, because
24 it -- my back is always bothering me.  Like, my
25 girlfriend and I love to go and hang out at the

MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.
Maxine White on 12/19/2018                          Pages 170..173

**Page 170**

1  coffee shop and visit.  We've been best friends for
2  over 30 years.  I think we're going into our 33rd
3  year.  But we only go maybe once or twice a year
4  now, because my back.  I can't sit in a coffee shop
5  for two or three hours and just visit.  So we talk
6  on the phone, but it's not the same.
7      Q    Yeah.
8           What's her name?
9      A    Her name is Tony Aleman, A-L-E-M-A-N.  She
10  started at the City with Accounting when I worked
11  there two weeks before my husband died.  So when my
12  husband passed away and I came back to work, the
13  other girls couldn't come in the office; we'd all
14  start crying.  So my supervisor started sending the
15  new girl, and the new girl ended up being my best
16  friend.
17      Q    And you've stayed in touch with her ever
18  since?
19      A    Yes.
20      Q    Where does she live?
21      A    She lives in Austin -- in North Austin.
22  And she works for the forensics section of Austin
23  Police Department.  She also worked at one time for
24  Legal Department.
25      Q    And do you own a cell phone?

**Page 171**

1      A    Yes.
2      Q    Okay.  Did you have a cell phone that day?
3      A    I'm sure I did.
4      Q    Did you use it during -- any time during
5  the incident?
6      A    I don't think so.  I think I had already
7  turned it off.  I have this fear about them coming
8  on the loud speaker and say, "There's someone here
9  who hasn't turned off their cell phone," and it's
10  going to be me.  So I turn it off as soon as they
11  wheel me to the back.
12      Q    How about chores around the house?
13      A    I have a lot of difficulty doing chores.
14  One of the things -- I can get the sheets off the
15  bed now, but the mattress is too heavy for me to
16  pick up and put the sheets back on the bed.  So I
17  have to wait until somebody's home that feels like
18  helping me make my bed.
19      Q    How old are the grandchildren that live
20  with you?
21      A    The oldest one now is 16.  She's a great
22  helper.  She also makes money for it, but she's a
23  great helper.  She doesn't ask for the money.  I
24  just feel like she's earned it.  She has -- she has
25  a lot of stuff she does for me.

**Page 172**

1      Q    And the next age?  16.
2      A    And then her brother's 14.  And he's a big
3  help.  Like if I park in front, even if he's not
4  going with me, he'll come down the sidewalk and put
5  his arm out for me to step down and then with the
6  curb for me to step down.  He's just there to make
7  sure I don't lose my balance.  He'll walk me to the
8  car barefoot even, but I don't like that.  I don't
9  like them running around barefoot outside.
10      Q    And the last age?
11      A    Oh, she's four.  She's the princess.  I'm
12  sorry.  She just turned five December 2nd, and she
13  is the princess of the house.
14      Q    Any other changes to your lifestyle than
15  what we've spoken about?
16      A    Well, I don't travel by car like I'd love
17  to.  I don't hang out with my girlfriend as often.
18  We used to go like every two weeks.  Now we're down
19  to we're lucky if we get two times a year.
20      Q    Do you drive your own car for errands and
21  whatnot?
22      A    Yeah.  But I don't -- I try to make -- I
23  try to do everything online.  Like I do my shopping
24  online.  I do anything I need, bank business,
25  online.

**Page 173**

1      Q    At one point you were a -- if I have this
2  right -- you were a Justice of the Peace?
3      A    No, no.
4      Q    Do you have -- like conduct weddings?  No?
5      A    I didn't conduct the weddings.  Roger
6  conducted the weddings.
7      Q    Oh.  Oh, okay.
8      A    I would just put together the ceremonies
9  for him.
10      Q    Oh, okay.
11      A    I wasn't --
12      Q    When did you stop doing that?
13      A    We stopped that -- I don't even remember
14  what year now.  He used to have a website that I
15  took care of.  But during the height of my really
16  bad problems, which would have been some time
17  between August and October, that website was
18  supposed to be renewed.  And I kept getting those
19  E-mails, but I thought they were something else.
20           And so they dropped the website, and so
21  Roger said leave it down, because it would be too
22  hard for me to put the ceremonies together for him
23  anyway.
24      Q    So are you saying that stopped --
25      A    Right.

## MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.
### Maxine White on 12/19/2018

Pages 174..177

**Page 174**

1  Q   -- after the incident?

2  A   Right.  The only -- he has two weddings

3  that -- he's got one in July and one in January of

4  next year, but it's because he's already married

5  other family members.  They know our phone number

6  and they call and then Roger will do them.  But two

7  things I can handle.  That's not bad.

8  Q   Okay.

9  A   He just -- I just can't handle a website

10  and him getting booked continued -- constantly.

11  He'd have to find somebody else to help him.

12  Q   Okay.  And do you have any social media

13  accounts, Facebook?

14  A   No.  I used to be on it, but I decided it

15  was just nosy.

16  Q   Was that before or after the incident?

17  A   I got off of it after.

18  Q   All right.

19  A   I got off of it when our President got

20  elected.

21  Q   Okay.  All right.  You want to take

22  another break?  I think I might be done.

23  A   You're done or --

24  Q   I might be.  I just want to kind of go

25  through everything.

**Page 175**

1  A   Okay.

2      THE VIDEOGRAPHER:  The time is 12:52.

3  This the end of Media 3.  We are off the record.

4      (Off the record 12:52 to 12:56)

5      THE VIDEOGRAPHER:  The time is 12:56.

6  This is the beginning of Media 4.  We are on the

7  record.

8  Q   (By Mr. Comerford)  All right.  Again,

9  you're under oath, I just want to remind you.

10      My last set of questions are about a

11  history of smoking.  When did you start smoking?

12  A   16.

13  Q   And are you smoking now?

14  A   No.

15  Q   When did you stop smoking?  I should ask

16  this, when was your last cigarette?

17  A   December 22nd of 2015, before I went to do

18  the next surgery.  Dr. Madera said she'd make a deal

19  with me, she'd do -- because we knew we had to take

20  the disc out.  Instead of cutting a little piece of

21  disc off my hip bone, she would use a cadaver disc,

22  but only if I quit smoking.  Well, that would only

23  be one cut instead of two, so I said okay.

24  Q   And you have never had a cigarette since?

25  A   Huh-uh.

**Page 176**

1      MR. HEPWORTH:  Is that a no?

2      THE WITNESS:  No.

3  Q   (By Mr. Comerford)  So from the age of 16

4  or whatever, it was 30-something years you smoked?

5  A   Probably.

6  Q   How much?

7  A   A pack a day.

8  Q   And what brand?

9  A   Kool Filter Kings.

10  Q   Always?

11  A   Always.

12  Q   Kool Filter Kings?

13  A   (Witness nods head.)

14  Q   Yes?

15  A   Yes.

16  Q   Yeah.  That's it.

17      MR. COMERFORD:  I'm done.  Thanks.

18      MS. SALINAS:  Need the mic.

19      MR. COMERFORD:  Oh.

20      THE VIDEOGRAPHER:  Will you tape

21  that?

22          EXAMINATION

23  BY MS. SALINAS:

24  Q   I'm sorry.  You ready to go?

25  A   Uh-huh.

**Page 177**

1  Q   Okay.  My name is Joanna Salinas.  I

2  represent the City of Austin.  I only have a few

3  things, and I'll be jumping around a little bit,

4  because you've already been thoroughly questioned.

5  And I don't want to waste our time on things that

6  have already happened.  Okay?

7  A   Okay.

8  Q   When you were talking about getting from

9  the area where you checked in your luggage to where

10  you wait for the shuttle bus, did you go through

11  Security at the normal level and then you went

12  downstairs after, or did you go through Security

13  after you had gone downstairs?

14  A   No.  I went through Security after she

15  picked me up near the check-in place where you go in

16  and you say who you are and give them your license.

17  Then we went through Security.

18      But the difference is when you're in a

19  wheelchair they have a side gate.

20  Q   Right.

21      And I -- I -- I think everyone wants to

22  try to be done, so I'm going to stay -- make you

23  stick to my questions.  Okay?

24  A   Okay.

25  Q   So I just want to know if you went to

MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.
Maxine White on 12/19/2018                   Pages 178..181

**Page 178**

1  Security upstairs --
2      A    Yes.
3      Q    -- or if you went to Security downstairs?
4      A    Upstairs.
5      Q    All right.  So before -- they wheeled you
6  over to the regular Security area, but they put you
7  through an aisle that's for wheelchair users.
8  Correct?
9      A    Correct.
10     Q    And then after you went through Security
11 that's when they took you to an elevator that took
12 you downstairs to the waiting room downstairs?
13     A    Correct.
14     Q    And then in the waiting room downstairs
15 you were in like a -- a waiting room.  Correct?
16     A    Right.
17     Q    And that's where everyone else boarded the
18 shuttle, and you and the kind of two other groups
19 waited for the shuttle to come back?
20     A    Correct.
21     Q    Between the time you arrived at the
22 airport and went to the Frontier counter and the
23 time you got downstairs where you were waiting for
24 the shuttle bus, did you ever talk to anyone who was
25 employed by the City of Austin?

**Page 179**

1      A    I don't believe so.
2      Q    The people you dealt with were either the
3  TSA Security people or someone who was there either
4  hired by or on behalf of Frontier.  Correct?
5      A    Correct.
6      Q    And then when you got downstairs and you
7  were waiting for the shuttle bus was there anyone
8  from the City of Austin that you dealt with there?
9      A    No.
10     Q    So the first people you dealt with from
11 the City of Austin, as far as you know, were the
12 firefighters who came up once you arrived on the
13 shuttle bus?
14     A    Correct.
15     Q    You talked about having a conversation
16 with the gentlemen who were there from the Fire
17 Department.
18         Other than speaking to them initially as
19 they were about to walk through and then I think you
20 had two sentences you all had when you were upstairs
21 after you arrived at the plane itself --
22     A    Uh-huh.
23     Q    -- any other communications you had with
24 anyone from the Fire Department besides what you've
25 already told us about?

**Page 180**

1      A    I don't believe so.
2      Q    No other small talk, no other discussion
3  about the transport itself.  Correct?
4      A    Correct.  I -- I don't -- I don't believe
5  I had any.  I sent an E-mail --
6      Q    Right.  We'll get to that afterwards.
7      A    Okay.
8      Q    But -- but there, at the airport, ready to
9  board your plane --
10     A    That was the only two.
11     Q    Perfect.
12         And no one else you talked to from the
13 City of Austin that you know of once you arrived
14 there at the tarmac and as you went onto the plane,
15 just the two firefighters?
16     A    Correct.
17     Q    The communication -- I've kind of looked,
18 and I think -- I haven't seen in the documents that
19 I have from -- from you the -- the E-mail that you
20 talked about sending to Frontier, City of Austin.
21         I know you sent one, right, because I know
22 there's a response.  But I haven't seen what you
23 sent.  Have you seen that in the documents you've
24 reviewed?
25     A    The -- that I've reviewed today?

**Page 181**

1      Q    Any -- that you reviewed.
2          I know you said you reviewed documents to
3  prepare for the deposition.  Do you remember seeing
4  that document?
5      A    No.  I didn't see it recently, but I --
6  well, let me backtrack.
7          I did see it recently, but on my computer.
8  I was looking for something from the time period
9  when I was doing this last pack of paperwork that we
10 turned in just Wednesday, I think.
11     Q    Sure.
12     A    And there was some information like a date
13 or something and I was having to go through a bunch
14 of the E-mails trying to find the specific E-mail
15 that I was referencing.  But, yes, I did see it on
16 my computer, though.
17     Q    All right.  So I -- I would ask you if
18 you'll go back to where you found that and print and
19 give to your attorney that communication, because I
20 haven't seen that yet.
21     A    Okay.
22     Q    And was it one E-mail communication that
23 was to both Frontier people and to City of Austin
24 people or two different E-mails that you first sent?
25     A    I think it was the same E-mail, but I'm

MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.
Maxine White on 12/19/2018                                    Pages 182..185

**Page 182**

1   not 100 percent certain of that.
2       Q    And that E-mail is one that you sent while
3   you were still in Colorado before you'd come back to
4   Austin?
5       A    Yes, yes.
6       Q    And did you get an E-mail response at that
7   point after you sent it?
8       A    I didn't get anything back at that point
9   from Aviation.  But I did from Special Needs of
10  Frontier.
11      Q    Okay.  So -- and I don't think I've seen
12  that, either.  So if you will -- when you're doing
13  your search, any E-mails that you have that are to
14  or from the City and any representative of the City
15  to Frontier and any representatives of Frontier
16  related to this incident, will you get everything
17  that you can find and provide that to your attorney?
18      A    I sure will.  He may already have it.
19      Q    Okay.  Well, that -- if you will just make
20  sure.  We want to make sure we have everything
21  that -- that exists.  And -- and I'm hearing about a
22  few things that I don't recall seeing.
23      A    Okay.
24      Q    Other than -- so did you end up in a
25  dialogue with the Frontier people?

**Page 183**

1            I know that you said they E-mailed you
2   back.  Did you E-mail them, they E-mail you --
3       A    No.
4       Q    -- or was it just the one exchange?
5       A    It was the one exchange.  She assured me
6   that we would be pulling up to a chute.  There was
7   no loading or unloading on the -- from the tarmac.
8       Q    For the return flight?
9       A    For the return flight.
10      Q    So she E-mailed you --
11      A    Because I wasn't going on it --
12           THE WITNESS:  I'm sorry.
13      Q    She E-mailed you back before you had left
14  Colorado?
15      A    Yes.
16      Q    Other than that one E-mail exchange with
17  Frontier, any other E-mail exchanges with Frontier?
18      A    I can't remember.  I've got a lot of
19  E-mails.  So I'd have to look back and see if there
20  were.
21      Q    Okay.  I know that you received a letter
22  from Stephanie from City of Austin, right, who
23  answered you later, right?  You had already -- you
24  were back in Austin by the time you got her
25  response.  Correct?

**Page 184**

1       A    Correct.
2       Q    Other than that correspondence from the
3   City of Austin, is there any other communication in
4   writing with the City that you're aware of?
5       A    Yes, there was.  And I got a response.  I
6   had written to the Mayor's or the City Manager's
7   office - I can't remember which now - and I got a
8   response from a John Cortez.  I know his last name's
9   Cortez, because I just saw the E-mail recently.
10           And he worked -- he worked in the Mayor's
11  office, I believe.  And he just said -- his was so
12  brief, "I'll check on it."  That was it.  I thought
13  that's an employee who's not going to look into it.
14      Q    So other than that, that's all you
15  remember getting from the City?
16      A    Yes.
17      Q    Is there any conversations you had on the
18  phone with anyone from the City of Austin about this
19  incident?
20      A    No.
21      Q    Any phone conversations you had with
22  anyone from Frontier about this incident?
23      A    Not phone conversations, no.
24      Q    All right.  So you'll go back, you'll
25  gather any written E-mails or letters that you have

**Page 185**

1   to or from the City or Frontier and you'll get them
2   to your lawyer?
3       A    Well, he already has the Frontier's, I
4   think.
5            MR. COMERFORD:  Your lawyer.
6            THE WITNESS:  I'm sorry.
7       Q    (By Ms. Salinas)  Get it to your lawyer.
8       A    Right.
9       Q    We just -- we want to make sure we have
10  everything.
11      A    Okay.
12      Q    So -- and -- and now you've told me for
13  sure that you've got it.  Right?  Not everybody can
14  find things in their old E-mail, but you've just
15  seen it.  So it -- you should be able to make a copy
16  of that and get it off to your lawyer?
17      A    Right.
18      Q    I'd much prefer to have two copies of
19  something and discover there was something you
20  thought we had that we didn't.
21      A    Okay.
22      Q    Okay?
23           At the time of the incident you did not
24  tell anyone from the City that you thought that
25  you'd been hurt as you were going up the stairs.

MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.
Maxine White on 12/19/2018                    Pages 186..189

**Page 186**

1  Correct?
2       A.  No.  The -- the only people that was from
3  the City were the two firemen, and they were doing
4  what they were told to do.  They weren't -- they
5  didn't come and say, oh, we'll just carry you up
6  this chair and scare you to death and see if we can
7  make your back a little bit more -- no.  They --
8  someone between Frontier and the City had a
9  conversation for whatever the real reason was.
10  Derek told me they were doing a test run, and that's
11  why we were loading off the tarmac.  Whether or not
12  that was true, I don't know.
13       But I also have seen that they didn't have
14  a chute.  But there were a lot of empty ones, so did
15  they mean they didn't have someone to work the
16  chute?  Well, they had to work the plane off the
17  tarmac.  So, you know, I don't have any idea.
18       The firemen were just doing what they were
19  told.  And somebody -- I don't -- have never known
20  who's responsible for supplying the equipment in an
21  airport that a handicapped person needs.  Like they
22  bought the -- the City bought the lift.  But is it
23  their responsibility to have it or is it Frontier's
24  responsibility?
25       Q.  The fire --

**Page 187**

1       MR. HEPWORTH:  Objection;
2  nonresponsive.
3       Q.  The firefighters that showed up were
4  respectful of you?
5       A.  Oh, yes.
6       Q.  You don't have any complaint about --
7       A.  Oh, no, they were very nice.
8       Q.  You've got to let me finish.  Okay?
9       THE REPORTER:  Guys, please.
10       MS. SALINAS:  Right.
11       THE REPORTER:  Yeah.
12       Q.  (By Ms. Salinas)  You don't have any
13  complaints about the way the firefighters spoke with
14  you.  Correct?
15       A.  Correct.
16       Q.  You don't have any complaints that they
17  were rushing or being impatient with you?
18       A.  No.
19       Q.  Did you feel like they were being careful
20  as they were getting -- you know, going up the
21  stairs carrying this chair?
22       A.  They were doing the best they could --
23       Q.  They --
24       A.  -- under the circumstances.
25       Q.  Right.

