IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MAXINE WHITE | § | |
|    *Plaintiff,* | § | |
| | § | |
| V. | § | |
| | § | |
| FRONTIER AIRLINES, INC. | § | |
|    *Defendant, Third Party Plaintiff,* | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 16-CV-01266-LY |
| | § | |
| THE AUSTIN FIRE DEPARTMENT, | § | |
| THE CITY OF AUSTIN AVIATION | § | |
| DEPARTMENT, AUSTIN-BERGSTROM | § | |
| INTERNATIONAL AIRPORT, THE | § | |
| CITY OF AUSTIN, AND FLIGHT | § | |
| SERVICES & SYSTEMS, INC. | § | |
|    *Third Party Defendants.* | § | |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS TO MOTIONS FOR SUMMARY JUDGMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

      Maxine White ("Plaintiff"), Frontier Airlines, Inc. ("Frontier"), The Austin Fire Department, The City of Austin Aviation Department, Austin-Bergstrom International Airport, and the City of Austin, and Flight Services & Systems, Inc. (collectively "Defendants") file on behalf of the Parties this joint motion requesting an extension of time to file their respective responses and replies to motions for summary judgment which are currently pending before this court and respectfully show as follows.

      1.     On March 5, 2019, Third-Party Defendant City of Austin and Defendant/Third-Party Plaintiff Frontier Airlines, Inc. filed their respective Motion for Summary Judgment (the "Motions for Summary Judgment").

      2.     Local Rule CV-7-(e) (2) states that responses to these dispositive motions shall be

filed not later than fourteen (14) days after the filing of the motion making any responses to the Motions for Summary Judgment due to be filed on March 19, 2019.

3. The parties are hopeful that they will successfully resolve the claims at issue in this case at mediation which is currently scheduled for March 28, 2019 and avoid the need to proceed on the pending Motions for Summary Judgment.

4. Accordingly, the parties have agreed to extend the deadline for responses to the Motions for Summary Judgment to a date after the parties have had an opportunity to attend the scheduled mediation. The parties have agreed to extend the deadline for responses to the Motions for Summary Judgment to April 5, 2019 and respectfully request that the court enter an order extending the deadline accordingly.

For the foregoing reasons, the parties respectfully request that the Court extend the deadline to file responses to the Motions for Summary Judgment pending before this court to April 5, 2019.

Respectfully submitted,

*/s/ Joel A. Levine*
JOEL A. LEVINE
State Bar No. 24065612
LAW OFFICE OF JOEL A. LEVINE, PLLC
1515 W. Koenig Lane, Suite 100
Austin, Texas 78756
Telephone: (512) 982-1510
Facsimile: (512) 367-5928
Email: joel@joelalevine.com

**ATTORNEY FOR PLAINTIFF
MAXINE WHITE**

Patrick J. Comerford
RIGBY SLACK LAWRENCE & COMERFORD, PLLC
6836 Austin Center Blvd., Ste 100
Austin, Texas 78731
pcomerford@rigbyslack.com

**ATTORNEYS FOR DEFENDANT AND**

**THIRD-PARTY PLAINTIFF, FRONTIER AIRLINES, INC.**

Joanna Lippman Salinas
FLETCHER, FARLEY, SHIPMAN & SALINAS, L.L.P.
1717 W. 6th Street, Suite 300
Austin, Texas 78703
joanna.salinas@fletcherfarley.com

**ATTORNEYS FOR THIRD-PARTY DEFENDANT, CITY OF AUSTIN**

Andrew Hepworth
COZEN O'CONNOR, LLP
1717 Main Street, Suite 3100
Dallas, Texas 75201
ahepworth@cozen.com

**ATTORNEYS FOR FLIGHT SERVICES & SYSTEMS, INC.**