IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MAXINE WHITE     *Plaintiff,* | §§§ |
| V. | §§§ |
| FRONTIER AIRLINES, INC.     *Defendant, Third Party Plaintiff,* | §§§ |
| V. | §§§   CIVIL ACTION NO. 16-CV-01266-LY |
| THE AUSTIN FIRE DEPARTMENT, THE CITY OF AUSTIN AVIATION DEPARTMENT, AUSTIN-BERGSTROM INTERNATIONAL AIRPORT, THE CITY OF AUSTIN, AND FLIGHT SERVICES & SYSTEMS, INC.     *Third Party Defendants.* | §§§§§§§§ |

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS TO MOTIONS FOR SUMMARY JUDGMENT**

On this day, the Court considered the joint motion for extension of time to file responsive pleadings to motions for summary judgment.

The Court finds that the motion is meritorious, and GRANTS same.

IT IS THEREFORE ORDERED that the parties' deadline to file responses to the motions for summary judgment which are currently pending before this Court is hereby extended to April 5, 2019.

Signed this ____ day of March, 2019.

_____
HONORABLE LEE YEAKEL,
UNITED STATES BANKRUPTCY JUDGE