IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MAXINE WHITE | § | |
|    *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | |
| FRONTIER AIRLINES, INC. | § | |
|    *Defendant, Third-Party Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 16-CV-01266-LY |
| | § | |
| THE AUSTIN FIRE DEPARTMENT, | § | |
| THE CITY OF AUSTIN AVIATION | § | |
| DEPARTMENT, AUSTIN-BERGSTROM | § | |
| INTERNATIONAL AIRPORT, THE | § | |
| CITY OF AUSTIN, AND FLIGHT | § | |
| SERVICES AND SYSTEMS, INC. | § | |
| | § | |
|    *Third-Party Defendants.* | § | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Under FED R. CIV. P. 41(a)(1)(A)(ii), Plaintiff, Defendants, and Third-Party Defendants file this Stipulation of Dismissal.

1. Plaintiff is Maxine White; Defendant is Frontier Airlines, Inc. ("Frontier"); Third-Party Defendants are: The Austin Fire Department, The City of Austin Aviation Department, Austin-Bergstrom International Airport, and the City of Austin, and Flight Services & Systems, Inc.

2. On July 21, 2017, Plaintiff filed her First Amended Complaint.

3. Frontier timely answered Plaintiff's Petition and brought third-party claims against Third-Party Defendants, who subsequently answered Frontier's Third-Party Petition. Frontier and Third-Party Defendants agree to this Dismissal.

4. Plaintiff and Defendants stipulate to dismiss with prejudice all claims asserted in this lawsuit including Third-Party claims.

5. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

6. A receiver has not been appointed in this case.

7. This case is not governed by any federal statute that requires a court order for dismissal of the case.

8. Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.


Respectfully submitted,

**LAW OFFICE OF JOEL A. LEVINE, PLLC**

By: */s/ Joel A. Levine*
　　Joel A. Levine
　　State Bar No. 24065612
　　1515 West Koenig Lane
　　Austin, Texas 78731
　　Telephone: (512) 982-1510
　　Facsimile: (512) 367-5928
　　Email: joel@joelalevine.com
　　***Attorney for Plaintiff Maxine White***


**RIGBY SLACK LAWRENCE & COMERFORD, PLLC**

By: */s/ Patrick J. Comerford*
　　Patrick J. Comerford
　　State Bar No. 24096724

6836 Austin Center Blvd., Ste 100
Austin, Texas 78731
pcomerford@rigbyslack.com
***Attorneys for Defendant and Third-Party Plaintiff,***
***Frontier Airlines, Inc.***

**FLETCHER, FARLEY, SHIPMAN & SALINAS, L.L.P.**

By: </u>*/s/ Joanne Lippman Salinas*</u>
Joanna Lippman Salinas
State Bar No. 00791122
1717 W. 6th Street, Suite 300
Austin, Texas 78703
joanna.salinas@fletcherfarley.com
***Attorneys for Third-Party Defendant,***
***City of Austin***

**COZEN O'CONNOR, LLP**

By: </u>*/s/ Kendall K. Hayden*</u>
Kendall K. Hayden
State Bar No. 24046197
1717 Main Street, Suite 3100
Dallas, Texas 75201
khayden@cozen.com
***Attorneys for Flight Services & Systems, Inc.***