**Page 188**

1       You felt like they were trying to do it
2  right.  Correct?
3       A.  Yes.
4       Q.  You didn't think they were trying to be
5  careless?
6       A.  No.
7       Q.  They weren't unmindful of -- of using
8  care.  Correct?
9       A.  Correct.
10       Q.  You felt like they were being reasonably
11  careful given the circumstances they were faced
12  with?
13       A.  Correct.
14       MS. SALINAS:  You know, I'll pass the
15  witness.
16       MR. HEPWORTH:  Just take this right
17  off then?
18       THE VIDEOGRAPHER:  You know what, I'm
19  just going to -- you go right ahead and talk, and
20  I'll turn that up.
21       MR. HEPWORTH:  Okay.  Fantastic.
22       EXAMINATION
23  BY MR. HEPWORTH:
24       Q.  Good afternoon, Ms. White.  My name is
25  Andrew Hepworth.  I represent Flight Services and

**Page 189**

1  Systems.  Do you understand who I am?
2       A.  You're with the City of Austin Aviation?
3       Q.  Flight Services and Systems.  It's a
4  vendor at the airport.
5       A.  Oh, I didn't know that.  Okay.
6       Q.  Is it all right if I refer to Flight
7  Services and Systems as FSS --
8       A.  Sure.
9       Q.  -- you'll understand who I'm talking
10  about?
11       A.  Sure.
12       Q.  Have you gone by any other names besides
13  Maxine White?
14       A.  No.
15       Q.  Maiden name?
16       A.  Miller.
17       Q.  Miller?
18       A.  Uh-huh.
19       Q.  And do you have a middle name?
20       A.  May.
21       Q.  M-A-Y?
22       A.  Uh-huh.
23       THE REPORTER:  You have to speak up.
24       THE WITNESS:  I'm sorry.
25       Q.  (By Mr. Hepworth)  Do you recall talking

MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.
Maxine White on 12/19/2018                                    Pages 190..193

Page 190

1  to anyone about this incident either on the date of
2  the incident or after the incident -- anyone who
3  worked for FSS?
4      A    No.
5      Q    Do you recall talking to anyone else at
6  the gates besides the woman pushing you in the
7  wheelchair, Derek and the Frontier check-in lady?
8      A    There was no one else, no.
9      Q    Okay.  You had described a number of falls
10 unrelated to this incident, both before and after
11 the incident.  Is that correct?
12     A    Correct.
13     Q    Approximately how many falls have there
14 been unrelated to this incident?
15     A    Okay.  I've had two this year.  I would
16 say three or four.
17     Q    Three or four after the incident.
18 Correct?
19     A    Yes.
20     Q    And then there have been falls --
21     A    Well, wait.  Maybe four or five.  If --
22 after the incident I fell twice before the
23 surgeries.  And then that would have moved us into
24 '16.  And I think I fell once there.
25          '17, I don't think I fell.  But this year

Page 191

1  I've fallen twice in February.
2      Q    Upwards of five --
3      A    Yeah.
4      Q    -- after the -- the incident?
5      A    (Witness nods head.)
6      Q    Is that a yes?
7      A    Yes.  I'm sorry.
8      Q    And prior to the incident there were a
9  number of falls, as well?
10     A    I fell.  I just don't remember how many.
11     Q    Okay.  These falls, you have both caught
12 yourself before hitting the ground, correct, and
13 then there have been times where you have hit the
14 ground in these falls?
15     A    Yes.
16     Q    All right.  You also described a 2017 fall
17 wherein you hurt your head and you said you had fell
18 straight back.  Is that correct?
19     A    Straight back, correct.
20     Q    Straight back onto your back?
21     A    Yes.
22     Q    And you hit your head?
23     A    Yes.
24     Q    Okay.  Would -- could you describe that
25 impact, rate it one out of ten, two of ten, ten out

Page 192

1  of ten?
2      A    I would say six.  It hurt.
3      Q    Would you say that that impact was harder
4  than the impact in the incident where you described
5  it a four out of ten?
6      A    They were different types, so the head
7  hurt a lot.  I thought my head was bleeding.  I --
8  I -- I was like I know there's blood, and I couldn't
9  feel any liquid.  They were just different kind of
10 impacts and falls, you know.  They weren't --
11     Q    But it was a harder impact?
12     A    Right, right, right.  Because I went
13 straight back.
14     Q    And when you say straight back, you didn't
15 kind of flip all the way back right onto your head.
16 There was -- there was an impact first with your
17 buttocks --
18     A    No --
19     Q    -- and then your back?
20     A    -- my head.
21     Q    Your head hit before anything else?
22     A    Yes.  And my granddaughter who was four at
23 the time, she come over and looked at me and said,
24 "Are you okay, grandma?  You broke your little
25 head."

Page 193

1          But I was just fortunate I did not hurt
2  myself at all other than my -- there was a spot in
3  my head that Dr. Le could see where the -- the blood
4  had formed and how close it was to actually breaking
5  my head open, and it was long.  It was a really long
6  area.
7      Q    Okay.  And were there -- have there been
8  other falls prior to the incident where you fell and
9  contacted the ground -- fell to the ground?
10     A    Forward.
11     Q    Forward?
12     A    Right.  One time I -- this last year --
13 the other fall in seven -- that -- that I've had
14 this year, I'm sorry, I was going into the living
15 room.  And just as I went -- the -- the living room
16 is sunken in the house, so you have to step down.
17 And just as I went to step down, I could feel that
18 my -- my -- it's like my spine just goes
19 (descriptive noise) and you fall.  And I managed to
20 throw myself into the loveseat.  I just threw myself
21 over the arm of it.  And waited until I felt like I
22 could sit down there.  And then so I kind of inched
23 around, but it's -- most of the falls are not that
24 hard, and they're usually forward.
25     Q    Okay.  Well, my -- my question is a little

MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.
Maxine White on 12/19/2018                          Pages 194..197

Page 194

1  more specific, and it's -- it's about the harder
2  falls.
3      A    Okay.
4      Q    Were there --
5      A    Well, the only harder one was my head.
6      Q    I understand that.
7           I'm talking about pre-incident, so before
8  June of 2015 there had been falls where you fell
9  forward and you fell to the ground.  Is that
10 correct?
11     A    Correct.
12     Q    Okay.  And did you have to seek medical
13 care as a result of any of those falls?
14     A    I can't remember if I did or not, because
15 after a while -- I mean, Dr. Le and Dr. Guerra both
16 knew that I was falling.  And only until I had that
17 last MRI where Dr. Madera saw what was going on in
18 my neck with that disc that had to be replaced, I
19 had to go to the emergency room and have MRIs done
20 to make sure that I hadn't done some other damage in
21 the fall.
22          So when I fell going into the restaurant,
23 I fell on my knees and kind of turned my ankle.  So
24 I did go to -- I did go to MRI -- or go and have
25 MRIs done that day at the hospital.  So falls since

Page 195

1  the incident --
2      Q    Prior to the incident.
3      A    Prior to?  No.  I would just make an
4  appointment and go in and see the doctor and let her
5  know I was falling again.
6      Q    Have you been given any physical
7  limitations by your doctors as to what you cannot
8  do?
9      A    Well, I know my own physical limitations.
10 I can't --
11     Q    Well, my question is more specific --
12     A    Right.
13     Q    -- again.  Please let me finish.
14          Have you been given any physical
15 limitations by your doctors as to what you cannot
16 do?
17     A    The limitation is I do what I can do, and
18 I know when to stop.  And that has been said by all
19 three of my doctors, Dr. Le, Dr. Madera and
20 Dr. Guerra.
21     Q    Okay.  You described a little bit what --
22 how your life has changed since the incident.  For
23 instance, what activities you can no longer
24 participate in.  And you talked about going to the
25 coffeehouse with your girlfriends.

Page 196

1      A    Right.
2      Q    Are there any other activities, hobbies,
3  clubs, religious organizations where you can no
4  longer participate because of this incident?
5      A    Travel by car.  I love traveling by car.
6  I love to go to Coushatta in, you know, Louisiana.
7  That's a five-and-a-half hour drive.  So I don't go
8  there.  I haven't gone up there in some years, but
9  I'd love to go.  I just don't feel my body's ready
10 for that kind of a trip.
11     Q    And it's the driving in particular?
12     A    Right.  It's the driving and the sitting.
13 Like, now, my back is really bothering me.  So soon
14 as I get to the car, I will take some medicine.  But
15 I can't sit for long periods of time.  It -- it just
16 makes that lower spine start hurting really bad.
17     Q    Besides sitting and walking, what other
18 physical limitations do you feel like you have,
19 reaching, bending --
20     A    I can't -- right.  I -- if I get on the
21 floor, I want to do something on the floor, like I
22 have this one cabinet that I'd love to be able to
23 sit down on the floor and clean the thing out.  But
24 if I get down on the floor, if there's no one else
25 there, I'll be staying on the floor until somebody

Page 197

1  comes home.  I'm -- my body can't pick me up no
2  more -- longer at all.
3      Q    Have you ever been involved in a motor
4  vehicle accident before?
5      A    When Daniel was about seven months old I
6  had just left our credit union, and a car -- the
7  traffic was really bad.  It was around
8  5:00-something.  I thought it was really bad.  It's
9  really bad now.
10          Daniel is 37 now, so he was not even a
11 year old.  So I started going across across [sic]
12 and a car came and cut through and hit me.  And he
13 was at fault.  He -- he should have stopped and made
14 sure there wasn't anybody else coming up in the
15 other lane.  But that's -- I've only been in a
16 couple of accidents in my whole life.  That was --
17 that was one of them.
18     Q    So there's that accident about 35,
19 36 years ago?
20     A    Yeah.
21     Q    Did you -- was an ambulance called?
22     A    No.
23     Q    No.
24          Did you seek any kind of medical
25 treatment?

## MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.
### Maxine White on 12/19/2018                     Pages 198..201

**Page 198**

1    A    No.
2    Q    Have there been any accidents more
3  recently?
4    A    Oh, Lord, no.
5    Q    That was the last accident?
6    A    That was the last accident I was in.
7    Q    On the date of the incident, were you ever
8  given an opportunity to cancel your flight or change
9  your flight?
10   A    No.
11   Q    Did you ask?
12   A    No.  I didn't have any clue as to what was
13  going to happen until we got outside and then they
14  couldn't take the wheelchair up.  And I had to be on
15  that flight.  I -- I just felt like I had to be on
16  it.
17         Well, then the fireman came, and that was
18  the only solution they had.  They didn't offer to
19  drive it up to one of those vacant chutes and let me
20  climb on.
21   Q    What vacant chutes are you talking about?
22   A    There were some -- they -- one of the
23  things has been said is the reason we loaded down
24  there was they didn't have any available chutes.
25   Q    And who told you that?

**Page 199**

1    A    It was in one of those papers I saw, one
2  of the things that I just -- I just recently did.
3  And the day of it, I had met that Frontier employee
4  named Derek and told me it was a test run.  They
5  were trying to see how long it would take to load
6  all the passengers off of there where we were at.
7  And the next day he was flying to Florida - I don't
8  remember what city - and doing the same thing there.
9    Q    Okay.  When you were faced with the rescue
10  chair I think is what you called it?
11   A    I called it, right.
12   Q    Did you then request to cancel your flight
13  or change it?
14   A    Well, no, because I had no clue what --
15  how it was going to work out at that --
16   Q    You -- you said that you felt like you had
17  to be on that flight --
18   A    Right.  I wanted to be with my family.
19   Q    Please let me --
20   A    I'm sorry.
21   Q    -- finish my question.
22         Why did you feel like you had to be on
23  that flight?
24   A    Because that's when I had booked the
25  flight to go and visit with my family and go to

**Page 200**

1  Estes Park.  It's a place -- there's tons of cabins
2  and all kind of other places you can rent, because
3  it's right there at the Rocky Mountain National
4  Park.
5    Q    Can you describe the flight to Denver on
6  the date of incident?  Was there turbulence at all?
7    A    I don't remember.  I'm sorry, I don't
8  remember.  I know that once I got in that seat,
9  almost immediately, the lady came and brought me
10  some water.  I got in my purse.  I took the medicine
11  out I needed, and I just sat back and closed my
12  eyes.  Because this gentleman next to me did not
13  want me to bother them at all.  They were already
14  mad at me.
15   Q    I think you have rated your pain the
16  morning of the incident before you were boarded on
17  the plane as a two out of ten, and then it -- it was
18  more like a six out of ten after the incident.  Is
19  that correct?
20   A    Right.  That's correct.
21   Q    This was not the worst back pain that you
22  had experienced before.  Is that correct?
23   A    That's correct.
24   Q    You had previously had worse back pain --
25   A    Yes.

**Page 201**

1    Q    -- 14 out of ten I think you described?
2    A    Well -- I'm sorry?
3    Q    You had described back pain as a 14 out of
4  ten.  Is -- is that correct?
5    A    Right.  That was a sciatic nerve.
6    Q    Have you sought any kind of psychological
7  or psychiatric treat -- treatment after this
8  incident?
9    A    No.
10   Q    You described it as terrifying --
11   A    It was.
12   Q    Did you feel like you needed to seek any
13  kind of counseling as a result of the incident?
14   A    No.
15   Q    I have no more questions.
16        MR. HEPWORTH:  I'll pass the witness.
17        MR. LEVINE:  No further questions.
18        THE REPORTER:  Anybody?
19        MR. COMERFORD:  I'm done.
20        THE VIDEOGRAPHER:  All right.
21  Standby.  The time is 1:24.  This is the end of
22  Media 4 and the conclusion of the deposition.  We
23  are off the record.
24        (Off the record 1:24 p.m.)
25

MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.
Maxine White on 12/19/2018                           Pages 202..205

**Page 202**

1           CHANGES MADE TO DEPOSITION
2       No erasures or obliterations of any kind are to
    be made to the original testimony as transcribed by
3   the deposition officer.  Please enter the page
    number, line number and reason for such change or
4   correction below.
5   PAGE     LINE        CHANGE          REASON
6   _____
7   _____
8   _____
9   _____
10  _____
11  _____
12  _____
13  _____
14  _____
15  _____
16  _____
17  _____
18  _____
19  _____
20  _____
21  _____
22  _____
23  _____
24  _____
25  DATE                            MAXINE WHITE

**Page 203**

1       I, MAXINE WHITE, have read the foregoing
2   deposition and hereby affix my signature that same
3   is true and correct, except as noted above.
4
5
                _____
6                            MAXINE WHITE
7
8   THE STATE OF TEXAS)
9   COUNTY OF TRAVIS )
10
11      Before me, _____, on
12  this day personally appeared (description of
13  identity card or other document) to be the person
14  whose name is subscribed to the foregoing instrument
15  and acknowledged to me that they executed the same
16  for the purposes and consideration therein
17  expressed.
18
19      Given under my hand and seal of office
20  this _____ day of _____, 2019.
21
22
23
                NOTARY PUBLIC IN AND FOR
24              THE STATE OF TEXAS
25

**Page 204**

1           IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF TEXAS
2                    AUSTIN DIVISION
3
4   MAXINE WHITE,                    *
            Plaintiff          *
5                                    * A-16-CV-1266-AWA
    V.                               *
6                                    * JURY DEMAND
    FRONTIER AIRLINES, INC.,         *
7           Defendant                *
                    -                *
8   THE AUSTIN FIRE DEPARTMENT,      *
    THE CITY OF AUSTIN AVIATION     *
9   DEPARTMENT, AUSTIN-BERGSTROM    *
    INTERNATIONAL AIRPORT, THE       *
10  CITY OF AUSTIN, AND FLIGHT      *
    SERVICES & SYSTEMS, INC.,        *
11     Third-Party Defendants. *
12
            REPORTER'S CERTIFICATION
13          DEPOSITION OF MAXINE WHITE
                DECEMBER 19, 2019
14
15      I, Rhonda Howard, Certified Shorthand
16  Reporter in and for the State of Texas, hereby
17  certify to the following:
18      That the witness, MAXINE WHITE, was duly
19  sworn by the officer and that the transcript of the
20  oral deposition is a true record of the testimony
21  given by the witness;
22      That the deposition transcript was
23  submitted on the 7th day of January, 2019 to Mr.
24  Joel A. Levine, THE LAW OFFICE OF JOEL A. LEVINE, PLLC, 1515 W.
25  Koenig Lane, Austin, Texas  78756, (512) 982-1510,

**Page 205**

1   for the witness's examination, signature and return
2   to me by the 6th day of February, 2019;
3           That pursuant to information given to the
4   deposition officer at the time testimony was taken,
5   the following includes counsel for all parties of
6   record:
7           Mr. Joel A. Levine, Attorney for Plaintiff
            Mr. Patrick J. Comerford, Attorney for
8   Defendant
            Mr. Andrew T. Hepworth, Attorney for
9   Defendant
            Ms. Joanna Lippman Salinas, Attorney for
10  Defendant
11      I further certify that I am neither
12  counsel for, related to, nor employed by any of the
13  parties or attorneys in the action in which this
14  proceeding was taken, and further that I am not
15  financially or otherwise interested in the outcome
16  of the action.
17      Further certification requirements
18  pursuant to Rule 203 of TRCP will be certified to
19  after they have occurred.
20
21
22
23
24
25

**MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.**
**Maxine White on 12/19/2018**                    **Page 206**

Page 206

```
 1              Certified to by me, this 7th of January,
 2    2019.
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14                  Rhonda Howard
                    _____
15                  RHONDA HOWARD, Texas
                    Expiration Date 12/31/20
                    HUSEBY AUSTIN
16                  7000 North Mopac Expressway
                    2nd Floor
17                  Austin, Texas  78731
                    (512) 687-0424
18
19
20
21
22
23
24
25    Job No. 221429 RH
```

MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.
Maxine White on 12/19/2018                    Index: $10..10th

Exhibits

WhiteM A
  4:11  18:5

WhiteM AA
  5:16  74:9,
  14,21,23

WhiteM B
  4:13

WhiteM BB
  5:17  77:4

WhiteM C
  4:15

WhiteM CC
  5:18

WhiteM D
  4:16  53:9

WhiteM DD
  5:19  77:19

WhiteM E
  4:17

WhiteM EE
  5:20  78:21

WhiteM F
  4:18  57:4

WhiteM FF
  5:21  82:22

WhiteM G
  4:19  57:23
  59:15

WhiteM GG
  5:22

WhiteM H
  4:20  60:5,
  18

WhiteM HH
  5:23  85:7

WhiteM II
  5:24

WhiteM J
  4:22

WhiteM JJ
  5:25  86:18

WhiteM K
  4:23  62:1

WhiteM KK
  6:3  87:9

WhiteM L
  4:24

WhiteM LL
  6:4

WhiteM M
  4:25  63:4

WhiteM MM
  6:5

WhiteM N   5:3

WhiteM NN
  6:6

WhiteM O   5:4
  64:14,21

WhiteM OO
  6:7

WhiteM P   5:5
  66:10  67:4

WhiteM PP
  6:8

WhiteM Q   5:6

WhiteM QQ
  6:9

WhiteM R   5:7

WhiteM S   5:8
  69:2

WhiteM T   5:9
  70:11

WhiteM U
  5:10

WhiteM V
  5:11  71:16

WhiteM W
  5:12

WhiteM X
  5:13

WhiteM Y
  5:14

WhiteM Z
  5:15

$

$10    166:9

$100   167:2

$2,000
  167:5,8

$200   167:3

$300   166:23

$4,000   166:2

$70   166:10

-

--talk
  137:24

0

03   44:7

08   22:9
  27:7

09   22:9
  42:13
  61:15,16

1

1   7:6  23:20
  66:4

1-milligram
  160:2

10   22:8
  42:10,12
  96:17  97:9
  168:14

100   94:18
  182:1

100-dollar
  166:24

10:08   66:3,5

10:19   66:5,6

10:48   86:2

10th   88:10
  96:22

**MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.**
**Maxine White on 12/19/2018**          Index: 11..2014

11   22:8
  42:10
  66:17

11/6/14   5:19

1100   2:9
  3:10

11:20   89:23

11:30   89:21
  95:22

11:40
  130:10,12

11:55
  130:12,13

12   42:10
  56:15
  74:25
  111:10

12/19/14
  5:20

12/7/16   6:8

1255   36:2

12:52   175:2,
  4

12:56   175:4,
  5

13   44:4

13th   63:5

14   48:1
  82:14
  86:10
  141:17
  144:11
  172:2

201:1,3

148   53:20

14th   67:5
  71:23

15   23:2
  61:15
  80:15
  110:8
  141:17
  144:11
  161:5

150   3:20

1515   3:5

16   49:15
  112:8
  161:4
  171:21
  172:1
  175:12
  176:3
  190:24

17   23:2
  190:25

1717   3:15

176   4:5

17th   53:24

18   119:3

183   37:8
  47:20

188   4:6

18th   50:6

19   38:5
  44:7 74:14

192   46:20

1920   74:24

195   47:12

19601   32:24

1971   38:6

1978   37:23

1986   25:22

1989   24:11
  25:14

1998   38:14,
  15 39:12,
  19 45:10

19th   2:5
  7:4 78:22
  81:10 90:3

1:24   2:6
  201:21,24

_____
2

2   23:16
  66:7
  130:11

2/25/13   5:7

20   52:25
  57:4
  98:20,21
  105:23
  110:5,8
  166:10

20/30   37:2

2000   43:7

2003   44:7

2005   43:1

2007   40:4,7

2008   27:7

2009   53:24
  54:17,18,
  24 55:9
  60:20 61:4
  153:20
  154:1

2010   4:25
  42:11
  57:21 58:2
  59:4 60:19
  61:16 62:3
  63:5 66:16

2011   64:22
  65:6
  66:17,18
  67:5 68:23

2012   27:3,5
  31:6,7
  39:17,19
  40:10
  79:23
  101:16

2013   48:1
  80:2 82:12

2014   44:4
  48:2 69:5
  71:23 75:5
  77:5,22
  78:10,22
  81:11

MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.
Maxine White on 12/19/2018

**2015**  43:1
  49:15
  80:15,17
  82:22 85:9
  86:20
  97:11
  168:14
  175:17
  194:8
**2016**  49:15,
  16 161:3
  168:20
**2017**  163:3
  168:22,23
  191:16
**2018**  2:5
  7:4
**202**  4:2
**2021**  70:12
**203**  4:7
**204**  4:7
**20th**  160:25
  161:23
  162:1
**21**  85:12
  89:25 90:1
  94:25
**213**  46:22
  47:2
**214 462-3039**
  3:16
**217**  60:5,
  13,19

**219**  60:13
**21st**  84:22
  88:13 95:9
**22**  89:25
**221**  2:9
  3:10
**222**  60:13
**224**  62:2
**22nd**  85:9
  150:11
  161:24
  162:1
  175:17
**232**  63:4
**24**  77:21
**240**  54:4
**25**  105:23
**2530**  3:20
**26**  57:5,6,
  7,19 59:6
  77:21
**2600**  40:15
  56:5
**26th**  80:15
**28**  77:22
**2nd**  172:12

**3**

**3**  4:2 23:5,
  20 130:14
  162:14,15

**175:3**
**3/22/10**  4:17
**30**  37:2
  128:3
  135:7,8
  170:2
**30-minute**
  139:12
**30-something**
  176:4
**30s**  119:15
  134:23
**30th**  82:22
  86:20
**3100**  3:15
**31st**  75:5
**320**  86:18
**322**  77:5
**323**  77:5
**324**  77:5
**33**  64:15
**33rd**  170:2
**35**  197:18
**36**  197:19
**37**  25:3
  197:10
**3rd**  101:16

**4**

**4**  56:24
  63:6

**162:14**
  175:6
  201:22
**4-16**  69:5
**4-30-15**  83:1
**4-milligram**
  160:1
**4/16/14**  5:8
**4/17/09**  4:16
**4/20/16**  6:7
**4/22/15**  5:23
**4/24/15**  5:24
**4/3/17**  6:9
**4/30/15**  5:21
**40**  77:21
  128:3
**400**  166:23
**40s**  104:16
  116:18
**41**  24:23
  25:2 77:21
**44**  24:22
**45**  82:24
  89:19
  98:18,24,
  25 127:7
  142:17
**46**  24:22
**47**  82:24
**48**  82:24
**492**  57:25

MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.
Maxine White on 12/19/2018

Index: 5..945

59:15

---

**5**

5   59:6 63:6
  146:22
  162:14

5'10"   104:18

5'11"   104:18

5'3"   108:16

5'5"   134:25

5'6"   108:17

5,000   167:12

5-20-53
  23:23

5-21   94:21

5/11/15   6:3

50   128:4

509   85:8

50s   108:14

510   85:8

512   87:10

512 225-5810
  3:11

512 476-5300
  3:21

512 573-4909
  24:4

512 982-1510
  3:6

514   87:10

---

54   71:20

55   71:20
  89:19

55-minute
  142:17

556   66:11,
  22 67:3

557   67:6

56   71:20

560   66:22
  67:3,6,23

59   82:24

5:00   147:21

5:00-something
  197:8

---

**6**

6'2"   120:4

6'3"   120:4

6-foot
  115:19,23
  120:2

60   69:2
  82:24

61   69:2

62   54:4
  69:2

6th   77:4

---

**7**

7   4:5,11,

---

13,15,16,
17,18,19,
20,22,23,
24,25 5:3,
4,5,6,7,8,
9,10,11,
12,13,14,
15,16,17,
18,19,20,
21,22,23,
24,25 6:3,
4,5,6,7,8,
9

7-7   58:21,
  22

7/13/10   4:24

7/14/14   5:9,
  10,11

7/18/14
  5:12,13,14

7/24/14   5:15

7/29/10   5:3

7/31/14   5:16

7/7/10   4:18,
  19,20

7/9/10   4:22,
  23

75201   3:15

78701   3:10

78746   3:20

78756   3:5

78758   24:7

---

7th   59:4
  60:19

---

**8**

8   128:12,13

8/24/15   6:6

8/28/15   6:4

8/6/14   5:17

80s   38:21

8:00   89:22

8:20   89:22
  95:18

8:30   141:10

8:35   141:10

8:52   2:6
  7:1,3

8th   77:22
  78:5,10

---

**9**

9-14   66:17

9/10   72:6

9/12/08   4:15

9/19/11   5:6

9/29/15   6:5

9/5/14   5:18

90   127:6

945   35:20,
  21,22

MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.
Maxine White on 12/19/2018                    Index: 95..airplane

| | | | |
|---|---|---|---|
| 95   39:1 | aboard | 40:16 | Adriana |
| 96   39:1 | 134:13,19 | 174:13 | 67:17 |
| 9606   24:6 | above-styled | accurate | adult   47:9 |
| 97   39:21,25 | 2:4 | 47:15 | Advil   73:15 |
| 975   35:22 | absolutely | 61:17 | AFD   116:1 |
| 98   39:15, | 37:12 | accurately | affect |
|   21,25 40:3 | 68:16 | 9:18 | 163:20 |
| 99   43:7 | accident | acquired | afternoon |
| 9:04   18:12 | 18:21 | 79:17 | 97:14 99:8 |
| 9:10   23:25 | 19:20 | 152:23 | 188:24 |
| 9:30   99:9 | 32:21 | activities | age   108:13 |
|   141:11 | 42:24 48:8 | 195:23 | 172:1,10 |
| 9:35   141:11 | 72:16 | 196:2 | 176:3 |
| 9:44   50:12 | 81:11 | acute   59:7 | agency |
| 9th   50:10 | 197:4,18 | 62:17,24 | 102:14 |
|   62:3 64:22 | 198:5,6 | ADA   155:25 | 141:24 |
| | accidents | ADC   4:17, | agent   144:8 |
| **A** | 197:16 | 18,24 5:3 | ages   24:21, |
| | 198:2 | 59:17 | 25 116:16 |
| A-H   7:2 | accommodation | 67:16 | ahead   11:16 |
| A-L-E-M-A-N | 29:6 | Add   69:11 | 166:21 |
| 170:9 | accommodations | additional | 188:19 |
| a.m.   2:6 | 31:9 | 162:13 | ahepworth@ |
| 7:1 | Accord   31:6 | 163:2 | cozen.com |
| AA   5:16 | account | address | 3:16 |
| 74:9,14, | 40:18 | 24:2,6,10 | aircraft |
| 20,21,23 | accounting | 25:15 | 111:22 |
| AAAHC   5:22 | 40:6,11 | 26:11 | airfares |
| AB&S   6:6,7, | 41:13,15, | 32:23 34:1 | 141:16 |
| 8 | 19 55:10 | administrative | Airlines   3:8 |
| abdominal | 61:7 | 39:5 41:16 | 7:17 |
| 64:24 | 153:18 | 153:25 | airplane |
| | 170:10 | ADMITTED | 139:13 |
| | accounts | 4:21 | |

**MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.**
Maxine White on 12/19/2018    Index: airport..Association

airport   51:4
   82:16
   90:14,21
   91:12,21
   92:22,23
   93:14  96:2
   99:24
   100:5
   102:20
   113:7,16
   115:9
   134:1,6
   141:12,20,
   21,25
   178:22
   180:8
   186:21
   189:4

airport's
   92:19,20

aisle   117:25
   135:18,21
   136:11
   178:7

Alaska
   101:14

Aleman   170:9

alert   96:20

Aleve   69:12
   70:9  73:15

allergies
   160:15

ambulance
   197:21

amount   164:3

anchor   45:1,
   2

Anderson
   21:22
   54:20
   55:21

Andrew   3:14
   188:25

ankle   194:23

ankles   27:14
   28:11,25
   29:3,16
   30:6

annual
   150:23

ANSWERS   4:11

Antonio
   41:23

anymore
   24:25
   33:19

APA   5:15,
   16,19,21

apartment
   84:8  98:12

apologize
   135:3
   136:15

apparently
   12:2
   155:21

Appearances
   3:1  4:2

appointment
   146:3
   147:7
   150:23
   151:3
   195:4

appointments
   19:3
   31:14,17

Approximate
   39:14

Approximately
   190:13

April   9:22
   53:24
   60:20
   61:4,15
   82:22  85:9
   86:20
   88:10,14
   96:24,25
   160:10

ARA   4:19
   5:9,10,12,
   13,14
   59:17
   70:12

area   21:8
   43:11
   101:21
   103:6,13
   106:24
   107:1,14
   110:2,13,
   14,18
   134:7

   140:10
   156:3
   177:9
   178:6
   193:6

arm   72:8
   172:5
   193:21

arrive   95:21
   141:10

arrived
   178:21
   179:12,21
   180:13

arthritis
   49:5,8
   54:21
   63:11,13
   69:14

Assessment
   63:6,9

assist   93:8

assistance
   91:18

assistant
   39:5  83:14

Assistants
   41:16

Associates
   74:25
   157:2,9,19

Association
   59:16

MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.
Maxine White on 12/19/2018                    Index: assume..back

assume   9:2

assumed
  111:24
  148:10

assure   54:8

assured
  183:5

attached
  2:11 93:5

attack
  147:13,24
  148:3,7,11

attendant
  117:17,18
  119:12
  138:23
  141:11

attorney
  17:21,22
  19:15
  181:19
  182:17

August   40:7
  42:11 77:4
  80:15
  101:16
  147:4
  163:12
  164:15
  168:20,21
  173:17

Austin   2:9
  3:5,10,20
  24:7
  37:21,25

38:18
50:17,18
57:9,13
59:5,16
64:23
65:5,10
74:24
89:16,18
90:12
99:24
101:12,14
141:23
147:11
152:22
153:15
157:2,8,
13,19,21,
25 159:2
170:21,22
177:2
178:25
179:8,11
180:13,20
181:23
182:4
183:22,24
184:3,18
189:2

Aviation
  152:20
  153:3
  154:15,25
  155:7
  182:9
  189:2

aware   29:2
  184:4

B

baby   106:13
  111:2
  112:19

back   10:11,
  20 15:5
  18:2 21:15
  24:1,18
  26:5 30:19
  33:23 34:5
  42:23
  44:16 45:3
  47:10,20,
  24,25
  48:12,13,
  14 49:17
  51:6,7,11,
  24 53:1
  54:1 55:25
  59:7,20
  60:20,22
  61:1,3,8,
  13 63:9,
  13,16
  65:20 66:7
  67:9,13
  68:19
  69:11
  71:3,5,24
  72:7,18,20
  74:6 75:16
  76:24
  78:20,25
  79:6,13
  80:24
  85:15,21

87:11,16
88:5 89:1
92:12
94:13
96:8,14,
17,19
98:10
100:15
104:3
105:25
109:19
110:25
111:9
112:10
115:4,5,6
117:3
118:16
119:1,3
121:9,11,
12 126:9,
18 127:1,
8,9 128:20
130:14,23
131:15
133:20,23
134:2
136:2
137:4,6
138:25
140:20
141:3
142:6
143:18
144:18
145:8
146:14
147:1,25
149:24,25

**MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.**
**Maxine White on 12/19/2018**                    Index: back's..bit

150:4,5,6,
9,13
152:15
153:2
158:6
160:22
161:2,24
162:12,13
163:8,11
164:6,23
165:9,10,
14,18
167:8,16,
20 169:17,
24 170:4,
12 171:11,
16 178:19
181:18
182:3,8
183:2,13,
19,24
184:24
186:7
191:18,19,
20 192:13,
14,15,19
196:13
200:11,21,
24 201:3

**back's**
143:18

**back-wise**
88:7

**backing**
139:16

**backpack**
117:15

**backtrack**
181:6

**backwards**
39:23
114:24
121:13
164:21

**bad** 29:5,16
33:9 37:3
49:1 53:3
78:25
130:3
151:13
159:22
160:22
167:1
173:16
174:7
196:16
197:7,8,9

**badge** 105:2,
5 108:6
144:25
145:1

**balance** 5:5
172:7

**bank** 172:24

**banks** 40:22

**barefoot**
172:8,9

**basement**
21:15

**basically**

59:16
154:11

**Bates** 53:17
57:7,17
59:6,15
60:5,12,18
62:2 63:4
64:15
66:10,22,
23 67:3,23
70:12
74:24
77:5,20
82:23 85:8
86:18
87:9,10

**BB** 5:17
77:4

**beating**
148:3

**bed** 171:15,
16,18

**beg** 163:13

**began** 59:20
133:12

**beginning**
7:5 18:22
66:7
130:14
175:6

**behalf** 179:4

**belt** 132:16

**bench** 92:14
104:9

106:24

**bending**
196:19

**Benicar**
12:17,18
13:7 16:22

**biceps**
132:6,8

**bifocals**
37:14

**big** 21:11
56:20
172:2

**bigger**
122:10

**bill** 166:9

**billing** 21:6
40:17
56:5,6,7

**bills** 165:22
166:11,14

**bird** 32:10

**birth** 23:22
52:6 148:7

**birthday**
50:7 84:22

**bit** 23:6
49:4,8
116:11
127:8
140:19
148:8
163:23

177:3
186:7
195:21

**black**
105:15,17
108:23
135:10,14
151:11,12

**blade** 72:7

**bleeding**
11:24
192:7

**blocks** 21:22

**blonde** 120:5

**blonde-color**
116:12

**blonde-colored**
116:13

**blonde-haired**
127:13

**blood** 11:25
12:2,3,18
13:22
14:18
15:11,23,
24 17:16,
17 46:4
73:18,19
118:6
133:18
163:19
165:1
192:8
193:3

**blue** 36:10
85:10
166:8

**board** 102:23
110:10
112:11
142:18,24
180:9

**boarded**
92:25 98:8
110:24
156:1,4
178:17
200:16

**boarding**
91:4 93:1
109:16
110:19,23
111:17,24

**body** 10:11
30:3
67:15,22
124:4,7
126:22
127:15
129:3,5
131:5,11
165:8
197:1

**body's** 196:9

**bolt** 45:2

**bone** 175:21

**booked** 43:21
174:10
199:24

**born** 38:5

**bother**
151:10
200:13

**bothering**
21:16
48:25
49:17
79:14
98:10
167:16
169:24
196:13

**bottle** 14:22

**bottom** 30:10
59:9 64:25
68:2 125:8
131:16

**bought** 31:8
40:21
84:10
186:22

**boxes** 55:6
56:10,19

**boy** 58:3
106:13
111:3
112:19

**Brackenridge**
30:17
157:23

**Brain** 157:21

**brand** 176:8

**break** 9:9,12

53:7 64:16
65:25
66:23
97:2,6
125:13
130:8
137:24
174:22

**break-through**
79:4

**breaking**
193:4

**breaks** 9:11

**brick** 32:2

**bridge** 93:9
149:21

**bring** 91:17
118:12
133:17

**broke** 44:24
192:24

**broken** 29:17
155:24
158:11

**brother's**
172:2

**brought** 7:17
28:23
102:15
114:15
115:4
117:6
118:13
138:5

**MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.**
Maxine White on 12/19/2018          Index: Brown..carried

200:9

**Brown** 115:20
  120:3

**build** 104:18

**building**
  106:6

**bump** 12:13,
  14

**bumped** 12:15

**bunch** 181:13

**bunker** 116:3

**burden** 26:7

**Burnet** 21:23

**burning**
  85:20
  167:22
  168:6

**bus** 102:23
  103:2,3,4
  107:16
  109:12
  110:10
  111:1
  138:12,25
  177:10
  178:24
  179:7,13

**business**
  172:24

**busy** 169:23

**buttocks**
  71:24
  192:17

**buy** 94:6,
  10,11
  149:14

─────────

**C**
─────────

**C-A-R-N-E-Y**
  154:9,10

**C-L-O-P-I-D-O-
G-R-E-L**
  15:16

**cabin** 80:23
  98:14

**cabinet**
  196:22

**cabins** 50:4
  97:24 98:5
  200:1

**cable** 122:12

**cadaver**
  175:21

**calendar**
  19:11

**call** 18:15
  32:7 40:17
  62:3,9
  83:12 93:9
  99:19
  101:23
  138:17
  159:11
  174:6

**called** 21:21
  27:15
  55:19

83:18
  146:23
  147:22
  162:22
  197:21
  199:10,11

**calling**
  117:2

**cancel** 198:8
  199:12

**canceled**
  152:8
  161:11,12

**candy** 158:12

**cane** 79:19,
  21,23
  80:6,11
  81:9
  91:15,22
  92:6,12
  93:6,22

**Captain**
  114:19
  115:14,15,
  16,20
  116:14
  120:3,10
  121:16,17
  127:9
  130:6

**car** 31:4,10
  36:23
  40:22
  44:17
  87:14 88:1

91:13,15
  100:13
  145:2
  172:8,16,
  20 196:5,
  14 197:6,
  12

**Carbajal**
  155:2

**carbon** 59:17

**care** 16:18
  26:7 27:18
  28:1 38:1
  43:13
  47:22
  169:20
  173:15
  188:8
  194:13

**careful**
  187:19
  188:11

**careless**
  188:5

**cargo-type**
  116:5

**Carney**
  153:19
  154:2

**carpet**
  164:22

**carried**
  121:13
  124:7
  127:6

MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.
Maxine White on 12/19/2018                    Index: carrier..chest

128:7
129:22
138:11
139:5
142:21
148:20,22
150:2
153:5
163:9

**carrier**
43:12
50:24
82:10

**carry**  120:16
186:5

**carrying**
114:21
124:22
125:5
149:2
187:21

**cars**  29:21
41:2

**Carus**  158:10

**case**  55:1,
12

**cataract**
150:24

**cataracts**
150:18,22
152:1

**catch**  99:17

**catching**
83:2

160:16

**Caucasian**
105:18
115:22
119:17
135:12
144:21

**caught**  70:25
150:10
191:11

**caused**  62:24
148:20,22
151:6
163:8

**causing**
104:1
152:5

**Cedar**  75:1
77:21
82:23,25
157:17
158:23

**celebration**
101:17

**cell**  170:25
171:2,9

**cement**  44:11

**Center**  64:23
65:10  75:1
82:23
157:12,23
159:2

**Central**
158:25

**ceremonies**
173:8,22

**CERTIFICATION**
4:7

**chain**  107:8

**chair**  29:8
88:2  92:20
115:6
117:1,7,
14,23
118:18,25
120:1,10,
14  121:8,9
122:1
124:5,19
125:6,14,
25  126:10,
12  127:4,
18  128:9,
20  129:9,
18  130:23
131:2
132:20
152:23
153:6
186:6
187:21
199:10

**chairs**
107:11

**chance**  10:24

**change**  4:2
62:23  63:7
136:23
140:17
162:10

198:8
199:13

**changed**
151:16
195:22

**Charles**
34:18

**cheap**  141:15

**check**  35:16,
18  36:1
45:25
91:22
100:16
101:22
104:6
109:3
116:22
184:12

**check-in**
91:16
106:25
110:2
177:15
190:7

**checked**
92:13
101:18
102:13,21
177:9

**checking**
46:10
102:3,21

**chest**  122:24
131:6,20,
25  132:9

MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.
Maxine White on 12/19/2018          Index: chewed..clothing

chewed
  158:12

Chicken
  145:18

Chief   53:25

child   38:4

children
  24:14,19
  34:20,22
  38:2 52:15
  106:18
  107:12

children's
  24:25

choice   95:22
  152:6

Cholesterol
  14:7

chores
  171:12,13

chose   11:17
  150:8

Chris   24:22
  25:7,9
  38:8 50:4
  51:2,14,19
  52:11,16
  80:20 84:5
  94:11
  144:4,6
  145:4

Chris'   97:19

Christmas
  24:16,17

chronic   59:7
  60:20
  61:11,12
  62:16,24
  71:24

chute   93:6
  153:9
  155:21
  183:6
  186:14,16

chutes
  149:19
  198:19,21,
  24

cigarette
  175:16,24

circle
  115:25

circumstances
  187:24
  188:11

city   38:18,
  22,24 39:4
  50:2 55:8
  142:15
  152:22
  153:3,14
  170:10
  177:2
  178:25
  179:8,11
  180:13,20
  181:23
  182:14
  183:22
  184:3,4,6,

15,18
  185:1,24
  186:3,8,22
  189:2
  199:8

Civil   2:10

claim   22:17
  152:16

claiming
  150:1,13

claims   21:3
  150:17
  158:17

clarification
  9:6

clarify   9:1
  130:19

clarity   8:17

clasp   144:19

class   38:1

clean   196:23

clear   78:24
  147:5
  148:6

clearance
  147:5,8
  161:9
  163:14

climb   82:8
  149:16
  198:20

clinic   21:21
  43:19

55:22 59:5
  64:5
  152:12
  157:25

Clinical
  59:7

Clopidogrel
  15:14,16,
  17,22,24

close   37:17
  50:8,14
  54:25
  55:12
  73:24
  117:25
  121:10
  123:14
  145:17
  164:25
  165:2
  193:4

closed   43:19
  118:13
  121:2,20
  123:12
  124:2
  200:11

closely
  154:1

closer   42:8

closet   12:1

clothes
  105:10
  144:23

clothing

**MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.**
Maxine White on 12/19/2018          Index: clots..conversation

108:3,4
109:8

clots  11:25
12:2 15:11

clubs  196:3

clue  64:13
198:12
199:14

coffee
170:1,4

coffeehouse
195:25

cold  150:10
160:16,17

college
37:24,25
38:2 51:21
52:2,17

Collins
51:3,19,25
52:11
98:16,19,
23 99:11
145:13

color  108:22
119:5,19
133:3
134:24
144:13,14,
15

Colorado
25:10 50:3
51:22
153:11

182:3
183:14

Comerford
3:9 4:5
7:13,16
18:6,10
22:9 23:24
33:14
40:2,5
50:11,13
53:19,22
57:5,7,8,
19,22,25
58:15,18,
21 65:17
66:9 70:1
71:19,21
74:16,19,
20 86:1,21
87:21
88:21
95:3,5,8
114:4,5
130:16
138:3
157:11,12
175:8
176:3,17,
19 185:5
201:19

comfortable
9:10
143:19

comment
111:18

communication
180:17

181:19,22
184:3

communications
179:23

Community
37:25

Comp  22:20

companies
41:1

company
51:24
169:5

Compensation
21:2,3

complain
146:15

complaint
53:25 67:7
187:6

complaints
138:4
167:15
187:13,16

completed
160:24

computer
40:16
181:7,16

conclusion
201:22

condition
27:15
28:23

conduct
173:4,5

conducted
173:6

confused
51:15
52:10
61:22

confusing
30:5

connects
93:11

considerably
164:4

consistent
63:13

constantly
174:10

contact  41:3
124:4
131:5

contacted
193:9

continued
5:1 6:1
174:10

continues
74:25

control  95:7
168:6,7

controlling
161:18

conversation

MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.
Maxine White on 12/19/2018        Index: conversations..cushion

62:19
145:5
179:15
186:9

conversations
184:17,21,
23

convicted
34:15

Coordinator
40:9 41:8

copies  78:7
185:18

copy  59:17
137:10
185:15

cord  146:23
167:2

corner  32:3
44:14

correct
16:1,20
24:3 27:4
31:3 39:18
40:19
41:18 48:8
49:24 70:2
78:17
82:19,20
85:1,2
87:4,5
93:17
114:2,7
120:13
127:16

130:20,21
131:2,3
136:20
150:18
151:22
156:17
158:8
160:6,9
162:7,8
163:5,6
178:8,9,
13,15,20
179:4,5,14
180:3,4,16
183:25
184:1
186:1
187:14,15
188:2,8,9,
13 190:11,
12,18
191:12,18,
19 194:10,
11 200:19,
20,22,23
201:4

correlation
152:1

correspondence
20:14
184:2

Cortez
155:6,9
184:8,9

Costco  74:3
83:19

costs  141:15

cottonmouth
33:9 107:5
125:10

counsel
66:25

counseling
201:13

counter
101:24
103:1
104:7
108:13
178:22

counting
112:7

couple  19:19
34:4 83:16
97:24
129:20
145:24
146:6
160:12
197:16

court  7:6,22
8:2

Coushatta
196:6

covered
73:19
165:23
166:5,6,7

covering
151:14

COZEN  3:14

CPRMC  5:24

cracking
164:25

cream  10:16
48:20
159:17

created  19:4

credit  197:6

Creek  32:8,9

crew  134:19
135:10,15,
16 138:4,
20 139:18
140:25

Cross  36:10
166:8

crushed
132:3

crying
170:14

CSR  2:6

cuff  44:25

cup  140:3

curb  172:6

current  34:7
35:15
36:8,9
40:19

curve  32:13
131:11

cushion

| | | | |
|---|---|---|---|
| 133:5 | 197:5,10 | daughter's | 176:7 |
| **customers** | **Daniel's** | 84:17 | 194:25 |
| 40:17 | 25:3 | **daughter-in-** | 199:3,7 |
| 104:11 | **dark** 104:16 | **law** 89:8 | **days** 54:2 |
| **cut** 141:15 | 107:25 | **David's** | 60:23 72:1 |
| 160:1 | 115:19,23 | 159:2 | **DD** 5:19 |
| 175:23 | 119:20 | **day** 11:17 | 77:19 |
| 197:12 | **date** 19:20 | 13:14 | **deal** 175:18 |
| **cutting** | 23:22 | 14:15 20:2 | **dealerships** |
| 175:20 | 58:7,19 | 30:14 | 40:22 |
| **cycles** 56:7 | 61:16 78:5 | 45:23 46:6 | **dealing** |
| **Cyclobenzaprin** | 83:21 | 51:4,5 | 102:25 |
| **e** 10:9 13:1 | 86:14 87:4 | 72:2 76:3 | **dealt** 179:2, |
| 16:11 72:2 | 151:22 | 81:19,25 | 8,10 |
| 79:3 85:22 | 163:4 | 83:21 | **death** 186:6 |
| 159:17 | 181:12 | 84:21,23, | **deceased** |
| | 190:1 | 24 86:14, | 27:24 |
| **D** | 198:7 | 15 87:13 | **December** 2:5 |
| | 200:6 | 90:4 95:10 | 7:4 78:22 |
| **dad** 87:25 | **dated** 53:24 | 96:15,16 | 81:10 |
| **daily** 9:24 | 60:19 61:9 | 97:12 | 150:11 |
| 18:19 | 62:3 63:5 | 98:10,12, | 161:23,24 |
| 150:7 | 67:4 69:5 | 13 99:4 | 162:1 |
| **Dallas** 3:15 | 77:22 | 100:23 | 172:12 |
| 41:23 | 78:22 | 103:10,14 | 175:17 |
| 159:19 | 82:22,25 | 107:19 | **decided** |
| **damage** | 85:8 86:19 | 143:21 | 174:14 |
| 194:20 | **dates** 61:22 | 146:13 | **decision** |
| **dangerous** | **daughter** | 147:21,22 | 80:7 |
| 116:25 | 32:25 | 148:21,22 | **decreased** |
| **Daniel** 25:6, | 33:12 | 149:19 | 63:16 |
| 16 31:22 | 90:24 | 152:17 | **deductible** |
| 35:3 44:15 | 106:14 | 160:6,9 | 166:24 |
| 50:4 100:1 | 107:13 | 163:9 | |
| 169:18 | 111:2 | 164:6 | |
| | 112:21 | 167:3 | |
| | | 171:2 | |

MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.
Maxine White on 12/19/2018          Index: Defendant..disability

Defendant
  2:3 3:8,
  13,18

degeneration
  63:14

degenerative
  59:10,12,
  13 60:1
  62:15,23
  63:7,11
  65:1,18

degrees
  127:6,7

delay   139:12
  142:18

delaying
  136:16
  139:11

delays
  161:14

Delta   91:9

Delta's
  50:24

Dental
  158:10

dentist
  147:6,8
  161:9

Denver   51:2
  53:4 84:5,
  6,7 89:12
  97:17
  98:7,19,20
  99:11,12

101:9
102:20
135:9
141:5,12
142:5
143:22
200:5

Department
  36:17 39:8
  40:12
  152:20
  170:23,24
  179:17,24

dependent
  34:25
  35:13

depends
  76:23 99:4

depose   34:14

deposition
  2:2 7:2,5,
  19 17:19
  60:5,18
  66:10 87:9
  181:3
  201:22

Derek   103:9,
  16,18
  109:9,20
  186:10
  190:7
  199:4

describe
  32:1
  101:25

104:13
108:9
115:16
120:1
121:7
126:4
128:10
134:22
144:12
167:21
191:24
200:5

description
  4:10 5:2
  6:2 72:15
  107:17

descriptive
  193:19

details   62:9

determined
  66:23

developed
  85:20

DFT   4:13

diabetes
  11:7,8
  13:12
  14:5,20
  45:9,20
  130:18,20
  152:2
  161:15,18

diabetic
  46:25

diagnosed

27:15,17
  45:8

Diagnostic
  57:9,13
  59:5 70:12
  157:25

diagram
  67:15,22

dialogue
  182:25

die   25:21

died   170:11

diet   46:11

difference
  164:3
  177:18

difficult
  38:1

difficulty
  171:13

Dilaudid
  86:24

dimensions
  23:3

dinner   98:15

direct   53:11

directly
  93:11

Director
  154:14

disability
  28:21

106:18

**disbelieve**
  105:1

**disc**  59:12
  60:1 65:1,
  18 146:22
  162:14,15
  167:1
  175:20,21
  194:18

**discomfort**
  60:21
  61:11,12

**discover**
  185:19

**discs**  49:6,9
  162:14

**discussed**
  42:15
  62:14
  146:25

**discussion**
  8:9 111:12
  114:8
  115:13
  136:24
  180:2

**disease**
  59:10,13
  60:1 65:1,
  18

**dislocation**
  59:8

**dispute**

56:25

**distance**
  36:22

**distinguish**
  99:21

**distinguishing**
  116:10
  119:18

**division**
  39:6,7,22
  41:17,22
  55:14

**dizzy**  123:16

**doctor**  10:7
  16:18
  21:17,20,
  24 22:11
  27:18
  28:8,20
  29:16
  43:11,13
  54:19,25
  55:1,2,16,
  17,20 62:4
  70:4
  147:15,16,
  17,19
  149:11
  150:23
  157:4
  161:10
  195:4

**doctor's**
  15:19
  151:10

**doctors**
  18:24
  43:21
  83:10
  148:9
  150:5
  151:16
  161:13
  195:7,15,
  19

**doctors'**
  19:2

**document**
  18:1,9
  53:24 59:4
  60:11 62:2
  63:5 64:22
  66:11,20
  75:12
  86:14
  181:4

**documents**
  17:20,23
  18:16,17
  180:18,23
  181:2

**dog**  169:20

**Dolores**
  108:21
  113:20

**door**  12:1,
  16 101:21
  103:4
  113:24
  139:22,24
  164:20

**door's**  44:13

**DOT**  28:13,
  15 155:24

**dots**  151:12

**downstairs**
  106:2,3,8,
  11 107:1,3
  109:13,14
  110:6,7
  111:17
  113:22
  142:18
  177:12,13
  178:3,12,
  14,23
  179:6

**dress**  116:13

**dressed**
  107:24

**drink**  151:1

**drinks**
  135:18
  140:13

**drive**  24:7
  31:13
  32:24
  33:13
  52:24
  97:23
  98:16
  117:10
  172:20
  196:7
  198:19

**driver**

**MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.**
Maxine White on 12/19/2018          Index: driver's..enclosed

112:23,24

driver's
34:8

driveway's
44:13

driving
32:17
58:24 60:7
169:14,15
196:11,12

drop 29:21
90:22
128:9,13

dropped
47:20
90:21
100:9
173:20

drove 26:16
71:3 88:16
90:19
98:13
107:14
110:11
122:17
134:1

drugs 9:21,
23 12:22

due 18:2
165:16

dull 167:23

duly 2:4
7:9

dysfunction

63:10

dystrophy
27:16 29:9
30:21

—————

E

E-MAIL 130:4
153:2
156:15
180:5,19
181:14,22,
25 182:2,6
183:2,16,
17 184:9
185:14

E-MAILED
152:21
162:20
183:1,10,
13

E-MAILS
20:14
173:19
181:14,24
182:13
183:19
184:25

earlier
72:18
85:20
109:22

earliest
146:9

early 63:6,
11,14

88:17
116:18
145:17

earned
171:24

earrings
119:18

easy 52:18

Easycare
43:18,20
64:5

eat 47:21
80:22
145:14
153:13

edge 44:22

Education
37:19

Edwards
154:23

EE 5:20
78:21

EKG 147:9

E1 41:24

elderly
111:1
112:20

elected
174:20

electronic
158:6

elevator
107:3

178:11

Elgin 87:24

Email 24:1

emblem 116:1

emergency
31:19
55:22
146:3,5
157:15
158:25
194:19

employed
35:10
178:25

employee
184:13
199:3

employees
41:23
102:20
141:14

employer
28:24

employment
36:5 42:7
52:18

emptied
110:25

empty 149:19
186:14

enclosed
122:21
123:4

end   8:8
  21:19 66:4
  79:2
  93:21,22
  130:11
  146:9
  147:3
  168:20,21
  169:9
  175:3
  182:24
  201:21

ended   31:1
  170:15

engineer
  52:14,18

entire   68:1

entrance
  100:14

envelope
  23:7

envelopes
  56:8

equipment
  155:22
  186:20

ER   30:14,
  16,18
  65:16

errands
  172:20

error   54:8

Estes   49:21,
  23,25

50:1,2
52:9 80:20
85:1 97:24
98:4,13,23
99:19,25
143:22
200:1

estimate
  25:1 26:24
  89:24

Evaluated
  59:8

Evans   43:3,
  8,23 53:24
  64:3,5

evening   99:8

events   41:22
  148:23

everybody's
  29:22

everything's
  32:17

evidence
  154:18

exam   45:14,
  15,16

Examination
  4:4,5,6
  7:12
  176:22
  188:22

exception
  149:17

exchange
  183:4,5,16

exchanges
  183:17

Excuse   139:2

Executive
  154:14

exhibit
  4:11,13,
  15,16,17,
  18,19,20,
  21,22,23,
  24,25 5:3,
  4,5,6,7,8,
  9,10,11,
  12,13,14,
  15,16,17,
  18,19,20,
  21,22,23,
  24,25 6:3,
  4,5,6,7,8,
  9 7:2 18:5
  53:9 57:4,
  23 59:6,15
  60:5,18
  62:1 63:4
  64:14,21
  66:10 67:4
  69:2 70:11
  71:16
  74:9,10,
  14,21,23
  75:3 77:4,
  19 78:21
  82:22 85:7
  86:18 87:9

EXHIBITS   4:9
  5:1 6:1

exists
  182:21

expend
  166:18

expenses
  166:15

experience
  90:10
  118:10
  130:3

experienced
  200:22

experiencing
  53:1

explain
  111:4
  152:1

extra   26:7
  51:5

extremely
  29:16
  77:17 79:1
  123:16
  151:24
  165:2

eye   150:23
  151:9,13,
  15

eyeglasses
  119:18

eyes   37:6
  118:14

MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.
Maxine White on 12/19/2018                    Index: eyesight..figure

121:2,6,20
123:13
124:2,3,9
150:18
151:4
152:2,16
200:12

**eyesight**
36:20

_____

**F**

**F-O-T-E-H**
15:20

**FA**  4:13

**face**  71:1
127:10
132:2

**Facebook**
174:13

**faced**  188:11
199:9

**facet**  59:10,
13  63:11,
13

**fair**  26:6

**fairly**
116:12
120:5
121:10

**fall**  29:19
30:12,19,
22,23,24
31:1  122:2
164:9,14

165:11,16
191:16
193:13,19
194:21

**fallen**  27:14
71:1  132:1
164:8,11
191:1

**falling**
79:15
194:16
195:5

**falls**  164:5
190:9,13,
20  191:9,
11,14
192:10
193:8,23
194:2,8,
13,25

**family**  25:16
71:16
106:12
111:2
112:13
169:18,19
174:5
199:18,25

**Fantastic**
188:21

**FARLEY**  3:19

**Farxiga**
11:3,4
13:6  16:21

**fast**  163:12

**faster**  10:20

**fault**  197:13

**fear**  171:7

**February**
64:22
191:1

**Federal**  2:10
155:24

**feel**  26:6
48:11
60:25  71:5
88:6  124:6
125:14,25
129:4
133:16,22
134:2
142:10
143:2,12,
15  168:2
171:24
187:19
192:9
193:17
196:9,18
199:22
201:12

**feeling**  72:8
134:9
145:10
167:25

**feels**  72:4
171:17

**feet**  23:5,
16,20
29:11

125:12
126:13,16
128:25
129:1,3,4,
13,15

**fell**  29:15,
24  44:21
45:4  70:24
126:2,8
128:15
164:14,20,
21,23
190:22,24,
25  191:10,
17  193:8,9
194:8,9,
22,23

**felony**  34:15

**felt**  71:7
87:13,17
126:23,25
128:7
129:5
140:18
143:19,24
158:7
188:1,10
193:21
198:15
199:16

**female**
119:12

**FF**  5:21
82:22

**figure**  98:8
129:8

figured
  151:16

file  22:17
  140:22

filed  22:20

fill  28:15

Filter
  176:9,12

finally
  21:17
  123:24
  152:7

Finance
  39:21 61:6

find  19:14
  40:23
  43:11
  52:18 58:7
  88:3
  102:18
  174:11
  181:14
  182:17
  185:14

findings
  59:9 62:15

fine  9:7
  25:1 36:23
  39:14
  93:10
  119:22
  120:20
  140:3

fingertips

46:8

finish  8:21
  148:17
  187:8
  195:13
  199:21

finished
  8:3,14

fire  117:7
  179:16,24
  186:25

firefighter
  121:18

firefighters
  114:12,18
  119:25
  120:7
  131:1
  138:10
  139:3
  140:6,21
  179:12
  180:15
  187:3,13

fireman
  114:25
  198:17

firemen
  112:4
  113:15
  117:6
  118:10
  120:16
  128:19
  186:3,18

fit  56:23

five-and-a-
half  196:7

five-page
  66:19

fix  9:10
  158:15

fixing
  126:20

flat  44:11

FLETCHER
  3:19

flew  49:17
  51:1,4,19
  84:23
  89:14
  90:12 94:3
  99:5
  101:13,14
  153:2

flies  50:20

flight  70:2
  76:13
  78:16
  79:25
  81:4,5,18
  82:9,16
  83:6,20,21
  84:2 86:12
  88:22,25
  89:15,18,
  20 91:3,20
  94:16,22
  95:9,17,22
  97:11

99:2,3,4
  100:21
  119:12
  122:10
  135:13
  137:10
  140:18
  141:4
  142:13,14
  143:1,5,
  10,14,21,
  23 145:11
  153:7
  164:7
  168:2,20,
  23 183:8,9
  188:25
  189:3,6
  198:8,9,15
  199:12,17,
  23,25
  200:5

flight's
  141:5

flights
  91:18
  92:24
  168:15

flip  192:15

floor
  196:21,23,
  24,25

floors
  164:23

Florida
  103:15

199:7

**flown** 83:24
84:6
101:4,7,
12,13

**fluid**
124:22,25

**flushed**
133:13

**fly** 50:16
82:3 83:9
89:12
91:7,9
96:11
97:22
111:21,22

**flying** 199:7

**follow**
149:20

**food** 47:22
145:19

**foot** 12:1
23:20
69:16
115:1
131:17
169:3

**forehead**
131:7,22,
23

**forensics**
170:22

**forgot**
150:19

**FORM** 5:5

**formal** 18:15

**formed** 193:4

**Fort** 41:23
51:3,19,25
52:11
98:16,19,
23 99:11
145:12

**fortunate**
193:1

**forward**
19:21 43:1
45:4 70:24
193:10,11,
24 194:9

**Foteh** 15:9,
19,25
17:15

**found** 102:9,
19 181:18

**four-bedroom**
32:2

**fourth** 56:17
160:2

**fracture**
59:8

**fractured**
44:8

**frame** 104:18

**Friday** 90:7
94:21

**friend** 26:4

29:23
153:17,19
170:16

**friendly**
26:10
107:20
109:5
134:25

**friends**
170:1

**frightening**
126:7

**front** 12:15
44:13
90:23
104:3
117:24
118:1,14
121:3,18
124:13,18,
19 125:5,
23,24
126:10,11,
12 127:12,
13 128:21,
22 129:12
135:4
140:14
145:20
151:11,17
164:20
172:3

**Frontier** 3:8
7:17 51:2,
19 84:23
101:4,12,

13,18,24
102:10,15
103:8
104:25
105:2,8,11
141:13
143:21
153:4
155:20,23
156:11,16
178:22
179:4
180:20
181:23
182:10,15,
25 183:17
184:22
185:1
186:8
190:7
199:3

**Frontier's**
185:3
186:23

**FSS** 3:13
189:7
190:3

**full** 61:10

**function**
63:15

**fusion**
162:14,15

———————————————
**G**
———————————————

**G-A-M-B-E-L-S**

24:7

**G-U-E-R-R-A**
16:19

**Gabapentin**
14:8  17:9
48:19

**Gambels**  24:6
31:24

**garage**  44:18

**gate**  91:4,
13,25
93:11,20
94:3
103:12
177:19

**gates**  102:16
190:6

**gather**
184:25

**gave**  12:2
45:22
48:18
86:16  89:2
91:3
117:3,19
153:8
160:10
165:6
169:5

**gear**  116:3

**gel**  72:3

**gentleman**
70:24
103:7

106:14
111:1
112:15,20
116:11,14
120:4,9
124:13,17
125:1
127:14
138:15
200:12

**gentlemen**
179:16

**Geren**  16:15

**get all**
103:12

**GG**  5:22

**girl**  52:17
92:15
107:2,18
109:15,18
147:11
170:15

**girlfriend**
169:25
172:17

**girlfriends**
195:25

**girls**  170:13

**give**  8:4
11:14
28:5,6,16
76:7  92:6
114:14
120:22
163:24

177:16
181:19

**giving**  24:24
164:18
165:13,17

**glass**  133:17

**glasses**
34:11,12
36:21,24
37:13,16
105:19,21
108:24
116:7

**Glipizide**
13:9,12
17:1

**gloves**  122:6

**glucose**
46:2,10

**Glucoside**
45:22

**god**  71:2
112:7
114:22

**good**  7:15
46:7  53:15
63:14  88:6
97:3
145:10,15
159:24
188:24

**goodness**
24:24
46:24

115:18
159:10

**gosh**  47:8
166:19

**graduate**
37:22

**graduated**
49:14  83:5
90:3,7
168:24

**graduates**
85:12

**graduation**
49:17,19,
22  50:6,9,
13  52:6,7
53:2
84:18,20
85:3  86:8
89:6,10,11
90:6,16
91:21  93:1
95:10,13
96:9  99:21
142:14
143:2,8,24

**grandchildren**
25:4  35:12
97:20
120:24
171:19

**granddaughter**
49:14
51:21  83:5
84:19
85:12

MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.
Maxine White on 12/19/2018 Index: granddaughter's..handwriting

87:23
97:21
144:4
192:22

granddaughter'
s   84:20
86:7

grandma
192:24

grandson
90:3   97:22
168:23

great
171:21,23

greatly
162:11

greet   112:5

grip   118:15
121:4
122:1
124:12,16
125:1,25
126:9,18
128:7,17,
18   129:24

ground   7:22
138:20
191:12,14
193:9
194:9

group   28:3
70:25

groups
178:18

grown   24:25

Guerra   6:8
16:14,16,
24,25
17:2,4,6,
8,10,11,13
43:18,22
48:16
62:4,8
64:4  65:8
71:17,23
75:20  77:5
78:23  80:8
83:12,13
85:8  87:10
96:21
146:4
147:6,16
156:25
159:8
160:5
194:15
195:20

Guerra's
166:4

guess   55:18
58:1  59:22
104:10
126:11,21
128:17
143:18
148:9
167:24

gum   33:6

guy   73:19
92:16

109:9

guys   95:1
114:3
137:20
143:13
157:6
187:9

───────────

H

H-O-F-F
27:19

H-O-U-G-H
27:20,22

H-U   27:21

H.R.   55:2,
18  66:13
153:25

hacienda
32:14

hair   104:16
105:19
108:22,23
115:19,23
116:12,13
119:19,20
120:5
134:24
144:13,15

half   82:24,
25  100:22
110:3
158:14

halfway
124:11

128:4

hamstring
69:8,11
70:7  71:2

hand   8:15
12:8,15
92:12
93:20

handed
117:21
138:14

handicap
26:17,20
27:6  29:3
149:16

handicapped
31:2
152:23
186:21

handle   23:14
153:9
155:22
174:7,9

handled
109:25

handrails
123:7

hands   11:20
30:9  76:19
132:1

handwriting
66:14,15
67:11,12
68:14

**MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.**
Maxine White on 12/19/2018                Index: hang..highway

hang  169:25
  172:17
hanger  28:17
hangers
  28:16
happen  44:10
  139:20
  152:3
  153:6
  158:13
  198:13
happened
  18:21 19:3
  20:2 26:5
  29:19
  30:22,24
  48:3,7
  49:12
  55:14 71:6
  100:6,9
  101:19
  113:4,12
  120:15
  126:8,22
  128:5
  145:13
  153:16
  154:3,19
  168:5
  177:6
happening
  45:11
happy  87:12
  127:2
hard  12:8
  24:17

58:4,13
  146:2
  158:12
  169:16
  173:22
  193:24
harder
  192:3,11
  194:1,5
Hawaii
  43:16,17
he'll  164:2
  172:4,7
head  8:16
  16:2 35:4
  58:10
  94:23
  131:9,21
  132:13
  137:24
  161:7
  164:21,24,
  25 176:13
  191:5,17,
  22 192:6,
  7,15,20,
  21,25
  193:3,5
  194:5
headaches
  73:16
headphones
  136:17
heal  29:18
health  36:8,

9 71:16
  156:23
hear  58:6
  115:2
  127:23
  162:4
heard  7:22
  125:21,24
  127:24
  154:16
hearing
  182:21
heart
  147:11,12,
  13,16,19,
  24 148:1,
  3,7,9,10
  161:9
heavy  54:7,9
  116:4
  171:15
height  102:4
  108:15
  173:15
heights
  121:24
helped  89:4
  158:7
helper
  171:22,23
helpful  15:1
  58:16
  137:11
helping

85:22
  140:20
  145:25
  162:21
  171:18
helps  10:12,
  20 11:12
  79:3 80:11
  138:19
  151:23
  159:24
  164:4
Hepworth
  3:14 4:6
  53:17,21
  156:13
  176:1
  187:1
  188:16,21,
  23,25
  189:25
  201:16
hereto  2:12
Hey  122:3
HH  5:23
  85:7
hide  24:17
high  37:20,
  21 52:1
  77:17
  167:9
highest
  46:21 47:1
highway
  169:16

MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.
Maxine White on 12/19/2018                    Index: hip..Idaho

hip  175:21

hired  141:20
    179:4

hires  142:1

Hispanic
    102:1
    105:15
    135:11,14

history
    4:15,18
    18:21
    42:21 59:7
    69:6 70:14
    85:11
    87:11
    175:11

hit  44:21
    70:13
    124:20
    126:10,21
    191:13,22
    192:21
    197:12

hitting
    191:12

hobbies
    196:2

hold  84:17
    125:23
    128:19
    166:20

holder
    144:19
    145:1

holding
    112:19

holdup  104:1

home  24:4,6
    32:2,21
    69:13 71:3
    81:19
    96:14
    171:17
    197:1

Honda  31:6

honestly
    60:2 75:19
    144:24

hooks  119:11
    132:19

hope  111:18
    127:3

hoping  160:2

horrible
    11:23 71:3
    118:9
    152:7

hospital
    30:17
    147:11
    148:10
    158:23
    164:10
    194:25

Hot  11:1

hotel  42:2

Hough  27:18
    28:11

30:11 43:2
45:17

hour  9:12
    51:3
    100:22
    110:3
    135:2
    139:17
    143:10
    196:7

hours  87:14
    89:19
    141:5
    142:16
    143:15
    170:5

house  31:24
    32:7
    44:12,17
    51:5 84:10
    97:19 99:1
    145:12
    171:12
    172:13
    193:16

Houston
    41:24

HOWARD  2:6

HR  41:14

huh-uh  31:25
    132:25
    135:6
    143:13
    175:25

hurt  27:14

55:19 61:7
164:21
185:25
191:17
192:2,7
193:1

hurting
    133:20
    141:3
    142:7,12
    145:9
    162:19,21
    196:16

husband
    25:21
    38:2,22
    170:11,12

husband's
    34:17

Hydromorphine
    86:25

Hydromorphone
    10:1,17,19
    12:24 16:9
    86:22 87:2
    159:20
    160:8

                 I

Ibuprofen
    85:23

Icy  11:1

Idaho  25:12
    49:15
    50:16

MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.
Maxine White on 12/19/2018                    Index: idea..initially

52:20
80:20
83:16,18
84:2 85:3
89:7,8
106:4

idea  38:10
46:18
111:7
114:14
166:1
167:10
186:17

II  5:24
130:20

illness  54:1
69:7 85:11
87:11

IMAGING  6:5

immediately
43:9,10
100:8
113:25
146:5
200:9

immensely
168:9

impact  124:6
191:25
192:3,4,
11,16

impacts
192:10

impatient
187:17

impounded
41:4

impression
59:12

improved
49:14
63:15
162:11

inch  44:24
128:13

inched
193:22

inches  54:4
56:24
119:3
128:10,11,
12

incident
26:22
31:10
42:21 48:4
52:5 54:15
55:4 56:3
61:10 65:7
70:2 76:13
78:16
81:4,5,15,
18,23,24
82:1,4,17
83:22
84:12,24
86:12 87:4
88:8,22,25
98:11
129:23
145:23

150:16
151:22
152:17
158:8,18
159:9
160:6,9
161:6
162:3,4,7
163:15
164:13
166:21
168:2
169:21
171:5
174:1,16
182:16
184:19,22
185:23
190:1,2,
10,11,14,
17,22
191:4,8
192:4
193:8
195:1,2,22
196:4
198:7
200:6,16,
18 201:8,
13

incidents
96:17
164:5

include
155:25

income  35:15
36:3 167:4

increase
165:20

increasing
147:2

INDEX  4:1

indicating
11:23 23:4
56:21 71:9
92:8
131:15,22
132:7,8,13
134:10

individual
102:25
103:1
155:8

individuals
112:12
137:2
153:15
155:18

indoor  89:9

inform  41:3
151:11

information
41:18
61:20
153:8
156:7
181:12

initially
45:21,22
48:23
114:19
179:18

injection
  11:11,14
  75:5 76:5
  77:13,23
  78:13,19
  83:2,7
  85:16 89:3
  96:24
  146:8
  163:22,24

injections
  12:10
  75:13
  76:3,8,15
  86:16
  87:12 97:1
  150:21
  151:6,21
  152:4,6
  163:16,21
  164:18
  165:6,14

injured
  60:20 61:3
  140:24
  141:1
  164:6,8
  165:10,18,
  19

injuries
  20:9,10
  149:24,25
  150:1,13
  152:16
  159:8,15
  163:7

injury 45:3
  62:17,24
  70:14
  146:12
  148:20,21
  165:20

inside
  41:10,13
  100:16
  140:5,9

Inspire 5:8,
  11,17,20,
  23 6:3,4
  71:16
  156:23

instability
  143:2,15,
  24

instance 2:3
  195:23

Institute
  159:4

instruct
  100:17

instructions
  45:24

insulin
  11:11

insurance
  36:8,9,10
  40:22
  43:12
  166:5

insurances

166:13

intense 72:5
  151:24

interest
  134:25

interested
  67:5 74:11
  75:6

INTERROGATORIE
S 4:12,14

interstate
  145:18

involved
  197:3

irritate
  79:5

irritated
  148:23
  149:1,12
  150:3

irritating
  167:24

issue 65:21

issues 65:21
  70:6 152:2

_____

J

J-E-N-N-Y
  33:17

J-QQ 7:2

January
  160:18
  174:3

Jenny 24:22
  25:16
  32:25
  33:12,16,
  17 90:24

Jessica
  83:13,15

jet 93:9

Jim 154:14

JJ 5:25
  86:18

Joanna 3:19
  177:1

joanna.
salinas@
fletcherfarley
.com 3:21

job 38:7,9
  39:10,11

Joe 63:19

Joel 3:4
  8:4 18:7,
  10 57:5
  137:15
  156:7

joel@
joelalevine.
com 3:6

John 153:19
  154:2
  184:8

jolt 126:8,
  25

journal 19:6

**MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.**
Maxine White on 12/19/2018          Index: journals..lawsuits

journals
  18:19

Judy  155:11

July  45:10
  58:2 59:4
  60:19
  61:16 62:3
  63:5 71:23
  75:5
  80:16,18
  146:8,9
  147:4
  174:3

jumping
  177:3

June  47:18
  50:10
  80:19
  81:22
  96:17,22
  97:9 146:8
  168:14
  194:8

Junie  33:15

Justice
  173:2

justle  129:6

K

kidney  65:8

killer  15:22

killing
  69:12

Kimberly
  64:23

kind  10:23
  11:2
  18:16,20
  31:4 32:14
  55:18,21
  57:24
  105:4,10
  107:6,8
  109:2
  122:12
  124:19
  126:2
  132:17,21
  136:20
  142:8
  144:17,18
  145:1
  147:24
  154:7
  155:13
  174:24
  178:18
  180:17
  192:9,15
  193:22
  194:23
  196:10
  197:24
  200:2
  201:6,13

Kings  176:9,
  12

KK  6:3 87:9

knees  30:8
  132:10

164:9
  194:23

knew  43:25
  88:4 118:6
  145:6
  147:24
  160:23
  175:19
  194:16

knot  69:11

knowledge
  20:3
  154:19
  155:18

Koenig  3:5

Kool  176:9,
  12

L

L2-3  59:13

L4-5  59:10

L5  59:11

lady
  101:20,24
  102:1,13,
  21 104:4
  107:11
  112:21
  113:14
  117:12
  135:13
  136:18
  138:5,14
  141:11,13,

23 144:10,
  14 152:21
  190:7
  200:9

Lago  32:24

laid
  102:10,17
  141:18

Lake  50:19,
  21 89:12,
  16,18
  91:7,9
  101:10
  142:15

land  29:25
  52:12,23
  127:22

landed  30:10
  144:2

lane  3:5,20
  21:22
  54:20
  55:21
  197:15

late  88:14
  98:7,9
  109:16
  135:3,7,8,
  9 139:17
  145:16
  164:15

LAW  3:4

lawsuit  7:17

lawsuits

20:21

lawyer  8:4
  185:2,5,7,
  16

layoffs
  107:22

lays  72:9

Le  5:25
  6:6,7
  10:7,8,13
  15:8 16:9,
  11 17:11,
  13 62:5
  66:16
  67:17,19
  75:11,18
  76:6 77:20
  80:8
  82:23,25
  83:12
  86:13,15,
  19 96:21
  146:2,14,
  17,23
  156:21
  157:5
  158:2
  159:19
  160:11,20
  163:20
  164:17,24
  168:10
  193:3
  194:15
  195:19

Le's  147:9

166:4

leave  89:22
  93:14 99:1
  117:13
  137:20
  149:8
  173:21

leaving
  70:22
  100:21
  138:13

left  29:4
  38:24 39:1
  44:8 59:11
  71:11,13
  85:19
  94:24
  98:11
  106:24
  111:8
  120:12,13
  124:10
  128:21
  136:3
  139:1
  147:22
  151:15
  183:13
  197:6

left-handed
  36:18

leg  12:3
  15:11
  60:23
  69:16
  71:8,10,

11,25

Legal  170:24

legal-sized
  23:7

legs  10:12
  122:23
  127:1
  131:6,20
  132:10,12

length  68:1
  108:22
  119:4

lengthy
  74:10

let all
  141:14

letter  4:17
  6:6,7,8
  183:21

letters
  108:2,11
  109:7
  184:25

letting  8:21
  136:17
  167:8

level  32:5,
  18 68:9,21
  77:11 89:7
  134:3,14
  162:25
  177:11

levels  32:4
  45:25

46:15
  59:11
  162:10

Levine  3:4
  57:6
  74:15,18
  97:7
  137:23
  138:1
  201:17

license  34:8
  40:23
  153:22,23,
  24 177:16

Lieutenant
  114:20
  115:20
  116:15
  120:10

life  29:14
  57:1
  195:22
  197:16

lifestyle
  169:22
  172:14

lift  111:25
  112:6
  115:8
  152:23
  186:22

lifted
  121:22

lifting  54:1
  56:4

**MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.**
**Maxine White on 12/19/2018**

Index: light..lot

| | | | |
|---|---|---|---|
| light   116:13 | lived   24:9 | 59:22 | looked   20:11 |
| 126:5 | 25:9,15 | 64:18 | 105:23 |
| | 26:11 | 72:18 | 108:6 |
| light-skin | 32:25 | 75:21 | 145:6 |
| 135:14 | 33:25 34:3 | 82:11 | 180:17 |
| | 51:3 52:21 | 89:15,17 | 192:23 |
| lights | | 98:1,2,4, | |
| 138:17 | lives   25:12 | 16 101:15 | Lord   76:17 |
| | 33:13 35:3 | 103:11 | 97:13 |
| likes   11:24 | 51:13 | 105:19,22 | 163:17 |
| | 169:6 | 110:1,7 | 198:4 |
| limitation | 170:21 | 111:8,11 | |
| 195:17 | | 113:7,9 | lose   128:20 |
| | living   51:19 | 117:8 | 172:7 |
| limitations | 52:11 70:9 | 118:17,21, | |
| 195:7,9,15 | 84:6 | 24 119:3 | losing |
| 196:18 | 193:14,15 | 126:17 | 118:14,15 |
| | | 141:4 | 121:3 |
| lined   42:2 | LL   6:4 | 142:14 | 122:1,3 |
| | | 144:17 | 124:12,16 |
| lines   85:17 | LLP   2:8 3:9 | 148:25 | 125:1,24 |
| | | 161:8 | 128:18 |
| Lippman   3:19 | load   199:5 | 165:5,19 | |
| 4:5 | | 193:5 | lost   124:19 |
| | loaded | 196:15 | 126:9,19 |
| liquid   192:9 | 106:18 | 199:5 | 128:17 |
| | 198:23 | | |
| list   9:21 | | longer   11:5, | lot   7:25 |
| 156:19 | loading | 9 33:2 | 11:2 18:24 |
| 158:21 | 107:16 | 59:23 88:3 | 21:9 24:15 |
| | 183:7 | 109:15 | 29:20 30:1 |
| listed   9:22 | 186:11 | 127:25 | 31:21 |
| 154:17 | | 128:1 | 32:3,13 |
| 155:6 | locally | 195:23 | 41:21 |
| | 169:14 | 196:4 | 44:14 |
| listing | | 197:2 | 47:21 |
| 12:22 | lock   132:22 | | 73:10 86:5 |
| | | Longhorn | 119:21 |
| lists   54:3 | long   19:18 | 157:15 | 138:6 |
| | 22:3 24:9 | | 142:7 |
| live   24:12 | 26:20 | | 145:9 |
| 33:1,2,3, | 29:18 | | |
| 19 52:24 | 38:10 51:8 | | |
| 69:12 | 52:24 | | |
| 170:20 | | | |
| 171:19 | | | |

**MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.**
Maxine White on 12/19/2018          Index: lots..Manager's

149:8
167:3
168:6
169:5
171:13,25
183:18
186:14
192:7

lots   32:3

loud   58:11
62:10
69:22
171:8

louder   65:12
148:9

Louisiana
196:6

Lovastatin
14:6  17:7

love
169:16,25
172:16
196:5,6,9,
22

loveseat
193:20

low   23:18,
19  59:7
63:9,13,16
71:24

lower   48:14
49:4,5
54:1  59:14
60:22
67:9,13

69:11,14
167:20
196:16

luck   151:14

lucky   172:19

luggage
90:24  91:2
100:11,16,
17  110:14,
17  177:9

lumbar   59:14
63:10,13
65:1,19

lunchtime
89:21

M

M-A-I-L
21:10,12

M-A-Y   189:21

M-E-N   13:19

M-E-T-F-O-R-M-
I-N   13:19

M-O   13:19

machine   2:7
158:2,4

mad   135:7
200:14

made   11:23,
25  45:11
72:19  88:6
111:17
131:13

135:8
146:23
149:1,12
153:23
163:11
197:13

Madera
147:3,17,
18  160:19
161:20
162:12,16,
20  163:1,7
168:12
175:18
194:17
195:19

Madera's
162:22

Maiden
189:15

mail   21:7,
10,11
22:24
54:15  55:4
60:15  61:8

mailroom
21:15

main   3:15
67:7

make   9:10
11:11,12
19:15  29:6
31:9  32:21
68:4
123:16

138:3
142:10
153:7,22
159:21
166:11,14
171:18
172:6,22
175:18
177:22
182:19,20
185:9,15
186:7
194:20
195:3

makes   12:7
164:3
171:22
196:16

making   68:6
72:14
79:11

male   21:24
104:15,16
115:21,22

man   107:12
112:18
125:23,24
136:19
154:2

managed
193:19

Manager   39:6
55:15

Manager's
153:3

**MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.**
Maxine White on 12/19/2018          Index: Managers..mentions

184:6

Managers
  41:17

manifest
  29:13

marathon
  9:11

March  51:24

marital
  25:19

mark  68:4
  73:6  77:8
  78:23
  85:10

marked  4:21
  7:2  18:4
  53:9  59:5
  67:4  69:2
  73:9  77:4
  87:10

markings
  78:24  96:1

marks  11:21

married  26:5
  62:5  75:22
  174:4

material
  132:16

matter  145:8

mattress
  171:15

Maxine  2:2
  7:5,8

189:13

maxwhite50@
yahoo.com
  24:2

Mayor's
  155:5,7
  184:6,10

MCCORMICK
  6:9

meaning
  125:2
  166:16

meant  30:3
  154:11

mechanical
  63:10

MED  4:15,
  16,20

media  7:6
  20:13
  66:4,7
  130:11,14
  174:12
  175:3,6
  201:22

medical  9:20
  42:21
  47:14
  64:23
  65:10
  74:23  75:2
  146:11
  147:5
  157:12,15,
  23  159:2

165:22,24
166:3
167:5
194:12
197:24

Medicare
  36:9  166:8

medication
  49:13
  69:13  70:9
  160:8

medication-
wise  83:17

medications
  14:17
  16:3,5
  87:17  89:4
  160:4,5
  168:8

medicine
  11:22
  12:18  14:5
  72:24
  118:5
  133:15
  138:8
  140:4,19
  145:25
  196:14
  200:10

medicines
  117:16

medium-sized
  104:18

meds  9:16

meet  87:23
  88:16,24

meeting
  42:1,4
  114:11

Meloxicam
  14:13
  17:12
  48:19
  159:19

member
  134:19
  135:10,15,
  16  139:18

members
  138:4
  140:25
  174:5

Memorial
  96:14,16

memories
  96:17

memorize
  53:14

memory  47:15
  59:19

men  122:10
  135:22
  136:7,14

mention
  123:19

mentions
  61:3

MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.
Maxine White on 12/19/2018          Index: Mercado..murmur

Mercado
  155:4
messed  49:6
  69:10
met  43:22
  113:14
  142:3,4
  199:3
metal  119:1
  125:8,9
  131:17
  133:7,8
Metformin
  13:15,16,
  17,24 14:1
  17:5
Metoprolol
  13:21 17:3
mic  176:18
Michelle
  24:22
  25:7,17
mid-july
  152:22
middle
  100:25
  128:22,23
  136:10,13,
  19 189:19
midway
  167:25
Mild  59:12
Miller
  189:16,17

mine  26:4
  29:23
  32:13
minimal
  133:24
  134:3
minute
  147:18
minutes
  52:25
  89:20
  98:18,21,
  25 105:23
  110:5,8
  111:10
  113:9
  117:9
  118:19,24
  129:20
  135:7,8
  142:16
missed  22:20
mistaken
  81:15
mister  96:20
mix  77:19
MM  6:5
modifications
  32:20
mom  87:25
  145:8
moment
  167:17

money  166:18
  171:22,23
monitor
  46:2,11
month  35:19,
  23,24
  56:6,12,17
  88:22
  90:18
  143:5
  169:8
monthly  21:7
months  19:19
  21:16
  56:13
  61:10,15
  78:15
  81:11,14
  96:25
  146:10
  159:11
  160:12,13
  161:6,25
  162:2,3,7
  163:19
  197:5
morning
  7:14,15
  60:22
  95:19
  97:8,14,15
  99:3
  130:19
  133:22
  134:1
  200:16

morphine
  87:2
Morphone
  87:2
mortgage
  35:7
motion
  124:22,25
motions  8:15
motor  197:3
Mountain
  50:1 200:3
move  22:25
  23:1 56:18
  76:19
  124:21
  132:24
moved  43:16
  51:20
  52:16
  106:4
  190:23
moving
  110:10
  167:18
MRI  49:2,3,
  11 59:1
  166:24,25
  194:17,24
MRIS  146:14
  164:10
  194:19,25
murmur  148:7

MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.
Maxine White on 12/19/2018                    Index: muscle..Objection

muscle   21:18
  69:13

mustache
  105:19,20

N

N-A-P-R-O-X-I-
N   73:23,24

nail   78:4

NAMC   5:4

name's   184:8

named   25:25
  112:12
  154:2
  155:9
  160:4
  199:4

names   24:21
  112:25
  154:22
  189:12

Naprosyn
  72:1,21

Naproxen
  73:3,11,
  14,23,25
  85:23

National
  50:2 200:3

nearby   55:15
  109:20
  110:11

neck   33:24

34:5 68:1
146:15,18,
19,21
150:1,10,
12 152:15
161:20,24
162:15
163:8
164:6
167:1,24,
25 168:11
194:18

needed   42:3
  79:19
  83:17
  141:21
  150:24
  160:23
  163:1
  200:11
  201:12

nerve   14:12,
  14 69:8
  70:6 71:7,
  8 201:5

nerves
  10:10,11
  29:10

nice   101:3
  107:20
  134:25
  141:13
  187:7

Nicole   3:24
  44:15 50:5

night   85:14

99:9

nights   34:4
  98:6

NN   6:6

nodding   8:15

nods   16:2
  35:4 161:7
  176:13
  191:5

noise   193:19

nonresponsive
  156:14
  187:2

nonstop
  89:18

normal
  108:10
  151:18,20
  177:11

north   37:8
  41:25
  64:23
  65:5,10
  159:2
  170:21

Nos   7:2

nosy   174:15

notebook
  19:12,13,
  14,16

notes   18:20
  19:7 62:13

notice   11:20

notified
  43:12

November
  77:22
  78:5,10
  162:2

Nowlin
  152:13

numb   72:8

number   4:10
  5:2 6:2
  11:21 24:4
  53:18
  57:17
  76:10
  78:14
  94:16
  174:5
  190:9
  191:9

numbered   2:5

numbers
  66:24

numbs   10:23

O

O'CONNOR
  3:14

oath   130:17
  175:9

object   8:5

Objection
  156:13
  187:1

OBJECTIONS
  4:11,13

observe
  103:11

observing
  104:10

occasion
  22:19

occasional
  10:2

occasionally
  21:14

October
  47:19 69:7
  80:15
  160:25
  161:23
  162:1
  169:10
  173:17

off-white
  133:4

offense
  34:19,23

offer  142:9
  198:18

offhand
  17:14 99:5

office  3:4
  23:10
  39:10,11
  41:5,6
  42:17,18
  151:10

153:3
155:5,7
159:12
161:11
162:22
164:2,18
166:4
170:13
184:7,11

officer
  121:15

offices  2:8
  157:1

oil  29:21

older  48:22
  106:14
  112:15
  144:13
  148:8

oldest  49:14
  51:20
  171:21

onboard
  93:22

one's  58:22

one-page
  62:2 63:4

online
  172:23,24,
  25

OO  6:7

open  145:16
  164:20
  165:1

193:5

opened  121:6
  124:3,9

opening
  23:13
  43:24

openings
  32:13

operative
  5:16,21
  75:11
  77:23 83:1

opportunity
  8:4 113:3
  198:8

option
  115:11

ORAL/VIDEO
  2:2

order  56:13
  146:16,20
  148:23

ordered  56:7
  146:14
  159:18

ordering
  145:19

organizations
  196:3

originally
  152:25

out-of-pocket
  166:15

outstanding
  165:22,24
  166:3

over-the-
counter  73:1
  74:4

overly  87:17

overweight
  104:19

Owen  3:24

owner  40:25

owns  41:2

P

p.m.  2:6
  201:24

pack  56:23
  176:7
  181:9

packs  56:22,
  23 156:8

pages  75:7

paid  167:3

pain  10:4,
  5,7,24
  14:11
  15:22
  30:19
  31:21 45:3
  47:22,25
  48:11
  53:1,25
  59:7,20

MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.
Maxine White on 12/19/2018 Index: painful..pcomerford@smith-rob

60:21 61:1
63:9 64:24
67:9,12
68:9,18
69:12,15
70:9 71:5,
8,24 72:5
73:16,17
74:7,24
75:14,15
77:12,16
78:20,25
79:4
85:13,16,
19 86:5,6
87:16 88:5
89:1,6
96:18,19
118:5
133:19,22
134:2,9,14
138:4,6
140:20
149:8
150:7
151:24
152:6
157:2,9
159:21
162:10,25
165:18
167:19,22,
23,25
168:1,6,7
200:15,21,
24 201:3

painful
146:1

painkiller
14:10

pants 116:3,
6

paper 28:14
54:1 55:6
56:4,7,10,
23

papers 199:1

paperwork
181:9

paraspinous
54:2

park 49:21,
23,25
50:1,2,3
52:9 75:1
77:21
80:20
82:23,25
85:1 97:24
98:4,13,23
99:19
143:22
157:17
158:23
172:3
200:1,4

parking
29:20 30:1

parks 100:13

part 28:3
48:14
68:17
69:6,19

72:11
74:12 77:8
78:3 85:18
104:24
106:20
119:2
122:16
124:3,7
127:15
128:20
129:3,8,12

participate
195:24
196:4

parts 30:3
77:7 78:1
79:8

Paso 41:24

pass 91:3
127:5
188:14
201:16

passed 27:25
38:2,24
135:17
170:12

passenger
139:6

passengers
20:4
103:12
106:12,19
110:18
140:10,14
152:24

199:6

past 62:16

Pat 7:16

patch 79:4

patches
159:18

pathway
44:12

patient 5:7,
22 46:7
62:14

Patrick 3:9

Patty 154:23

Paul 5:25
67:19
75:11,18
77:20
82:23
86:19
156:21

pavement
29:21 30:1

pay 35:5
167:7

payment
41:20

payments
166:7

pays 35:7

pcomerford@
smith-
robertson.com
3:11

MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.
Maxine White on 12/19/2018                    Index: Peace..plane

Peace   173:2

Pecos   32:24
  33:13

pen   85:10
  151:12

pension
  35:17

people   7:25
  102:12,15,
  16 108:25
  109:24
  113:1,13
  135:3,5
  154:6,7,17
  156:2,19
  179:2,3,10
  181:23,24
  182:25
  186:2

People's
  21:21

percent
  94:18
  182:1

perfect
  31:12
  180:11

perform
  41:16 56:6
  164:10

performed
  21:7

performs
  64:6

period   61:13
  79:14 80:4
  81:2 82:14
  181:8

periods
  196:15

permanent
  28:21

person   25:25
  34:14 41:3
  95:23 96:5
  106:15
  155:10
  186:21

person's
  67:15

personal
  34:13
  92:17

personally
  103:20

PET   166:25

phone   15:3
  20:13 24:4
  62:3,13,14
  170:6,25
  171:2,9
  174:5
  184:18,21,
  23

phonetic
  39:8 43:19
  103:9
  153:19

photographs
  19:23,24
  20:1,10

physical
  167:15
  195:6,9,14
  196:18

physically
  29:13

physician
  59:25 80:5
  85:16

Physicians
  158:25

pick   8:16
  52:11
  171:16
  197:1

picked   51:4
  111:1
  123:13,23
  128:1
  129:22
  142:12
  144:3
  177:15

pickup
  110:14,17

picture
  14:22
  105:2,6,8

pictures
  20:4,7

piece   46:3

93:5
  127:18
  159:23
  175:20

pill   10:23
  11:17
  13:14 15:6
  133:18,19
  159:25

pills   160:1

pilots
  102:11

Pinch   68:8

pinched   69:8
  71:7

pinpointed
  149:11

placard
  26:17

place   109:6
  159:18
  162:18
  168:10
  177:15
  200:1

places   166:3
  200:2

plaintiff
  3:3 73:8

plan   36:12

plane   50:18,
  19 92:25
  93:6,12,23
  98:7,9

**MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.**
**Maxine White on 12/19/2018        Index: planes..prescription**

102:24
103:13
106:6,10,
19 110:12,
19,21
111:4,5,6,
13,19,20,
24 112:4,
8,9,11
113:7,8,11
114:15
115:7
117:21
120:17
121:11,12
122:17
125:19
128:2
130:1
134:13,15,
20 135:7,
9,23 136:1
138:19
140:6,9
141:3
142:2,3,4,
6,24
143:3,16
144:5
149:4,6,22
152:24
153:5
155:20
179:21
180:9,14
186:16
200:17

planes
  142:19

planned
  49:20,22
  50:6 52:8

planning
  96:21

plate   26:18,
  19,20 27:6
  28:10,16
  29:3 31:2
  40:23
  153:24

plates
  153:23

players
  119:23

pleadings
  18:15

PLF'S   4:11,
  13

PLLC   3:4

Pocatello
  50:20,21,
  25 51:9,13
  52:4,13,23
  89:13,14,
  16,21,23
  91:11
  95:21
  111:21
  142:14,15
  143:1
  168:22,23

pocket
  167:3,11

point   10:24
  18:23
  28:23
  49:18 62:4
  71:22
  109:17
  113:22
  115:11
  117:11
  123:22
  124:3
  133:20
  139:15
  146:15
  150:4
  155:23
  160:22
  167:6
  173:1
  182:7,8

Police
  170:23

polite
  107:20

ponytail
  144:19

poor   73:19

Popeye's
  145:17

portion
  72:10

position
  40:7

143:19

positions
  42:14

positive
  90:25

possibility
  94:17

possibly
  68:14
  101:10
  139:8

Post   23:10

pounds   23:2

PP   6:8

practice
  28:4
  43:20,24

pre-incident
  194:7

prefer
  185:18

preparation
  20:17

prepare
  17:18 42:2
  181:3

prescribed
  159:16

prescribes
  10:6

prescription
  36:25 72:2
  73:1 86:19

**MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.**
Maxine White on 12/19/2018 · Index: present..Quail

| | | | |
|---|---|---|---|
| 87:3 | 81:18 | 132:2 | pursuant |
| | 82:17 | provide | 2:10 |
| present | 83:20,25 | 182:17 | pushed 89:8 |
| 25:14 54:1 | 87:3 | provider | 113:14 |
| 69:7 85:11 | 160:5,9 | 67:2 | 141:12 |
| 87:11 | 169:21 | providers | pushing |
| President | 191:8 | 66:24 | 104:4 |
| 174:19 | 193:8 | 77:20 | 107:18 |
| press 12:8 | 195:2,3 | provisions | 112:21 |
| pressure | probable | 2:11 | 146:22 |
| 12:18 | 63:10 | psychiatric | 190:6 |
| 13:22 | problem 29:3 | 201:7 | put 26:6 |
| 118:6 | 48:21 | psychological | 45:1,2 |
| 133:18 | 148:24 | 201:6 | 48:24 |
| pretty 29:5 | problems | publication | 73:21 |
| 43:8 48:6 | 72:18 | 153:25 | 123:25 |
| 74:10 | 173:16 | pull 113:11 | 125:11,17, |
| 121:23 | procedure | 155:21 | 18 129:17 |
| 145:10 | 2:10 5:22 | pulled 69:7 | 132:1 |
| previously | 75:4 | 71:2 | 136:17 |
| 200:24 | produce | 132:21 | 164:22 |
| pride 45:6 | 66:25 | 144:18 | 171:16 |
| primary | produced 2:2 | pulling | 172:4 |
| 16:18,25 | 67:1 | 183:6 | 173:8,22 |
| 27:18 | professional | pulls 113:6 | 178:6 |
| 28:1,2 | 102:8 | purchase | puts 100:11 |
| 43:2,4,13 | program | 36:11 | putting |
| princess | 63:15 | purpose | 41:21 |
| 172:11,13 | 64:10 | 78:18 | 155:20 |
| print 181:18 | projects | 97:18 | |
| prior 20:21 | 40:8 41:7, | purse 117:16 | **Q** |
| 21:3 27:5, | 21 | 200:10 | QQ 6:9 |
| 18 28:22 | protect | | Quail 24:7 |
| 42:21 | 121:25 | | 31:24 |
| 51:25 | | | 32:8,9,10, |

**MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.**
Maxine White on 12/19/2018          Index: quarter..received

11                 175:22            reaching          87:24
                                       196:19          105:1
quarter            quote   78:25                       108:19
  44:24              79:2            reaction           111:23
  159:23,24,                          10:18            139:19
  25                                                    149:17
                         R          read   58:4        161:8
question                              62:10            186:9
  8:2,8,18         race   119:16      63:18            198:23
  54:10,14           135:10           85:18
  59:3               144:20                           reasons   9:16
  60:16,17,                         reading
  24 62:11         radiates           37:17           recall   49:10
  63:23              69:15             54:12            54:22
  72:12                               57:13            59:25
  109:4            radiating          65:11,14         62:22
  137:15,19         60:22                              65:5,17
  148:15,19                         ready   69:19      68:6 70:4,
  193:25           radiation          72:12 83:5       5 72:24
  195:11            71:25             162:23           77:15,16
  199:21                             163:13            78:12
                   Radiological      176:24            79:11 86:4
questioned          59:16            180:8             89:2 96:1,
  177:4             157:19           196:9             4,7 101:7
                                                       104:23
QUESTIONNAIRE      rain   44:20     real   23:9        105:12
  5:7                                 37:3             108:5,6,12
                   ramp   93:1,      104:17            109:18
questions           16 111:23,       109:23            119:9
  7:24,25           25 112:6         117:24            120:8
  8:25 9:2          115:8            133:13            182:22
  90:15             142:20           146:3             189:25
  175:10                             151:7             190:5
  177:23           ran   132:20      186:9
  201:15,17                                           receive
                   ranch   32:6,    realize            35:16 36:1
quick   97:2        12               112:1
  135:1                                               received
                   rate   191:25   realized            163:16
quickly   16:8     rated   200:15    123:15            183:21
  126:9
                   rates   46:4     reason   60:8,
quit   18:24                         17,19 75:3
                   rating   86:6
                   reached
                    153:16

**MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.**
Maxine White on 12/19/2018          Index: recently..remember

**recently**
14:21 18:1
165:12
181:5,7
184:9
198:3
199:2

**recognize**
65:10
66:11

**recollection**
60:25

**recommend**
58:9 151:7

**recommended**
148:13

**record**  2:11
4:16,19,
20,22,23,
24,25 5:3,
4,6,8,9,
10,11,12,
13,14,15,
17,18,19,
20,23,24,
25 6:3,4,
10 7:6,11
8:17
18:11,12
23:24,25
24:1 28:6
50:11,12
61:16
66:4,5,8
73:5 74:23
78:24

81:4,10
86:1,2
94:15
130:11,12,
15 175:3,
4,7
201:23,24

**recorded**
47:13

**records**  9:20
20:13
25:25
37:12
46:14
47:14
74:22 75:2

**refer**  189:6

**references**
64:3

**referencing**
181:15

**referred**
75:20
160:19

**referring**
61:4
70:18,20
146:24
156:15

**reflective**
117:20
138:15

**reflex**  29:9

**reflux**  27:16

30:21

**refresh**
59:19
60:24

**Regional**
158:23

**regular**  8:9
45:14,15
104:22
149:7
178:6

**regularly**
79:3

**Regulation**
156:1

**Regulations**
155:25

**related**  76:8
91:20
146:13
152:17
158:18
161:14
182:16

**relationship**
26:9,10

**relaxer**
69:13

**relief**  72:4

**relieve**
140:20
151:24

**religious**
196:3

**remarry**
25:23

**remember**
17:14
20:16,18
22:1 26:21
30:6 37:9
38:25
47:24 49:5
54:20 58:5
59:23 60:3
61:12
62:19
63:3,25
64:9 68:18
70:5,8
72:14
75:19 76:9
83:4 86:3
87:22 88:8
89:5 90:19
91:5 94:3
97:13 99:5
100:24
103:8,17
104:24
107:23
108:23
117:25
119:21
122:13
132:11,15,
22 134:24
135:20
136:15
137:5
141:8
144:24

MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.
Maxine White on 12/19/2018                    Index: remind..return

151:3
156:5
173:13
181:3
183:18
184:7,15
191:10
194:14
199:8
200:7,8

remind  99:13
130:16
175:9

reminds
69:14

removed
15:10

renew  28:18

renewed
173:18

rent  35:5
200:2

rented  50:3
97:24 98:4

repair  45:1

repeat  7:23
33:11

replaced
194:18

report  5:16,
21 6:5
75:11
77:23 83:1
140:22

reported  2:7

reporter
7:7,10,23
8:2 22:5
33:4,6,10
40:1
57:10,14
58:5 65:12
69:22
71:18
76:19
95:1,6
114:3
143:13
157:6,8
187:9,11
189:23
201:18

REPORTER'S
4:7

Reports
53:25 54:1

represent
7:16 177:2
188:25

representative
182:14

representative
s  182:15

request
19:15 82:7
199:12

required
42:1,3
56:5 91:18

151:9

reschedule
150:11
160:15

rescheduled
160:17

rescue
117:7,14
118:17
120:1,14
122:4
129:18
149:7
153:6
199:9

research
17:19
40:18

reserved
50:3

residence
52:20

respectful
187:4

response
8:17
180:22
182:6
183:25
184:5,8

RESPONSES
4:13

responsibility
186:23,24

responsible
186:20

rest  102:12
125:14
126:1,4,23
127:3
129:21
131:18
141:18
166:5

restaurant
194:22

restrictions
34:10

result
150:2,14
194:13
201:13

Retina
152:10
159:4

retired
27:3,24,25
39:16 40:9
43:3,15,23
48:2 58:3
154:3

retirement
35:16,18
36:12,13
79:22
101:17

retiring
28:22

return

MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.
Maxine White on 12/19/2018                    Index: review..seat

183:8,9

review  17:20
  18:14,16
  19:24
  69:19 77:6
reviewed
  18:9 20:15
  180:24,25
  181:1,2
RHONDA  2:6
risk  76:7
risky  118:12
Road  21:23
Robert  155:4
Robertson
  2:8 3:9
Rocky  50:1
  200:3
rods
  125:10,11
Roger  26:1,
  3,4 31:20,
  21 90:23
  100:2,3
  106:22
  173:5,21
  174:6
rolled  93:3,
  21
rollercoaster
  118:8
rollercoasters
  118:7

121:24

room  23:7
  122:11
  137:21
  178:12,14,
  15 193:15
  194:19
rooms  31:19
rope  122:12
  123:8
roped  107:7
rotator
  44:25
rough  25:1
  46:18
  167:10
roughly
  44:3,7
round  44:11
  100:12
  115:25
row  137:4
ruined  88:5
rules  2:10
  7:22
  155:24
run  40:23
  103:11
  122:4
  149:18
  153:22
  186:10
  199:4

running
  44:19
  154:20
  172:9
runs  66:22
  68:1
rushing
  187:17

————————
          S
————————

S1  59:11
safe  114:22
  120:19
  122:15
sake  8:2
Salinas  3:19
  4:5 57:17,
  20 58:9,13
  88:19
  176:18,23
  177:1
  185:7
  187:10,12
  188:14
Salt  50:19,
  21 89:12,
  16,18
  91:7,9
  101:10
  142:15
Sam's  74:2
Samantha
  51:20 52:1
  144:4

Samantha's
  50:5
San  41:23
sat  87:14
  88:2 103:6
  110:15
  133:12
  200:11
save  122:5
scale  126:3
scan  166:25
scanned
  102:22
  103:5
  113:23
  114:1,6
scans  114:2
scare  186:6
schedule
  85:15
Schneider
  64:23
school  37:20
  52:1,15
sciatic  69:8
  70:6 71:8
  201:5
screw  45:2
script  86:19
search
  182:13
seat  93:8

MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.
Maxine White on 12/19/2018                    Index: seated..show

101:22
117:24
123:24
132:16
133:5,16
134:17
135:1,19,
21,22
136:2,5,6,
10,11,13,
19 137:13
139:16,24
149:3,6,7,
22 200:8

seated
106:23
107:13

seats   104:9

Seattle
101:14

secondary
36:10
166:8

seconds
126:19
128:4

section
41:19 60:8
61:7 77:11
79:9 85:11
101:20
107:4,6,10
153:20,25
170:22

Security

36:1 92:2,
3,4,6
104:12
177:11,12,
14,17
178:1,3,6,
10 179:3

sedated
87:18

seek   194:12
197:24
201:12

sells   40:21

send   41:19
45:18
91:16
153:23
159:13
162:18
168:12

sending
166:9
170:14
180:20

sends   158:5

senior   52:1

sensation
85:21

sense
166:11,14

sentence
8:22

sentences
179:20

separate
56:3

September
12:5 15:7
67:5
164:15
169:9,10

series   7:24

service
40:21
141:20

Services
188:25
189:3,7

session   76:2

set   4:11,14
121:7
126:20
145:20
151:3
158:5
163:4
175:10

Seton   157:12

severe   59:9
60:21

shakes   94:23

she'd   109:3
175:18,19

SHEET   4:7

sheets   56:6
171:14,16

Sheila

153:17

shirt   104:22
108:1
138:16

shock   12:2

shook   129:6

shop   147:10
170:1,4

shopping
172:23

short   25:17,
18 102:2
108:25
109:23

shorthand
2:8

shot   88:6,9
151:9

shots   84:14

shoulder
44:8,21
72:7
131:24
146:17,18

shoulders
127:2
146:20

show   18:4
49:3 53:8,
16 57:3,23
60:5 62:1
64:14 66:9
69:1 70:11
73:3 74:9

**MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.**
Maxine White on 12/19/2018          Index: showed..smoking

75:6 77:3,
18 78:21
82:21 85:7
86:17 87:8
119:25
148:2

showed  49:7
105:6
187:3

shower  33:21

shut  12:1

shuttle
103:2,3,4
110:24,25
111:8
112:12,23,
24 113:6,8
114:1
117:10
138:12,25
177:10
178:18,19,
24 179:7,
13

sic  29:16
52:2 59:6
73:23
76:23
102:12
146:2
197:11

sick  22:15,
16 159:21

side  58:1
60:22 72:9

85:20
92:12 93:7
118:8
139:7
163:23
177:19

sides
122:11,21
123:4,6,10
132:20
148:2

sidewalk
70:22
172:4

sidewards
140:15

sign  109:7

signage
105:11
108:2
144:22

signals
158:6

signature
4:7 105:11

significant
47:25

signs  54:3
56:25
108:11

silent
147:13
148:10

silver  107:7

119:6,7

single  34:14

sit  91:4
92:15
109:19
115:5
149:23
166:7
167:14
170:4
193:22
196:15,23

sitting  20:4
36:22 88:1
103:23
104:10
110:15
124:5
135:22
136:7
140:1
144:14
149:9
196:12,17

situation
17:13 19:4
136:23
149:13
155:16
163:11

situations
165:20

Sixth  2:9
3:10

size  23:6

151:12

skin  11:23

skipped  78:2
85:17

slacks
104:23
107:25

sleep  85:13

slipped
29:24
44:20

slowly  89:3,
4 162:12

small  78:9
106:13,18
107:10,12
110:19
111:2
150:24
151:7
163:18,22
180:2

smaller
111:22
142:19
164:3

SMC  6:5

Smith  2:8
3:9 154:14

smoked  176:4

smoking
175:11,13,
15,22

| | | | |
|---|---|---|---|
| snapped | sound   15:17 | spend   73:4 | 63:14 |
| 109:17 | sounded | spent   34:4 | 64:10 |
| snappy   109:2 | 145:15 | spinal   54:21 | stable   80:11 |
| soccer   87:23 | sounds   46:16 | 146:22 | Stacy   26:1,3 |
| 88:16,24 | 65:7 73:2 | 167:2 | stadium   89:9 |
| social   20:13 | 76:1,14 | spine   49:5 | stairs   82:9 |
| 36:1 | SOURCE   6:10 | 59:14 | 91:19 |
| 174:12 | sources | 65:1,6,19 | 103:13 |
| sodium   73:25 | 35:15 36:3 | 68:2 69:14 | 112:3 |
| solution | space   21:8,9 | 157:21 | 122:8 |
| 198:18 | spasm   54:2 | 193:18 | 123:1,4 |
| somebody's | speak   17:20 | 196:16 | 127:16 |
| 171:17 | 22:6 58:11 | split   153:20 | 128:25 |
| son   24:13 | 189:23 | 154:1 | 129:11,18 |
| 25:9 | speaker | 158:14 | 131:14 |
| 31:18,22 | 171:8 | spoke   104:6, | 133:10,11 |
| 35:3 51:14 | speaking | 8 139:18 | 138:12 |
| 94:10 | 179:18 | 187:13 | 139:5 |
| 97:19 | special   40:8 | spoken   17:22 | 148:21,22 |
| 142:12 | 41:7,21 | 113:18 | 149:3,16 |
| 169:3 | 159:18 | 172:15 | 150:2 |
| son's   98:12 | 182:9 | sports | 163:9 |
| sons   120:24 | specialist | 104:22 | 168:2 |
| sore   46:8 | 45:18 | spot   193:2 | 185:25 |
| soreness | 150:25 | spots   151:12 | 187:21 |
| 72:6 | 151:2 | sprinkle | stamp   57:7 |
| sort   10:18 | specific | 44:15 | 59:6 60:5, |
| 19:6 20:14 | 148:21 | squiggle | 13,19 62:2 |
| 28:6 | 181:14 | 67:25 | 63:4 64:15 |
| 154:18 | 194:1 | St   159:2 | 66:10,22, |
| sought | 195:11 | stabbing | 24 67:3,23 |
| 145:23 | specifically | 85:19 | 70:12 |
| 201:6 | 67:2 149:2 | stabilization | 74:24 |
| | | | 77:5,21 |
| | | | 82:24 85:8 |
| | | | 86:18 |

**MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.**
**Maxine White on 12/19/2018**                    Index: stand..stop

87:9,10

**stand**  79:5,
   16 116:19,
   20 140:5
   143:17
   167:16,17

**standalone**
   122:18,19

**Standby**
   201:21

**standing**
   109:20
   114:25
   139:21

**start**  38:12
   46:17 63:7
   75:17
   79:15,21
   80:6,13
   81:20
   110:10
   122:3
   145:25
   146:1
   167:8,17
   170:14
   175:11
   196:16

**started**  15:6
   21:16
   39:12 40:3
   42:10
   44:19
   51:21 58:3
   60:25
   79:23

80:19
85:13
109:16
110:23
112:7
117:14
121:25
123:15
124:18
125:1,5
138:13,14
139:13,16
140:20
142:8
145:13
147:4
150:5
163:19
164:17
170:10,14
197:11

**starting**
   44:15
   146:15
   162:12

**starts**
   74:14,24

**State**  2:7
   35:16 55:9

**stated**  2:11
   72:17 90:2

**statement**
   61:17,19
   79:12

**statements**
   72:15

**stating**  70:4
   156:11

**status**  25:19

**stay**  177:22

**stayed**  33:20
   49:13 51:5
   52:14
   80:23
   98:12,14
   117:5
   170:17

**staying**
   196:25

**steadily**
   147:1

**step**  24:18
   44:20 78:2
   80:24
   115:1
   118:16
   124:21
   125:2,3
   126:2,11,
   21 127:19
   172:5,6
   193:16,17

**Stephanie**
   152:19
   183:22

**steps**  93:24
   112:7,8
   114:24,25
   117:15,21
   121:10
   122:4

123:15
124:10
127:21

**steroid**
   75:5,13
   76:3,4,8,
   15 77:23
   78:12,18
   83:2 86:16
   150:21
   151:6,21
   152:4
   163:15,24
   165:6,14

**steroids**
   168:9,10

**stewardess**
   102:12
   133:13,14
   141:2

**stewardesses**
   93:8
   117:22

**stick**  46:3
   177:23

**sticks**  107:7

**stomach**
   159:21

**stone**  44:21,
   22

**stones**  44:11
   65:8

**stood**  139:25

**stop**  118:15

MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.
Maxine White on 12/19/2018          Index: stopped..sympathetic

120:25
121:3
122:25
123:25
124:16
126:24
128:18
142:11
145:14
158:16
161:10
173:12
175:15
195:18

**stopped** 93:4
124:17
126:24
145:17
173:13,24
197:13

**stops** 92:7

**straight**
91:11
119:1,2
121:9
130:23
131:12
140:11
164:23
191:18,19,
20 192:13,
14

**strained**
21:18

**strange**
141:22

**strapped**
122:23
131:2,20,
21

**straps**
119:11
122:22
131:4,6
132:14
133:3
140:2

**street** 2:9
3:10,15
36:24
44:13

**strip** 46:4

**strong** 73:14
122:15

**stronger**
11:2 73:15
128:19

**stuck** 73:20

**stuff** 24:17
138:17
171:25

**stumped**
70:23

**style** 32:14

**sued** 20:23,
25

**sugar** 45:25

**suggested**
76:4 80:6,
9

**suggestions**
142:9

**Suite** 2:9
3:10,15,20

**summer** 11:25

**sunken**
193:16

**supervised**
41:15

**supervisor**
153:18
170:14

**supplying**
186:20

**supported**
131:8

**supposed**
16:5 141:9
173:18

**Supposedly**
150:21

**sur** 47:19

**surgeon**
15:10
146:24
147:1
150:6

**surgeries**
162:9
190:23

**surgery**
33:24 34:5
47:19 75:1

76:3 80:14
82:23,25
86:15
148:13
151:7
152:7,8
157:17
160:23,24
161:22
162:13,24
163:2,13,
21 164:1
165:7
166:23
168:13
169:3,13
175:18

**surgical**
45:1

**Susanna**
155:2

**suspect**
62:15

**suspected**
62:17

**swear** 7:7

**swearing**
9:15

**swole** 29:16

**sworn** 2:4
7:9 58:3

**sympathetic**
27:16 29:9
30:21

**MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.**
Maxine White on 12/19/2018                    Index: symptom..test

symptom
  69:15

symptoms
  63:16

Systems
  189:1,3,7

---

**T**

---

T-SHIRT
  115:25

table  145:20

tablet  45:22

tabs  72:1

tagged  41:2

takes  72:1
  79:2 84:13
  100:10
  141:25

taking  9:24
  10:17
  12:19 13:6
  15:6 85:21
  164:22

talk  31:10
  47:23 69:6
  83:13
  105:22
  113:4
  138:1
  154:4
  170:5
  178:24
  180:2
  188:19

talked  36:20
  103:24
  179:15
  180:12,20
  195:24

talking  9:6
  29:22
  54:15 64:9
  70:23
  93:18
  102:4,5,6
  103:19
  115:2
  123:1,2
  130:18,23
  142:5
  144:8
  177:8
  189:9,25
  190:5
  194:7
  198:21

talks  154:5

tall  23:16
  56:24
  104:17
  115:19
  120:2,5

taller
  108:16
  116:12

Tan  133:4

tape  176:20

Taps  39:8

Tarlton  3:20

tarmac
  102:23
  103:13
  106:5
  110:11
  112:8
  113:16,17
  122:2
  142:19
  149:10
  180:14
  183:7
  186:11,17

Tartrate
  13:21

tattoos
  116:7

tax  41:10
  167:4

TDOT  36:14

technician
  64:6

teeth  158:17

telling
  62:22
  65:18
  107:15
  145:13

tells  146:4

Temple  71:4

temporaries
  41:15

temporary
  36:5

102:14
141:23

ten  27:9,12
  42:23
  47:11
  68:10,11,
  13,21
  77:13
  86:10
  111:10
  117:9
  118:19
  126:3,5
  134:4
  191:25
  192:1,5
  200:17,18
  201:1,4

Tenders
  15:11
  79:10

TENS  158:2,
  4

terrible
  78:8

terrifying
  118:4,13
  121:2
  123:19
  201:10

test  8:20
  65:9,16
  73:19
  149:18
  186:10
  199:4

**MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.**
Maxine White on 12/19/2018                  Index: testified..time

| | | | |
|---|---|---|---|
| testified | 49:14 | 140:22 | tied   67:2 |
| 7:9 | 53:12  58:4 | 145:10 | |
| | 64:18 | 155:6 | tighten |
| testify   9:17 | 72:19 | 160:15 | 132:19 |
| testimony | 73:18 | 173:19 | tightened |
| 7:18 | 100:12 | 184:12 | 132:18 |
| | 118:10 | 185:20,24 | |
| tests   64:7 | 123:8 | 192:7 | tilted   127:8 |
| 151:4 | 156:11 | 197:8 | time   7:3 |
| Texas   2:7,9 | 159:20 | | 9:9  21:15 |
| 3:5,10,15, | 163:25 | thoughts | 22:12,14, |
| 20  32:24 | 171:14 | 113:19 | 15,16,20 |
| 36:17 | 174:7 | three-and-a- | 25:17,18 |
| 152:9 | 177:3,5 | half   76:18, | 29:18 |
| 158:25 | 182:22 | 21  87:14 | 30:17 |
| 159:4 | 185:14 | three-page | 31:15,19 |
| therapist | 198:23 | 60:10 | 34:3  40:15 |
| 162:20 | 199:2 | | 46:24 |
| | | threw   193:20 | 47:18,24 |
| therapy | thinking | throw   193:20 | 49:18 |
| 162:18,21 | 22:7 | thunk   127:24 | 50:8,14 |
| thick   132:14 | 108:20 | | 51:18 |
| thighs | thinner | Thursday | 56:8,14 |
| 131:16 | 14:4,18 | 85:14 | 59:21 |
| 132:10 | 15:23,24 | tick   114:2 | 61:13,24 |
| thin   73:18 | 17:16,17 | ticket   93:21 | 64:4  66:3, |
| thing   60:7 | thinners | 102:22 | 6  72:18 |
| 70:13  92:8 | 12:3 | 103:1,5 | 73:21 |
| 103:15 | 163:20 | 106:21 | 75:22,24 |
| 132:5 | thought | 114:2,6 | 76:2,11 |
| 146:7 | 33:14 | 149:15 | 77:24 |
| 151:23 | 42:13 | ticketed | 79:13 |
| 159:19 | 48:23  65:8 | 137:13 | 80:4,23 |
| 164:1 | 71:13 | tickets | 81:2,9 |
| 196:23 | 106:3 | 94:6,10 | 82:6,14 |
| 199:8 | 123:2 | 104:11 | 83:24 |
| things   45:2 | 127:3 | 113:24 | 84:5,14 |
| | 136:21 | | 86:7  88:1 |
| | | | 91:5  95:17 |

**MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.**
Maxine White on 12/19/2018                    Index: timeline..traveled

| | | | |
|---|---|---|---|
| 97:11 | 181:8 | **told** 55:18 | 11 164:25 |
| 98:14 | 183:24 | 101:20 | **topical** 72:3 |
| 99:1,4,5 | 185:23 | 103:9 | |
| 100:20 | 192:23 | 106:7,16 | **total** 76:16 |
| 101:11 | 193:12 | 109:18,21 | 166:1 |
| 106:5,17, | 196:15 | 110:9 | 167:11 |
| 21,24 | 201:21 | 111:16 | **touch** 46:3 |
| 110:22 | **timeline** | 117:23 | 127:15,19 |
| 111:14 | 19:1 | 120:16 | 128:24 |
| 123:12,22, | | 121:1 | 129:9 |
| 23 126:10 | **times** 8:1 | 122:3 | 152:25 |
| 128:3 | 22:20 | 138:5 | 154:5 |
| 129:17,18, | 33:25 82:3 | 141:2,13 | 170:17 |
| 19,21 | 83:17 | 148:19 | |
| 130:10,13 | 101:6 | 150:23 | **town** 165:25 |
| 133:25 | 152:8 | 153:17 | **traffic** |
| 134:1,13 | 161:12 | 154:3 | 197:7 |
| 135:2 | 162:17,19 | 161:17 | **Tramadol** |
| 139:15 | 164:11 | 179:25 | 48:19 |
| 143:17 | 172:19 | 185:12 | 73:14,22 |
| 145:22 | 191:13 | 186:4,10, | 79:2 85:22 |
| 146:25 | **tired** 46:8 | 19 198:25 | 97:1 138:9 |
| 147:7,20 | **today** 9:16, | 199:4 | 159:17 |
| 148:25 | 17 12:23, | **tolerate** | **transfer** |
| 151:8 | 24 13:23 | 10:25 | 50:19 |
| 153:14 | 14:2,17 | **ton** 23:10 | 121:8 |
| 155:23 | 16:1,23 | **tone** 102:5, | **transport** |
| 159:23 | 20:18 | 6 109:4 | 180:3 |
| 164:9 | 26:15 | **tons** 200:1 | **Transportation** |
| 165:2,6,19 | 31:11 | **Tony** 170:9 | 36:17 |
| 166:22 | 46:17,19 | **tooth** | **travel** 18:20 |
| 169:5 | 167:14 | 158:12,14 | 41:17 42:2 |
| 170:23 | 180:25 | **top** 12:1 | 98:3 |
| 171:4 | **today's** | 112:9 | 172:16 |
| 173:16 | 17:18 | 129:19,22, | 196:5 |
| 175:2,5 | **toes** 131:9 | 25 133:9, | **traveled** |
| 177:5 | | | |
| 178:21,23 | | | |

**MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.**
Maxine White on 12/19/2018       Index: traveling..underlining

168:15

**traveling**
  196:5

**travels**
  94:13

**Travers**
  27:24

**tray**  54:15
  55:4

**trays**  21:8,
  11 22:24
  60:15 61:8

**treat**  201:7

**treated**
  30:12
  156:20

**treater**  63:2
  65:6 80:5
  146:11
  148:19

**treaters**
  96:20
  146:12
  151:25
  155:13
  156:18
  161:17

**treatment**
  18:20
  45:12
  63:14
  64:10
  74:22
  145:23

153:10
197:25
201:7

**trees**  32:3

**trial**  103:11

**trip**  49:20,
  22 50:6,14
  51:1 52:8
  53:2,4
  94:1 96:9,
  21 97:18
  98:3
  99:18,19,
  22,25
  100:3,19
  101:17
  102:10
  113:7
  120:23
  196:10

**trips**  168:25
  169:14

**true**  186:12

**Trulicity**
  11:10
  14:19,20

**truthfully**
  9:17

**TSA**  179:3

**tubing**
  131:17

**Tucker**
  152:19

**Tuesday**  90:8

95:12,14
96:11

**turbulence**
  200:6

**turn**  171:10
  188:20

**turned**  30:7
  171:7,9
  172:12
  181:10
  194:23

**two-plus**
  143:14

**Txdot**  5:5
  21:6
  36:15,16
  38:13,17
  39:12
  40:8,10,
  20,21
  41:19
  55:9,11
  153:15,19

**Txdot--**
  41:22

**Tyler**  41:25

**type**  18:15
  116:13
  130:20
  167:25

**types**  192:6

_____
U
_____

**Uh-huh**  12:6

14:11
16:10
18:13 26:2
31:8 41:9
44:23
51:10
59:24 65:4
66:15
67:10 69:9
70:15
77:14
80:1,10
81:13
88:18
90:11,13
92:1 95:16
98:22
109:10
117:5
130:7,25
131:10,23
132:7,9
134:8
135:16
138:18,21,
  24 141:9
152:11
154:10
176:25
179:22
189:18,22

**ultrasound**
  147:9
  148:1

**unbuckling**
  140:1

**underlining**

**MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.**
Maxine White on 12/19/2018          Index: underneath..wait

73:9

**underneath**
118:8

**understand**
8:24 33:7
57:11
67:20
93:18
124:23,24
135:6
148:12
189:1,9
194:6

**understanding**
125:21

**understood**
8:18,19
9:2

**underweight**
104:19

**uneven**   70:22

**unhooking**
133:12

**uniform**   96:6

**union**   197:6

**university**
51:21
97:21
157:23

**unloading**
183:7

**unmindful**
188:7

**unrelated**
190:10,14

**unstable**
79:1 80:9
143:17

**unstableness**
143:20

**unsteady**
142:6

**Unstrap**
140:8

**unstrapped**
117:23
140:9

**unusual**
106:17

**updates**
154:8

**upper**   72:7
85:21

**upstairs**
106:7
109:22
111:16
142:21
178:1,4
179:20

**Upwards**
191:2

**users**   178:7

**utilities**
35:9

---
**V**
---

**vacant**
198:19,21

**vacation**
147:22

**vacations**
168:15
169:18

**vascular**
15:10

**vehicle**
122:16
153:20
197:4

**vehicle's**
41:4

**vendor**   189:4

**Vendors**
40:20

**venture**
118:12

**verbal**   8:17

**verified**
41:16

**verify**   41:18

**versus**   11:17

**vest**   117:19

**vests**   117:20

**Victor**   71:18

**video**   7:5
8:3,16

**violated**
156:12

**VISION**   6:9

**visit**   60:9,
18,20 86:4
169:3,5
170:1,5
199:25

**Vista**   32:24

**vital**   54:3
56:25

**voice**   109:4

**VOIDED**   5:25

**Volpe**   63:19,
25

**Voltaren**
10:15,16,
19 13:3
16:13,14
48:20 72:3

---
**W**
---

**Waco**   70:21
71:3,4

**wait**   8:3,14
40:3 54:10
60:16
91:16
92:15
99:13,16
100:18
110:7,19
115:11
117:8

**MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.**
Maxine White on 12/19/2018                    Index: waited..whatnot

| | | | |
|---|---|---|---|
| 147:25 | walker  79:1, | 39:9 | week  11:15, |
| 171:17 | 15,18 | watched | 18,19 15:7 |
| 177:10 | 80:12,13, | 123:16 | 87:12 |
| 190:21 | 25 81:8, | | 95:14,15 |
| waited  90:23 | 12,14,18 | water  39:8 | 96:10,13 |
| 178:19 | walking | 133:17 | 98:3 |
| 193:21 | 29:20 | 138:6 | 100:23,25 |
| waiting | 70:25 | 140:4 | 156:9 |
| 103:6,12, | 104:3 | 200:10 | |
| 23 104:8 | 145:20 | wavy  144:17 | weekend |
| 109:12 | 196:17 | weak  72:8 | 87:13 |
| 110:4 | Wallace | | 96:16 |
| 134:7 | 155:11 | wear  36:21 | weeks  34:2 |
| 145:19 | | 146:1 | 48:25 |
| 178:12,14, | walls  123:9 | wearing | 50:15 52:4 |
| 15,23 | Walsh  3:20 | 104:21 | 84:11,14 |
| 179:7 | wanted  9:22 | 115:24 | 86:11 |
| wakes  72:8 | 43:11 | 122:6 | 145:24 |
| walk  39:19 | 46:14 | 144:25 | 146:6 |
| 90:9 | 55:2,15 | Weather | 150:10 |
| 91:15,23 | 63:18 | 101:2,3 | 168:22 |
| 92:14 | 70:13 | website | 170:11 |
| 93:2,7,22 | 71:22 | 173:14,17, | 172:18 |
| 100:13 | 109:6 | 20 174:9 | weigh  22:24 |
| 106:5 | 120:23 | wedding | 46:18,19 |
| 140:10,11 | 130:22 | 70:21 | weighed |
| 145:15 | 133:21 | weddings | 46:21 |
| 149:21 | 145:14 | 173:4,5,6 | 47:1,7 |
| 172:7 | 147:6,8 | 174:2 | 57:1 |
| 179:19 | 199:18 | Wednesday | weight  46:15 |
| walk-in | wanting | 7:4 90:8 | 47:13 |
| 33:21 | 140:22 | 95:13,15 | 54:4,5 |
| walked  29:23 | warnings | 181:10 | weird  55:23 |
| 92:4 | 76:7 | Wednesdays | West  3:10 |
| 104:25 | waste  177:5 | 96:11 | whatnot |
| 117:21 | Wastewater | | 172:21 |

**MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.**
Maxine White on 12/19/2018                    Index: wheel..worse

| | | | |
|---|---|---|---|
| wheel   171:11 | wheelchairs | window   20:4 | worked |
| wheelchair | 102:16 | 135:21 | 38:18,21, |
| 79:17,18 | wheeled   96:5 | 136:5,6 | 22 39:2 |
| 80:21 | 149:21 | 139:6 | 104:25 |
| 81:8,20,21 | 178:5 | witnessed | 141:16 |
| 82:6,8,17 | | 155:15 | 144:10 |
| 89:7 | wheels   118:8 | | 154:1 |
| 91:13,17, | 122:19 | witnesses | 170:10,23 |
| 18,24 | 125:6 | 154:18 | 184:10 |
| 92:7,13, | whichever | wives   120:24 | 190:3 |
| 16,17,19, | 92:16 | woke | workers |
| 24 93:3 | | 133:22,25 | 102:10 |
| 95:25 96:2 | white   2:2 | woman   108:13 | 117:19 |
| 100:18 | 7:5,8,14 | 113:18 | Workers' |
| 101:23 | 23:13 | 138:22 | 21:2,3 |
| 103:7,24 | 34:18 | 144:13 | 22:20 |
| 104:1,4 | 105:15,17 | 190:6 | working   27:1 |
| 105:24 | 107:25 | | 38:13 |
| 107:2,18 | 115:23 | wonderful | 108:13 |
| 108:8,9,10 | 130:17 | 87:13 | 147:9 |
| 110:4 | 135:10 | wooden | 154:6 |
| 111:25 | 188:24 | 164:23 | WORKLIFE   5:5 |
| 112:22 | 189:13 | wore   108:24 | works   170:22 |
| 114:21 | White's | work   21:8 | world   109:6 |
| 115:5 | 34:20 | 22:14,21 | worry   106:10 |
| 116:22 | wide   23:9 | 29:7 35:6 | 111:19,23 |
| 117:4,17, | 56:20 | 38:17 | 136:22 |
| 18 121:8 | 122:8 | 40:14 | |
| 138:22 | Widow   25:20 | 41:5,6 | worse   12:7 |
| 139:2 | width   119:4 | 42:17,18 | 51:6 53:4 |
| 141:12 | | 51:24,25 | 68:24 |
| 144:7 | wife   24:13 | 102:15 | 71:25 |
| 149:9 | 52:14,21 | 115:3 | 149:1 |
| 155:22 | 97:20,22 | 141:21 | 150:8 |
| 177:19 | 112:18 | 170:12 | 163:11 |
| 178:7 | William | 186:15,16 | 200:24 |
| 190:7 | 53:24 | 199:15 | |
| 198:14 | | | |

**MAXINE WHITE vs FRONTIER AIRLINES, INC., ET AL.**
Maxine White on 12/19/2018          Index: worst..youngest

| | | |
|---|---|---|
| **worst**  85:13, | 38:25 | 144:11 |
| 19  126:5 | 41:25  43:5 | 154:2 |
| 200:21 | 44:2  51:23 | 158:14 |
| | 52:1  61:10 | 170:2 |
| **Worth**   41:23 | 70:2,14 | 176:4 |
| **wow**   63:20 | 72:15 | 196:8 |
| 79:22 | 76:12,22, | 197:19 |
| | 25  82:1,3 | |
| **wrecked** | 83:25 | **yesterday** |
| 40:25 | 85:20 | 160:14 |
| | 151:19 | 163:18 |
| **Wrecker**   41:1 | 154:4 | |
| **wreckers** | 163:1 | **young**   104:4 |
| 40:22 | 164:16 | 112:21 |
| | 165:6 | 113:14 |
| **write**  57:15 | 167:4,5 | 117:12 |
| 68:13 | 169:2,11, | 138:14 |
| **writing** | 12  170:3 | |
| 119:8 | 172:19 | **youngest** |
| 144:22 | 173:14 | 24:13 |
| 184:4 | 174:4 | 32:25 |
| | 190:15,25 | 33:12 |
| **written** | 193:12,14 | |
| 61:22 | 197:11 | |
| 184:6,25 | | |
| **wrong**   21:18 | **years**   22:8 | |
| 54:5  145:7 | 27:9,12 | |
| **wrote**   153:2 | 28:2  37:5 | |
| 155:5,19 | 38:19  39:2 | |
| | 42:6,8,9, | |
| **X** | 23  46:15 | |
| | 47:11  48:1 | |
| **X-RAY**   62:14 | 62:16 | |
| 64:6 | 65:21 | |
| **X-RAYS**   54:21 | 68:25 | |
| | 76:17,21 | |
| **Y** | 77:1  79:24 | |
| | 106:4 | |
| **year**   37:22 | 141:17 | |